**PAUL HASTINGS LLP**
Harvey A. Strickon
Brett Lawrence
Justin Rawlins
Nicholas A. Bassett
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Email: harveystrickon@paulhastings.com
       brettlawrence@paulhastings.com
       justinrawlins@paulhastings.com
       nicholasbassett@paulhastings.com

*Counsel to Flagstar Bank, N.A., a national association*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BROADWAY REALTY I CO., LLC, *et al.*, | Case No. 25-11050 (DSJ) |
| | **(Jointly Administered)** |
| Debtors.[1] | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Flagstar Bank, N.A., a national association ("Flagstar"), in the above-captioned chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully request that all notices given or required to be given in the above-

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number is 5426. A complete list of the Debtors in these jointly administered chapter 11 cases is affixed as Schedule 1 to Broadway Realty I Co., LLC's voluntary petition, [ECF No. 1]. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, NY 10017.

captioned cases and all papers served or required to be served in such cases be served upon the following:

>Harvey A. Strickon
>Brett Lawrence
>Justin Rawlins
>Nicholas A. Bassett
>**PAUL HASTINGS LLP**
>200 Park Avenue
>New York, New York 10166
>Telephone: (212) 318-6000
>Facsimile: (212) 319-4090
>Emails: harveystrickon@paulhastings.com
>brettlawrence@paulhastings.com
>justinrawlins@paulhastings.com
>nicholasbassett@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise made with regard to the above-captioned cases and adversary proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any rights of Flagstar to (i) have final orders in non-core matters entered only after *de novo* review by a United States District Court, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure, or to any other

rights, claims, actions, setoffs, recoupments, or defenses, in law, in equity, or otherwise, all of which rights, claims, actions, setoffs, recoupments, and defenses are expressly reserved.

| | |
|---|---|
| Dated: May 22, 2025<br>New York, New York | Respectfully submitted<br><br>*/s/ Nicholas A. Bassett*<br>**PAUL HASTINGS LLP**<br>Harvey A. Strickon<br>Brett Lawrence<br>Justin Rawlins<br>Nicholas A. Bassett<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Emails: harveystrickon@paulhastings.com<br>        brettlawrence@paulhastings.com<br>        justinrawlins@paulhastings.com<br>        nicholasbassett@paulhastings.com<br><br>*Counsel to Flagstar Bank, N.A., a national association* |