Michael Friedman
CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020
Telephone:  (212) 655-6000
Facsimile:  (212) 697-7210
friedman@chapman.com

*Counsel to Mishmeret Trust Company Ltd.,*
*as Trustee for the Series C & E Bondholders*
*of Zarasai Group Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                              :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **BROADWAY REALTY I CO., LLC,** | : | **Case No. 25-11050 (DSJ)** |
| | : | |
| **Debtor.** | : | **(Jointly Administered)** |

-------------------------------------------------------------X

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby appear in the above-captioned case

on behalf of Mishmeret Trust Company Ltd. (the "*Appearing Party*"), as Trustee for the holders

of Debentures (Series C) (the "*Series C Bondholders*") and Debentures (Series E) (the "*Series E*

*Bondholders*" together with the Series C Bondholders, the "*Bondholders*") issued by Zarasai

Group Ltd., the ultimate parent of the Debtor, pursuant to Rules 2002, 9007 and 9010 of the Federal

Rules of Bankruptcy Procedures (the "*Bankruptcy Rules*") and section 1109(b) of the Bankruptcy

Code, and request that all notices given or required to be given in the above-captioned case and all

papers served in the above-captioned case (including, but not limited to, all papers filed and served

in all adversary proceedings, contested matters and other proceedings in the above-captioned

cases, and all notices mailed only to parties in interest who filed with the Court a request that all

notices be mailed to them) be given to and served upon:

> Michael Friedman
> CHAPMAN AND CUTLER LLP
> 1270 Avenue of the Americas, 30th Floor
> New York, NY 10020
> Telephone:  (212) 655-6000
> Facsimile:  (212) 697-7210
> friedman@chapman.com
>
> *Counsel to Mishmeret Trust Company Ltd.,*
> *as Trustee for the Series C & E Bondholders*
> *of Zarasai Group Ltd.*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices

and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and

notices of any application, motion, petition, pleading, request, complaint, or demand, statements

of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, fax, email

or otherwise, that affect, or may potentially affect, the debtors or the property of the debtors.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorney identified

herein be added to the official service list for notice of all contested matters, adversary proceedings,

and other proceedings in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that the attorney identified herein consents to

e-mail service.

PLEASE TAKE FURTHER NOTICE that the Appearing Party does not, by filing this

Notice of Appearance and Request for Service of Documents or any later appearance, pleading,

claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights,

2

including (without limitation): (i) the right to have final order in non-core or *Stern* matters entered

only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any

case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by

the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other

rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may

be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses,

set-offs, and recoupments are expressly reserved.

Dated:  New York, New York                          Respectfully submitted,
       May 22, 2025


By: /s/ *Michael Friedman*
    Michael Friedman
    CHAPMAN AND CUTLER LLP
    1270 Avenue of the Americas, 30th Floor
    New York, NY 10020
    Telephone:  (212) 655-6000
    Facsimile:  (212) 697-7210
    friedman@chapman.com

*Counsel to Mishmeret Trust Company Ltd.,
as Trustee for the Series C & E Bondholders
of Zarasai Group Ltd.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 22, 2025, he caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents to be served electronically on those parties registered to receive electronic service through the Court's ECF system, as identified on the Court's Notice of Electronic Filing (NEF).

*/s/ Michael Friedman*
Michael Friedman