**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
                                        :

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| | : | |
| **BROADWAY REALTY I CO., LLC, et al.,** | : | **Case No. 25–11050 (DSJ)** |
| | : | |
| Debtors.[1] | : | **(Jointly Administered)** |
| | : | |
| | : | |

------------------------------------------------------------ x

## STATEMENT OF FINANCIAL AFFAIRS FOR
## 991 CARROLL ST LLC (CASE NO. 25-11070)

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

**UNITED STATES BANKRUPTCYCOURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re                                                      :    **Chapter 11**
                                                           :
**BROADWAY REALTY I CO., LLC,** *et al.*,                  :    **Case No. 25-11050 (DSJ)**
                                                           :
            **Debtors.**[1]                                :    **(Jointly Administered)**
                                                           :
---------------------------------------------------------- x

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

On May 21, 2025 (the "**Petition Date**"), Broadway Realty I Co., LLC and its debtor affiliates (collectively, the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtors continue to operate their businesses and manage their properties as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The chapter 11 cases (the "**Chapter 11 Cases**") are being jointly administered under the lead case In re Broadway Realty I Co., LLC, *et al*. Case No. 25-11050 (DSJ).

The schedules of assets and liabilities (the "**Schedules**") and statements of financial affairs (the "**Statements**") were prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in and, comprise an integral part of, each Debtor's Schedules and Statements. These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

**Reservation of Rights**. The Debtors are indirect subsidiaries of The Zarasai Group Ltd., a company organized under the laws of the British Virgin Islands, ("**Zarasai**" and together with the Debtors and Non-Debtor Affiliates, the "**Company**") and collectively own approximately 5,200 residential units across their property portfolio. Certain affiliated companies of the Debtors did not file petitions for relief under the Bankruptcy Code in the Bankruptcy Court (each individually, a "**Non-Debtor Affiliate**"). Through the Debtors and other non-Debtor subsidiaries, the Company

---

[1]    The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St 12th Floor, New York, NY 10017.

focuses on the purchase, operation, management, development, betterment, and leasing of income-producing residential real estate. The Debtors' management has made commercially reasonable efforts to ensure the Schedules and Statements are as accurate and complete as possible with respect to each of the 82 Debtors based on the information that was available to them at the time of preparation. Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are accurate and/or complete. The Debtors reserve all rights to, but are not required to, amend or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The Debtors prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited. In preparing the Schedules and Statements, the Debtors relied upon financial data derived from their books and records that was available at the time of such preparation. The Debtors have made commercially reasonable efforts to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available. In addition, certain items reported in the Schedules and Statements could be included in more than one category. In those instances, one category has been chosen to avoid duplication. The designation of a category is not meant to be wholly-inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority unsecured" or "nonpriority unsecured," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtors reserve their respective rights to dispute or assert offsets, setoffs, or defenses to any claim reflected on the Schedules as to the nature, amount, liability, or status of any claim or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

**Description of the Cases**. On the Petition Date, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Chapter 11 Cases are being jointly administered for procedural purposes only under Case No. 25-11050. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these Chapter 11 Cases.

**Reporting Date**.  All asset information, except where otherwise noted, is provided as of April 30, 2025.  All liability information provided is estimated as of May 21, 2025 (immediately preceding the commencement of these Chapter 11 Cases).

**Current Values.**  Certain of the Debtors' assets and liabilities are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records.  Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.  For the value of the Debtors' real property, the value is listed on the basis of the Debtors' recent appraisal and show values as of June 1, 2025.

**Confidentiality**.  There may be instances where certain information (*i.e.*, tenant and appraisal information) was not included or redacted due to concerns about the confidential or commercially sensitive nature of certain information, to protect the privacy of an individual, or to address concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.  The omissions and redactions are limited to what is necessary to protect the Debtors or a third party and provide interested parties with sufficient information to discern the nature of the listing.

**Purpose of the Global Notes and Specific Notes**.  The Global Notes regarding the Debtors' Schedules and Statements are in addition to the specific notes set forth below with respect to the Debtors' Schedules and Statements (the "**Specific Notes**").  The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.  The Global Notes and the Specific Notes are incorporated by reference in and comprise an integral part of the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

**Basis of Presentation**.  For financial reporting purposes, the Debtors have historically prepared consolidated financial statements which include financial information for the Debtors and the Non-Debtor Affiliates.  Zarasai prepares consolidated financial statements in compliance with the Israeli Accounting Standards Board ("**IASB-Israel**") and presents the financial position, financial performance, and cash flow for the year in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("**IFRS**").

Unlike the consolidated financial statements, the Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by the Zarasai for public reporting purposes or otherwise.

Combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that could be substantially different from financial information regarding the Debtors and its affiliates that would be prepared on a consolidated basis under the various accounting standards previously described.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each proper Debtor entity. The Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, and, therefore, certain information may be more accurately viewed in the aggregate than on a Debtor by Debtor basis. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with IFRS, the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with IFRS, or otherwise. The Debtors do not prepare financial statements in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**").

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date. Additionally, the fair market value of real and personal property presented herein at a time different than the appraisal date of such asset may vary materially from the appraised value or liquidation value.

**Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

**Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities. Actual results could differ materially from these estimates. The Debtors reserve the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

**Totals**. All totals included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual totals may differ from the listed totals. Due to the numerous unliquidated, contingent, and/or disputed claims, summary statistics in the Schedules and Statements may materially understate the Debtors' liabilities.

**Undetermined or Unknown Amounts**. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the course of the Chapter 11 Cases and certain amounts may depend on contractual obligations to be assumed as part of a sale or other transaction in these Chapter 11 Cases.

**Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

**Contingent Assets and Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Liabilities**.  Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.  In such cases, the amounts are listed as "Unknown" or "Undetermined."  Accordingly, the Schedules and the Statements may not reflect the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements or otherwise.  Claim amounts that could not be readily quantified by the Debtors are listed as "Unliquidated."

The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change.  The Debtors reserve the right, but are not required, to amend the Schedules and Statements as they deem appropriate to reflect this.

**Excluded Assets and Liabilities**.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  The Debtors may have excluded from the Schedules certain accrued liabilities, and other non-material assets and liabilities which may be included in their IFRS financial statements.

**Consolidated Accounts Payable and Cash Receipts and Disbursement Systems**.  Before the Petition Date (and continuing thereafter), the Debtors and their Non-Debtor Affiliates participated in a consolidated cash management system.  As a result, certain payments in the Schedules and

Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.

A description of the Debtors' prepetition cash management system is set forth in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management System in the Ordinary Course of Business, and (II) Granting Related Relief* (the "**Cash Management Motion**") [ECF No. 8].

**Executory Contracts**.  Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, that such lease is an unexpired lease, or that either is binding, valid, and enforceable.  The Debtors hereby expressly reserve the right to assert that any contract or lease listed on the Schedules and Statements does not constitute an executory contract or unexpired lease, as applicable, within the meaning of section 365 of the Bankruptcy Code.  Conversely, the omission of a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract or lease is not an executory contract or unexpired lease, as applicable, or that such contract or lease is or is not binding, valid, and enforceable.

**Setoff**.  Setoffs that were incurred in the ordinary course or under customary practices are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules A/B, D or E/F, unless stated otherwise.  Nonetheless, some amounts listed may have been affected by setoffs effectuated prior to the Petition Date of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

**Signatory**.  The Schedules and Statements have been signed by Ephraim Diamond, in his capacity as Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Diamond has necessarily relied upon the efforts, statements, and representations of the Debtors' various personnel and professionals.  Mr. Diamond has not (and could not possibly have) personally verified the accuracy of each statement and representation included in the Schedules and Statements, including statements and representations concerning amounts owed to creditors and their addresses.

**Limitation of Liability**.  The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or, except to the extent required by applicable law or an order of the Bankruptcy Court, to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a

potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities**

**Schedule A/B Notes**.

- General.  Each Debtor's assets in Schedule A/B are listed at net book value as of April 30, 2025 unless otherwise noted and as such, may not necessarily reflect the market or recoverable value of these assets as of the Petition Date.  The Debtors' real property values are listed on the basis of the Debtors' appraisals dated as of June 1, 2025 reflected in the Report, affixed as Exhibit A to the *Expert Declaration of Michelle Zell* [ECF No. 38].

- Checking, savings, money market, or financial brokerage accounts (AB3).  Bank account balances listed reflect bank account balance as of May 21, 2025.

- Deposits (AB7).  The Debtors maintain certain deposits in the conduct of their business operations.  These deposits are included in the Schedules for the appropriate legal entity.  Types of deposits include, among other things, tenant security deposits, tax advance deposits, and utility deposits.  The Debtors have made reasonable efforts to identify and list all utility deposits in response to Schedule AB7.  However, due to limitations in the Debtors' accounting systems, certain utility deposits may not be separately identifiable or distinguishable from other payments.  As a result, the information provided may not include all utility deposits, and the amounts listed may reflect only those deposits that could be reasonably identified based on available records.

- Additionally, the Debtors maintain certain debt service coverage deposit accounts with their mortgage lenders under the requirements of the mortgages documents.  The Debtors do not have access to these accounts or visibility to the account balances.  As a result, the balances for these accounts have not been provided.

- Prepayments (AB8).  Certain prepaid or amortized assets are listed in Schedule AB8 in accordance with the Debtors' books and records.  The amounts listed do not necessarily reflect values that the Debtors will be able to collect or realize.  The amounts listed in Schedule AB8 include, among other things, prepaid real estate taxes, insurance expenses, water/utility expenses, and employee expenses, among others.

- Accounts receivable (AB11).  The Debtors' accounts receivable information includes receivables from the Debtors' residential tenants or commercial rent tenants.

- Real Property (AB55).  The Debtors directly own all of the properties listed in each Schedule.  These values incorporate the value associated with land and building improvements, capital expenditures for renovations, and other property-related enhancements.  The Debtors believe the values presented are reasonable estimates of market value and are based on recent appraisals dated June 1, 2025, and the Debtors reserve all rights with respect to the final determination or use of such valuations for any purpose in these Chapter 11 cases.

8

- <u>Part 10 (AB67)</u>. The Debtors have customer information (*i.e.*, tenant information) from ordinary course business activities which contains personally identifiable information (as defined in Bankruptcy Code sections 101(41A) and 107). This information is not included in the Schedules.

- <u>All other assets (AB 74 & 75).</u> In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, or credits with their customers and suppliers. Additionally, certain of the Debtors may become party to litigation in which such Debtors may assert claims as plaintiffs or counterclaims and/or cross-claims as defendants. Because such claims and causes of action are unknown to or being investigated by the Debtors and are not quantifiable as of the Petition Date, they are not listed therein. The Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, all avoidance actions arising under chapter 5 of the Bankruptcy Code and all actions arising under other relevant bankruptcy and non-bankruptcy laws to recover assets.

**<u>Schedule D Notes</u>**

- Creditors' claims on Schedule D arose, or were incurred, on various dates. In certain instances, the date on which such claim arose may be in dispute.

- Known, filed mechanics' and UCC-1 Financing and Fixture Filing liens, if any, are listed on Schedule D.

