**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re                                                      :          **Chapter 11**
                                                           :
**BROADWAY REALTY I CO., LLC, et al.,**                    :          **Case No. 25–11050 (DSJ)**
                                                           :
        **Debtors.**[1]                                    :          **(Jointly Administered)**
                                                           :
                                                           :
---------------------------------------------------------- x

### SCHEDULES OF ASSETS AND LIABILITIES FOR
### BROADWAY REALTY I CO., LLC (CASE NO. 25-11050)

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

**UNITED STATES BANKRUPTCYCOURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x
                                   :

**In re**                               :       **Chapter 11**
                                   :

**BROADWAY REALTY I CO., LLC, *et al.*,**   :      **Case No. 25-11050 (DSJ)**
                                   :

          **Debtors.**[1]                 :      **(Jointly Administered)**
                                   :

--------------------------------------------------------- x

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

        On May 21, 2025 (the "**Petition Date**"), Broadway Realty I Co., LLC and its debtor affiliates (collectively, the "**Debtors**") each commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The Debtors continue to operate their businesses and manage their properties as debtors in possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The chapter 11 cases (the "**Chapter 11 Cases**") are being jointly administered under the lead case In re Broadway Realty I Co., LLC, *et al*. Case No. 25-11050 (DSJ).

        The schedules of assets and liabilities (the "**Schedules**") and statements of financial affairs (the "**Statements**") were prepared pursuant to section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

        These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each Debtor's Schedules and Statements. These Global Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

**Reservation of Rights**. The Debtors are indirect subsidiaries of The Zarasai Group Ltd., a company organized under the laws of the British Virgin Islands, ("**Zarasai**" and together with the Debtors and Non-Debtor Affiliates, the "**Company**") and collectively own approximately 5,200 residential units across their property portfolio. Certain affiliated companies of the Debtors did not file petitions for relief under the Bankruptcy Code in the Bankruptcy Court (each individually, a "**Non-Debtor Affiliate**"). Through the Debtors and other non-Debtor subsidiaries, the Company

---

[1]   The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St 12th Floor, New York, NY 10017.

focuses on the purchase, operation, management, development, betterment, and leasing of income-producing residential real estate. The Debtors' management has made commercially reasonable efforts to ensure the Schedules and Statements are as accurate and complete as possible with respect to each of the 82 Debtors based on the information that was available to them at the time of preparation. Subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may have occurred. As the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are accurate and/or complete. The Debtors reserve all rights to, but are not required to, amend or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The Debtors prepared the Schedules and Statements with the assistance of their advisors and other professionals. The Schedules and Statements are unaudited. In preparing the Schedules and Statements, the Debtors relied upon financial data derived from their books and records that was available at the time of such preparation. The Debtors have made commercially reasonable efforts to characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements correctly. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available. In addition, certain items reported in the Schedules and Statements could be included in more than one category. In those instances, one category has been chosen to avoid duplication. The designation of a category is not meant to be wholly-inclusive or descriptive of the rights or obligations represented by such item.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute an admission or a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, any issues involving substantive consolidation for plan purposes, subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority unsecured" or "nonpriority unsecured," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. The Debtors reserve their respective rights to dispute or assert offsets, setoffs, or defenses to any claim reflected on the Schedules as to the nature, amount, liability, or status of any claim or to otherwise subsequently designate any claim as disputed, contingent, and/or unliquidated.

**Description of the Cases**. On the Petition Date, each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Chapter 11 Cases are being jointly administered for procedural purposes only under Case No. 25-11050. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these Chapter 11 Cases.

2

**Reporting Date**.  All asset information, except where otherwise noted, is provided as of April 30, 2025.  All liability information provided is estimated as of May 21, 2025 (immediately preceding the commencement of these Chapter 11 Cases).

**Current Values.**  Certain of the Debtors' assets and liabilities are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records.  Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.  For the value of the Debtors' real property, the value is listed on the basis of the Debtors' recent appraisal and show values as of June 1, 2025.

**Confidentiality**.  There may be instances where certain information (*i.e.*, tenant and appraisal information) was not included or redacted due to concerns about the confidential or commercially sensitive nature of certain information, to protect the privacy of an individual, or to address concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.  The omissions and redactions are limited to what is necessary to protect the Debtors or a third party and provide interested parties with sufficient information to discern the nature of the listing.

**Purpose of the Global Notes and Specific Notes**.  The Global Notes regarding the Debtors' Schedules and Statements are in addition to the specific notes set forth below with respect to the Debtors' Schedules and Statements (the "**Specific Notes**").  The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement and not as to others does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the Debtors' remaining Schedules or Statements, as appropriate.  The Global Notes and the Specific Notes are incorporated by reference in and comprise an integral part of the Schedules and Statements and should be referred to and reviewed in connection with any review of the Schedules and Statements.

**Basis of Presentation**.  For financial reporting purposes, the Debtors have historically prepared consolidated financial statements which include financial information for the Debtors and the Non-Debtor Affiliates.  Zarasai prepares consolidated financial statements in compliance with the Israeli Accounting Standards Board ("**IASB-Israel**") and presents the financial position, financial performance, and cash flow for the year in accordance with International Financial Reporting Standards as issued by the International Accounting Standards Board ("**IFRS**").

Unlike the consolidated financial statements, the Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on a non-consolidated basis.  Accordingly, the amounts listed in the Schedules and Statements will likely differ, at times materially, from the consolidated financial reports prepared historically by the Zarasai for public reporting purposes or otherwise.

Combining the assets and liabilities set forth in the Schedules and Statements of the Debtors would result in amounts that could be substantially different from financial information regarding the Debtors and its affiliates that would be prepared on a consolidated basis under the various accounting standards previously described.

The Debtors have attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each proper Debtor entity. The Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than by individual legal entity, and, therefore, certain information may be more accurately viewed in the aggregate than on a Debtor by Debtor basis. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflects the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

Although the Schedules and Statements may, at times, incorporate information prepared in accordance with IFRS, the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with IFRS, or otherwise. The Debtors do not prepare financial statements in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**").

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date. Additionally, the fair market value of real and personal property presented herein at a time different than the appraisal date of such asset may vary materially from the appraised value or liquidation value.

**Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

**Estimates and Assumptions**. The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affected the reported amounts of certain assets and liabilities. Actual results could differ materially from these estimates. The Debtors reserve the right to amend the reported amounts of assets, liabilities, and expenses to reflect changes in those estimates or assumptions.

