**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11**
                                                    :
**BROADWAY REALTY I CO., LLC, *et al.*,**           :        **Case No. 25-11050 (DSJ)**
                                                    :
            **Debtors.[1]**                         :        **(Jointly Administered)**
                                                    :        **Related Docket No. 679**
-----------------------------------------------------------------x

### ORDER GRANTING FIRST APPLICATION OF FTI CONSULTING, INC. FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE DEBTORS FOR THE PERIOD OF MAY 21, 2025 THROUGH AUGUST 31, 2025

Upon consideration of the application (the "**Application**") filed by FTI Consulting, Inc. (the "**Applicant**") for interim allowance of compensation for professional services rendered and expenses incurred during the periods identified on **Schedule A**; and this Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b) and the *Amended Standing Order of Reference M- 431*, dated January 31, 2012 (Preska, C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application and the deadline for filing objections to the relief requested therein having been provided; and this Court having found and determined that all of the applicable requirements of sections 327, 328, 330, and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York, the

---

[1]    The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426.  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty.  The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

*Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases*, effective February 5, 2013 (as adopted by General Order M-447), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [ECF No. 577] have been satisfied with respect to the Application; and it appearing that the services rendered and expenses incurred by the Applicant for which compensation and reimbursement are allowed hereby were actual, reasonable, and necessary; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Application is granted as set forth on **Schedule A** hereto.

2.      The Debtors are authorized and directed upon entry of this Order to remit payment to the Applicant in the amounts set forth on **Schedule A** hereto, less all amounts previously paid on account of such fees and expenses set forth on **Schedule B**.

3.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
       December 3, 2025

                                              *s/ David S. Jones*
                                              HONORABLE DAVID S. JONES
                                              UNITED STATES BANKRUPTCY JUDGE

Case No. 25-11050 (DSJ)  
In re Broadway Realty I Co., LLC, *et al.*

**CURRENT INTERIM FEE PERIOD**  
**MAY 21, 2025 THROUGH AUGUST 31, 2025**

**Schedule A**

| (1) APPLICANT | (2) APPLICATION DATE AND DOCKET NO. | (3) PERIOD | (4) INTERIM FEES REQUESTED ON APPLICATION | (5) FEES ALLOWED | (6) FEES TO BE PAID FOR CURRENT PAY PERIOD | (7) FEES TO BE PAID FOR PRIOR FEE PERIOD(S) | (8) TOTAL FEES REMAINING TO BE PAID | (9) INTERIM EXPENSES REQUESTED | (10) EXPENSES TO BE PAID FOR CURRENT FEE PERIOD |
|---|---|---|---|---|---|---|---|---|---|
| FTI Consulting, Inc. (Financial Advisors for the Debtors) | October 31, 2025 ECF No. 679 | May 21, 2025 through August 31, 2025 | $3,445,298.75 | $3,445,298.75 | $3,445,298.75 | N/A | $689,059.75 | $51,177.63 | $51,177.63 |

DATE ON WHICH ORDER WAS SIGNED: December 3, 2025            INITIALS: *DSJ*, USBJ

Case No. 25-11050 (DSJ)  
In re Broadway Realty I Co., LLC, *et al.*

**CUMULATIVE FEE APPLICATION TOTALS**  
**MAY 21, 2025 THROUGH AUGUST 31, 2025**

**Schedule B**

| (1)<br>APPLICANT | (2)<br>TOTAL FEES REQUESTED | (3)<br>TOTAL FEES PAID | (4)<br>TOTAL EXPENSES REQUESTED | (5)<br>TOTAL EXPENSES PAID |
|---|---|---|---|---|
| FTI Consulting, Inc.<br>(Financial Advisors for the Debtors) | $3,445,298.75 | $2,756,239.00 | $51,177.63 | $51,177.63 |

DATE ON WHICH ORDER WAS SIGNED: December 3, 2025          INITIALS: *DSJ*, USBJ