WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                       :

In re                                                 :        Chapter 11
                                                       :
**BROADWAY REALTY I CO., LLC**, *et al.*,    :        Case No. 25-11050 (DSJ)
                                                       :
                       Debtors.[1]                :        **(Jointly Administered)**
                                                         :        Related Docket Nos. 549, 572
------------------------------------------------------------x

**NOTICE OF FILING OF AMENDMENT TO**
**EASTDIL SECURED L.L.C.'S ENGAGEMENT AGREEMENT**

**PLEASE TAKE NOTICE** that on September 19, 2025, Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed an application [ECF No. 549] (the "**Retention Application**") to retain and employ Eastdil Secured L.L.C. ("**Eastdil**") as the Debtors' exclusive real estate advisor, pursuant to the terms of that certain engagement letter, dated as of August 15, 2025 (the "**Engagement Letter**"), a copy of which was attached as an exhibit to the Retention Application.

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2025, the Bankruptcy Court entered an order approving the Retention Application [ECF No. 572] (the "**Retention Order**").

**PLEASE TAKE FURTHER NOTICE** that on December 1, 2025, the Debtors and Eastdil entered into an amendment to the Engagement Letter (such amendment, the "**Amendment**"), a copy of which is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Debtors' entry into the Amendment shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov/sites/default/files/m399.pdf), or (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 so as to be received no later than **December 11, 2025 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections to the Debtors' entry into the Amendment are timely filed and served in accordance with the procedures outlined above, the Engagement Letter shall be deemed amended to include the terms of the Amendment and approved pursuant to the Retention Order.

Dated: December 4, 2025
    New York, New York

                                                     /s/  Gary T. Holtzer
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone:  (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

3

**<u>Exhibit A</u>**

**Amendment**



40 West 57th Street, 23rd Floor, New York, NY 10019
Tel 212 315 7200
www.eastdilsecured.com

November 26, 2025

Matthew Goren
Partner
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Ephraim Diamond
Co-Chief Restructuring Officer of the Debtors
2 Grand Central Tower
140 East 45th Street, Fl. 12
New York, New York 10017

David Barse
Co-Chief Restructuring Officer of the Debtors
DMB Holdings, LLC

**Re: Portfolio**

Gentleman:

Reference is made to the agreement, dated August 15, 2025 (the "Agreement"; capitalized terms used herein are used herein as defined in the Agreement), by Advisor and the Debtors. Pursuant to the Agreement, Advisor and the Debtors hereby agree to amend the Agreement as follows:

1. **Amendment to Definition of Transaction in the First Paragraph.** The definition of Transaction in the first paragraph is amended by adding a clause (iii) at the end of such paragraph to read as follows "and (iii) any restructure, modification and/or amendment of any of the material financial terms of the current debt secured by the Portfolio as agreed to by the Debtors and secured lender ("Debt Modification")."

2. **Amendment to Definition of Transaction Fee.** The definition of Transaction Fee in Section 2 is amended by adding the following at the end of the first sentence of Section 2 to read as follows "and in the case of any Debt Modification, the Transaction Fee shall be based on the principal balance of the debt remaining after such Debt Modification; provided, however, that in the case of a Transaction involving both a Debt Modification and third-party consideration, the Transaction Fee shall be paid first from such third-party consideration".

3. **Continuing Effectiveness**. This Amendment shall be effective as of the date hereof. Except as contemplated above, the Agreement shall remain in full force and effect

5398395.1
WEIL\100855861\4\67837.0004

and is hereby ratified and confirmed in all respects, except that on or after the effective date of this Amendment all references in the Agreement to "this Agreement," "hereto," "hereof," "hereunder," or words of like import referring to the Agreement shall mean the Agreement as amended by this Amendment.

This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, and all of such counterparts shall constitute one Agreement. To facilitate execution of this Agreement, the parties may execute and exchange PDF counterparts of the signature pages, which shall be deemed original signatures for all purposes.

2

WEIL\100855861\4\67837.0004

Provided the terms and conditions of this Amendment meet with your approval, please evidence your agreement by executing this Amendment on behalf of the Client, and return it to the undersigned.

Sincerely,

EASTDIL SECURED ADVISORS LLC

By: _____
    Name:  Daniel Parker
    Title:  Managing Director


**AGREED AND ACCEPTED:**

WEIL, GOTSHAL & MANGES LLP

By: /s/ Matthew P. Goren_____
    Matthew P. Goren
    Partner

Dated: 11/26/2025_____

EACH OF THE DEBTOR SUBSIDIARIES OF THE ZARASAI GROUP LTD.

By: *Ephraim Diamond*_____
    Ephraim Diamond
    Co-Chief Restructuring Officer

By: *David Barse*_____
    David M. Barse
    Co-Chief Restructuring Officer

Dated: December 1, 2025_____

3