**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
Attorney for the City of New York
100 Church Street
New York, New York 10007
Zachary B. Kass

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------x

In re:                                                                                  Chapter 11

**BROADWAY REALTY I CO., LLC,**
                                                                                        Case No. 25-11050 (DSJ)

                            Debtor.
------------------------------------------------------x

**STATEMENT OF THE CITY OF NEW YORK REGARDING ITS SUPPORT OF FLEXIBILITY IN EXTENDING ADDITIONAL TIME TO POTENTIAL BIDDERS IN CONNECTION WITH SALE OF PROPERTIES PURSUANT TO BID PROCEDURES ORDER**

The City of New York (the "City"), and its agency, the New York City Department of Housing Preservation and Development ("HPD"), by their counsel, MURIEL GOODE-TRUFANT, Corporation Counsel of the City of New York, hereby file this Statement regarding the City's support of flexibility in extending additional time to potential bidders in connection with the sale of properties pursuant to the bid procedures order entered by this Court. The City and HPD respectfully state as follows:

1.    HPD's mission is to promote quality and affordability in the City's housing, and diversity and strength in the City's neighborhoods, by among other things, maintaining building and resident safety and health. Because of this, HPD has been monitoring the progress of these jointly administered cases, which involve multiple buildings with primarily rent-stabilized and rent-controlled units.

2. The Court entered an order setting bid procedures for the sale of the properties owned by the Debtors, which set December 12, 2025 as the deadline for the submission of bids. It has come to the attention of HPD that several parties in interest, including tenant groups, public interest organizations and public officials, have expressed concern that under the current schedule, some potential bidders may not be able to meet the deadlines. In addition, there is concern that there may not be enough time to thoroughly investigate and consider any potential successful bidder designated by the Debtors, and to file objections if appropriate.

3. It appears that under the bid procedures order, the Debtors have discretion to make certain changes and accommodations in the procedures with respect to the marketing and sale of individual properties. To the extent that affording additional time in the sale process with respect to a particular property would enhance the results and ensure the protection of the rights of all parties, the City and HPD would support such extension.

4. At this time, the City is not seeking any relief from the Court, and is filing this Statement solely for the purpose of informing the Court and the interested parties of its position with respect to the status of the sale process.

Dated:   New York, New York
         December 11, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
*Attorney for City of New York and New York City Department of Housing Preservation and Development*
100 Church Street
New York, New York 10007
(212) 356-2113

BY:   /s/ Zachary B. Kass
      Zachary B. Kass, Senior Counsel