For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RECEIVED DEC 11 2025 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Date:

Re:     *In Re Broadway Realty I Co., LLC, et al.*
        No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Anna Grindrod-Feeny**.
I have lived at **225 Parkside Ave #6C** for **8** year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: terrible from the first moment I applied for my apartment. We didn't sign the lease until the end of August, but Pinnacle tried to make us pay for the half a month before we moved in. The broker's office wound up paying that rent in order to make the sale because we refused to pay for time before we even signed the lease, let alone moved in. Every time I've had to interact with management or their representatives, it's been a string of misinformation and excuses. Every single year, I have to call 311 at least once to get the heat turned on in my apartment. It took 3 years and a very persistent HPD inspector for them to repair our broken windows, including one that had a 1 inch gap at the top. All of our electricity is wired onto 1 circuit breaker except for the refrigerator, which has caused frequent outages, and one of the bedrooms has never had a working overhead light. Our super frequently makes up excuses to avoid fixing things, like blaming faulty wiring on lightbulbs that are about to burn out or claiming that the input pipe breaks off our toilet because we're flushing too much toilet paper (they're not even hooked up to the same place...). We have no emergency maintenance on duty, so when my bathroom flooded because of the broken pipe I had to pay for a plumber out of pocket. And in 2021 our assistant super was killed in an elevator accident, which was not disclosed to future tenants before they signed their leases. Our back doors don't lock, so anyone can walk into the building, the back stairs to the laundry room are crumbling, and tenants have reported fire escapes separating from the building facade.

**I have the following repair issues and other concerns in my apartment/building:**

- Rodents & bugs
- Crumbling paint
- Water damage
- Windows falling out of the frame
- Light fixtures don't work
- Electrical sockets don't work
- All electric wired to one fuse
- Irregular heating cycles
- Two elevators that have been boarded up for decades
- Remaining elevators break down daily
- Paint cracking & falling off ceiling
- Leaking sinks
- Pipes breaking off toilet regularly
- Toilet doesn't flush properly
- Fridge makes concerning noises
- Facade breaking off window boxes
- Building doors don't lock to back garbage alley
- Back staircase crumbling
- Hole in the back alley leading to the laundry room
- No recycling separation or compost collection

**Before approving a new owner, I want the Court to consider:**

The preservation of the building & the well-being of the tenants, especially the long-term tenants who have suffered decades of neglect & harassment

Sincerely,

Tenant in 225 Parkside #6C