For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RECEIVED DEC 11 2025 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

Date:

Re:      *In Re Broadway Realty I Co., LLC, et al.*
         No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Imani Harrison_.
I have lived at _225 Parkside Avenue_ for _14_ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Mediocre. Whenever something needs to be fixed we have a hard time reaching/contacting persons in charge.

*For Filing on Docket No. 25-11050*

I have the following repair issues and other concerns in my apartment/building:

Before approving a new owner, I want the Court to consider: