For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408



Date:

Re:    *In Re Broadway Realty I Co., LLC, et al.*
       No. 25-11050 (DSJ)

Dear Judge Jones,

My name is ___Jamich Cuffie___.

I have lived at ___225 Parkside Ave___ for ___24___ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

There are maintenance issues that plague the building that does not always get fixed in a timely fashion. The building is deteriorating in certain parts and it seems like any fix done is usually just a bandaid and not really fixing the root problem. There has been numerous packages being stolen and even though we have surveillance cameras its an issue to figure out who it is and get packages back. a huge rodent and roach problem and the hallways smell like sewage 1. Also, even though they set-up a maintenance site and an email to contact for repairs there is no response and nothing gets done.

**I have the following repair issues and other concerns in my apartment/building:**

- My bathtub got replaced and I am still waiting for the repair to be done because the bottom tiles and the floor tiles need to be added. I had to cover that area with a garbage bag and it exposes the inner walls.
- My closet is literally deteriorating, it is yellow and peeling like it was water damage from above when it rains which has been an issue throughout the building.
- There is also a hole in the closet on the bottom as well as a hole in my kitchen from repairs they did years ago that they never came back to patch the hole like they were suppose to. I covered that with some cardboard and tape.
- There is a big rat and roach problem. I don't know where the rats come from but there could be other holes that I might not see clearly but it is an issue.
- Our laundry in the basement needs better maintenance it is always filthy and the machines don't look like it gets a regular "check-up".

**Before approving a new owner, I want the Court to consider:**

The people that have lived practically their whole lives here. This place is their home and the new owner should make sure they can keep their home and not push them out like most new building tries to do. The new owners should aslo be ready to fix the infrastructure issues in these apartments since this is an old building and there will be constant fixes. The new owners should also make sure that anyone new or old will feel like where they are at is a home they can be safe and comfortable in. They should also set up a better garbage system than the one we have now.

Sincerely,

Tenant in 2G