*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/2025

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Rosa Aguirre NY, NY 10014

I have lived at 548 W 50th street for 5 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: Dissapointing. Management
does not follow through with repairs and
the safety of the tenants is at Risk

I have the following repair issues and other concerns in my apartment/building:

lack of security cameras
rats/roaches in common areas
not enough fire alarms/some floors
                        without id.
Broken Stairs

leaks
Heat issues in the upper floors.

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Delaying the process and giving us a voice for next steps

Sincerely,

Tenant in Apartment ___548 W 50th Street, Apt 4RW
NY NY 10014

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Pamela Hawkins_

I have lived at _402 W 148th_ for _36_ year(s).   This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Not Good At All

I have the following repair issues and other concerns in my apartment/building:

Front Door being not aligned. Wood Panel on floor of
my bedrooms floors need major repairs radiators
to be checked for lead ceilings Falling

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Sincerely,

Tenant in Apartment _____

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/2025

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

---

Dear Judge Jones,

My name is VIVIAN Kuo

I have lived at 402 / 412 West 148th Street, New York, NY for _5_ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

broken stove, broken windows, holes in the ceiling, leaking ceiling & walls when it rains, infestation of mice & roaches, unsafe & inoperable elevator, leaking radiators, inconsistent heat, cracking paint & plaster on walls and ceiling

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt 1C7

New York, NY 10031

Give us more time please !
Give tenants a voice in the process!

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12 / 10 /2025

**Re: In Re Broadway Realty I Co., LLC., et al.
No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is MOHAMED DRAME

I have lived at 402 / 412 West 148th Street, New York, NY for 25 year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

25-mrmy own-apartment, I have experienced the following specific issues (optional to personalize): Doc 810 Filed 12/15/25 Entered 12/16/25 12:57:07 Main Document

Pg 8 of 91

LiKE REFRidGERATOR LiGHT REPaiR PaiNTiNG

AND MoRE

---

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt _57_

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/25

**Re: In Re Broadway Realty I Co., LLC., et al.
No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is Claudia Lebron.

I have lived at 402 / 412 West 148th Street, New York, NY for 30 year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

*Cracked cielines, moldy cielines in the Bathroom, reocurring mold in the Bathroom.*

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt. 3F

New York, NY 10031

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/2025

Re: In Re Broadway Realty I Co., LLC, et al.
No. 25-11050 (DSJ)

---

Dear Judge Jones,

My name is Michelle D. Starnes

I have lived at 402 / 412 West 148th Street, New York, NY for 25 plus year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

Cracking Walls by the window, Lower Window
Crooked bedroom Wall Need to be repaired
mice

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Michelle D Starros

Tenant, 402 & 412 West 148th Street Apt 47

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/12/25

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is Shantace.R.Johnson

I have lived at 402 / 412 West 148th Street, New York, NY for 29 year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

My apartment floors, Bathroom Sink mold, around it. Radiator (molding around it) Pest Infestations, my around Refrigerator, Sink...

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt 66

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _December 6, 2025_

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

---

Dear Judge Jones,

My name is _Brunnie W. Lebron_

I have lived at 402 / 412 West 148th Street, New York, NY for __29__ year(s). This building
is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect,
unsafe conditions, and unaddressed structural problems, despite repeated complaints from
tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent
building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with
  children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that
has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

_____

_____

_____

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

*Susanie U. Lebron*

Tenant, 402 & 412 West 148th Street Apt 3F

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _____

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is ___Dr. Sylvie Kandé___

I have lived at 402 / 412 West 148th Street, New York, NY for ___20___ year(s). This building
is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect,
unsafe conditions, and unaddressed structural problems, despite repeated complaints from
tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent
building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with
  children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that
has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

— Dust coming out of the steam pipes.
— Heat incoherence : documented evidence of transition from 67° to 91.5°
— Appliance in disrepair (burner + refrigerator)
— Uneven floor & hollow walls — Lack of plugs.

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt __S3__.

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/2025

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is _Lakshmi Jenkins_

I have lived at 402 / 412 West 148th Street, New York, NY for _over 15_ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

_____

_____

_____

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt 6_7_

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _December 3, 2025_

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is _DAHNIEL BUIE_

I have lived at 402 / 412 West 148th Street, New York, NY for _25_ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

Bathroom Floor damage/sinking/warping

Ceiling damage from leaks and neglect

Infrequent painting and not patching up holes in walls/floors

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Dahnie L B. Brue

Tenant, 402 & 412 West 148th Street Apt 2-7

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 5 December 2025

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is Jennifer Malat

I have lived at 402 / 412 West 148th Street, New York, NY for 6 year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

an 18" x 18" hole in my bathroom ceiling full of mold for 2+ years, ceiling and window leaks in the rain, pests, and the elevator being broken for months on end (a major quality of life issue on the 6th floor, but worse for my neighbors with strollers or mobility issues).

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Jennifer Malat

Tenant, 402 & 412 West 148th Street Apt 6F

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _12/6/25_

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

---

Dear Judge Jones,

My name is _cory parnish_ .

I have lived at 402 / 412 West 148th Street, New York, NY for ___2___ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

pests, leaks, 2-12 months of delays to replace broken appliances, and inconsistent heat, and a broken buzzer

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Corpaws

Tenant, 402 & 412 West 148th Street Apt  _3_

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/2025

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is Paul LEMAIRE.

