

**Union of Pinnacle Tenants**

December 12, 2025

To:
The Honorable David S. Jones
United States Bankruptcy Judge
Southern District of New York

Re: In re Broadway Realty I Co., LLC, et al., Case No. 25-11050 (DSJ)

Dear Honorable Judge Jones,

We write on behalf of the Union of Pinnacle Tenants, representing residents of the 93 buildings and more than 5,000 rent-stabilized apartments that are the subject of the Debtors' proposed auction.

We respectfully request that the Court extend the current bidding timeline to allow preservation-focused bidders sufficient time to assemble and submit a viable proposal that protects tenants and ensures long-term stability of these properties.

Over the past several months, tenants have worked diligently and in good faith with the New York City Department of Housing Preservation and Development, as well as with both nonprofit and mission-aligned development partners, to identify credible preservation pathways for our homes. With the support of the Settlement Housing Fund (SHF) as a potential preservation partner, we were able to identify a large, experienced for-profit developer with the capacity to evaluate and potentially bid on the entire portfolio. This developer has also expressed openness to pursuing a joint-venture structure in partnership with SHF. This partnership would also incorporate meaningful tenant representation, long-term affordability protections, and a plan to address systemic and long-term disrepair across Pinnacle's portfolio. However, the compressed timeline—rather than a lack of interest, expertise, or financial capacity—has become the primary obstacle to finalizing a responsible proposal at scale.

The Court's own record supports that additional time is reasonable. In the recent *Debtors' Second Motion for Entry of an Order (I) Further Extending the Deadline by Which the Debtors May Remove Civil Actions and (II) Granting Related Relief*, filed December 9, 2025 (ECF No. 797), the Debtors state in Paragraph 16 that, notwithstanding approximately 140 NDAs, data-room access, property tours, and multiple indications of interest, "additional time… is necessary to continue to progress the Marketing Process" as contemplated under the Bidding Procedures Order and the Court's Final Cash Collateral Order. If extensions are

appropriate to protect the Debtors' litigation and marketing strategy, a targeted extension of the bidding timeline is equally appropriate to protect tenants and allow viable preservation options to compete on fair terms.

In addition, on December 11, 2025, the Attorney for the City of New York and the New York City Department of Housing Preservation and Development filed a [Statement in Support of Flexibility in Extending Additional Time to Potential Bidders](#). The law department's position is particularly significant given HPD's role in preserving rent-stabilized housing as well as its experience stabilizing large distressed portfolios in prior crises (including Signature Bank).

Granting an extension would also be consistent with creditor interests, including Flagstar's, by supporting a more orderly and value-maximizing process. A preservation-driven proposal capable of addressing the portfolio at scale may reduce execution risk and long-term instability—particularly where many buildings face serious repair needs and ongoing habitability compliance issues.

Tenants recognize that we are not formal parties to these proceedings. Nonetheless, the housing stability of thousands of New Yorkers is at stake, and the Court has broad discretion to consider the public interest alongside creditor recoveries. Along with the New York City Law Department filing, the Court will receive [a letter of support from 22 elected officials](#) including Comptroller Brad Lander and former Pinnacle tenant Assemblymember Farah Souffrant Forrest, dozens of letters from current Pinnacle tenants, as well as [a petition signed by over 3,700 members of the public](#), all urging that preservation options be given a meaningful opportunity to proceed and that tenants be granted a say in their future.

For these reasons, we respectfully urge the Court to extend the bidding deadline to allow proposals focused on preservation to be fully developed and fairly considered.

Thank you for your consideration.

Respectfully submitted,

The Union of Pinnacle Tenants
[pinnacletenantsnyc@gmail.com](mailto:pinnacletenantsnyc@gmail.com)