

November 25, 2025

To Pinnacle Group, Flagstar Bank,
and Honorable David S Jones, US Bankruptcy Judge,

**We are writing to you as NYC elected representatives on behalf of our constituents, who live in Pinnacle's auctioned properties and are members of the Union of Pinnacle Tenants.**

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in the foreclosure process now underway between Flagstar and Pinnacle. Tenants in these buildings have already documented years of mismanagement and neglect, with elevator outages trapping elderly and disabled tenants on high floors, and children suffering from the presence of mold and pests. After the foreclosure announcement, requests for urgent maintenance have gone ignored. Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can stay in their homes and ensure critical repairs are finally addressed.

**This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. We urge all parties to meet with the Union of Pinnacle Tenants, and to consult with the Union throughout the sale of their buildings.**

Recent precedent for this was established in New York City when the FDIC was tasked with unwinding the portfolio of rent-stabilized apartments backstopped by the collapsed Signature Bank. While a unique case, that process demonstrates that tenant consultation produces better outcomes for the people affected and for the public at large. We urge you to grant the tenants a say in the auction process — and allow city agencies to take whatever steps are needed to protect the people who live in these buildings long-term.

Sincerely,

Assemblymember Phara Souffrant-Forrest District 57

Senator Jabari Brisport, District 25

Senator Kristen Gonzalez, District 59

Senator Julia Salazar, District 18

Assemblymember Claire Valdez, District 37

Assemblymember Emily Gallagher, District 50

Assemblymember Marcela Mitaynes, District 51

Councilmember Crystal Hudson, District 35

Councilmember Chi Ossé, District 36

Assemblymember Linda B. Rosenthal, District 67

Assemblymember Al Taylor, District 71

Senator Cordell Cleare, District 30

Senator Robert Jackson, District 31

Assemblymember Tony Simone, District 75

Councilmember Rita Joseph, District 40

Senator Brad
Hoylman-Sigal, District 47

Councilmember Tiffany
Cabán, District 22

Council Member Shekar
Krishnan, District 25

Assemblymember Brian
Cunningham, District 43

Councilmember Shahana
Hanif, District 39

Assemblymember Harvey
Epstein, District 74,
Councilmember-elect
District 2

Brad Lander
New York City Comptroller