- The Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

**<u>Schedule E/F Notes</u>**.

- The Debtors have made commercially reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date. However, the actual amount of claims against the Debtors may vary significantly from the represented liabilities. Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims. Similarly, parties in interest should not anticipate that recoveries in these Chapter 11 Cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules. Parties in

9

interest should consult their own professionals and advisors with respect to pursuing any claims. Although the Debtors and their professionals have generated financial information and data that the Debtors believe to be reasonable, actual liabilities (and assets) may vary significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although commercially reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, where the determination would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

- Part 1. Claims listed on the Debtors' Schedule E/F Part 1 include claims owing to various taxing authorities to which the Debtors may be liable. Certain of such claims may be subject to ongoing audits, and accordingly, the Debtors are unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E/F. Therefore, the Debtors have listed estimated claim amounts in certain instances. The Debtors reserve the right to dispute or challenge whether such claims are entitled to priority.

- The listing of any priority claim on Schedule E/F Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code or otherwise. The Debtors reserve the right to take the position that any claim listed on Schedule E/F is not entitled to priority.

- Part 2. The Debtors have made reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, trade creditors, utility companies, consultants, employees, and other service providers. The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide formal invoices for prepetition goods or services. Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of April 30, 2025.

- The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed for a complete understanding of the unsecured claims against the Debtors. Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.

- Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with IFRS. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date. Part 2 does not include reserves for

10

liabilities that may have arisen under litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

- The Debtors have identified each creditor's name and mailing address listed on Part 1 and Part 2 of Schedule E/F. Identifying all such other parties who must potentially be notified of such claims would require an exhaustive search of the Debtors' books and records and would be unduly burdensome and prohibitively expensive.

## Schedule G Notes

- While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is binding, valid, and enforceable. Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and leases listed on Schedule G are hereby reserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend the Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease or that it is or is not binding, valid, and enforceable. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by any such omission. Schedule G may be amended at any time to add any omitted contracts, agreements, or leases.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve the right to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Tenant agreements have been redacted in Schedule G to protect the identity of the Debtors' tenants.

- Executory contracts, if any, for short-term service orders that are oral in nature have not been included in Schedule G.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific

Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made commercially reasonable efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**<u>Schedule H Notes</u>**.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such cross-claims and counterclaims are "contingent," "unliquidated," or "disputed," such claims have not been set forth individually on Schedule H.

- Certain of the Debtors are covered by insurance policies financed pursuant to joint insurance premium financing agreements and, where applicable, these agreements have been set forth on Schedule G as executory contracts. Because each Debtor insured by a policy or policies under these agreements has had such agreement noted on its respective Schedule G, the other Debtors party to such agreement have not been listed on Schedule H. To the extent the joint insurance premium financing agreements cover Non-Debtor Affiliates, such affiliates have not been listed.

- Schedule H is prepared for informational purposes only to apprise parties in interest of co-debtor relationships of the Debtors as of the Petition Date and is derived from documents in the possession of the Debtors. It is not an admission or recognition that any co-debtor liability exists or existed.

**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**

**Statement Questions 1 and 2 – Revenue**.  The income stated in the Debtors' response to Statement-1 and Statement-2 is consistent with the revenue disclosed in compliance with IFRS. The Debtors' fiscal year ends on the last day of each calendar year:

- FY 2023: Comprised of 12 months ended December 31, 2023.
- FY 2024: Comprised of 12 months ended December 31, 2024.
- Stub Period 2025: Comprised of 4 months ended April 30, 2025.

**Statement Question 3 – 90 Day Payments.**  Payments listed on the Statements may have been made by one or more affiliated entities on behalf of the Debtors' prepetition obligations to third-party creditors pursuant to historical centralized cash management arrangements.  Although the Debtors did not disburse these funds directly, they understand that such payments were made for their benefit.

**Statement Question 4 – Payments to Insiders.**  For the purpose of this question, payments listed on the Statements of the Debtors reflect those made for the benefit of the Debtors.  In certain instances, these payments were not disbursed directly by the Debtors, but rather may have been made by affiliated entities on the Debtors' behalf in the ordinary course of business, consistent with historical cash management arrangements.

In the ordinary course of business, certain of the Debtors or Non-Debtor Affiliates would fund an expense on behalf of another Debtor or Non-Debtor Affiliate.  The entity on whose behalf the expense was funded then reimburses the entity that funded the expense.  These expense reimbursement transactions are set forth on the Statements.

**Statement Question 6 – Setoffs.**  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Setoffs in the ordinary course can result from various activities, including, without limitation, counterparty settlements, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers.  These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, setoffs are not independently accounted for and, as such, are excluded from the Schedules.  The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

**Statement Question 7 – Legal Actions.**  Certain litigation actions against one Debtor may relate to any of the other Debtors or Non-Debtor Affiliates.  The Debtors have made commercially reasonable efforts to identify all current pending litigation involving the Debtors and to record these actions in the Statements of the Debtor that is party to the action.  However, certain omissions may have occurred.  The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim currently pending or that may arise in the future.

**Statement Question 10 – Losses.**  During the one-year period preceding the Petition Date, the Debtors experienced isolated incidents involving fire damage at certain residential properties they

own.  These incidents resulted in property losses affecting individual units or common areas and were generally reported to the appropriate insurance carriers at the time they occurred.

**Statement Question 11 – Payments Related to Bankruptcy.**  All payments for services of any entities that provided consultation concerning restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement-11.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications.

**Statement Question 16 – Personally Identifiable Information.**  The Debtors collect personally identifiable information from prospective tenants as part of the tenant application process.  The nature of information collected includes the following: full legal name, date of birth, Social Security number, government-issued identification, and current contact information—as well as financial and employment data, rental and credit history, and background information.