**Totals**. All totals included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual totals may differ from the listed totals. Due to the numerous unliquidated, contingent, and/or disputed claims, summary statistics in the Schedules and Statements may materially understate the Debtors' liabilities.

**Undetermined or Unknown Amounts**. The description of an amount as "Undetermined" or "Unknown" is not intended to reflect upon the materiality of such amount. Certain amounts may be clarified during the course of the Chapter 11 Cases and certain amounts may depend on contractual obligations to be assumed as part of a sale or other transaction in these Chapter 11 Cases.

4

**Recharacterization**.  The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements.  The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

**Contingent Assets and Causes of Action**.  Despite their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action, avoidance actions, controversy, right of set-off, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

**Liabilities**.  Some of the scheduled liabilities are unknown, contingent, and/or unliquidated at this time.  In such cases, the amounts are listed as "Unknown" or "Undetermined."  Accordingly, the Schedules and the Statements may not reflect the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements or otherwise.  Claim amounts that could not be readily quantified by the Debtors are listed as "Unliquidated."

The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and post-petition periods may change.  The Debtors reserve the right, but are not required, to amend the Schedules and Statements as they deem appropriate to reflect this.

**Excluded Assets and Liabilities**.  Certain liabilities resulting from accruals, liabilities recognized in accordance with IFRS, and/or estimates of long-term liabilities either are not payable at this time or have not yet been reported.  Therefore, they do not represent specific claims as of the Petition Date and are not otherwise set forth in the Schedules.  The Debtors may have excluded from the Schedules certain accrued liabilities, and other non-material assets and liabilities which may be included in their IFRS financial statements.

**Consolidated Accounts Payable and Cash Receipts and Disbursement Systems**.  Before the Petition Date (and continuing thereafter), the Debtors and their Non-Debtor Affiliates participated in a consolidated cash management system.  As a result, certain payments in the Schedules and

Statements may have been made prepetition by one entity on behalf of another entity through the operation of the consolidated cash management system.

A description of the Debtors' prepetition cash management system is set forth in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms, (B) Implement Changes to Cash Management System in the Ordinary Course of Business, and (II) Granting Related Relief* (the "**Cash Management Motion**") [ECF No. 8].

**Executory Contracts**.  Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, that such lease is an unexpired lease, or that either is binding, valid, and enforceable.  The Debtors hereby expressly reserve the right to assert that any contract or lease listed on the Schedules and Statements does not constitute an executory contract or unexpired lease, as applicable, within the meaning of section 365 of the Bankruptcy Code.  Conversely, the omission of a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract or lease is not an executory contract or unexpired lease, as applicable, or that such contract or lease is or is not binding, valid, and enforceable.

**Setoff**.  Setoffs that were incurred in the ordinary course or under customary practices are not listed in the Schedules and Statements and the Debtors have not intentionally offset amounts listed on Schedules A/B, D or E/F, unless stated otherwise.  Nonetheless, some amounts listed may have been affected by setoffs effectuated prior to the Petition Date of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

**Signatory**.  The Schedules and Statements have been signed by Ephraim Diamond, in his capacity as Chief Restructuring Officer of the Debtors.  In reviewing and signing the Schedules and Statements, Mr. Diamond has necessarily relied upon the efforts, statements, and representations of the Debtors' various personnel and professionals.  Mr. Diamond has not (and could not possibly have) personally verified the accuracy of each statement and representation included in the Schedules and Statements, including statements and representations concerning amounts owed to creditors and their addresses.

**Limitation of Liability**.  The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein.  The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or, except to the extent required by applicable law or an order of the Bankruptcy Court, to notify any third party should the information be updated, modified, revised, or re-categorized.  In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a

6

potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Specific Notes with Respect to the Debtors' Schedules of Assets and Liabilities**

<u>**Schedule A/B Notes**</u>.

- <u>General</u>. Each Debtor's assets in Schedule A/B are listed at net book value as of April 30, 2025 unless otherwise noted and as such, may not necessarily reflect the market or recoverable value of these assets as of the Petition Date. The Debtors' real property values are listed on the basis of the Debtors' appraisals dated as of June 1, 2025 reflected in the Report, affixed as Exhibit A to the *Expert Declaration of Michelle Zell* [ECF No. 38].

- <u>Checking, savings, money market, or financial brokerage accounts (AB3)</u>. Bank account balances listed reflect bank account balance as of May 21, 2025.

- <u>Deposits (AB7)</u>. The Debtors maintain certain deposits in the conduct of their business operations. These deposits are included in the Schedules for the appropriate legal entity. Types of deposits include, among other things, tenant security deposits, tax advance deposits, and utility deposits. The Debtors have made reasonable efforts to identify and list all utility deposits in response to Schedule AB7. However, due to limitations in the Debtors' accounting systems, certain utility deposits may not be separately identifiable or distinguishable from other payments. As a result, the information provided may not include all utility deposits, and the amounts listed may reflect only those deposits that could be reasonably identified based on available records.

- Additionally, the Debtors maintain certain debt service coverage deposit accounts with their mortgage lenders under the requirements of the mortgages documents. The Debtors do not have access to these accounts or visibility to the account balances. As a result, the balances for these accounts have not been provided.

- <u>Prepayments (AB8)</u>. Certain prepaid or amortized assets are listed in Schedule AB8 in accordance with the Debtors' books and records. The amounts listed do not necessarily reflect values that the Debtors will be able to collect or realize. The amounts listed in Schedule AB8 include, among other things, prepaid real estate taxes, insurance expenses, water/utility expenses, and employee expenses, among others.

- <u>Accounts receivable (AB11)</u>. The Debtors' accounts receivable information includes receivables from the Debtors' residential tenants or commercial rent tenants.

- <u>Real Property (AB55)</u>. The Debtors directly own all of the properties listed in each Schedule. These values incorporate the value associated with land and building improvements, capital expenditures for renovations, and other property-related enhancements. The Debtors believe the values presented are reasonable estimates of market value and are based on recent appraisals dated June 1, 2025, and the Debtors reserve all rights with respect to the final determination or use of such valuations for any purpose in these Chapter 11 cases.

- <u>Part 10 (AB67)</u>.  The Debtors have customer information (*i.e.*, tenant information) from ordinary course business activities which contains personally identifiable information (as defined in Bankruptcy Code sections 101(41A) and 107).  This information is not included in the Schedules.