I have lived at 402 / 412 West 148th Street, New York, NY for ___4___ year(s). This building
is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect,
unsafe conditions, and unaddressed structural problems, despite repeated complaints from
tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent
building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with
  children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that
has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):



collapsing ceilings, leaks, cockroaches, cracks, neglectfull repairs, mold

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt 3b

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/3

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is ELISE RAVEN/PAUL LEMAIRE

I have lived at 402 / 412 West 148th Street, New York, NY for 5+ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

APT: Cracked ceilings, ceiling collapse, leaks, drooping ceiling, cracked tub, water damage, roaches.

Building: no security cameras, loose bricks, broken elevator (needs repair / replacement)

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Paul Lemaire / Elise Raven | ELISE RAVEN | PAUL LEMAIRE

Tenant, 402 & 412 West 148th Street Apt 3B

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _12 - 3 - 2025_

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is _Jake Englested_.

I have lived at 402 / 412 West 148th Street, New York, NY for ____1____ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):



non-functioning windows
- holes in celings, lack of outlds in unit
Pests

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Jake Englesto

Tenant, 402 & 412 West 148th Street Apt ____5____

New York, NY 10031

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Patricia Stewart .

I have lived at 412 West 148th Street #3C for 34 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: awful with 1st having the
hot water off and own so many times, then the elevator out for
days and then weeks we had beautiful Flowers beds that they
removed and filled it with concreak water leeks, Ceiling Colapsing
each time it rained my bedroom floor would be damaged from
water comeing in from the cracks around the window and the water
would come in. Floods from upper floors. repairs over + over
because of bandaid Jobs. scaffulling up for 5 yrs and no work
done. Problems with rats, roches, Intercom system own & off
we had a mail package room and it was closed and now its in the

I have the following repair issues and other concerns in my apartment/building:

hobby where the mail is out n the open and many times packages are
stolen because their're in the open no safe place to put them,

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

all the hardships and changes we've had to indune and the pain and sufferin it has caused our qulity of life. I think the courts should render permisson for the tennats to Freeze their rents until the problems has been addressd & corrected. so we can have a decent qulity of life. thank you

Sincerely,

Ms Patricia Stewart

Tenant in Apartment 3-C

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/12/2025

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is Emma Cook & Colby Lewis

I have lived at 402 / 412 West 148th Street, New York, NY for ___2___ year(s). This building
is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect,
unsafe conditions, and unaddressed structural problems, despite repeated complaints from
tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent
building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with
  children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that
has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

- Cockroach infestation (got in our Nespresso machine, and we had to throw it out) • Hot water/all water turned off at random times w/ no prior notice or communication • Cracked and loose tile floors (completely comes off the tile and/or plywood underneath it) • Large crack in tile in bathroom (since we moved in)

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Emma

Tenant, 402 & 412 West 148th Street Apt ___4D

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _12/12/25_

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is _Aulxandria Criner_

I have lived at 402 / 412 West 148th Street, New York, NY for _3 1/2_ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

*[handwritten left margin]: This resulted in a loss in my stove for n weeks with no compensation when releaying the conversations to Pinnacle via email, they never responded*

*[handwritten]: When my carbon monoxide alarm went off, I called 911. The Super yelled at my mother for using this service. I've also had a leak for two years. I was told to wait untill it got worse before calling back. This resulted in the tub corroding. It was fixed 12/10 after calling 311... in October. I am now waiting to see if additional fixes will be made.*

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Alexandria Criner

Tenant, 402 & 412 West 148th Street Apt __5H__

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: _12/6/2025_

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

---

Dear Judge Jones,

My name is _SIERRA SPINGARN_.

I have lived at 402 / 412 West 148th Street, New York, NY for _2.5_ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

ROACHES, WINDOWS DON'T LOCK, WINDOWS AREN'T SEALED, CRACKED/PEELING PAINT, LEAKS IN CEILING, FAULTY WIRING (LIGHTS FLICKER, BAD OUTLETS), WARPED FLOORS, CRACKED TILE/CRUMBLING GROUT, BROKEN DOORBELL/NO BUZZER/NO INTERCOM, CRACKED TOILET, LOW WATER IN TOILET, CHANGEABLE HOT WATER, STOVE WON'T LIGHT, MICE IN THE WALLS

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Tenant, 402 & 412 West 148th Street Apt ___3___

New York, NY 10031

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: December 11, 2025

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _ELSA CRUZ PEARSON_ .

I have lived at _251 SHERMAN AVENUE, #B, NY, NY_ for _15_ year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Pinnacle has been extremely unresponsive and unreliable when responsive.
It takes YEARS to get problems addressed, I make multiple phone calls,
and when one thing is fixed (e.g. a new refrigerator when the old one was broken)
they break something else in the process (e.g. they broke one door frame
bringing in the new refrigerator and never replaced it — this is the door frame of
the front door of my apartment.

I have the following repair issues and other concerns in my apartment/building:

Cockroaches
Mold
Leaks — toilet, sinks, bathtub
cracks in the walls and ceilings
Peeling paint
Soot on the wall by the heaters
Windows that don't lock
Broken door frame
Often no heat and no hot water
Outlets that don't work

Unfinished paint job
Peeling linoleum floor
Uneven floor
Unlit and unlocked common spaces
Broken mailbox lock
Poor tiling job in the bathroom that leads
    to mold
Flooding in sink (kitchen)
Cluster flies in the wall
Rats in the wall

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Many of us – myself included – can't move because the rent is affordable where I live and I feel like I'm held hostage. I want the Court to consider the need for affordable housing in New York City and also know that people who live in rent controlled apartments still need to be respected. The law applies to us as well, not just to rich people. The fact that we pay a controlled rent amount does not mean that we should receive less good or no services.