**Statement Question 17 – Pensions & 401(k) Plans.**  Within the six-year reporting period, certain employees of the Debtors participated in pension and retirement benefit plans made available either through collective bargaining agreements with labor unions or the Debtors' co-employee agreement with ADP.  These plans are administered by third-party union trustees or fund administrators and are governed by ERISA as multiemployer plans.  The Debtors do not serve as plan administrator for any such benefit plans and have no control over the management, investment, or distribution of plan assets.  As such, those plans are not listed.

**Statement Question 20 – Off-Premises Storage.**  The Debtors stored certain business records and operational files in physical storage units located within properties managed or owned by the Debtors or its affiliates.  In addition, the Debtors utilized CoreSite data centers to house the Debtors' data servers.  The locations listed for off-premises storage do not include cloud based storage of electronic data.

**Statement Question 26d – Recipients of Financial Statements.**  The Debtors have provided financial statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two years prior to the Petition Date.  These financial statements are not tracked on an individual recipient basis.  In addition, the financial statements are prepared on a consolidated basis and include information for both Debtors and Non-Debtor Affiliates.  As such, the financial statements do not provide Debtor-specific information.

**Statement Question 28 – Current Officer and Directors.**  The responses provided reflect the direct parent entity that wholly owns the Debtor entity.  The Debtors are limited liability companies that are member-managed, and as such, the only individual officers listed in response to this question is the Chief Restructuring Officer, Ephraim Diamond.

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders.**  Refer to Statement Question 4 for this item.

**Statement Question 31 – Consolidated Tax Groups.** Various Debtor limited liability companies are disregarded for tax purposes. Income generated by an LLC is consolidated at a higher reporting unit level.

**Statement Question 32 – Contributions to Pension Fund.** The Debtors, in their capacity as an employer, have historically made contributions to one or more pension plans that are administered by labor unions pursuant to collective bargaining agreements. All such contributions were made in the ordinary course of business and in accordance with the applicable labor agreements.

**Fill in this information to identify the case:**

Debtor name: 991 Carroll St LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11070

☐ Check if this is an amended filing

---

**Part 1:** Income

---

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>1/01/2025 | to<br>4/30/2025 | ☑ Operating a business<br>☐ Other | $307,724.65 |
| **For prior year:** | From<br>1/01/2024 | to<br>12/31/2024 | ☑ Operating a business<br>☐ Other | $955,772.54 |
| **For the year before that:** | From<br>1/01/2023 | to<br>12/31/2023 | ☑ Operating a business<br>☐ Other | $942,654.65 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>1/01/2025 | to<br>4/30/2025 | Interest income | $9.85 |
| **For prior year:** | From<br>1/01/2024 | to<br>12/31/2024 | Interest income | $39.90 |
| **For the year before that:** | From<br>1/01/2023 | to<br>12/31/2023 | Interest income | $39.91 |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br>ISMET SELIMAJ<br>1030 PARK PLACE<br>BROOKLYN, NY 11213 | 4/08/2025 | $800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.2<br>VERIZON<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | 5/13/2025 | $121.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.3<br>ISMET SELIMAJ<br>1030 PARK PLACE<br>BROOKLYN, NY 11213 | 4/22/2025 | $800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |
| 3.4<br>SULLY CONSTRUCTION CORP.<br>550 EAST 21ST STREET<br>BROOKLYN, NY 11226 | 4/03/2025 | $2,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

3.5

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

3/03/2025     $2,497.88

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.6

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

2/25/2025     $800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.7

ADVANTAGE WHOLESALES SUPPLY
172 EMPIRE BLVD
BROOKLYN, NY 11225

2/25/2025     $1,458.13

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.8

SULLY CONSTRUCTION CORP.
550 EAST 21ST STREET
BROOKLYN, NY 11226

3/20/2025     $2,850.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.9

BIG MIKE'S A/C
269 LINKS DRIVE WEST
OCEANSIDE, NY 11572

2/26/2025     $293.96

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.10

HORING WELIKSON ROSEN & DIGRUGILLIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

3/25/2025                    $571.35

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.11

ADVANTAGE WHOLESALES SUPPLY
172 EMPIRE BLVD
BROOKLYN, NY 11225

3/03/2025                    $547.26

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.12

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

3/24/2025                    $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.13

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

3/10/2025                    $426.71

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.14

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

4/01/2025                    $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.15

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.
4 IRVING PLACE
NEW YORK, NY 10003

5/19/2025                 $128.69

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.16

GW MECHANICAL CORPORATION
854 HUMBOLDT STREET
BROOKLYN, NY 11222

4/07/2025                 $745.79

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.17

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

5/01/2025                 $120.61

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.18

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

3/11/2025                 $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.19

YARDI SYSTEMS, INC
430 S FAIRVIEW AVENUE
SANTA BARBARA, CA 93117

4/11/2025                 $19.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.20

JB PEST MANAGEMENT CORP.
PO BOX 140178
STATEN ISLAND, NY 10314
United States

3/11/2025     $304.84

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.21

HORING WELIKSON ROSEN & DIGRUGILLIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

5/01/2025     $179.45

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.22

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

3/04/2025     $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.23

NATARRY MANAGEMENT CO.
428 CENTRAL AVE
CEDARHURST, NY 11516

4/09/2025     $326.54

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Employee Programs

3.24

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

4/15/2025     $462.04

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.25

NATARRY MANAGEMENT CO.
428 CENTRAL AVE
CEDARHURST, NY 11516

4/07/2025                        $174.73

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Employee Programs

3.26

EXIT MOLD & EXIT LEAD
10 BROWER AVE
WOODMERE, NY 11598

3/06/2025                        $265.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.27