- <u>All other assets (AB 74 & 75)</u>.  In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, cross-claims, setoffs, or credits with their customers and suppliers.  Additionally, certain of the Debtors may become party to litigation in which such Debtors may assert claims as plaintiffs or counterclaims and/or cross-claims as defendants.  Because such claims and causes of action are unknown to or being investigated by the Debtors and are not quantifiable as of the Petition Date, they are not listed therein.  The Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, all avoidance actions arising under chapter 5 of the Bankruptcy Code and all actions arising under other relevant bankruptcy and non-bankruptcy laws to recover assets.

## Schedule D Notes

- Creditors' claims on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose may be in dispute.

- Known, filed mechanics' and UCC-1 Financing and Fixture Filing liens, if any, are listed on Schedule D.

- The Debtors reserve the right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien listed on Schedule D purported to be granted to a secured creditor or perfected in any specific asset.

- The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.  Nothing in these Global Notes or in the Schedules and Statements shall be deemed a modification, interpretation, or an acknowledgment of the terms of such agreements or related documents.

## Schedule E/F Notes.

- The Debtors have made commercially reasonable efforts to report all priority and general unsecured claims against the Debtors on Schedule E/F based on the Debtors' books and records as of the Petition Date.  However, the actual amount of claims against the Debtors may vary significantly from the represented liabilities.  Parties in interest should not accept that the listed liabilities necessarily reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  Similarly, parties in interest should not anticipate that recoveries in these Chapter 11 Cases will reflect the relationship of the aggregate asset values and aggregate liabilities set forth in the Schedules.  Parties in

9

interest should consult their own professionals and advisors with respect to pursuing any claims. Although the Debtors and their professionals have generated financial information and data that the Debtors believe to be reasonable, actual liabilities (and assets) may vary significantly from the Schedules due to certain events that occur throughout these Chapter 11 Cases.

- The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose may be unknown or subject to dispute. Although commercially reasonable efforts have been made to determine the date upon which claims listed in Schedule E/F were incurred or arose, where the determination would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

- Part 1. Claims listed on the Debtors' Schedule E/F Part 1 include claims owing to various taxing authorities to which the Debtors may be liable. Certain of such claims may be subject to ongoing audits, and accordingly, the Debtors are unable to determine with certainty the amount of many, if not all, of the claims listed on Schedule E/F. Therefore, the Debtors have listed estimated claim amounts in certain instances. The Debtors reserve the right to dispute or challenge whether such claims are entitled to priority.

- The listing of any priority claim on Schedule E/F Part 1 does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code or otherwise. The Debtors reserve the right to take the position that any claim listed on Schedule E/F is not entitled to priority.

- Part 2. The Debtors have made reasonable efforts to include all unsecured creditors on Part 2 including, but not limited to, trade creditors, utility companies, consultants, employees, and other service providers. The Debtors, however, believe the possibility exists that there are instances where creditors have yet to provide formal invoices for prepetition goods or services. Unless otherwise noted, the claims listed on Part 2 are based on the Debtors' books and records as of April 30, 2025.

- The Debtors have exercised their reasonable efforts to list all liabilities on Part 2 of each applicable Debtor's Schedule. As a result of the Debtors' consolidated operations, however, Part 2 for each Debtor should be reviewed for a complete understanding of the unsecured claims against the Debtors. Additionally, certain creditors may assert mechanics' or other similar liens against the Debtors for amounts listed on Part 2. The Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, the Debtors reserve their right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.

- Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with IFRS. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date. Part 2 does not include reserves for

10

liabilities that may have arisen under litigation in which a Debtor is a defendant unless there is a final judgment or a settlement agreement.

- The Debtors have identified each creditor's name and mailing address listed on Part 1 and Part 2 of Schedule E/F. Identifying all such other parties who must potentially be notified of such claims would require an exhaustive search of the Debtors' books and records and would be unduly burdensome and prohibitively expensive.

### Schedule G Notes

- While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over-inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. Additionally, the placing of a contract or lease onto Schedule G shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is binding, valid, and enforceable. Any and all of the Debtors' rights, claims, and causes of action with respect to the contracts and leases listed on Schedule G are hereby reserved. In addition, the Debtors are continuing their review of all relevant documents and expressly reserve their right to amend the Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing.

- Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease or that it is or is not binding, valid, and enforceable. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by any such omission. Schedule G may be amended at any time to add any omitted contracts, agreements, or leases.

- The contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended, and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements that may not be listed therein or that may be listed as a single entry. The Debtors expressly reserve the right to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable, or separate contracts.

- Tenant agreements have been redacted in Schedule G to protect the identity of the Debtors' tenants.

- Executory contracts, if any, for short-term service orders that are oral in nature have not been included in Schedule G.

- Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, in certain instances, the specific

11

Debtor obligor to certain of the executory contracts could not be specifically ascertained. In such cases, the Debtors have made commercially reasonable efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

**<u>Schedule H Notes</u>**.

- In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such cross-claims and counterclaims are "contingent," "unliquidated," or "disputed," such claims have not been set forth individually on Schedule H.

- Certain of the Debtors are covered by insurance policies financed pursuant to joint insurance premium financing agreements and, where applicable, these agreements have been set forth on Schedule G as executory contracts. Because each Debtor insured by a policy or policies under these agreements has had such agreement noted on its respective Schedule G, the other Debtors party to such agreement have not been listed on Schedule H. To the extent the joint insurance premium financing agreements cover Non-Debtor Affiliates, such affiliates have not been listed.

- Schedule H is prepared for informational purposes only to apprise parties in interest of co-debtor relationships of the Debtors as of the Petition Date and is derived from documents in the possession of the Debtors. It is not an admission or recognition that any co-debtor liability exists or existed.

<u>**Specific Notes with Respect to the Debtors' Statements of Financial Affairs**</u>

<u>**Statement Questions 1 and 2 – Revenue**</u>.   The income stated in the Debtors' response to Statement-1 and Statement-2 is consistent with the revenue disclosed in compliance with IFRS. The Debtors' fiscal year ends on the last day of each calendar year:

- FY 2023: Comprised of 12 months ended December 31, 2023.
- FY 2024: Comprised of 12 months ended December 31, 2024.
- Stub Period 2025: Comprised of 4 months ended April 30, 2025.