Sincerely,

Tenant in Apartment B

# LISTA DE VERIFICACIÓN DE INSPECCIÓN PARA INQUILINOS

**Nombre del Inquilino:** ELSA CRUZ PEARSON
**Dirección:** 251 SHERMAN AVENUE, #B
**Ciudad:** NEW YORK  **Cód. Postal:** 10034
**Teléfono:** 917 981 1181

**Propietario/Agente:** PINNACLE
**Dirección:** _____

*(Si usa este formulario para notificar al propietario sobre condiciones del apartamento para evidencia en corte o una queja ante DHCR, debe firmar y fechar al final).*

## TODO EL APARTAMENTO

- [x] Pintura descascada
- [x] Electricidad débil
- [ ] Cableado expuesto
- [x] Calefacción/agua caliente inadecuada
- [x] Agua oxidada
- [ ] Baja presión
- [ ] Ventanas rotas o faltantes
- [ ] Detector de humo/CO2 ausente
- [ ] Olores que entran al apartamento
- [x] Plagas (ratas, ratones, cucarachas, etc.)
- [x] Moho

## ENTRADA/PASILLO

- [x] Puerta rota o deformada o sin mirilla/cadena
- [x] Intercomunicador defectuoso
- [x] Suelo dañado
- [x] Paredes/techos agrietados
- [ ] Techo derrumbado
- [ ] Enchufes/interruptores defectuosos
- [ ] Ventanas rotas

## COCINA

- [ ] Estufa/refrigerador defectuoso
- [ ] Fugas de gas
- [x] Fugas de plomería
- [x] Desagües obstruidos
- [ ] Fregadero dañado
- [x] Grifos que gotean
- [ ] Armarios rotos
- [x] Suelo/paredes/techo dañado
- [ ] Radiador
- [ ] Enchufes/interruptores rotos

## BAÑO

- [ ] Defectuoso lavamanos/bañera/ducha/inodoro
- [x] Azulejos agrietados
- [ ] Fugas
- [x] Obstrucciones
- [x] Problemas de plomería
- [x] Pisos/paredes/techo dañados
- [ ] Radiador
- [ ] Enchufes/interruptores rotos

## SALA/COMEDOR/DORMITORIO(S)

- [x] Pisos/paredes/techo dañados
- [ ] Radiador

- [ ] Enchufes/interruptores
- [x] Ventanas rotas
- [ ] Puertas defectuosas

## ÁREAS COMUNES DEL EDIFICIO

- [x] Puerta/cerraduras rotas
- [x] Escaleras defectuosas
- [x] Intercomunicador danado
- [ ] Calefacción deficiente en los pasillos
- [x] Pasillos sucios
- [ ] Cableado expuesto
- [ ] Ventanas/timbres/buzones rotos
- [ ] Paredes/techos agrietados
- [ ] Pintura descascada
- [ ] Problemas con la basura
- [x] Plagas
- [ ] Moho
- [ ] Escaleras de incendios rotas o ausentes
- [ ] Sótano/techo inseguro
- [ ] Muchas unidades vacías
- [x] Mala administración
- [x] Tráfico de drogas
- [ ] Apartamentos ilegales en sótanos
- [ ] Recibos de alquiler faltantes o incorrectos
- [ ] Superintendente inadecuado o sin supervisión
- [x] Otros problemas:
  RUIDO DE LA CALLE

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408


Date:


Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)


Dear Judge Jones,

My name is _Isacca Gonzalez_.

I have lived at _25 Sherman ave #C_ for _43_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.


My experience with Pinnacle Management has been:

Very poor
maintances


I have the following repair issues and other concerns in my apartment/building:

all kines of problems

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Sincerely,

Tenant in Apartment _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Lourdes Hernandez_

I have lived at _251 Sherman Ave. apt 4_ for _35_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

frustrating , un cooperative ,

I have the following repair issues and other concerns in my apartment/building:

Kitchen leaks, bathroom leaks,

ceiling paint fix, window repair,

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

attentive and responsive ~~register~~, with good communication skills, a will address issues in a timely fashion.

Sincerely,

Tenant in Apartment 27A

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Simon Teferhun_.

I have lived at _751 Sherman Ave_ for _7_ year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

terrible. When I have contacted them about issues with the apartment, I have
been brushed off and ignored until I threatened to call a lawyer.

I have the following repair issues and other concerns in my apartment/building:

The buzzer for my apartment has never worked, and the door has a large gap at
the bottom. I asked for these to be fixed when I moved in, and was ignored.
The apartment above mine has leaked into mine multiple times. The first time
I had to call management and the paper for weeks and withheld rent before
they dealt with the issue upstairs. I had to contact 311 to get them to fix the
wall in my bedroom. Three weeks ago, the bathtub upstairs overflowed into my
apartment and shorted my electricity. The super said he doesn't work work
in the evening or on weekends, so I had no electricity for 4 days. When
he finally showed up with an electrician, the super was near my
family and I had kept calling until it was fixed.

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

whoever buys the buildings needs to commit to fixing the issues the current owners have let pile up. We should Not be living with holes and mold and have to BEG for our landlord to keep up their end of the bargain. We pay so much, and we deserve safe, healthy living spaces.