HORING WELIKSON ROSEN & DIGRUGILLIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

3/28/2025                        $215.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.28

JB PEST MANAGEMENT CORP.
PO BOX 140178
STATEN ISLAND, NY 10314
United States

4/09/2025                        $609.68

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.29

BORO PARK GLASS & MIRROR CO.
3916 14TH AVENUE
BROOKLYN, NY 11218

3/27/2025                        $1,633.12

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.30

P.C.RICHARD & SON
150 PRICE PARKWAY
FARMINGDALE,, NY 11735

4/11/2025                          $1,699.54

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.31

P.C.RICHARD & SON
150 PRICE PARKWAY
FARMINGDALE,, NY 11735

5/21/2025                          $555.26

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.32

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

4/14/2025                          $3,874.21

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.33

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

3/27/2025                          $40.26

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.34

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

4/09/2025                          $121.25

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.35

AFCO INSURANCE PREMIUM FINANCE
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

5/07/2025          $73.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.36

ADVANTAGE WHOLESALES SUPPLY
172 EMPIRE BLVD
BROOKLYN, NY 11225

4/03/2025          $477.74

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.37

ADVANTAGE WHOLESALES SUPPLY
172 EMPIRE BLVD
BROOKLYN, NY 11225

4/07/2025          $2,946.27

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.38

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.
4 IRVING PLACE
NEW YORK, NY 10003

3/19/2025          $138.23

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.39

GW MECHANICAL CORPORATION
854 HUMBOLDT STREET
BROOKLYN, NY 11222

4/14/2025          $1,437.15

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.40

BIG PICTURE RMC LLC
10 COLUMBIA PL APT CO80
BROOKLYN, NY 11201

5/01/2025                    $1,950.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.41

CLICKPAY
P.O. BOX 202
EMERSON, NJ 07630

3/24/2025                    $85.76

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.42

ENDICOTT COMM, INC.
1015 TANZANIA DRIVE
ROSEVILLE, CA 95661

3/06/2025                    $100.61

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.43

NATIONAL GRID USA SERVICE COMPANY,
INC.
PO BOX 371416
PITTSBURGH, PA 15250

3/19/2025                    $62.72

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.44

YARDI SYSTEMS, INC
430 S FAIRVIEW AVENUE
SANTA BARBARA, CA 93117

4/28/2025                    $9.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.45

NATARRY MANAGEMENT CO.                 3/04/2025              $212.89
428 CENTRAL AVE
CEDARHURST, NY 11516

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Employee Programs

3.46

GW MECHANICAL CORPORATION              5/01/2025              $1,796.44
854 HUMBOLDT STREET
BROOKLYN, NY 11222

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.47

NATIONAL GRID USA SERVICE COMPANY,     5/15/2025              $47.92
INC.
PO BOX 371416
PITTSBURGH, PA 15250

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.48

VERIZON                                5/13/2025              $125.92
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.49

CORNER HARDWARE                        3/27/2025              $1,269.62
P.O.BOX 100843
BROOKLYN, NY 11210

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.50

BORO PARK GLASS & MIRROR CO.       4/10/2025              $1,633.13
3916 14TH AVENUE
BROOKLYN, NY 11218

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.51

VERIZON                            2/27/2025                $40.26
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.52

CORNER HARDWARE                    3/17/2025              $2,983.31
P.O.BOX 100843
BROOKLYN, NY 11210

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.53

NATIONAL GRID USA SERVICE COMPANY, 4/10/2025                $72.71
INC.
PO BOX 371416
PITTSBURGH, PA 15250

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.54

AFCO INSURANCE PREMIUM FINANCE     4/03/2025                $73.00
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.55

HORING WELIKSON ROSEN & DIGRUGILLIERS, P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

5/15/2025                $190.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.56

JB PEST MANAGEMENT CORP.
PO BOX 140178
STATEN ISLAND, NY 10314
United States

3/07/2025                $304.84

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.57

ADVANTAGE WHOLESALES SUPPLY
172 EMPIRE BLVD
BROOKLYN, NY 11225

3/06/2025                $1,010.39

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.58

ENDICOTT COMM, INC.
1015 TANZANIA DRIVE
ROSEVILLE, CA 95661

4/04/2025                $88.96

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.59

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

3/31/2025                $592.86

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.60**

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

2/26/2025     $132.28

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.61**

GW MECHANICAL CORPORATION
854 HUMBOLDT STREET
BROOKLYN, NY 11222

3/20/2025     $1,736.56

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

**3.62**

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

3/13/2025     $96.56

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.63**

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

4/30/2025     $40.48

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☑ Suppliers or vendors
- ☐ Services
- ☐ Other

**3.64**

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

3/18/2025     $800.00

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

3.65

HORING WELIKSON ROSEN & DIGRUGILLIERS,
P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

4/10/2025    $249.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.66

BORO PARK GLASS & MIRROR CO.
3916 14TH AVENUE
BROOKLYN, NY 11218

4/14/2025    $10,125.38

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.67

I DACHS & SONS INC.
1245 WEST BROADWAY
HEWLETT, NY 11557

5/13/2025    $2,764.93

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.68

CLICKPAY
P.O. BOX 202
EMERSON, NJ 07630

4/28/2025    $60.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.69

AFCO INSURANCE PREMIUM FINANCE
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

3/21/2025    $2,149.68

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.70

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

5/06/2025          $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.71

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.
4 IRVING PLACE
NEW YORK, NY 10003

4/17/2025          $123.80

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.72

AFCO INSURANCE PREMIUM FINANCE
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