<u>**Statement Question 3 – 90 Day Payments**</u>.   Payments listed on the Statements may have been made by one or more affiliated entities on behalf of the Debtors' prepetition obligations to third-party creditors pursuant to historical centralized cash management arrangements.   Although the Debtors did not disburse these funds directly, they understand that such payments were made for their benefit.

<u>**Statement Question 4 – Payments to Insiders**</u>.   For the purpose of this question, payments listed on the Statements of the Debtors reflect those made for the benefit of the Debtors.   In certain instances, these payments were not disbursed directly by the Debtors, but rather may have been made by affiliated entities on the Debtors' behalf in the ordinary course of business, consistent with historical cash management arrangements.

In the ordinary course of business, certain of the Debtors or Non-Debtor Affiliates would fund an expense on behalf of another Debtor or Non-Debtor Affiliate.   The entity on whose behalf the expense was funded then reimburses the entity that funded the expense.   These expense reimbursement transactions are set forth on the Statements.

<u>**Statement Question 6 – Setoffs**</u>.   The Debtors incur certain setoffs and other similar rights during the ordinary course of business.   Setoffs in the ordinary course can result from various activities, including, without limitation, counterparty settlements, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers.   These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.   Therefore, although such setoffs and other similar rights may have been accounted for when certain amounts were included in the Schedules, setoffs are not independently accounted for and, as such, are excluded from the Schedules.   The Debtors reserve all rights to enforce or challenge, as the case may be, any setoffs that have been or may be asserted.

<u>**Statement Question 7 – Legal Actions**</u>.   Certain litigation actions against one Debtor may relate to any of the other Debtors or Non-Debtor Affiliates.   The Debtors have made commercially reasonable efforts to identify all current pending litigation involving the Debtors and to record these actions in the Statements of the Debtor that is party to the action.   However, certain omissions may have occurred.   The inclusion of any legal action in this question does not constitute an admission by the Debtors of any liability, the validity of any litigation, or the amount of any potential claim currently pending or that may arise in the future.

<u>**Statement Question 10 – Losses**</u>.   During the one-year period preceding the Petition Date, the Debtors experienced isolated incidents involving fire damage at certain residential properties they

13

own.  These incidents resulted in property losses affecting individual units or common areas and were generally reported to the appropriate insurance carriers at the time they occurred.

**Statement Question 11 – Payments Related to Bankruptcy.**  All payments for services of any entities that provided consultation concerning restructuring services, relief under the Bankruptcy Code, or preparation of a petition in bankruptcy within one year immediately preceding the Petition Date are listed on the applicable Debtor's response to Statement-11.  Additional information regarding the Debtors' retention of professional service firms is more fully described in individual retention applications.

**Statement Question 16 – Personally Identifiable Information.**  The Debtors collect personally identifiable information from prospective tenants as part of the tenant application process.  The nature of information collected includes the following: full legal name, date of birth, Social Security number, government-issued identification, and current contact information—as well as financial and employment data, rental and credit history, and background information.

**Statement Question 17 – Pensions & 401(k) Plans.**  Within the six-year reporting period, certain employees of the Debtors participated in pension and retirement benefit plans made available either through collective bargaining agreements with labor unions or the Debtors' co-employee agreement with ADP.  These plans are administered by third-party union trustees or fund administrators and are governed by ERISA as multiemployer plans.  The Debtors do not serve as plan administrator for any such benefit plans and have no control over the management, investment, or distribution of plan assets.  As such, those plans are not listed.

**Statement Question 20 – Off-Premises Storage.**  The Debtors stored certain business records and operational files in physical storage units located within properties managed or owned by the Debtors or its affiliates.  In addition, the Debtors utilized CoreSite data centers to house the Debtors' data servers.  The locations listed for off-premises storage do not include cloud based storage of electronic data.

**Statement Question 26d – Recipients of Financial Statements.**  The Debtors have provided financial statements in the ordinary course of business to numerous financial institutions, creditors, and other parties within two years prior to the Petition Date.  These financial statements are not tracked on an individual recipient basis.  In addition, the financial statements are prepared on a consolidated basis and include information for both Debtors and Non-Debtor Affiliates.  As such, the financial statements do not provide Debtor-specific information.

**Statement Question 28 – Current Officer and Directors.**  The responses provided reflect the direct parent entity that wholly owns the Debtor entity.  The Debtors are limited liability companies that are member-managed, and as such, the only individual officers listed in response to this question is the Chief Restructuring Officer, Ephraim Diamond.

**Statement Question 30 – Payments, Distributions, or Withdrawals to Insiders.**  Refer to Statement Question 4 for this item.

**<u>Statement Question 31 – Consolidated Tax Groups</u>.**  Various Debtor limited liability companies are disregarded for tax purposes.  Income generated by an LLC is consolidated at a higher reporting unit level.

**<u>Statement Question 32 – Contributions to Pension Fund</u>.**  The Debtors, in their capacity as an employer, have historically made contributions to one or more pension plans that are administered by labor unions pursuant to collective bargaining agreements.  All such contributions were made in the ordinary course of business and in accordance with the applicable labor agreements.

**Fill in this information to identify the case:**

Debtor name: **Broadway Realty I Co., LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number: **25-11050**

☐ Check if this is an amended filing

---

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | REDACTED |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $418,860.29 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | REDACTED |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

$10,014,926.68

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $0.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $74,009.90 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**
Lines 2 + 3a + 3b

$10,088,936.58

**Fill in this information to identify the case:**

Debtor name: Broadway Realty I Co., LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11050

☐ Check if this is an amended filing

---

**Part 1:** Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

| 2.1 | | $0.00 |
|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 | | | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | $0.00 |
|---|---|---|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $0.00 |
|---|---|

---

**Part 2:** Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| 7.1 | Utility Deposits | $8,924.11 |
|---|---|---|
| 7.2 | Flagstar Bank N.A. – Security Tenant Deposits | $104,760.94 |
| 7.3 | Flagstar Bank N.A. – Tax Advanced Deposits | $138,908.72 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 | Prepaid Expenses (Various) | $77,438.54 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| |
|---|
| $330,032.31 |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $54,725.72 | — | | = ........ ➔ | 54725.72 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $102,418.70 | — | $68,316.44 | = ........ ➔ | 34102.26 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| |
|---|
| $88,827.98 |

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | | |
|---|---|---|---|
| 14.1 | | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1 | | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | | |
|---|---|---|---|
| 16.1 | | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |

---

**Part 5: Inventory, excluding agriculture assets**

---

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 _____ | _____ | _____ | _____ | $0.00 |
| **20. Work in progress** | | | | |
| 20.1 _____ | _____ | _____ | _____ | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 _____ | _____ | _____ | _____ | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 _____ | _____ | _____ | _____ | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $0.00 |

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1 _____  _____  _____  $0.00

**40. Office fixtures**

40.1 _____  _____  _____  $0.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1 _____  _____  _____  $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____  _____  _____  $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  _____  _____  $0.00

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  _____  _____  $0.00

**49. Aircraft and accessories**

49.1 _____  _____  _____  $0.00

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

50.1

_____ _____ _____ $0.00

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $0.00 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Description: Residential Building 4530 BROADWAY NEW YORK, NY 10040 Block Number: 2170 Lot Number: 96 MDR Number: 109621 | Ownership Interest | 100% | Appraisal Value | REDACTED |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| REDACTED |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 _____ | _____ | _____ | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 _____ | _____ | _____ | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 _____ | _____ | _____ | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 _____ | _____ | _____ | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1 _____ | _____ | _____ | $0.00 |
| **65. Goodwill** | | | |
| 65.1 _____ | _____ | _____ | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

_____   _____   -   _____   =   ➜   _____   $0.00
total face amount              doubtful or uncollectible
                               amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

_____   Tax year   _____   _____   $0.00

**73. Interests in insurance policies or annuities**

73.1

_____   _____   $0.00

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

_____   _____   $0.00

Nature of Claim   _____

Amount requested   _____

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

_____   _____   $0.00

Nature of Claim   _____

Amount requested   _____

**76. Trusts, equitable or future interests in property**

76.1

_____   _____   $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

_____   _____   $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $0.00 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $0.00 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $330,032.31 | |

Debtor Name Broadway Realty I Co., LLC.    25-11050-dsj    Doc 154    Filed 07/07/25    Entered 07/07/25 23:47:16    Main Document    Case number *(if known)* 25-11050

Pg 26 of 54

**82. Accounts receivable.** Copy line 12, Part 3. — $88,827.98

**83. Investments.** Copy line 17, Part 4. — $0.00

**84. Inventory.** Copy line 23, Part 5. — $0.00

**85. Farming and fishing-related assets.** Copy line 33, Part 6. — $0.00

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. — $0.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. — $0.00

**88. Real property. Copy line 56, Part 9.** → REDACTED

**89. Intangibles and intellectual property.** Copy line 66, Part 10. — $0.00

**90. All other assets.** Copy line 78, Part 11. — $0.00

**91. Total. Add lines 80 through 90 for each column**    91a. $418,860.29    91b. REDACTED

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    REDACTED

**Fill in this information to identify the case:**

Debtor name: Broadway Realty I Co., LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11050

☐ **Check if this is an amended filing**

---

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

2.1

Flagstar Bank, NA (f/k/a New York Community Bank)
102 Duffy Ave.
Hicksville, NY 11801

**Date debt was incurred?**
6/19/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
4530 Broadway, New York NY

**Describe the lien**
UCC-1 Financing Statement and Fixture Filing Liens

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

| Column A | Column B |
|---|---|
| $0.00 | REDACTED |

2.2

Flagstar Bank, NA (f/k/a New York
Community Bank)
102 Duffy Ave.
Hicksville, NY 11801

**Describe debtor's property that is subject to the lien:**
4530 Broadway, New York NY

$10,014,926.68   REDACTED

**Describe the lien**
Mortgage

**Date debt was incurred?**
6/19/2019

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$10,014,926.68

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

3.1

**Fill in this information to identify the case:**

Debtor name: Broadway Realty I Co., LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11050

☐ Check if this is an amended filing

---

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | | | $0.00 |

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (__)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:

Is the claim subject to offset?

☐ No

☐ Yes

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | | $43,947.40 |

SENTRY ELEVATOR CORPORATION
P.O. BOX 320162
BROOKLYN, NY 11232

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

Basis for the claim:
Trade Payables

Is the claim subject to offset?

☑ No

☐ Yes

**3.2**

EXIT MOLD & EXIT LEAD
10 BROWER AVE
WOODMERE, NY 11598

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $440.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

SELECT EXTERMINATING
P.O. BOX 218
FRANKLIN SQUARE, NY 11010

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $1,148.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4**

LMB CONSULTANTS, INC
100-02 101 AVENUE-2ND FL
OZONE PARK, NY 11416

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

STEINMAN PIPING AND HEATING CORPORATION
3000 KINGSBRIDGE AVE SUITE 1B
BRONX, NY 10463

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**   $6,633.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.6

ENDICOTT COMM, INC.
1015 TANZANIA DRIVE
ROSEVILLE, CA 95661

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $93.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.7

I DACHS & SONS INC.
1245 WEST BROADWAY
HEWLETT, NY 11557

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $7,309.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.8

NYC DEPARTMENT OF FINANCE
CHURCH ST. STATION
P.O. BOX 3640
NEW YORK, NY 10008

**Date or dates debt was incurred**

As of the petition filing date, the claim is: UNLIQUIDATED
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
HPD Repair

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.9

BORO PARK GLASS & MIRROR CO.
3916 14TH AVENUE
BROOKLYN, NY 11218

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $489.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

CORNER HARDWARE
P.O.BOX 100843
BROOKLYN, NY 11210

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,703.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.11**

BGS CONTROL
910 E COUNTY LINE RD
SUITE 101
LAKEWOOD, NJ 08701

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $323.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.12**

CS BROWN COMPANY INC.
PO BOX 1091
BRONX, NY 10453

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $3,984.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.
4 IRVING PLACE
NEW YORK, NY 10003

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $139.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

3.14

YARDI SYSTEMS, INC
430 S FAIRVIEW AVENUE
SANTA BARBARA, CA 93117

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $82.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.15

MBA SUPPLY COMPANY
P.O.BOX 333
WOODMERE, NY 11598

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $2,340.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.16

SYNCO
116 STORER AVE.
NEW ROCHELLE, NY 10801

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $347.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No
☐ Yes

3.17

OFFICE OF ADMINISTRATIVE TRIALS AND HEARINGS
280 BROADWAY
NEW YORK, NY 10007

**Date or dates debt was incurred**

As of the petition filing date, the claim is: UNLIQUIDATED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ECB Violation

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18**

JACK JAFFA & ASSOCIATES CORP.
147 PRINCE STREET
BROOKLYN, NY 11201

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $619.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.19**