Sincerely,

Tenant in Apartment _3A_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is LUCIA LOPEZ . N.Y.C

I have lived at 251 SHERMAN AVE APT-34A for 42 year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

DONOT FICE ANYTHING

I have the following repair issues and other concerns in my apartment/building:

BATHROOM WATER LEAKS
ALSO KITCHEN LEAKS

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Sincerely,

_____

Tenant in Apartment _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is JOSE MIESES

I have lived at 251 SHERMAN AVE 37 A NYC for 15 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

THEY DONT LIKE TO REPAIR
APT. PROBLEMS

I have the following repair issues and other concerns in my apartment/building:

MANY WATER LEAKS
ROACHES AND MICES

Before approving a new owner, I want the Court to consider:

Sincerely,

_____

Tenant in Apartment _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is <u>Melvina Thomas</u>.
I have lived at <u>251 Sherman Ave. Apt. BB</u> for <u>21</u> year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: Bad communication with the Super attending the building. We have rats, mice, Roaches, Door entrance are left open by tenants, Paints fallen from roof. The bathroom with defective walls, My stove and refrigerator not working.. Floor and tiles are lose, Electric out let not working. Radiators are steaming with an outburst of hot water.. We want safety and clean and respected.

I have the following repair issues and other concerns in my apartment/building:
Paint chips —
. Rats eating out plaster in walls,
. Broken Walls
. Need stove, Refrigerator (Not working)
  Floor and wall repair
  Radiators

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Sincerely,

Tenant in Apartment _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
   No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Lilia Cisneros_.

I have lived at _251 Sherman Av NY 10034_ for _30_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

So, So!

I have the following repair issues and other concerns in my apartment/building:

Bathroom Issues, leaking water from ceiling
they fixed but still kind of humid.
painting is not done for over 10 years
Floor is damaged as well.

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Building maitenment is poor, old and not good Fixed. entrance is old and not elevator.

Sincerely,

Tenant in Apartment _2-1-A_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _ANGELA TINEO_.
I have lived at _741 SHERMAN AVE. #6-B_ for _41_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

I had MANY ISSUE WITH PINNACLE
MY WINDOW NEED TO be FIX, MAY INTER COME IS NOT
FOR MORE IN SIX MONTHS. MAY HALL WAY LITE IS NOT
WORKING THREE

I have the following repair issues and other concerns in my apartment/building:

DIRTY - SO MANY RATS
THE bUilding needs TO be PAINTED

Before approving a new owner, I want the Court to consider:

Sincerely,

_____

Tenant in Apartment _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12.11.25

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _ANTONIA MORENO_.
I have lived at _25 Hillside Ave._ for _33_ year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

We came to this building running from
crime. Here we have been safe until recently that
we been worried about bankruptcy issues.
Also about repairs in the building and other issues.
We deserve respect.

I have the following repair issues and other concerns in my apartment/building:

Windows not working
Walls
leaks

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

THAT living IN Inwood HAS been pArt oF
my growtH And A place where my Family
Also hAs grown in.

Sincerely,

Antonia Moreno

Tenant in Apartment 5J

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/25

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Oluseeda Durham / Anissa Cruz_
I have lived at _11 Hillside Ave_ for _1_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

- A CONSISTENT LEAK & POTENTIAL MOLD IN BATHROOM, AS WELL AS A ROTTED MEDICINE CABINET
- NON-RESPONSIVE LANDLORD; REPAIR TEAM.
- INCONSISTENT HEAT, HOT WATER, ELEVATOR ACCESS, & BASEMENT AMENITIES

I have the following repair issues and other concerns in my apartment/building:

- LEAK IN CEILING (BATHROOM)        • STEAM DAMAGE SURROUNDING HEATERS
- POTENTIAL MOLD ON CEILING/WALL IN BATHROOM    • BATHROOM SINK NOT SEALED
- WATER DAMAGE ON CEILING/WALL IN BATHROOM    • LEAKY FAUCET
- WINDOWS NOT FULLY CLOSED        • CRACKED WALLS (BEDROOM / LIVING ROOM)

Before approving a new owner, I want the Court to consider:

- FULL REPAIRS TO ENSURE LIVEABLE CONDITIONS
- CONTINUED RENT STABILIZATION
-

Sincerely,

Tenant in Apartment _4B_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12·11·25

Re: Broadway Realty I Co., LLC, et al.
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Delfin Danchez

I have lived at 11 Hillside Ave apt 5f, 0040 for 4 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

MOLD. Wall.
Water Running throw the wall
Batherom ceilling mOLD
OID Pipes licking

I have the following repair issues and other concerns in my apartment/building:

OID DOOR tie parts
Many break and enter

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Repair

~~AB~~ AVOID send me to Hospital.

Sincerely,

Tenant in Apartment 5F

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12·11·25

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Julio C. Santos.

I have lived at 671W 193st #21 for 18 year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

my experience is not bad but somotimes it tekes
Time to complete Repairs.

I have the following repair issues and other concerns in my apartment/building:

Loose woods floors, mold on the bathroom
paint the entire apt.

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

That we have lived there like 18 years, my kids grew up in this building, we have great neighborhood. we dont want go nowhere. it a great are and a great city.

thank you!

Sincerely,

Tenant in Apartment  2 I

# JustFix.nyc

Sign up for a free account at www.justfix.nyc!