2/21/2025          $2,149.68

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.73

NATIONAL GRID USA SERVICE COMPANY,
INC.
PO BOX 371416
PITTSBURGH, PA 15250

3/11/2025          $75.11

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.74

YARDI SYSTEMS, INC
430 S FAIRVIEW AVENUE
SANTA BARBARA, CA 93117

4/10/2025          $761.54

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.75

NATIONAL GRID USA SERVICE COMPANY,
INC.
PO BOX 371416
PITTSBURGH, PA 15250

5/09/2025          $65.19

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.76

HORING WELIKSON ROSEN & DIGRUGILLIERS,
P.C.
11 HILLSIDE AVENUE
WILLISTON PARK, NY 11596

5/20/2025          $307.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.77

NYC DEPT. OF FINANCE
CHURCH ST. STATION
NEW YORK, NY 10008
UNITED STATES

3/07/2025          $68.04

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Government / Taxes / Regulatory

3.78

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

5/20/2025          $800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.79

ENVIRO NYC
74 MEADE LOOP
STATEN ISLAND, NY 10309

3/20/2025          $895.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.80

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

3/13/2025          $121.80

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.81

JB PEST MANAGEMENT CORP.
PO BOX 140178
STATEN ISLAND, NY 10314
United States

4/11/2025          $304.84

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.82

ANTIQUE CONTRACTING CORPORATION
88-20 MOLINE STREET
QUEENS VILLAGE, NY 11427

4/02/2025          $83,928.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.83

ADVANTAGE WHOLESALES SUPPLY
172 EMPIRE BLVD
BROOKLYN, NY 11225

3/11/2025          $235.66

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.84

AFCO INSURANCE PREMIUM FINANCE
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

3/05/2025          $73.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.85

ENDICOTT COMM, INC.
1015 TANZANIA DRIVE
ROSEVILLE, CA 95661

4/30/2025          $85.59

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.86

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

4/15/2025          $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.87

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

5/13/2025          $800.00

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [x] Services
- [ ] Other

3.88

P.C.RICHARD & SON
150 PRICE PARKWAY
FARMINGDALE,, NY 11735

3/28/2025          $1,145.36

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

3.89

CONSOLIDATED EDISON COMPANY OF NEW
YORK, INC.
4 IRVING PLACE
NEW YORK, NY 10003

5/20/2025          $56.82

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

**3.90**

ISMET SELIMAJ
1030 PARK PLACE
BROOKLYN, NY 11213

4/29/2025          $800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

**3.91**

NATIONAL GRID USA SERVICE COMPANY, INC.
PO BOX 371416
PITTSBURGH, PA 15250

5/20/2025          $8,451.74

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.92**

SULLY CONSTRUCTION CORP.
550 EAST 21ST STREET
BROOKLYN, NY 11226

3/24/2025          $4,800.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

**3.93**

MBA SUPPLY COMPANY
P.O.BOX 333
WOODMERE, NY 11598

3/20/2025          $1,978.94

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**3.94**

NATIONAL GRID USA SERVICE COMPANY, INC.
PO BOX 371416
PITTSBURGH, PA 15250

4/16/2025          $8,419.19

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

3.95

AFCO INSURANCE PREMIUM FINANCE
150 NORTH FIELD DRIVE, SUITE 190
LAKE FOREST, IL 60045

4/14/2025 — $2,149.68

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

3.96

GW MECHANICAL CORPORATION
854 HUMBOLDT STREET
BROOKLYN, NY 11222

4/09/2025 — $464.45

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☑ Services
☐ Other

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>SECURE WATCH 24<br>2 GRAND CENTRAL TOWER<br>140 EAST 45TH ST.<br>12TH FLOOR<br>NEW YORK, NY 10017<br><br>Relationship to debtor<br>Affiliate | 1/07/2025 | $170.05 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 4.2<br><br>PINNACLE MANAGING CO., LLC<br>2 GRAND CENTRAL TOWER<br>140 EAST 45TH ST.<br>12TH FLOOR<br>NEW YORK, NY 10017<br><br>Relationship to debtor<br>Affiliate | 7/18/2024 | $111.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other<br><br>Management Fees |

### 4.3

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

10/01/2024          $3,072.61

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

### 4.4

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

5/02/2025          $20.86

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

### 4.5

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

5/01/2025          $3,567.79

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

### 4.6

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

8/15/2024          $170.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

### 4.7

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

2/03/2025          $2,791.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

**4.8**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

6/03/2024          $3,762.06

Relationship to debtor
Affiliate

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

**4.9**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

4/10/2025          $111.93

Relationship to debtor
Affiliate

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

**4.10**

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

2/06/2025          $170.05

Relationship to debtor
Affiliate

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

**4.11**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

6/13/2024          $172.46

Relationship to debtor
Affiliate

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

**4.12**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

2/06/2025          $74.81

Relationship to debtor
Affiliate

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

**4.13**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

2/25/2025          $61.37

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.14**

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

6/12/2024          $170.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Relationship to debtor
Affiliate

**4.15**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

4/29/2025          $25.72

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.16**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

9/06/2024          $38.90

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.17**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

11/20/2024          $44.93

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.18**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

9/12/2024          $18.25

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.19**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

3/26/2025          $106.54

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.20**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

4/09/2025          $20.81

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

**4.21**

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

3/05/2025          $170.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

Relationship to debtor
Affiliate

**4.22**

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

8/30/2024          $90.00

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other

Relationship to debtor
Affiliate

Management Fees

4.23

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

8/01/2024        $3,522.98

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

---

4.24

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

10/04/2024        $29.83

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

---

4.25

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

12/03/2024        $456.99

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

---

4.26

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

11/04/2024        $2,905.20

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

---

4.27

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

5/19/2025        $124.59

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

4.28

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

10/10/2024    $170.05

☐ Secured debt
☐ Unsecured loan repayments
☑ Suppliers or vendors
☐ Services
☐ Other