YES ENERGY MANAGEMENT
1877 BROADWAY STREET, SUITE 606
BOULDER, CO 80302

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $10.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.20**

BIG MIKE'S A/C
269 LINKS DRIVE WEST
OCEANSIDE, NY 11572

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $254.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.21**

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $716.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

KAPLAIN & DUVAL, LLP
647 FRANKLIN AVENUE
SUITE 202
GARDEN CITY, NY 11530

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $2,125.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

LAND APPLIANCE
5725 FOSTER AVE
BROOKLYN, NY 11234

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** $1,180.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payables

**Is the claim subject to offset?**
☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $0.00 |
| **5b. Total claims from Part 2** | 5b. | $74,009.90 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $74,009.90 |

| Fill in this information to identify the case: |
| --- |
| Debtor name: Broadway Realty I Co., LLC |
| United States Bankruptcy Court for the: Southern District of New York |
| Case number: 25-11050 |

☐ Check if this is an amended filing

**Schedule G:**  **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Cell Phone Services | Verizon Wireless Attn: Legal Dept 1095 Avenue of the Americas New York, NY 10036 |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial General Liability (CGL) | Liberty Surplus Insurance Corporation Attn: Paul Damon Hart, Chairman, Executive VP, Chief Legal Officer & Secretary 175 Berkeley Street Boston, MA 02116-5066 |
| | **State the term remaining** | 4/15/2025 to 4/15/2026 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Lease Agreement | Confidential Tenant 17097376 4530 Broadway, ST3 New York, NY 10040 |
| | **State the term remaining** | 12/01/2023 to 11/30/2028 | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Monthly Elevator Maintenance | Sentry Elevator Corp. Attn: Joel Litchman PO Box 320162 Brooklyn, NY 11232 |
| | **State the term remaining** | 1/01/2025 to 1/01/2026 | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Pollution Insurance | Allianz Global Risks US Insurance Company<br>Attn: Legal Dept<br>225 West Washington Street, Suite 1800<br>Chicago, IL 60606-3484 |
| | **State the term remaining** | 3/08/2023 to 3/08/2026 | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Steadfast Insurance Company<br>Attn: Legal Dept<br>1299 Zurich Way<br>Schaumburg, IL 60196-1056 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Starr Surplus Lines Insurance Company<br>399 Park Avenue, 2nd Floor<br>New York, NY 10022 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Crum & Forster Indemnity<br>PO Box 1973<br>Morristown, NJ 07962 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Homeland Insurance Company of Delaware<br>1209 Orange Street<br>Wilmington, DE 19801 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Lloyds of London<br>One Lime Street<br>London EC3M 7HA<br>United Kingdom |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Mitsui Sumitomo Insurance Company of America<br>15 Operational Blvd. PO Box 4602<br>Warren, NJ 07059 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Greenwich Insurance Company<br>70 Seaview Avenue<br>Stamford, CT 06902 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Hiscox Insurance Company LTD<br>5 Concourse Parkway, Suite 2150<br>Atlanta, GA 30328 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Starstone Specialty Insuranc Company<br>185 Hudson Street, Suite 2600<br>Jersey City, NJ 07311 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Landmark American Insurance<br>180 Maiden Lane<br>New York, NY 10038 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Palms Insurance Company<br>700 Universe Blvd.<br>Juno Beach, FL 33408 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Axis Surplus Insurance Company<br>1166 Avenue of the Americas, 17th Floor<br>New York, NY 10036 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Columbia Casualty Company<br>151 N. Franklin Street<br>Chicago, IL 60606 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Lexington Insurance Company<br>99 High Street, Floor 25<br>Boston, MA 02110-2378 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Sutton Specialty Insurance<br>110 E. Atlantic Avenue<br>Delray Beach, FL 33444 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | Everest Indemnity Insurance Company<br>100 Warren Corporate Center Drive<br>Warren, NJ 07059 |
| | **State the term remaining** | 8/26/2024 to 8/26/2025 | |
| | **List the contract number of any government contract** | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance | National Union Fire Insurance Company of Pittsburgh<br>1271 Avenue of the Americas, 35th Floor<br>New York, NY 10020-1304 |
| | **State the term remaining** | 9/01/2024 to 9/01/2025 | |
| | **List the contract number of any government contract** | | |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Software Services | Beachhead Solutions, Inc<br>1150 S. Bascom Ave, Ste 7<br>San Jose, CA 95128 |
|---|---|---|---|
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |

| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101922<br>4530 Broadway, 001A<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 12/01/2024 to 11/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100585<br>4530 Broadway, 001B<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 3/01/2025 to 2/28/2026 | |
| | **List the contract number of any government contract** | | |

| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101185<br>4530 Broadway, 001C<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 7/01/2025 to 6/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100346<br>4530 Broadway, 001D<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 12/01/2024 to 11/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098399<br>4530 Broadway, 001E<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 2/01/2024 to 1/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101062<br>4530 Broadway, 001F<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 1/01/2025 to 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098750<br>4530 Broadway, 001G<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 9/01/2024 to 8/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101597<br>4530 Broadway, 002A<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 8/01/2024 to 7/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098697<br>4530 Broadway, 002C<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 5/01/2024 to 4/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101797<br>4530 Broadway, 002D<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 8/01/2024 to 7/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101858<br>4530 Broadway, 002E<br>New York, NY 10040 |
|---|---|---|---|
| | **State the term remaining** | 6/01/2025 to 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17100845<br>4530 Broadway, 002F<br>New York, NY 10040 |
|------|---|---|---|
| | State the term remaining | 3/01/2024 to 2/28/2026 | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17099576<br>4530 Broadway, 002G<br>New York, NY 10040 |
|------|---|---|---|
| | State the term remaining | 6/01/2025 to 5/31/2026 | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17099938<br>4530 Broadway, 002H<br>New York, NY 10040 |
|------|---|---|---|
| | State the term remaining | 1/01/2024 to 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17099975<br>4530 Broadway, 002J<br>New York, NY 10040 |
|------|---|---|---|
| | State the term remaining | 1/01/2025 to 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17098694<br>4530 Broadway, 002K<br>New York, NY 10040 |
|------|---|---|---|
| | State the term remaining | 4/01/2024 to 3/31/2026 | |
| | List the contract number of any government contract | | |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17098192<br>4530 Broadway, 002L<br>New York, NY 10040 |
|------|---|---|---|
| | State the term remaining | 4/01/2024 to 3/31/2026 | |
| | List the contract number of any government contract | | |