Name: Julio C. Santos
Phone #: 347-753-4186
Address: 671W 193st
Apt #: 2 I

## Bedrooms

| | 1 | 2 | 3 |
|---|---|---|---|
| Peeling Paint | ☐ | ☐ | ☐ |
| Cracked Walls | ☐ | ☐ | ☐ |
| Mold on Walls | ☐ | ☐ | ☐ |
| Water Damage | ☐ | ☐ | ☐ |
| Loose Floor | ☐ | ☐ | ☐ |
| Window Glass Broken | ☐ | ☐ | ☐ |
| Window Frame Defective | ☐ | ☐ | ☐ |
| Door Broken | ☐ | ☐ | ☐ |
| Radiators/Risers Defective | ☐ | ☐ | ☐ |
| Ceiling Falling/Fell | ☐ | ☐ | ☐ |
| Ceiling Leaking | ☐ | ☐ | ☐ |
| Electricity defective | ☐ | ☐ | ☐ |
| Electric wiring exposed | ☐ | ☐ | ☐ |
| Outlets defective | ☐ | ☐ | ☐ |

Other: _____

## Living Room

| | |
|---|---|
| Peeling Paint | ☐ |
| Cracked Walls | ☐ |
| Mold on Walls | ☐ |
| Water Damage | ☐ |
| Loose Floor | ☐ |
| Baseboards Defective | ☐ |
| Window Glass Broken | ☐ |
| Window Frame Defective | ☐ |
| Door Broken | ☐ |
| Radiators/Risers Defective | ☐ |
| Ceiling Falling/Fell | ☐ |
| Ceiling Leaking | ☐ |
| Electricity defective | ☐ |
| Electric wiring exposed | ☐ |
| Outlets defective | ☐ |

Other: _____

## Public Areas

| | |
|---|---|
| Painting overdue (3 years) | ☐ |
| Peeling/flaking paint | ☐ |
| No heat | ☐ |
| No Hot water | ☐ |
| Inadequate water pressure | ☐ |
| Rusty water | ☐ |
| Electric wiring exposed | ☐ |
| Weak electrical current (lights dim) | ☐ |
| Window guards missing | ☐ |
| Missing/broken smoke/Co2 detector | ☐ |
| Fumes/smoke entering apartment | ☐ |
| Rats/Mice | ☒ |
| Bug Infestation | ☐ |
| Illegal apartments in basement | ☐ |
| No rent receipts given | ☐ |
| Rent receipts incomplete (no date/NYC address for landlord, etc.) | ☐ |
| Inadequate / no super service | ☐ |

Other: _____

## Bathroom

| | |
|---|---|
| Peeling Paint | ☐ |
| Cracked Walls | ☒ |
| Mold on Walls | ☐ |
| Water Damage | ☐ |
| Loose Floor | ☐ |
| Baseboards Defective | ☐ |
| Window Glass Broken | ☐ |
| Window Frame Defective | ☐ |
| Door Broken | ☐ |
| Radiators/Risers Defective | ☐ |
| Ceiling Falling/Fell | ☐ |
| Ceiling Leaking | ☐ |
| Electricity defective | ☐ |
| Electric wiring exposed | ☐ |
| Outlets defective | ☐ |
| Toilet not working | ☐ |
| Toilet leaking | ☐ |
| Inadequate Water pressure (Toilet) | ☐ |
| Cracked Sink (Sink) | ☐ |
| Leaky Faucet (Sink) | ☐ |
| Faucets not installed (Sink) | ☐ |
| Faucets not working (Sink) | ☐ |
| Pipes Leaking (Sink) | ☐ |
| Cracked Tub (Bathtub) | ☐ |
| Leaky Faucet (Bathtub) | ☐ |
| Faucets not installed (Bathtub) | ☐ |
| Faucets not working (Bathtub) | ☐ |
| Pipes Leaking (Bathtub) | ☐ |
| Not working (Shower) | ☐ |
| Inadequate Water pressure (Shower) | ☐ |
| Leaky shower head (Shower) | ☐ |
| Wall tiles cracked (Shower) | ☐ |
| Wall tiles missing (Shower) | ☐ |
| Drain Stoppage (Shower) | ☐ |

Other: _____

## Landlord Issues

| | |
|---|---|
| No rent receipts given | ☐ |
| No lease | ☐ |
| False documents | ☐ |
| Illegal construction | ☐ |
| Repeated MCI | ☐ |
| Overcharging | ☐ |
| Holdover cases | ☐ |
| Using force or threats of force | ☐ |
| Stopping or interrupting essential services | ☐ |
| Removing possessions from unit | ☐ |
| Changing locks without supplying a new key | ☐ |
| Retaliation for seeking repairs | ☐ |
| Constant buyout demands | ☐ |
| Threatening eviction on false claims | ☐ |

Other: _____

## Kitchen

| | |
|---|---|
| No Gas | ☐ |
| Peeling Paint | ☐ |
| Cracked Walls | ☐ |
| Mold on Walls | ☐ |
| Water Damage | ☐ |
| Loose Floor | ☐ |
| Baseboards Defective | ☐ |
| Window Glass Broken | ☐ |
| Window Frame Defective | ☐ |
| Door Broken | ☐ |
| Radiators/Risers Defective | ☐ |
| Ceiling Falling/Fell | ☐ |
| Ceiling Leaking | ☐ |
| Electricity defective | ☐ |
| Electric wiring exposed | ☐ |
| Outlets defective | ☐ |
| Cracked Sink (Sink) | ☐ |
| Leaky Faucet (Sink) | ☐ |
| Faucets not installed (Sink) | ☐ |
| Faucets not working (Sink) | ☐ |
| Pipes Leaking (Sink) | ☐ |
| Drain Stoppage (Sink) | ☐ |
| Refrigerator Defective | ☐ |
| Refrigerator Broken | ☐ |
| Stove Defective | ☐ |
| Stove Broken | ☐ |