4.29

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

3/13/2025    $2,390.42

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

4.30

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

2/13/2025    $3,585.64

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

4.31

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

12/02/2024    $2,614.03

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

4.32

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

9/03/2024    $2,977.92

☐ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
☑ Other
Management Fees

4.33

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

1/02/2025            $2,727.61

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

4.34

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

3/24/2025            $85.21

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

4.35

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

9/09/2024            $170.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

4.36

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

5/15/2025            $175.34

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

4.37

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

5/05/2025            $170.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

4.38

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

7/01/2024            $170.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

4.39

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

11/05/2024            $170.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

4.40

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

8/19/2024            $39.07

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

4.41

SECURE WATCH 24
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

12/06/2024            $170.05

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

4.42

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

12/04/2024            $21.02

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

4.43

SECURE WATCH 24                    4/08/2025           $170.05
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [x] Suppliers or vendors
- [ ] Services
- [ ] Other

---

4.44

PINNACLE MANAGING CO., LLC        2/18/2025           $250.07
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

---

4.45

AUDOBON REALTY LLC                 5/06/2025           $8,000.00
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Expense Reimbursement

---

4.46

PINNACLE MANAGING CO., LLC        5/20/2025           $2,276.18
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

---

4.47

PINNACLE MANAGING CO., LLC        4/01/2025           $2,975.98
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other
Management Fees

4.48

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

3/03/2025    $2,855.99

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

4.49

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

7/01/2024    $1,852.78

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

4.50

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

10/08/2024    $219.09

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

4.51

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

4/03/2025    $2,246.98

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

4.52

PINNACLE MANAGING CO., LLC
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

11/01/2024    $44.28

Relationship to debtor
Affiliate

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Management Fees

4.53

PINNACLE MANAGING CO., LLC         8/06/2024         $205.69
2 GRAND CENTRAL TOWER
140 EAST 45TH ST.
12TH FLOOR
NEW YORK, NY 10017

- [ ] Secured debt
- [ ] Unsecured loan repayments
- [ ] Suppliers or vendors
- [ ] Services
- [x] Other

Relationship to debtor
Affiliate

Management Fees

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale,
transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

- [x] None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without
permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

- [x] None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

**Part 3:**    **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1
year before filing this case.

- [ ] None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 **Name** NA <br> **Case number** 039108462M | ECB Violations | Name Office of Administrative Trials and Hearings (OATH) <br> Street 100 Church St 12th Floor <br> City New York   State NY   Zip 10007 | [x] Pending <br> [ ] On appeal <br> [ ] Concluded |
| 7.2 **Name** NA <br> **Case number** 0803055092 | ECB Violations | Name Office of Administrative Trials and Hearings (OATH) <br> Street 100 Church St 12th Floor <br> City New York   State NY   Zip 10007 | [x] Pending <br> [ ] On appeal <br> [ ] Concluded |

7.3

**Name**
NA

**Case number**
048429436M

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

7.4

**Name**
NA

**Case number**
048915244L

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

7.5

**Name**
NA

**Case number**
048874593L

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

7.6

**Name**
NA

**Case number**
048429560J

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

7.7

**Name**
NA

**Case number**
048915271R

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

7.8

**Name**
NA

**Case number**
048565468N

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

7.9

**Name**
NA

**Case number**
048820523M

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City
New York

State
NY

Zip
10007

☑ Pending
☐ On appeal
☐ Concluded

**7.10**

**Name**
NA

**Case number**
048915274M

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City                State    Zip
New York            NY       10007

☑ Pending
☐ On appeal
☐ Concluded

**7.11**

**Name**
NA

**Case number**
039095757J

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City                State    Zip
New York            NY       10007

☑ Pending
☐ On appeal
☐ Concluded

**7.12**

**Name**
NA

**Case number**
047881274N

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City                State    Zip
New York            NY       10007

☑ Pending
☐ On appeal
☐ Concluded

**7.13**

**Name**
NA

**Case number**
047882537K

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City                State    Zip
New York            NY       10007

☑ Pending
☐ On appeal
☐ Concluded

**7.14**

**Name**
NA

**Case number**
047752962X

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City                State    Zip
New York            NY       10007

☑ Pending
☐ On appeal
☐ Concluded

**7.15**

**Name**
NA

**Case number**
047579447P

ECB Violations

Name
Office of Administrative Trials and Hearings (OATH)

Street
100 Church St 12th Floor

City                State    Zip
New York            NY       10007

☑ Pending
☐ On appeal
☐ Concluded

**7.16**

**Name**
NA

**Case number**
BP210088S

DHCR Complaint

Name
Office of Rent Administration (ORA)

Street
92-31 Union Hall St

City                State    Zip
Jamaica             NY       11433

☑ Pending
☐ On appeal
☐ Concluded

**7.17**

| Name | DHCR Complaint | Name | |
|---|---|---|---|
| NA | | Office of Rent Administration (ORA) | ☑ Pending |
| | | | ☐ On appeal |
| **Case number** | | **Street** | ☐ Concluded |
| MV2100019R | | 92-31 Union Hall St | |

| City | State | Zip |
|---|---|---|
| Jamaica | NY | 11433 |

**7.18**

| Name | Litigation / Dispute | Name | |
|---|---|---|---|
| Flagstar Bank, N.A. v. 225 Parkside LLC et al | | Kings Supreme Court | ☑ Pending |
| | | | ☐ On appeal |
| **Case number** | | **Street** | ☐ Concluded |
| 509749/2025 | | 360 Adams Street | |

| City | State | Zip |
|---|---|---|
| Brooklyn | NY | 11201 |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|