| 2.41 | **State what the contract or lease is for and for the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098633<br>4530 Broadway, 002M<br>New York, NY 10040 |
| | **State the term remaining** | 8/01/2025 to 7/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.42 | **State what the contract or lease is for and for the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098498<br>4530 Broadway, 002N<br>New York, NY 10040 |
| | **State the term remaining** | 11/01/2024 to 10/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.43 | **State what the contract or lease is for and for the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101385<br>4530 Broadway, 003A<br>New York, NY 10040 |
| | **State the term remaining** | 3/01/2024 to 2/28/2026 | |
| | **List the contract number of any government contract** | | |

| 2.44 | **State what the contract or lease is for and for the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101104<br>4530 Broadway, 003B<br>New York, NY 10040 |
| | **State the term remaining** | 1/01/2025 to 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.45 | **State what the contract or lease is for and for the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17099027<br>4530 Broadway, 003C<br>New York, NY 10040 |
| | **State the term remaining** | 10/01/2023 to 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.46 | **State what the contract or lease is for and for the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17099928<br>4530 Broadway, 003D<br>New York, NY 10040 |
| | **State the term remaining** | 7/01/2024 to 6/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100801<br>4530 Broadway, 003E<br>New York, NY 10040 |
| | **State the term remaining** | 10/01/2024 to 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101890<br>4530 Broadway, 003F<br>New York, NY 10040 |
| | **State the term remaining** | 5/01/2025 to 4/30/2026 | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17097412<br>4530 Broadway, 003G<br>New York, NY 10040 |
| | **State the term remaining** | 1/01/2025 to 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17097614<br>4530 Broadway, 003J<br>New York, NY 10040 |
| | **State the term remaining** | 1/01/2024 to 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100337<br>4530 Broadway, 003K<br>New York, NY 10040 |
| | **State the term remaining** | 2/01/2025 to 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098895<br>4530 Broadway, 003L<br>New York, NY 10040 |
| | **State the term remaining** | 10/01/2023 to 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098135 4530 Broadway, 003M New York, NY 10040 |
| | **State the term remaining** | 1/01/2025 to 12/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100956 4530 Broadway, 003N New York, NY 10040 |
| | **State the term remaining** | 10/01/2024 to 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100944 4530 Broadway, 004C New York, NY 10040 |
| | **State the term remaining** | 2/01/2025 to 1/31/2027 | |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101205 4530 Broadway, 004D New York, NY 10040 |
| | **State the term remaining** | 5/01/2025 to 4/30/2027 | |
| | **List the contract number of any government contract** | | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098899 4530 Broadway, 004E New York, NY 10040 |
| | **State the term remaining** | 6/01/2024 to 5/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17100856 4530 Broadway, 004F New York, NY 10040 |
| | **State the term remaining** | 4/01/2024 to 3/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17097350 4530 Broadway, 004G New York, NY 10040 |
| | **State the term remaining** | 11/01/2024 to 10/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098638 4530 Broadway, 004H New York, NY 10040 |
| | **State the term remaining** | 10/01/2024 to 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17101326 4530 Broadway, 004K New York, NY 10040 |
| | **State the term remaining** | 10/01/2023 to 9/30/2025 | |
| | **List the contract number of any government contract** | | |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17099508 4530 Broadway, 004L New York, NY 10040 |
| | **State the term remaining** | 1/01/2025 to 12/31/2026 | |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17098049 4530 Broadway, 004N New York, NY 10040 |
| | **State the term remaining** | 9/01/2024 to 8/31/2025 | |
| | **List the contract number of any government contract** | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Tenant Lease Agreement | Confidential Tenant 17099595 4530 Broadway, 005A New York, NY 10040 |
| | **State the term remaining** | 6/01/2025 to 5/31/2026 | |
| | **List the contract number of any government contract** | | |

2.65 **State what the contract or lease is for and for the nature of the debtor's interest**  Tenant Lease Agreement

Confidential Tenant 17097390
4530 Broadway, 005B
New York, NY 10040

**State the term remaining**  11/01/2024 to 10/31/2026

**List the contract number of any government contract**

---

2.66 **State what the contract or lease is for and for the nature of the debtor's interest**  Tenant Lease Agreement

Confidential Tenant 17098873
4530 Broadway, 005C
New York, NY 10040

**State the term remaining**  10/01/2024 to 9/30/2025

**List the contract number of any government contract**

---

2.67 **State what the contract or lease is for and for the nature of the debtor's interest**  Tenant Lease Agreement

Confidential Tenant 17101332
4530 Broadway, 005D
New York, NY 10040

**State the term remaining**  9/01/2024 to 8/31/2026

**List the contract number of any government contract**

---

2.68 **State what the contract or lease is for and for the nature of the debtor's interest**  Tenant Lease Agreement

Confidential Tenant 17099643
4530 Broadway, 005E
New York, NY 10040

**State the term remaining**  9/01/2023 to 8/31/2025

**List the contract number of any government contract**

---

2.69 **State what the contract or lease is for and for the nature of the debtor's interest**  Tenant Lease Agreement

Confidential Tenant 17097737
4530 Broadway, 005F
New York, NY 10040

**State the term remaining**  9/01/2024 to 8/31/2025

**List the contract number of any government contract**

---

2.70 **State what the contract or lease is for and for the nature of the debtor's interest**  Tenant Lease Agreement

Confidential Tenant 17100068
4530 Broadway, 005G
New York, NY 10040

**State the term remaining**  4/01/2024 to 3/31/2026

**List the contract number of any government contract**

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17097676<br>4530 Broadway, 005H<br>New York, NY 10040 |
|---|---|---|---|
| | State the term remaining | 10/01/2023 to 9/30/2025 | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17099122<br>4530 Broadway, 005J<br>New York, NY 10040 |
|---|---|---|---|
| | State the term remaining | 5/01/2024 to 4/30/2026 | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17099202<br>4530 Broadway, 005K<br>New York, NY 10040 |
|---|---|---|---|
| | State the term remaining | 11/01/2023 to 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17100733<br>4530 Broadway, 005L<br>New York, NY 10040 |
|---|---|---|---|
| | State the term remaining | 4/01/2024 to 3/31/2026 | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17100708<br>4530 Broadway, 005M<br>New York, NY 10040 |
|---|---|---|---|
| | State the term remaining | 10/01/2024 to 9/30/2025 | |
| | List the contract number of any government contract | | |

| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17101105<br>4530 Broadway, 005N<br>New York, NY 10040 |
|---|---|---|---|
| | State the term remaining | 1/01/2025 to 12/31/2025 | |
| | List the contract number of any government contract | | |