Other: _____

## Entire Home

| | |
|---|---|
| Mice | ☐ |
| Rats | ☐ |
| Cockroaches | ☐ |
| Bed Bugs | ☐ |
| No Gas | ☐ |
| No Hot water | ☐ |
| No Cold water | ☐ |
| No heat | ☐ |
| Front door defective | ☐ |
| Front door broken | ☐ |
| Door lock defective | ☐ |
| Door lock broken | ☐ |
| Doorbell defective | ☐ |
| Doorbell broken | ☐ |
| Buzzer defective | ☐ |
| Buzzer broken | ☐ |
| No Smoke detector | ☐ |
| Smoke detector defective | ☐ |
| Floor sags | ☐ |
| Apartment needs painting | ☐ |

Other: _____

¡Vaya a **www.justfix.nyc/espanol** para crear una cuenta gratis!

Nombre: _____

Teléfono: _____

Dirección: _____

# de Apto: _____

## 🛏️ Dormitorios        1 2 3

Pintura descascarada ☐☐☐
Paredes agrietadas ☐☐☐
Moho en las paredes ☐☐☐
Daños por el agua ☐☐☐
Pisos sueltos ☐☐☐
Vidrios rotos en ventanas ☐☐☐
Marco de ventana defectuoso ☐☐☐
Puerta rota ☐☐☐
Radiadores defectuosos o eleva-
ciones de radiadores defectuosas ☐☐☐
Techo caído o a punto de caerse ☐☐☐
Goteras en el techo ☐☐☐
Electricidad defectuosa ☐☐☐
Instalaciones eléctricas expuestas ☐☐☐
Enchufes defectuosos ☐☐☐

Añadir otro: _____

## 🛋️ Sala

Pintura descascarada ☐
Paredes agrietadas ☐
Moho en las paredes ☐
Daños por el agua ☐
Pisos sueltos ☐
Marco defectuoso al pie de la pared ☐
Vidrios rotos en ventanas ☐
Marco de ventana defectuoso ☐
Puerta rota ☐
Radiadores defectuosos o elevaciones
de radiadores defectuosas ☐
Techo caído o a punto de caerse ☐
Goteras en el techo ☐
Electricidad defectuosa ☐
Instalaciones eléctricas expuestas ☐
Enchufes defectuosos ☐

Añadir otro: _____

## 🛁 Baño

Pintura descascarada ☐
Paredes agrietadas ☐
Moho en las paredes ☐
Daños por el agua ☐
Pisos sueltos ☐
Marco defectuoso al pie de la pared ☐
Vidrios rotos en ventanas ☐
Marco de ventana defectuoso ☐
Puerta rota ☐
Radiadores defectuosos o elevaciones
de radiadores defectuosas ☐
Techo caído o a punto de caerse ☐
Goteras en el techo ☐
Electricidad defectuosa ☐
Instalaciones eléctricas expuestas ☐
Enchufes defectuosos ☐
Inodoro no funciona (inodoro) ☐
Inodoro gotea (inodoro) ☐
Presión de agua inadecuada (inodoro) ☐
Lavabo rajado (lavabo) ☐
Grifo gotea (lavabo) ☐
Grifos no instalados (lavabo) ☐
Grifos no funcionan (lavabo) ☐
Tubería gotea (lavabo) ☐
Bañera rajada (bañera) ☐
Grifo gotea (bañera) ☐
Grifos no instalados (bañera) ☐
Grifos no funcionan (bañera) ☐
Tubería gotea (bañera) ☐
No funciona (ducha) ☐
Presión de agua inadecuada (ducha) ☐
Cabezal de la ducha gotea (ducha) ☐
Azulejos rajados (ducha) ☐
Faltan azulejos (ducha) ☐
Desagüe tapado (ducha) ☐

Añadir otro: _____

## 🍴 Cocina

Pintura descascarada ☐
Paredes agrietadas ☐
Moho en las paredes ☐
Daños por el agua ☐
Pisos sueltos ☐
Marco defectuoso al pie de la pared ☐
Vidrios rotos en ventanas ☐
Marco de ventana defectuoso ☐
Puerta rota ☐
Radiadores defectuosos o elevaciones
de radiadores defectuosas ☐
Techo caído o a punto de caerse ☐
Goteras en el techo ☐
Electricidad defectuosa ☐
Instalaciones eléctricas expuestas ☐
Enchufes defectuosos ☐
Lavabo rajado (lavabo) ☐
Grifo gotea (lavabo) ☐
Grifos no instalados (lavabo) ☐
Grifos no funcionan (lavabo) ☐
Tubería con goteras (lavabo) ☐
Desagüe tapado (lavabo) ☐
Nevera defectuosa ☐
Nevera rota ☐
Estufa defectuosa ☐
Estufa rota ☐

Añadir otro: _____

## 🚪 Toda la casa

Ratones ☐
Ratas ☐
Cucarachas ☐
No hay agua caliente ☐
No hay agua fría ☐
No hay calefacción ☐
Puerta principal defectuosa ☐
Puerta principal rota ☐
Cerradura defectuosa ☐
Cerradura rota ☐
Timbre de la puerta defectuoso ☐
Timbre de la puerta roto ☐
Timbre exterior defectuoso ☐
Timbre exterior roto ☐
No hay detector de humo ☐
Detector de humo defectuoso ☐
Piso hundido ☐
Apartamento necesita pintura ☐