**8.1**

| Custodian's name and address | Case title | Court name and address |
|---|---|---|
| | | Name |
| Street | Case number | |
| | | Street |
| City    State    Zip | Date of order or assignment | City    State    Zip |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**9.1**

| Recipient's name | | | |
|---|---|---|---|
| Street | | | |
| City    State    Zip | | | |
| **Recipient's relationship to debtor** | | | |

**Part 5:** **Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 FTI Consulting, Inc.<br><br>**Email or website address** https://www.fticonsulting.com<br>**Who made the payment, if not debtor?** | | 5/06/2025 | $1,000.00 |
| 11.2 FTI Consulting, Inc.<br><br>**Email or website address** https://www.fticonsulting.com<br>**Who made the payment, if not debtor?** | | 5/19/2025 | $1,103.83 |
| 11.3 Arbel Capital Advisers, LLC<br><br>**Email or website address**<br>**Who made the payment, if not debtor?** | | 5/21/2025 | $808.00 |
| 11.4 FTI Consulting, Inc.<br><br>**Email or website address** https://www.fticonsulting.com<br>**Who made the payment, if not debtor?** | | 5/16/2025 | $3,333.33 |

11.5

Weil, Gotshal & Manges LLP                4/04/2025          $8,000.00

**Email or website address**
https://www.weil.com

**Who made the payment, if not debtor?**

11.6

Weil, Gotshal & Manges LLP                4/09/2025          $8,000.00

**Email or website address**
https://www.weil.com

**Who made the payment, if not debtor?**

11.7

Weil, Gotshal & Manges LLP                5/16/2025          $6,154.00

**Email or website address**
https://www.weil.com

**Who made the payment, if not debtor?**

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| Trustee | | | |

## 13. Transfers not already listed on this statement

List any transfers of money or other property   by sale, trade, or any other means   made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | | | | |
| Street | | | From | to |
| City | State | Zip | | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |
| Street | | |
| City    State    Zip | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider | **How are records kept?** Check all that apply: ☐ Electronically ☐ Paper |

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained.    Full legal name, date of birth, Social Security number, government-issued identification, and current contact information—as well as financial and employment data, rental and credit history, and background information used to evaluate the application.

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**

**Employer identification number of the plan**

Has the plan been terminated?

☐ No

☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 <br> Name <br><br> Street <br><br> City   State   Zip | _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br><br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 <br> Name <br><br> Street <br><br> City   State   Zip | _____ <br> Address <br> _____ | _____ | ☐ No <br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20.1**

Name
3425 Kingsbridge

Street
3425 Kingsbridge Avenue

City: New York    State: NY    Zip: 10463

Johnny Cifuentes

Address
2 Grand Central Tower
140 East 45th Street, 12th Floor
New York, New York 10017

Historical tenant files

☐ No
☑ Yes

**20.2**

Name
945/955 Underhill Ave

Street
945 Underhill Avenue

City: Bronx    State: NY    Zip: 10473

Abidin Radoncic

Address
2 Grand Central Tower
140 East 45th Street, 12th Floor
New York, New York 10017

Historical business records including records related to payroll, invoices, apartment sales, taxes, leases, and rent registration, among other things.

☐ No
☑ Yes

**20.3**

Name
CoreSite

Street
32 Avenue of the Americas, 7th Floor

City: New York    State: NY    Zip: 10013

Jerry Toscano

Address
2 Grand Central Tower
140 East 45th Street, 12th Floor
New York, New York 10017

Pinnacle data servers

☐ No
☑ Yes

**Part 11:    Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|

**21.1**

**Part 12:**   Details About Environmental Information

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 <br><br> Case Number | Name <br><br> Street <br><br> City   State   Zip | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 <br> Name <br><br> Street <br><br> City   State   Zip | Name <br><br> Street <br><br> City   State   Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 <br> Name <br><br> Street <br><br> City   State   Zip | Name <br><br> Street <br><br> City   State   Zip | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN |
| | | **Dates business existed**<br>From _____ to _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1<br><br>Moshe Weinberger<br>2 Grand Central Tower<br>140 East 45th Street 12th Floor<br>New York, NY 10017 | From 6/24/1991    to Present |
| 26a.2<br><br>Clara Yu<br>2 Grand Central Tower<br>140 East 45th Street 12th Floor<br>New York, NY 10017 | From 8/01/2004    to Present |
| 26a.3<br><br>Lucy Lu<br>The Pinnacle Group<br>2 Grand Central Tower<br>140 East 45th Street 12th Floor<br>New York, NY 10017 | From 12/08/2023    to 10/03/2024 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1<br><br>Hofit Gotesdyner<br>BDO Israel<br>Amot BDO House<br>48 Menachem Begin Rd.<br>Tel Aviv 6618001<br>Israel | From 1/01/2015    to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case was filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1  Moshe Weinberger<br>2 Grand Central Tower<br>140 East 45th Street 12th Floor<br>New York, NY 10017 | |
| 26c.2  Clara Yu<br>2 Grand Central Tower<br>140 East 45th Street 12th Floor<br>New York, NY 10017 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1  Pinnacle Holding Company XXXV LLC | Member | 100 |
| 28.2  Ephraim Diamond | Chief Restructuring Officer | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 | | From _____ to _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1    Pinnacle Holding XXXV LLC | EIN    46-4326087 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**Fill in this information to identify the case:**

Debtor name: 991 Carroll St LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11070

☐ Check if this is an amended filing

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct. I declare under penalty of perjury that the foregoing is true and correct.

Executed on
7/7/2025

/s/ Ephraim Diamond                                    Ephraim Diamond
Signature of individual signing on behalf of debtor    Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☑ No
☐ Yes