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17099312<br>4530 Broadway, 006A<br>New York, NY 10040 |
| | State the term remaining | 6/01/2025 to 5/31/2026 | |
| | List the contract number of any government contract | | |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17100468<br>4530 Broadway, 006C<br>New York, NY 10040 |
| | State the term remaining | 3/01/2024 to 2/28/2026 | |
| | List the contract number of any government contract | | |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17097730<br>4530 Broadway, 006D<br>New York, NY 10040 |
| | State the term remaining | 7/01/2025 to 6/30/2027 | |
| | List the contract number of any government contract | | |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17097353<br>4530 Broadway, 006E<br>New York, NY 10040 |
| | State the term remaining | 2/01/2025 to 1/31/2026 | |
| | List the contract number of any government contract | | |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17097943<br>4530 Broadway, 006F<br>New York, NY 10040 |
| | State the term remaining | 6/01/2024 to 5/31/2025 | |
| | List the contract number of any government contract | | |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Tenant Lease Agreement | Confidential Tenant 17098935<br>4530 Broadway, 006G<br>New York, NY 10040 |
| | State the term remaining | 10/01/2024 to 9/30/2025 | |
| | List the contract number of any government contract | | |

**2.83** **State what the contract or lease is for and the nature of the debtor's interest**    Tenant Lease Agreement

Confidential Tenant 17101621
4530 Broadway, 006H
New York, NY 10040

**State the term remaining**    2/01/2024 to 1/31/2026

**List the contract number of any government contract**

**2.84** **State what the contract or lease is for and the nature of the debtor's interest**    Tenant Lease Agreement

Confidential Tenant 17097155
4530 Broadway, 006J
New York, NY 10040

**State the term remaining**    6/01/2025 to 5/31/2026

**List the contract number of any government contract**

**2.85** **State what the contract or lease is for and the nature of the debtor's interest**    Tenant Lease Agreement

Confidential Tenant 17099351
4530 Broadway, 006K
New York, NY 10040

**State the term remaining**    11/01/2024 to 10/31/2025

**List the contract number of any government contract**

**2.86** **State what the contract or lease is for and the nature of the debtor's interest**    Tenant Lease Agreement

Confidential Tenant 17097761
4530 Broadway, 006L
New York, NY 10040

**State the term remaining**    11/01/2024 to 10/31/2025

**List the contract number of any government contract**

**2.87** **State what the contract or lease is for and the nature of the debtor's interest**    Tenant Lease Agreement

Confidential Tenant 17101728
4530 Broadway, 006M
New York, NY 10040

**State the term remaining**    4/01/2024 to 3/31/2026

**List the contract number of any government contract**

**2.88** **State what the contract or lease is for and the nature of the debtor's interest**    Tenant Lease Agreement

Confidential Tenant 17098029
4530 Broadway, 006N
New York, NY 10040

**State the term remaining**    9/01/2024 to 8/31/2025

**List the contract number of any government contract**

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Liability | Liberty Surplus Insurance Corporation<br>Attn: Paul Damon Hart, Chairman, Executive VP, Chief Legal Officer & Secretary<br>175 Berkeley Street<br>Boston, MA 02116-5066 |
| | **State the term remaining** | 4/15/2025 to 4/15/2026 | |
| | **List the contract number of any government contract** | | |

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Liability | Scottsdale Insurance Company<br>8877 N Gainey Center Dr/PO Box 4110<br>Scottsdale, AZ 85258 |
| | **State the term remaining** | 4/15/2025 to 4/15/2026 | |
| | **List the contract number of any government contract** | | |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Liability | Palomar Excess and Surplus<br>7979 Ivanhoe Avenue, Suite 500<br>La Jolla, CA 92037 |
| | **State the term remaining** | 4/15/2025 to 4/15/2026 | |
| | **List the contract number of any government contract** | | |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Liability | Aspen American Insurance<br>400 Capital Blvd, Suite 200<br>Rocky Hill, CT 6067 |
| | **State the term remaining** | 4/15/2025 to 4/15/2026 | |
| | **List the contract number of any government contract** | | |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Liability (HNOA) | James River Insurance Company<br>PO Box 27648<br>Richmond, VA 23261-7648 |
| | **State the term remaining** | 4/15/2025 to 4/15/2026 | |
| | **List the contract number of any government contract** | | |

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Utility Billing Solutions | YES Energy Management<br>Attn: Legal Dept<br>9910 Federal Drive Ste 100<br>Colorado Springs, CO 80921 |
| | **State the term remaining** | Month to Month | |
| | **List the contract number of any government contract** | | |

2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | Umbrella Liability Insurance Financing | AFCO Credit Corporation
150 North Field Drive, Suite 190
Lake Forest, IL 60045
| | **State the term remaining** | 5/15/2025 to 1/15/2026 |
| | **List the contract number of any government contract** | |

2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Pollution Insurance Financing | AFCO Credit Corporation
150 North Field Drive, Suite 190
Lake Forest, IL 60045
| | **State the term remaining** | 4/8/2023 to 9/8/2025 |
| | **List the contract number of any government contract** | |

2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | Property Insurance Financing | AFCO Credit Corporation
150 North Field Drive, Suite 190
Lake Forest, IL 60045
| | **State the term remaining** | 10/26/2024 to 7/26/2025 |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name: Broadway Realty I Co., LLC

United States Bankruptcy Court for the: Southern District of New York

Case number: 25-11050

☐ Check if this is an amended filing

---

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Joel Wiener | 2 Grand Central Tower 140 East 45th St. 12th Floor New York, NY 10017 | Flagstar Bank N.A. | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: **Broadway Realty I Co., LLC**

United States Bankruptcy Court for the: **Southern District of New York**

Case number: **25-11050**

☐ **Check if this is an amended filing**

**I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.**

**I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:**

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| 7/7/2025 | /s/ Ephraim Diamond |
| Executed on | Signature of individual signing on behalf of debtor |
| | Ephraim Diamond |
| | Printed name |
| | Chief Restructuring Officer |
| | Position or relationship to debtor |