Añadir otro: _____

## 👤 Problemas con casero

No dan recibos de pago de alquiler ☐
No hay contrato de arrendamiento ☐
Documentos falsos ☐
Construcción ilegal ☐
Mejoras Mayores de Capital repetidas ☐
Cobro de cargos en exceso/de más ☐
Casos remanentes ☐
Uso de fuerza o amenazas de fuerza ☐
Paro o interrupción de servicios
esenciales ☐
Remoción de pertenencias de la unidad ☐
Cambio de cerraduras sin dar una llave
nueva ☐
Represalias por buscar reparaciones ☐
Exigencias constantes de pago para
desalojar el apartamento ☐
Amenazas de desalojo basadas en
reclamaciones falsas ☐

Añadir otro: _____

## 🏢 Áreas públicas

Trabajo de pintura atrasado (3 años) ☐
Pintura descascarada o pelada ☐
No hay calefacción ☐
No hay agua caliente ☐
Presión de agua inadecuada ☐
Agua oxidada ☐
Instalaciones eléctricas expuestas ☐
Corrientes eléctricas débiles (luces bajas) ☐
Faltan rejas en las ventanas ☐
Falta o está roto el detector de CO2 ☐
Humo/gases entran al apartamento ☐
Ratas/ratones ☐
Infestación de insectos ☐
Apartamentos ilegales en el sótano ☐
No dan recibos de pago de alquiler ☐
Recibos de pago de alquiler incompletos
(no hay fecha o dirección en la ciudad
de Nueva York para el casero, etc.) ☐
Servicios del conserje o súper
inadecuados o inexistentes ☐

Añadir otro: _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: *12 · 11 · 2025*

Re: Broadway Realty I Co., LLC., et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is *Michael Hodge*
I have lived at *527 W 15TH Street Apt# 1-E* for *35* year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding. *527 West LLC.*

My experience with Pinnacle Management has been:

*Heatt & Hotwater*

I have the following repair issues and other concerns in my apartment/building:

Before approving a new owner, I want the Court to consider:

_Help us we Need H )_

Sincerely,

Tenant in Apartment _____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/25

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Audrey Sparrow.

I have lived at 527 West 157 for 64 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

64 yRs of downhill services from
floods walls Electrical Heat Hot Water
Up Keep of building Cleaniness
Elevator repair tamp entry to the
building threats from superintendent
asked to pay him out of pocket
for Normal services.

I have the following repair issues and other concerns in my apartment/building:

*For Filing on Docket No. 25-11050*

Before approving a new owner, I want the Court to consider:

Sincerely,

_____

Tenant in Apartment _____

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12|14|2025

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is _Margaret Morrison_

I have lived at 402 / 412 West 148th Street, New York, NY for ___8___ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize): *A persistent pattern of unsafe & unresolved conditions, including persistent leaks, cascading water, water-damaged walls only addressed by superficial repairs. Peeling paint, cracked & crumbling plaster dirty, broken windows and window locks. Recurring pest infestations, repeatedly broken floor tiles due to improper installation. Exposed wiring, faulty plugs & light fixtures, leaky radiators, broken intercom.*

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

*Margaret Morrison*

Margaret Morrison
Tenant, 402 & 412 West 148th Street Apt *4C*

New York, NY 10031

**For Filing on Docket No. 25-11050**

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/8/25

**Re: In Re Broadway Realty I Co., LLC, et al.**
**No. 25-11050 (DSJ)**

Dear Judge Jones,

My name is Kyle Cleary

I have lived at 402 / 412 West 148th Street, New York, NY for 1.75 year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents -- they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

Pests, roaches, mice (15+), broken windows, Leaky ceiling

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment -- only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

Kyle Cleary

Tenant, 402 & 412 West 148th Street Apt 15

New York, NY 10031

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: December 11, 2025

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Jeannette L. Perez.

I have lived at 251 Sherman Ave. Apt. G, Ny Ny 10034 for 48 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:
Ignoring essential repairs such as leaks that are patched up but real problem
doesn't get addressed and leak comes back over and over again. Peeling Paint.
Lifted floor tiles, stove not working and ended up buying own appliance.
Issues with rodents for many years. Many tickets being ignored and having to call
multiple times for out same issue.

I have the following repair issues and other concerns in my apartment/building:
- Rodents
- leak in kitchen for 2-3 years that doesn't get really fixed
- loose/missing tiles on floor - I am a fall hazard

Before approving a new owner, I want the Court to consider:
Fix all issues w/in apartment

Sincerely,

Jeannette Perez

Tenant in Apartment G

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Maribel Arias.

I have lived at 25-35 Hillside for 15 year(s). This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

They often answer my requests, They do repairs, but they are cheap repairs.

I have the following repair issues and other concerns in my apartment/building:

- My toilet is broken and they haven't changed it.
- Tiles are broken.        — Heat (Insufficient heat in my bedroom)
- Cockroaches / Pests

Before approving a new owner, I want the Court to consider:

→ I want the new owner to be considerate with our Repairs, If they change a stove or something else, it needs to be at least new or in good quality

Sincerely,

Maribel Arias   *Maribel Arias*

Tenant in Apartment 25-35 Hillside

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _MORAima goma_
I have lived at _836 Ishanst_ for _2_ year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

torrible

I have the following repair issues and other concerns in my apartment/building:

Broken Floors
Broken Lobby's door.

Before approving a new owner, I want the Court to consider:

to please consider the
Buildins tennts to take
ownership of our Building

Sincerely,
MORAima goma   thank you

Tenant in Apartment _1A_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Maria Collado.

I have lived at 071 W 193rd St #4K for 34 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

getting worse, there is less maintenance, less communication

I have the following repair issues and other concerns in my apartment/building:

Leaks in the kitchen and bathroom the livingroom Floor is caving in & seems like its unsafe. Also Roach infestation is crazy

Before approving a new owner, I want the Court to consider:

We need the new owner to not treat us as subhuman.

Sincerely,
Maria Collado
Tenant in Apartment 4K

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is *Diomaris Collado*.
I have lived at 071 W 197ᵗʰ St #4E for 17 year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:
It has gotten progressively worse.
less maintenance
less communication with office

I have the following repair issues and other concerns in my apartment/building:
leaks in the kitchen
leaks in the bathroom
Roach Infestation
No Heat

Before approving a new owner, I want the Court to consider:
tenants are people, who live, breathe & eat.

Sincerely,
*Diomaris Collado*
Tenant in Apartment 4E

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is  *Elvis Rodriguez*

I have lived at  *4530 Broadway*  for  *3*  year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

*My experience with Pinnacle has been terrible. they never Repairs.*

I have the following repair issues and other concerns in my apartment/building:

*my kitchen Floor is at a point of Breaking into pieces. the Elevator is always Broken. Roaches and mice infection.*

Before approving a new owner, I want the Court to consider:

*giving the tenants an opportunity to consider Ownership of our Building*

Sincerely,

Tenant in Apartment  *5C*

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Herbert Perez_.

I have lived at _3647 Broadway_ for _22_ year(s). This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:
So so— In the years I've been living here, when I called the super, It has taken awhile for repairs which have been done,

I have the following repair issues and other concerns in my apartment/building:
The Floors of each hallway isn't cleaned as often

Before approving a new owner, I want the Court to consider:
Fairness + equal rights for all tenants in a rent stabilized apartments.

Sincerely,
_Herbert Perez_

Tenant in Apartment _GC_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _CRAIG Stevens_.

I have lived at _3647 Broadway #9H_ for _50_ year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

I have the following repair issues and other concerns in my apartment/building:

Floors, Plumbing, Bathroom

Before approving a new owner, I want the Court to consider:

Repair Floors, Ceiling due to leaks, both
mushrooms coming out of ceiling

Sincerely,
Craig Stevens

Tenant in Apartment _9H_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _DEBORAH AUGUSTINE_.
I have lived at _3647 BROADWAY 7G_ for _20_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

POOR

I have the following repair issues and other concerns in my apartment/building:

BATHROOM: 2 HOLES IN FLOOR, [MAY 2024] 1 IS LARGE & COVERED BY PLY.
1 LARGE HOLE IN CEILING. [JUNE 2025] I'M SCARED I WILL TRIP.
ALSO, BUGS ARE COMING THROUGH THE HOLES.

KITCHEN: MY SINK CABINET - [MAY 2024] THE BACK TAKEN OUT [HOLE MADE IN WALL] & DOORS
TAKEN OFF. AGAIN, BUGS ARE COMING THROUGH.
ACTUAL SINK IS BEING HELD UP BY MY STEP STOOL
AFTER THEIR JACKHAMMER DISLODGED IT.

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11/2025

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Anthony Casasnovas.
I have lived at 3657 Broadway for 22+ year(s). This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Mediocre at best.
Previously had them settle in court over rent overcharge.

I have the following repair issues and other concerns in my apartment/building:

Flaking paint
Damaged window frame.
Ongoing "Rusty" hot water, Mice. Roaches.

Before approving a new owner, I want the Court to consider:

Tenant Control!

Sincerely,

Tenant in Apartment 7C

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/11 / 2025

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is *Elizabeth Williamson* .

I have lived at *3647 Broadway* for *4* year(s).   This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Very frustrating with lack of maintenance and general levels of communication about events regarding our building.

I have the following repair issues and other concerns in my apartment/building:
- Not patching walls after pipe breaks even after requesting. Covered with random cardboard or wood leading to mice/roach problems in our apt.
- Not consistent hot water and blaming it on our shower head
- Fixed sagging floor with foam cement under the boards
- NO maintenance and blocked fire stairs.

Before approving a new owner, I want the Court to consider:

The quality of life that is impacted by the lack of maintenance. We have a right to a safe home environment where we don't have to fight for every single thing and wait weeks or months for a repair.

Sincerely,

*Elizabeth Williamson*

Tenant in Apartment *3C*

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Elizabeth McKee_

I have lived at _649 West 207th_ for _10_ year(s).  This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: _horrible_

I have the following repair issues and other concerns in my apartment/building:

_gas connection_

Before approving a new owner, I want the Court to consider:

_- the interests of the tenants_

Sincerely,

_Elizabeth McKee_
Tenant in Apartment _✓_

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Wilma Leon_.

I have lived at _643 West 207th St_ for _40_ year(s).   This building
is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Horrible.

I have the following repair issues and other concerns in my apartment/building:

The floor is buckling
Light fixtures
& Many More issues

Before approving a new owner, I want the Court to consider:

The tenants

Sincerely,

Wilma Leon

Tenant in Apartment _✓_