Honorable David S. Jones and Flagstar Bank ,


3721 people have signed a petition on Action Network telling you to 10,000 Rent Stabilized Tenants Deserve a Say Over Their Homes.

Here is the petition they signed:

> Dear Honorable David S. Jones and Creditors Flagstar Bank,
>
> I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.
>
> The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy. Tenants in these buildings have documented years of mismanagement and neglect, with elevator outages trapping elderly and disabled tenants on high floors, and children suffering from the presence of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into the hands of another landlord with the same practices and priorities as Pinnacle.
>
> Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.
>
> This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

You can view each petition signer and the comments they left you below.


Thank you,

Union of Pinnacle Tenants


---

**1. Union of Pinnacle Tenants** (*ZIP code: 11216*)


**2. ellie worsham** (*ZIP code: 11226*)


**3. Mia Preisser** (*ZIP code: 10022*)


**4. Jaysun Thompson** (*ZIP code: 10306*)
New york should be affordable for New yorkers

**5. Simone Recasner** (*ZIP code: 11226*)

We must do everything we can to protect the most vulnerable in our community. This is the right thing to do. Do the right thing TODAY

**6. Zu Azevedo** (*ZIP code: 11206*)

**7. Paola Peralta** (*ZIP code: 10461*)

10,000 Rent Stabilized Tenants Deserve a Say Over Their Homes. People should be put over the rampant greed and thirst for endless profit that this city has become know for.

**8. Jordan Smith** (*ZIP code: 11213*)

Let's actually build up our community instead of tearing it down with predatory companies. Have some respect and decency to the people that make up this beautiful city.

**9. Malaika Holder** (*ZIP code: 10467*)

**10. Nicole Brokaw** (*ZIP code: 10028*)

**11. Loreta Lamargese** (*ZIP code: 10009*)

**12. Khunsa Amin** (*ZIP code: 11226*)

**13. Violet Macdonald** (*ZIP code: 11225*)

**14. Gabriel M.** (*ZIP code: 10451*)

**15. Marissa Biondolillo** (*ZIP code: 11226*)

**16. Amber Best** (*ZIP code: 10009*)

**17. T Henry** (*ZIP code: 11209*)

**18. Alvina Brown** (*ZIP code: 11225*)

Pinnacle management is my current management company. They don't commit to repairs, raise the rent every year without reason and my building is visibly falling apart.

**19. Imani  Faulkner** (*ZIP code: 11238*)

**20. Lindsey Ibarra** (*ZIP code: 11216*)

**21. Deborah  Uzurin** (*ZIP code: 11373*)

Let rent stabilized tenants have a say in Who owns their buildings.

**22. Sarah Clive** (*ZIP code: 11106*)

**23. Jenna Lewein** (*ZIP code: 10026*)

**24. Celeste Samson** (*ZIP code: 11355*)

**25. Curtis  Dennis** (*ZIP code: 10463*)
New Yorkers deserve fair housing policies that keep rents affordable.

**26. Jataisha Jenkins** (*ZIP code: 10457*)

**27. Cristine Sanchez** (*ZIP code: 11377*)

**28. Fatimah Shaikh** (*ZIP code: 11216*)

**29. taylor brown** (*ZIP code: 11236*)

**30. Sterling Frierson** (*ZIP code: 10031*)

**31. Angela Bronner** (*ZIP code: 10037*)

**32. James Dunn** (*ZIP code: 11225*)

**33. Heather Barr** (*ZIP code: 11216*)

**34. Marcos Cruz** (*ZIP code: 11222*)

**35. Farrah  Presume ** (*ZIP code: 11236*)

**36. Bartholomew  Jenkins** (*ZIP code: 11207*)

**37. fagaye seck** (*ZIP code: 10453*)

**38. Philipp Zang** (*ZIP code: 11385*)

**39. Sophie Chen** (*ZIP code: 11230*)

**40. Wil Jones** (*ZIP code: 11368*)
I support the goals of this petition! Let's find an alternative to this exploitative cycle of housing investment.

**41. Caitlin Costello** (*ZIP code: 10128*)

**42. Ariel Golan** (*ZIP code: 11385*)

**43. David Byrd** (*ZIP code: 11238*)

**44. Melissa Suarez** (*ZIP code: 10468*)

**45. Stacy Fernandez** (*ZIP code: 11226*)

**46. Kiana Bierria** (*ZIP code: 11550*)

**47. Dami Kafi** (*ZIP code: 11221*)

**48. Aashni Shah** (*ZIP code: 11374*)

**49. Yi Cheu** (*ZIP code: 11418*)
Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy. Tenants in these buildings have documented years of mismanagement and neglect, with elevator outages trapping elderly and disabled tenants on high floors, and children suffering from the presence of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into the hands of another landlord with the same practices and priorities as Pinnacle.

Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**50. Kim Middleton** (*ZIP code: 11217*)

**51. O Griffin** (*ZIP code: 11215*)

**52. Cassandra Dieudonné** (*ZIP code: 11221*)

**53. Tracy S** (*ZIP code: 10475*)

**54. An anonymous signer** (*ZIP code: 11103*)

**55. Eri McDermott** (*ZIP code: 11226*)

**56. An anonymous signer**  (*ZIP code: 11103*)

**57. Mukami  Gatumo** (*ZIP code: 10026*)

**58. Noah N** (*ZIP code: 11233*)

**59. Michelle Rosen** (*ZIP code: 11225*)

**60. Michael Herbas** (*ZIP code: 11367*)

**61. Camille Wanliss** (*ZIP code: 10037*)

**62. Samantha  Oddi** (*ZIP code: 11226*)

**63. Miriam Fischer** (*ZIP code: 10011*)

**64. Emily Honeysett** (*ZIP code: 10032*)

**65. Noa Ryan** (*ZIP code: 11385*)

**66. Sarah LeWarn** (*ZIP code: 11225*)

**67. Salina Fu** (*ZIP code: 10002*)

**68. Anna Peterson** (*ZIP code: 11216*)

**69. Mira Zaki** (*ZIP code: 10019*)

**70. Chika Ekemezie** (*ZIP code: 11221*)

**71. Jessica kelley** (*ZIP code: 10451*)
Then do BLDG

**72. Rohini Talreja** (*ZIP code: 11213*)

**73. Jason Ponterotto** (*ZIP code: 10463*)
This issue is going viral on social media so it serves you well to pay attention to the petition.

**74. Gabbie Spielberg** (*ZIP code: 11221*)

**75. Ngozi Nwadiogbu** (*ZIP code: 11213*)

**76. Stacey C** (*ZIP code: 11230*)

**77. Joseph Lindsey** (*ZIP code: 11213*)

**78. Francesco Gattuso** (*ZIP code: 11216*)

**79. Sara Ramirez** (*ZIP code: 10122*)

**80. Michele Ayoub** (*ZIP code: M6P 1W9*)

**81. Vivian Goldstein** (*ZIP code: 10028*)

**82. Prentiss Covington** (*ZIP code: 11216*)

**83. Channy Kong** (*ZIP code: 11213*)

**84. Iqra Shahbaz** (*ZIP code: 11370*)

**85. Kaija Groom** (*ZIP code: 11218*)

**86. Mariciela Barchi** (*ZIP code: 10031*)

**87. Julien Bullock** (*ZIP code: 11206*)

**88. J.R. Yussuf** (*ZIP code: 11233*)

**89. Audrey Huigens** (*ZIP code: 11225*)

**90. Selena Mullins** (*ZIP code: 11213*)

**91. Geneva Trovato** (*ZIP code: 11217*)

**92. McKenna Moore** (*ZIP code: 11206*)

**93. Zoe Whyte** (*ZIP code: 11226*)
Protect the tenants!

**94. Amy Ciavolino** (*ZIP code: 11221*)

**95. Antonnet Johnson** (*ZIP code: 11225*)

**96. Josie Fillat** (*ZIP code: 10034*)

**97. Brooke  Havlik** (*ZIP code: 11307*)

**98. Shawnee Escoffery** (*ZIP code: 11221*)

**99. LaChelle Watson** (*ZIP code: 10013*)

**100. Anais Castro** (*ZIP code: 10025*)

**101. Akira Hamilton** (*ZIP code: 11701*)

**102. Tatiana Ingram** (*ZIP code: 10029*)

**103. Amanda Bowman** (*ZIP code: 11233*)

**104. Paige Howarth** (*ZIP code: 11216*)

**105. Sara Rodas** (*ZIP code: 11237*)

**106. Anna Grindrod-Feeny** (*ZIP code: 11226*)
Pinnacle has abused and neglected my neighbors for far too long. Give us a say in what happens to
our homes!

**107. Madeleine Marrin** (*ZIP code: 11226*)
I have lived in a rent stabilized Pinnacle-owned unit for nearly 6 years! I love my home and my
neighbors, and my stabilized rent allows me to keep living in NYC while working in the underpaid
violence prevention field. Please help our community stay in homes that are affordable and livable!

**108. Danny Diana-Peebles** (*ZIP code: 11215*)

**109. Elizabeth Short** (*ZIP code: 08863*)
As a former tenant under Pinnacle management, I strongly support a slow-down of the auction of 12
Pinnacle buildings on Dec 12th. I am incredibly lucky to have a safety net and move back in with my
parents, but that is not the reality for thousands of tenants in these buildings. I left, in large part, due
to MULTIPLE FIRES in my former building at 222 Lenox Road, during which no fire alarms went off to
allow a safe evacuation. My wonderful neighbors, who I miss dearly, have suffered displacement,
continuous health issues, and unparalleled stress in a space that is supposed to be their home -
where they should be able to rest and feel safe. If these buildings fall into the hands of yet another
landlord group with no regard for the rights and safety of these tenants, the lives and well-being of
hardworking tenants - immigrants, transplants and native NYers alike - will be in further danger.
Please allow city agencies to begin repairing the harm Pinnacle has caused.

**110. Alba Quintero** (*ZIP code: 11216*)

**111. Andrew Barlow** (*ZIP code: 11237*)

**112. L. Springer** (*ZIP code: 11238*)

**113. Philip Engel** (*ZIP code: 11225*)

**114. David Turner** (*ZIP code: 11216*)

**115. Nathaly  Luna** (*ZIP code: 11375*)

**116. An anonymous signer** (*ZIP code: 11233*)

**117. Epiphany  Samuels** (*ZIP code: 10128*)

**118. Annalissa Joseph** (*ZIP code: 11226*)
As someone who resides in one of these buildings a change is needed.

**119. Zachary Benedek** (*ZIP code: 10028*)

**120. Stella Kramer** (*ZIP code: 10009*)

**121. Caroll Williams** (*ZIP code: 10037*)

**122. sierra tarver** (*ZIP code: 11213*)

**123. Vincent Hunter** (*ZIP code: 11412*)
Please do not allow the rent stabilized apartments to go for bankruptcy. Let the tenants have a say about their homes.

**124. Vivian Kuo** (*ZIP code: 10031*)
The timeline of the auction makes pulling together a humane solution almost impossible. The court itself has recognized that 5,000+ affordable homes are at risk in this process, and we know that delivering a real intervention -not a slumlord hack- is not just in the public interest but also likely in the interest of Flagstar and Pinnacle to receive an efficient and competitive bid. Please give extend this timeline.

**125. Eden Staten** (*ZIP code: 10031*)

**126. James Keith** (*ZIP code: 10037*)

**127. Maya Almogy** (*ZIP code: 11385*)

**128. Ashley  Hartman** (*ZIP code: 11226*)

**129. Tammy Tai** (*ZIP code: 10036*)

**130. Shaheen Hasan** (*ZIP code: 11226*)

**131. Imani Congdon** (*ZIP code: 11103*)

**132. Maxine Stephenson** (*ZIP code: 11233*)

**133. Donald Dawkins** (*ZIP code: 11225*)

**134. Elizabeth  Daniel** (*ZIP code: 11226*)

**135. Janelle Reyes** (*ZIP code: 11206*)

**136. Rachel Shuman** (*ZIP code: 11105*)

**137. Evy Viruet** (*ZIP code: 10025*)
Pinnacle tenants deserve to be heard! Let them choose and interview who should take over their buildings!

**138. Tanya Leet** (*ZIP code: 11213*)

**139. Ana Orellana** (*ZIP code: 11104*)

**140. Gabriella Malave**  (*ZIP code: 11102*)
We need more say in how we are treated, where we live, and who manages WITH US! This is a crisis. Let's keep New Yorkers in NYC!!

**141. Andrea Camacho**  (*ZIP code: 11103*)

**142. Jennifer  Osula** (*ZIP code: 10030*)

**143. Nicole Hoppenworth** (*ZIP code: 52245*)

**144. Arielle Hersh** (*ZIP code: 11216*)

**145. An anonymous signer**  (*ZIP code: 11040*)

**146. Nyesha Jackson** (*ZIP code: 10451*)

**147. Caleb Ackley** (*ZIP code: 11226*)
Keep these properties out of the hands of predatory landlords!

**148. Christian Vernon** (*ZIP code: 11237*)

**149. Emily Rouch** (*ZIP code: 10040*)
Please help us stay in our homes and get the repairs needed to have a livable space.

**150. C Lenz** (*ZIP code: 10040*)

**151. Danielle Rennalls** (*ZIP code: 11373*)

**152. Izzie Bryson** (*ZIP code: 10002*)

**153. Gea Landy** (*ZIP code: 11377*)

**154. Gerald Toribio** (*ZIP code: 10801*)

**155. Kyla Kerce** (*ZIP code: 10039*)

**156. Jay Wolfram** (*ZIP code: 19464*)

**157. Maylyn  Iglesias** (*ZIP code: 10009*)

**158. Sergio Torres** (*ZIP code: 10035*)
Is important for me that everyone has a safe place to rest. These people deserve to be treated with respect and dignity.

**159. Kereen Gibson** (*ZIP code: 11434*)

**160. Laura Genes** (*ZIP code: 10044*)

**161. Amanda Stecco** (*ZIP code: 11216*)

**162. B Sandoval** (*ZIP code: 11375*)

**163. Yusuf Siddiquu** (*ZIP code: 11221*)
Please allow time for residents to explore options.

**164. Melissa De La Cruz** (*ZIP code: 11238*)

**165. Ruth Acosta** (*ZIP code: 10031*)

**166. Emily ko** (*ZIP code: 11357*)

**167. Emmalis Torres** (*ZIP code: 10009*)

**168. Emily Sanchez** (*ZIP code: 10466*)

**169. Sarah Bowen** (*ZIP code: 11203*)

**170. Megan Stein** (*ZIP code: 11225*)

**171. Courtney Keyes** (*ZIP code: 11373*)

**172. Jessica Toops** (*ZIP code: 10040*)

**173. Jayden  Sinclair** (*ZIP code: 10472*)
The people who live in these buildings are those most affected by these changes and thus should be the ones with say over their future. They cannot afford to live under another investor who will pay no attention to their plight.

**174. Mika Stein** (*ZIP code: 11206*)

**175. Maia Eskin** (*ZIP code: 11203*)

**176. Denia Perez** (*ZIP code: 11238*)

**177. Sommer Omar** (*ZIP code: 10012*)

**178. Sage Ahmed-Torres** (*ZIP code: 11206*)

**179. Lily Armstrong-Davies** (*ZIP code: 11215*)

**180. Genna Moss** (*ZIP code: 11238*)

**181. Aita  A.** (*ZIP code: 11238*)

**182. Cole Rosenthal** (*ZIP code: 10011*)

**183. Natalie Louis Jean** (*ZIP code: 11510*)

**184. Nova Rivera** (*ZIP code: 11226*)

**185. Jude Walker** (*ZIP code: 11233*)

**186. John Ottinger** (*ZIP code: 10128*)
To: Honorable David S. Jones and Flagstar Bank
From: John Ottinger

Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to

support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy. Tenants in these buildings have documented years of mismanagement and neglect, with elevator outages trapping elderly and disabled tenants on high floors, and children suffering from the presence of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into the hands of another landlord with the same practices and priorities as Pinnacle.

Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**187. Elena Anderson** (*ZIP code: 11216*)

**188. Jessie  Parks** (*ZIP code: 11385*)

**189. Joyce Chin-Harrison** (*ZIP code: 11225*)
I'm a tenant of Pinnacle Mngt. for over 40 years  (before they became the landlord of 991-993 Carroll street) but since Pinnacle took over, I've had a bathroom leak with mold. I have NEVER gotten a paint job from them and they refuse to fix the leak from my neighbors' bathroom. I now live with horrible Mold which has spread to half of the ceiling.

**190. Melissa Send Gordon** (*ZIP code: 11101*)

**191. Joel Liu** (*ZIP code: 11219*)

**192. Jesse Pierce** (*ZIP code: 11213*)
Let people stay in their homes. Do the right thing!

**193. Richard Palacios** (*ZIP code: 11201*)

**194. Moontaha Choudhury** (*ZIP code: 11375*)

**195. Daisy Chavez** (*ZIP code: 10024*)

**196. Erin Thomas** (*ZIP code: 1023*)

**197. GianCarlos Reyes** (*ZIP code: 10040*)

**198. Sarah Brown** (*ZIP code: 11216*)

**199. sonia sabade** (*ZIP code: 10065*)

**200. Mark  Yoshizumi**  (*ZIP code: 11385*)

**201. Erin Black** (*ZIP code: 11106*)

**202. Stac Reid** (*ZIP code: 10454*)

**203. Reshad H** (*ZIP code: 11373*)

**204. Kailee**  (*ZIP code: 11226*)

**205. Heather Adams** (*ZIP code: 11226*)

**206. Shannon Ferrie** (*ZIP code: 11385*)

**207. J S** (*ZIP code: 01801*)

**208. Samantha Wong** (*ZIP code: 11209*)

**209. Elaine Shea** (*ZIP code: 11218*)

**210. Yasmine Bhandal** (*ZIP code: 11372*)

**211. shasta crawford** (*ZIP code: 11221*)

**212. Jaclyn Whoberry** (*ZIP code: 11226*)

**213. Evelyn Martinez** (*ZIP code: 10303*)

**214. Cassidy Moon** (*ZIP code: 10038*)

**215. Omar Olvera-Cuapio** (*ZIP code: 11232*)

**216. Shanice  Walker** (*ZIP code: 10462*)

**217. Caroline  St Francis**  (*ZIP code: 11211*)

**218. Hillary  Lantigua**  (*ZIP code: 10451*)

**219. Cora  Caldwell** (*ZIP code: 11216*)

**220. Maura Thompson** (*ZIP code: 11205*)

**221. Michelle Urena** (*ZIP code: 10468*)

**222. Alexandra Guillot** (*ZIP code: 11216*)

**223. Claudia Thomson**  (*ZIP code: 11238*)

**224. Kirsi  Leminen**  (*ZIP code: 11231*)

**225. Hazel Frew** (*ZIP code: 11225*)

**226. Annecia Steiniger** (*ZIP code: 11223*)

**227. Pamela Gonzalez** (*ZIP code: 11209*)

**228. Michelle  Lucero** (*ZIP code: 10550*)

**229. Latrelle  Rostant**  (*ZIP code: 11102*)

**230. Gina Hsu** (*ZIP code: 11216*)
Tenant power!

**231. Jen Swideroo** (*ZIP code: 10040*)
The landlords don't need protection. Tenants do. Slow down.

**232. Tatiana Broughton** (*ZIP code: 10027*)

**233. Lena Makovsky** (*ZIP code: 11226*)
With housing costs becoming increasingly unaffordable, removing even more rent stabilized housing
will only increase this burden. Give tenants a voice.

**234. Alvin Wang** (*ZIP code: 11238*)

**235. Tahj Harrison**  (*ZIP code: 11422*)

**236. James Galvan** (*ZIP code: 10468*)

**237. Jasminn Couamin**  (*ZIP code: 11003*)

**238. Jenni Polanco**  (*ZIP code: 11238*)

**239. Danielle  Hengge** (*ZIP code: 11218*)
This inhumane treatment of working class New Yorkers needs to end! Billionaires should not have control over people's lives

**240. Alexa Hurtado Angeles** (*ZIP code: 11216*)

**241. Asha C** (*ZIP code: 10473*)

**242. Serena Baik** (*ZIP code: 10039*)

**243. Amanda Rivera** (*ZIP code: 11385*)

**244. Diva Green** (*ZIP code: 11213*)

**245. Olivia Rosenberg-Chavez** (*ZIP code: 11207*)

**246. Caren Johnson** (*ZIP code: 11372*)

**247. Elizabeth Cassidy** (*ZIP code: 10024*)

**248. Spencer Bruce** (*ZIP code: 11213*)

**249. Elizabeth  Dolan** (*ZIP code: 10003*)

**250. David Menchaca García** (*ZIP code: 78748*)
Solidarity!!!!

**251. Sasha Holguin** (*ZIP code: 10452*)

**252. Patrick Smith** (*ZIP code: 10128*)

**253. An anonymous signer**  (*ZIP code: 11231*)

**254. Anirudhha Abhang** (*ZIP code: 08820*)

**255. Ella Wang** (*ZIP code: 98033*)

**256. Amanda Tiscione** (*ZIP code: 11372*)

**257. Autumn Blackwood** (*ZIP code: 06790*)

**258. Kaiori W** (*ZIP code: 11221*)

**259. Melissa Windfield** (*ZIP code: 10301*)
Tenants should have a say in what happens to their housing instead of just blindly auctioning it off

**260. Anthony Joassaint** (*ZIP code: 11226*)
We need a say.

**261. Madison Johnson** (*ZIP code: 10454*)

**262. An anonymous signer** (*ZIP code: 10032*)

**263. Bryan Caine** (*ZIP code: 10032*)

**264. Kate Munoz** (*ZIP code: 11226*)

**265. Chelsy Gonzalez** (*ZIP code: 11239*)

**266. JoAne Baptiste Cummins** (*ZIP code: 11205*)
Trickle down never worked. Help make GREED less profitable. Put the humanity back in housing.

**267. Sarah Tothero** (*ZIP code: 11225*)

**268. Carissa  Henderson** (*ZIP code: 11225*)

**269. Malcolm Balles** (*ZIP code: 10016*)

**270. Brandee Malloy** (*ZIP code: 10032*)

**271. Anaele Ngadi** (*ZIP code: 11236*)

**272. Nathalie Dube** (*ZIP code: 11215*)

**273. Liza Yorke** (*ZIP code: 11221*)

**274. Manu Gomez** (*ZIP code: 11203*)

**275. Erin Hughes** (*ZIP code: 11209*)

**276. Angelica Sanchez** (*ZIP code: 11226*)

**277. angie Abdelhady** (*ZIP code: 11366-1852*)

**278. Anna-Kay  Afflick** (*ZIP code: 11236*)

**279. Hazel Bolivar** (*ZIP code: 11232*)

**280. Regan Baker** (*ZIP code: 11219*)

**281. Marwa An** (*ZIP code: 11369*)

**282. CARLA LOPEZ** (*ZIP code: 10467*)

**283. Sam Magnus** (*ZIP code: 11370*)
Fuck billionaires

**284. Ryan Noonan** (*ZIP code: 01844*)

**285. Angel Njoku** (*ZIP code: 11206*)
Give tenants a voice!

**286. Ramsey Daniels** (*ZIP code: 11233*)

**287. Juliet Roll** (*ZIP code: 11215*)

**288. Chloe F** (*ZIP code: 11418*)

**289. Jasmine  Dean** (*ZIP code: 11101*)

**290. Alexander  Murray** (*ZIP code: 10031*)
It would be nice to not have my rent raised each year

**291. Dahniel Buie** (*ZIP code: 10031*)

**292. Perla Villanueva** (*ZIP code: 11102*)

**293. Melissa  Falcon** (*ZIP code: 10461*)

**294. Kaj Sintra** (*ZIP code: 10001*)
The people of New York City deserve control over their own property, homes, and livelihoods.

**295. Erika Donley** (*ZIP code: 11231*)

**296. Maggie Morrison** (*ZIP code: 10031*)
At a time when affordable housing is disappearing across New York City, this case cannot become another vehicle for displacement. We call on the bank and the court to uphold tenant protections, preserve rent-stabilized housing, and ensure that residents are not pushed out in the name of profit.

**297. Dejan  Jelaca** (*ZIP code: 10031*)

**298. Joseph Taecker-Wyss** (*ZIP code: 11206*)

**299. Jeanette Fernandez**  (*ZIP code: 11226*)

**300. Kaira Gore** (*ZIP code: 10475*)

**301. Leon Cauthen** (*ZIP code: 10039*)
Give the tenants the benefit of time to work with the city to stabilize, repair and restore the units that will help house thousands of people and families.

**302. Fatou  Thiam** (*ZIP code: 10456*)

**303. Kevin McGee, RN** (*ZIP code: 10031*)
Please help us keep our homes!

**304. Alexandra Koskoris** (*ZIP code: 11226*)

**305. Kathryn Anderson Kuo** (*ZIP code: 10458*)
Thank you for your attention to this message and for considering these tenants' rights and well-being!

**306. Lisa Pearson** (*ZIP code: 10033*)
Good luck!

**307. Curtis Silverburg** (*ZIP code: 11226*)

**308. Marie Drunner** (*ZIP code: 10009*)

**309. Karsani Rusdi** (*ZIP code: 10009*)

**310. Almaz Falol** (*ZIP code: 10037*)

**311. Logan Fosu** (*ZIP code: 11234*)

**312. Aidan Heck** (*ZIP code: 11385*)

**313. Lauren  Partlow**  (*ZIP code: 11221*)

**314. Schaina  Gilot** (*ZIP code: 11226*)

**315. Omaris Powell** (*ZIP code: 11236*)
Give tenants a seat at the table and give them a say in what happens to their homes.

**316. Elise Raven** (*ZIP code: 10031*)

**317. Manuela Contreras** (*ZIP code: 10027*)

**318. Amanda Bercovici** (*ZIP code: 10025*)

**319. Jord Moss** (*ZIP code: 11221*)

**320. Amanda Kusek** (*ZIP code: 11377-4338*)

**321. Ellie Ley** (*ZIP code: 11211*)

**322. Charles Nkurunziza** (*ZIP code: 10018*)

**323. Tyler Hershman** (*ZIP code: 11226*)
Stand with pinnacle!

**324. Tatiana  Gregoire**  (*ZIP code: 11233*)

**325. Saidah Asano-Brooks** (*ZIP code: 11232*)

**326. Monica Delgado** (*ZIP code: 10031*)
Pinnacle is a terrible landlord. I've lived in one of their building 20 years and things just get worse every year. I don't want to lose my home because they went bankrupt and had to sell their buildings!

**327. katherine  filpo** (*ZIP code: 10001*)

**328. Martha Lemos** (*ZIP code: 10031*)

**329. Maya Geyer** (*ZIP code: 11238*)

**330. Tina Kuo** (*ZIP code: 10314*)

**331. Sean Arena** (*ZIP code: 11385*)

**332. Shealy Long** (*ZIP code: 11211*)

**333. Alcides Marte** (*ZIP code: 11213*)

**334. Susan  Hu** (*ZIP code: 11213*)

**335. Heather  Varian** (*ZIP code: 11226*)
It's counter to anything we believe to render even more New Yorkers unhoused or subject them to

continued neglect and abuse.

**336. Giselle Zatonyl** (*ZIP code: 11237*)

**337. Shakira Browne** (*ZIP code: 11369*)

**338. Devon Adams** (*ZIP code: 10034*)

**339. Michael Zhang** (*ZIP code: 10021*)

**340. Ruth Vera** (*ZIP code: 11206*)

**341. Lourdes Jaquez** (*ZIP code: 11385*)

**342. Jehieli Rodriguez** (*ZIP code: 11422*)

**343. A. Teacher** (*ZIP code: 10468*)
To: Honorable David S. Jones and Flagstar Bank
From: A NYCDOE teacher

Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy. Tenants in these buildings have documented years of mismanagement and neglect, with elevator outages trapping elderly and disabled tenants on high floors, and children suffering from the presence of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into the hands of another landlord with the same practices and priorities as Pinnacle.

Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**344. Kori Mckenzie** (*ZIP code: 11217*)
Affordable housing is a human right!

**345. Britni Jefferson** (*ZIP code: 10009*)

**346. Kiana Miou** (*ZIP code: 11206*)

**347. Milquelia  Martinez**  (*ZIP code: 10034*)

**348. Amy Apgar** (*ZIP code: 10027*)

**349. Jennifer Malat** (*ZIP code: 10031*)

**350. Tanaye Grant** (*ZIP code: 11236*)

**351. Michelle Tetla** (*ZIP code: 11429*)

**352. Sebastian Rivera** (*ZIP code: 11375*)
@ZORHANMAMDANI
_WE NEED BETTER ENVIRONMENTAL SUPPORT_
_NOT MORE "CIVIL" POLICING_  ___ __-----____

**353. Gabriela Diaz**  (*ZIP code: 10457*)

**354. Jamiya Leach** (*ZIP code: 11213*)

**355. Tess Hill** (*ZIP code: 11238*)

**356. Najma Dayib** (*ZIP code: 11233*)

**357. Keila Maria** (*ZIP code: 11237*)

**358. Michelle Martinez** (*ZIP code: 10029*)
Be bold and be part of the change you wish to see.

**359. An anonymous signer**  (*ZIP code: 11221*)

**360. volanta peng** (*ZIP code: 11373*)

**361. M West** (*ZIP code: 70118*)

**362. Kadia Blagrove** (*ZIP code: 10471*)

**363. Ashley Arana** (*ZIP code: 10031*)
Protect New Yorkers!

**364. Desteny Echavarria**  (*ZIP code: 10029*)

**365. Marlin Ramos** (*ZIP code: 10453*)
Please STOP

**366. Michael Li** (*ZIP code: 11201*)

**367. Cindy Arias** (*ZIP code: 10452*)

**368. Matt Ellin** (*ZIP code: 10031*)

**369. Jasn Fermin** (*ZIP code: 10464*)

**370. Lindsay Cruz** (*ZIP code: 11218*)

**371. Jenelle Feldman** (*ZIP code: 11222*)

**372. Chelsea Salyer** (*ZIP code: 11226*)

**373. Cassidy McDonough** (*ZIP code: 11216*)

**374. Zack Whitacre** (*ZIP code: 10025*)

**375. Est Lad** (*ZIP code: 10475*)

**376. Tom Frazier** (*ZIP code: 11378*)

**377. Cristina Sabillon** (*ZIP code: 11217*)

**378. Olivia  Austin**  (*ZIP code: 11222*)

**379. Rachel Avery** (*ZIP code: 53704*)

**380. Sami M** (*ZIP code: 11238*)

**381. Rosalba  Manzul** (*ZIP code: 11375*)

**382. Valesca Polycarpe**  (*ZIP code: 60660*)

**383. Kerry Mitchell** (*ZIP code: 11213*)

**384. Shelly Ashe** (*ZIP code: 10472*)

**385. Aasiyah Khan** (*ZIP code: 48331*)

**386. Grace Doyle** (*ZIP code: 11215*)

**387. Lauren C** (*ZIP code: 10075*)

**388. Tracy Kirshner** (*ZIP code: 11224*)

**389. Jordan Fuller** (*ZIP code: 10023*)

**390. John Alberse** (*ZIP code: 11103*)

**391. Jo Hoenzsch** (*ZIP code: 11221*)

**392. Altan Tran** (*ZIP code: 10032*)

**393. Bella Espay** (*ZIP code: 11206*)

**394. Jess Noel** (*ZIP code: 11221*)
tenants rights no billionaire slum lords

**395. Leone DiSantis** (*ZIP code: 11237*)

**396. Bri Colombo** (*ZIP code: 11225*)
We cannot hand over our buildings to the next highest bidding slum lord. We need better tenant
supported options for housing reform and ownership. Please listen to the tenants of these buildings.
The people who actually live there. Get them their repairs and help them find a way towards collective
ownership!

**397. Hannah Siegel** (*ZIP code: 10014*)

**398. Jay Moore** (*ZIP code: 10029*)
LETS GET IT

**399. ale g** (*ZIP code: 10026*)

**400. Mark Kuebel** (*ZIP code: 10031*)
I am one of the tenants in a Pinnacle building. We need representation and competent landlords.

**401. Aira Miqailla** (*ZIP code: 11377*)

**402. Akira Lewis** (*ZIP code: 11207*)

**403. Alexis Clements** (*ZIP code: 11238*)

**404. Claudia Stagoff** (*ZIP code: 27701*)

**405. Jhantelle  Cox**  (*ZIP code: 11226*)

**406. Kessara  Hawkins** (*ZIP code: 11221*)

**407. Nora Hanon** (*ZIP code: 11101*)

**408. divya b** (*ZIP code: 11226*)

**409. Elif**  (*ZIP code: 10028*)

**410. Zahra Sabir** (*ZIP code: 11385*)

**411. stephanie polanco** (*ZIP code: 11207*)

**412. Bintou  Kaba** (*ZIP code: 10456*)

**413. Diane Russo Cheng** (*ZIP code: 11225*)

**414. Amani Anthony**  (*ZIP code: 12428*)

**415. Melanie Lugo** (*ZIP code: 10456*)

**416. Dawnya Chavis** (*ZIP code: 11103*)

**417. Tierney Lowery** (*ZIP code: 11203*)

**418. Ryan Hamilton** (*ZIP code: 11221*)

**419. Essence Fullwood** (*ZIP code: 16803*)

**420. Josh  Feintuch**  (*ZIP code: 11216 *)

**421. Victoria**  (*ZIP code: 11234*)

**422. Tashay  Pratt**  (*ZIP code: 10456*)

**423. amelia  lobo-jost** (*ZIP code: 10467*)

**424. Chanel De Los Santos Morales** (*ZIP code: 10475*)

**425. Bria Mathis** (*ZIP code: 11226*)

**426. Praveena Suresh** (*ZIP code: 08840*)

**427. Eric Barbera** (*ZIP code: 11372*)

**428. Anu Faboro** (*ZIP code: 10025*)
Tenants deserve to keep themselves housed. Let them have a say in the auction of their homes!!

**429. Megan Quick** (*ZIP code: 11218*)

**430. Sophia Rosario** (*ZIP code: 10471*)

**431. Ellen Schoenfeld** (*ZIP code: 10024*)

**432. Taina  Trinidad**  (*ZIP code: 11385*)

**433. Rebecca Elmquisy** (*ZIP code: 11201*)

**434. Ethan Chan** (*ZIP code: 11375*)
I am a lifelong resident and citizen of New York City. I am a product of NYC public schools and my
dream is to be able to call this city, the only place I've ever known as home, my home forever.

Signing this in solidarity, for those born and raised and those integrated into our city- keep housing
affordable for New Yorkers. People over profit.

Yerr

**435. Rebecca Glazer** (*ZIP code: 11225*)

**436. Brandi abbondanza** (*ZIP code: 11232*)

**437. Daniel Chen** (*ZIP code: 10009*)
These tenants have a right to housing that is not detrimental to their health and deserve a say in this
matter. Please listen to them instead of bowing to corporate interests and greedy landlords.

**438. Oliviae  Odunaike**  (*ZIP code: 98409*)

**439. Kaitlyn Gorman** (*ZIP code: 60647*)

**440. Jazmine Goodwine** (*ZIP code: 11216*)

**441. Annie Hillam** (*ZIP code: 10031*)

**442. Maria Vasquez** (*ZIP code: 10461*)
Save rent stabilized housing in nyc; gentrification is colonization

**443. Vanessa Robinson** (*ZIP code: 11233*)

**444. Sasha Rodriguez** (*ZIP code: 10034*)

**445. Alex Nadler** (*ZIP code: 10543*)

**446. Soph Avalos** (*ZIP code: 11225*)
Please for the love of our city and its people slow this process down and let people do the required work to protect these tenants.

**447. Kevin Solis** (*ZIP code: 11377*)

**448. Sarah Felter** (*ZIP code: 10033*)

**449. Tommy Fiygt** (*ZIP code: 22218*)
Hoarding billions should be illegal

**450. Samantha Short** (*ZIP code: 11222*)

**451. Liz Beeson** (*ZIP code: 11231-3004*)

**452. Sylvana** (*ZIP code: 10033*)

**453. Jacqui Cruz** (*ZIP code: 10458*)

**454. mai short** (*ZIP code: 08863*)
These hard working honest tenants deserve to keep their homes!!! And live with dignity!

**455. Grace Wilson** (*ZIP code: 10027*)

**456. Christina Sulpizio** (*ZIP code: 11226*)
Please protect the homes of these tenants and allow them the dignity to preserve and take control of their housing. It is critical to allow long term protections to people of New York City, where housing is unaffordable.

**457. Shayna Cott** (*ZIP code: 11215*)
Please allow these hardworking New Yorkers a seat at the table! They have a right to safe and secure housing and this level self-determination moving forward would make a huge difference!

**458. Amanda Mohammed** (*ZIP code: 12206*)

**459. Nia Brew** (*ZIP code: 11413*)

**460. Caroline Cregan** (*ZIP code: 11211*)
Regulate landlords and protect NY tenants!

**461. Amanda  Timpone** (*ZIP code: 08807*)

**462. Aaniyla Allen-Sutherland** (*ZIP code: 11213*)

**463. Chad Uy** (*ZIP code: 10024*)

**464. Julian Saliani** (*ZIP code: 10029*)

**465. Sonia Thomas**  (*ZIP code: 10474*)
A place to live is a human right.

**466. Christopher Short** (*ZIP code: 08863*)

**467. Egor Litke** (*ZIP code: 11230*)

**468. Grace  Timpone** (*ZIP code: 08527*)

**469. Kennedy Jones** (*ZIP code: 11216*)

**470. Sarah Whitney** (*ZIP code: 11226*)

**471. Stacy McLean** (*ZIP code: 11106*)

**472. Anastasia Holly** (*ZIP code: 10029*)

**473. Ash Jelks** (*ZIP code: 11226*)

**474. Angela Lobrutto** (*ZIP code: 08816*)

**475. Allie McDowell** (*ZIP code: 11385*)

**476. Angela Rivas** (*ZIP code: 08901*)

**477. Nat Towsen** (*ZIP code: 11218*)

**478. Rayniel Estrella** (*ZIP code: 11385*)

**479. Ozzie Rivas** (*ZIP code: 08816*)

**480. Melissa Hernandez** (*ZIP code: 11216*)

**481. Rebecca Sadique** (*ZIP code: 11220*)

**482. Taylor Thompson**  (*ZIP code: 10451*)

**483. Joseph Holt** (*ZIP code: 10032*)

**484. Nick N** (*ZIP code: 11102*)

**485. Chava Vietze** (*ZIP code: 11216*)

**486. Abril Pena**  (*ZIP code: 11377*)

**487. Kristen Capiral** (*ZIP code: 08816*)

**488. Connie Lui** (*ZIP code: 100012*)

**489. Josh G** (*ZIP code: 12180*)

**490. Riley Fell** (*ZIP code: 10038*)

**491. Mel Nelson** (*ZIP code: 10032*)

**492. Nannette  Blaize**  (*ZIP code: 10458.*)

**493. Rehnuma Kabir Kabir** (*ZIP code: 11432*)

**494. Emily Margolin** (*ZIP code: 10021*)

**495. Kiersten Lukason** (*ZIP code: 11222*)

**496. Makieda Boreland** (*ZIP code: 11373*)
New Yorkers need and deserve safe and affordable places to live. There are models for public ownership here and abroad and it's time that we do something different.

**497. Jessica Rosenthal** (*ZIP code: 11725*)

**498. Deanne Flores** (*ZIP code: 11415*)

**499. Eriana Villavicencio** (*ZIP code: 11102*)

**500. Dean Labowitz** (*ZIP code: 11225*)

**501. Emily Rose Prats** (*ZIP code: 11216*)

**502. Maggie Kraisamutr** (*ZIP code: 90042*)
New Yorkers deserve a place to live that is safe with dignity. This is their home. They have a right to exercise their voice and collective power to get what they deserve.

**503. Ryan Ryan** (*ZIP code: 11216*)

**504. stephanie dietz** (*ZIP code: 11210*)

**505. Alexis Sanon** (*ZIP code: 11207*)

**506. Martha Tenney** (*ZIP code: 10022*)

**507. Andrea Persaud** (*ZIP code: 11106*)

**508. Alyssa  Baylor** (*ZIP code: 11226*)

**509. Fredelyne Augustin** (*ZIP code: 11225*)
We need repairs on our apartment __

**510. Jasmyn Abuarab** (*ZIP code: 11216*)

**511. Andrea Allan** (*ZIP code: 11218*)

**512. Kenneth Owusu** (*ZIP code: 10473*)

**513. Cherie Litvin** (*ZIP code: 11375*)

**514. Carmen Muñoz-Medrano** (*ZIP code: 11306*)
protect afforable housing!

**515. Shannon Hall** (*ZIP code: 11215*)

**516. Monique wright**  (*ZIP code: 11205*)

**517. Lindsay Jewell** (*ZIP code: 11213*)

**518. Khenadi Christmas** (*ZIP code: 11216*)

**519. Elizabeth Wright** (*ZIP code: 11374*)

**520. Bridget Badore** (*ZIP code: 12401*)

**521. Christina Baldwin** (*ZIP code: 37212*)

**522. Hanan Abraha** (*ZIP code: 10468*)

**523. Daniele Hauptman** (*ZIP code: 11209*)

**524. sophie hansen** (*ZIP code: 01867*)

**525. Breanna Maxine** (*ZIP code: 11216*)

**526. Jeremiah O'Mahony** (*ZIP code: 11225*)

**527. Tatiana Alvarez** (*ZIP code: 10473*)
My landlord has had me living with mold for a year because he's trying to get us to leave the apartment we've been at for 27 years. Landlords are horrible in this city.

**528. Valerie Puma** (*ZIP code: 13090*)

**529. Tatum McConnell** (*ZIP code: 10025*)

**530. Lauren Quick** (*ZIP code: 11213*)

**531. Briana West** (*ZIP code: 11226*)

**532. Darby  Oehl** (*ZIP code: 11216*)

**533. Samantha Mccarthy** (*ZIP code: 11205*)
Please let these tenants have a chance to keep their homes!

**534. Sarah Barlow-Ochshorn** (*ZIP code: 11104*)

**535. Emma Piscia** (*ZIP code: 11238*)

**536. Mariel  Soto Reyes** (*ZIP code: 11237*)

**537. Ejiro  Akamune** (*ZIP code: 10035*)

**538. Isabel Flores** (*ZIP code: 11210*)

**539. Lucia Morales** (*ZIP code: 10024*)

**540. Angelyn  Faust** (*ZIP code: 10034*)

**541. Jacquelyn Spade** (*ZIP code: 11231*)

**542. Zainab Khan** (*ZIP code: 11210*)

**543. Nixon Jaquez** (*ZIP code: 11232*)

**544. xavier noriega** (*ZIP code: 10035*)

**545. Melissa Galeano** (*ZIP code: 11385*)

**546. Jackie A** (*ZIP code: 11385*)

**547. Caroline Pollak** (*ZIP code: 10031*)
Landlords are slum lords.

**548. Emma Germano** (*ZIP code: 11237*)

**549. Anissa Herrera** (*ZIP code: 10027*)

**550. kyle cleary** (*ZIP code: 10030*)

**551. Shane  Dukes** (*ZIP code: 10037*)

**552. Karina Avila** (*ZIP code: 10462*)

**553. Libby  Cohen** (*ZIP code: 11221*)

**554. Renee Charles** (*ZIP code: 11226*)

**555. An anonymous signer**  (*ZIP code: 10036*)

**556. samantha kimura** (*ZIP code: 11237*)

**557. Sara Salaway** (*ZIP code: 11385*)

**558. Katlyn Hershman** (*ZIP code: 11209*)

**559. Sylvia Morse** (*ZIP code: 11232*)

**560. Steven Fernandes** (*ZIP code: 11372*)

**561. Claudenie Pierre-Louis** (*ZIP code: 10040*)

**562. Jordanna Peronico** (*ZIP code: 11101*)

**563. Maggie Dolan** (*ZIP code: 11215*)
Protect tenants rights!!

**564. An anonymous signer** (*ZIP code: 11204*)

**565. Esteban Giron** (*ZIP code: 11225*)

**566. Jerielle Morwitz** (*ZIP code: 11102*)

**567. Elizabeth Nieves** (*ZIP code: 10467*)
I am signing because NYC residents must demand better for our communities.

**568. Yetty Emanuel** (*ZIP code: 11233*)

**569. Isaac Newman** (*ZIP code: 11233*)

**570. Mai Nguyen** (*ZIP code: 11216*)

**571. Samah Yagoub** (*ZIP code: 07078*)

**572. Mallory Galeano** (*ZIP code: 11385*)

**573. Andrea Bonin** (*ZIP code: 11221*)

**574. Caroline Fermin** (*ZIP code: 10040*)
Let the people have a voice!

**575. Gabriella Sodini** (*ZIP code: 11217*)

**576. Olive Niccoli** (*ZIP code: 11215*)

**577. Savanna Duh** (*ZIP code: 08559*)

**578. Chetakwa Enunwa** (*ZIP code: 11219*)

**579. Aliyah R** (*ZIP code: 11221*)

**580. Caroline Wallis** (*ZIP code: 10014*)

**581. Caroline Chin** (*ZIP code: 10044*)

**582. savannah strangis** (*ZIP code: 11237*)

**583. Adrienne Cohen** (*ZIP code: 11216*)

**584. An anonymous signer** (*ZIP code: 11203*)

**585. Jamila T** (*ZIP code: 10603*)

**586. Kerri Nagorski** (*ZIP code: 11215*)

**587. Yuliya Shneyderman** (*ZIP code: 11222*)

**588. Abigail Stanger** (*ZIP code: 11385*)

**589. Nicole Navarro** (*ZIP code: 11206*)

**590. Clinton Lewis** (*ZIP code: 10037*)
Save their homes!

**591. Genesis Espinal** (*ZIP code: 10458*)

**592. Mercy McClung** (*ZIP code: 11226*)

**593. An anonymous signer** (*ZIP code: 10027*)

**594. Caroline Chisholm** (*ZIP code: 11211*)

**595. Gabriella Zapata** (*ZIP code: 10033*)

**596. Maya Tellez** (*ZIP code: 11221*)

**597. Najah Osborne** (*ZIP code: 11435*)

**598. Jillian Spence** (*ZIP code: 11411*)

**599. Maeve Hanlon** (*ZIP code: 07030*)

**600. Vanessa Brooks** (*ZIP code: 11213*)

Please slow down the auction and allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**601. sophia  holly** (*ZIP code: 11222*)

**602. Shyanne  Wester** (*ZIP code: 10024*)

**603. Susan Rinkunas** (*ZIP code: 11226*)

**604. Rachael  Robertson** (*ZIP code: 11205*)

**605. Lourdes  Delgado** (*ZIP code: 10031*)

**606. mena lemos** (*ZIP code: 02135*)

**607. Shana Brown-Thompson** (*ZIP code: 11413*)

**608. María  Sanchez** (*ZIP code: 11226*)

**609. Afua McKinney** (*ZIP code: 11226*)

**610. Roxanne Jones** (*ZIP code: 11226*)

**611. Alicia Morejon** (*ZIP code: 11216*)

**612. Kirby Shultz** (*ZIP code: 11213*)

**613. Tanai Hall** (*ZIP code: 10467*)

**614. Meagan Sandberg** (*ZIP code: 11106*)

**615. Sheriza Ali** (*ZIP code: 11428*)

**616. Jennifer Guzman** (*ZIP code: 10032*)

**617. Daisy Alonso** (*ZIP code: 11368*)

**618. Teamare Gasyon** (*ZIP code: 10016*)

**619. Taylor Carty** (*ZIP code: 11217*)

**620. An anonymous signer** (*ZIP code: 10026*)

**621. Isaiah  Coleman** (*ZIP code: 11411*)

**622. Angelique Fiske** (*ZIP code: 11222*)

**623. Deja Clarke** (*ZIP code: 10035*)

**624. Alissa Peluso** (*ZIP code: 10029*)

**625. Alexander Wankel** (*ZIP code: 11226*)

**626. Dennis Oliveira** (*ZIP code: 07302*)

**627. Alyse Dees** (*ZIP code: 11221*)

**628. Kelsey Weber** (*ZIP code: 11385*)

**629. Kelly Cavanagh** (*ZIP code: 11206*)

**630. An anonymous signer**  (*ZIP code: 11362*)

**631. Monica Jacobs** (*ZIP code: 11216*)

**632. Cara Littauer** (*ZIP code: 10035*)

**633. Ikenna Nicolas** (*ZIP code: 11237*)
Housing should never have to be this difficult

**634. Beau Dickson** (*ZIP code: 10009*)

**635. Abbie Akande** (*ZIP code: 10040*)
Resident of a Pinnacle residence, we are trying to save our homes. Please delay the auction.

**636. Erin Gleason** (*ZIP code: 11225*)

**637. Andrew Hiller** (*ZIP code: 12401*)

**638. Theodora Fan** (*ZIP code: 11218*)

**639. Mitchell Kaye** (*ZIP code: 11213*)

**640. Chelsea  Burris** (*ZIP code: 10017*)

**641. Soyoung** (*ZIP code: 10001*)

**642. Frank Turbe** (*ZIP code: 10035*)

**643. Natalie Czech** (*ZIP code: 11206*)

**644. Arielle Irizarry** (*ZIP code: 10462*)

**645. Sother Teague** (*ZIP code: 11206*)

**646. Stephanie  Gonzalez** (*ZIP code: 11370*)

**647. Kasy Vasco** (*ZIP code: 11710*)

**648. Rebecca Fishbein** (*ZIP code: 11225*)

**649. Laikyn Fishburne** (*ZIP code: 11218*)

**650. Jesus Benitez** (*ZIP code: 10452*)

**651. Michael Mollica** (*ZIP code: 11208*)

**652. Beccah Dunklin** (*ZIP code: 11238*)

**653. Rhea Fletvher** (*ZIP code: 10927*)

**654. deanna lopez** (*ZIP code: 11231*)

**655. Joy Romanski** (*ZIP code: 11226*)
Since moving into a Pinnacle building seven years ago, there have been countless instances of
neglect and disrepair.  There have been two major fires in my building, one of which was an electrical
fire caused by a leak Pinnacle knew about and ignored.  The elevator routinely doesn't work, trapping
disabled residents.  I saw a young man carrying his grandmother in her wheelchair down the stairs
one time.  I clean mold off my bathroom walls, but I know it's still there, because it always comes
back, no matter what I use to clean it.  I didn't have a working refrigerator for a month a couple of
summers ago.  The building's locks are broken, and so people get into the building, sleep in the lobby,
threaten residents, and have been seen on residents' Ring cameras going from door to door, trying to
get into apartments.  Complaints to Pinnacle about all of these issues are ignored.  This is
unconscionable.  We pay our rent, and we shouldn't have to deal with this.  Please help make sure
that the next owner treats us with the respect we deserve.

**656. Khalilah  Hughes** (*ZIP code: 11221*)

**657. Katie Chan** (*ZIP code: 10028*)

**658. Nadiri Dorsey** (*ZIP code: 11226*)

**659. Lywana Dorzilor** (*ZIP code: 10026*)

**660. Georgette Williams** (*ZIP code: 11375*)

**661. MARCIA  SERVICE**  (*ZIP code: 11226*)

**662. Kayla Feeney** (*ZIP code: 11238*)

**663. Nina Mickens** (*ZIP code: 11226*)

**664. Stephen Addison** (*ZIP code: 11235*)
Please put a pause on the auction!

**665. Dian Aris** (*ZIP code: 11226*)

**666. Taren Rome** (*ZIP code: 11213*)
This is really important, there should be more done to support and protect rent stabilized tenants.

**667. Naomi Walker** (*ZIP code: 10027*)

**668. Naeemah  Mignon** (*ZIP code: 11434*)

**669. Alexa Weare** (*ZIP code: 11226*)

**670. Carlo Mantuano** (*ZIP code: 10002*)

**671. Janai Pellot**  (*ZIP code: 11373*)

**672. Sandra Deng**  (*ZIP code: 11372*)
Stop pricing New Yorker out!

**673. Valerie Phillips** (*ZIP code: 11225*)

**674. John Flynn** (*ZIP code: 11209*)

**675. An anonymous signer**  (*ZIP code: 07302*)
Affordable housing for all!

**676. Joshua Elguera**  (*ZIP code: 11373*)

**677. Grace Klein** (*ZIP code: 11233*)

**678. Bianca  Bell** (*ZIP code: 11225*)

**679. Tasmin Sangha** (*ZIP code: 10027*)

**680. Colin Hill** (*ZIP code: 11215*)

**681. Abby Habtamu**  (*ZIP code: 11385*)

**682. An anonymous signer**  (*ZIP code: 11216*)

**683. Karlee Worthen** (*ZIP code: 10031*)

**684. Marianne  OSullivan** (*ZIP code: 11412*)

**685. Cristina**  (*ZIP code: 11233*)

**686. Sara Gerber** (*ZIP code: 11233*)

**687. Brandon Williams**  (*ZIP code: 10039*)

**688. Rachel McMullin** (*ZIP code: 11225*)

**689. Yvette Fibleuil** (*ZIP code: 10019*)

**690. Deanna Berlin** (*ZIP code: 11105*)

**691. Zaida  Marquez**  (*ZIP code: 11229*)

**692. Annallyce Rodriguez** (*ZIP code: 10029*)

**693. Min Ji Kim** (*ZIP code: 10029*)

**694. David Lin** (*ZIP code: 10034*)

**695. Caitlin Nazaire** (*ZIP code: 08873*)

**696. Kristy Rodriguez** (*ZIP code: 11226*)
We urge you to please slow down the auction and allow tenants and city agencies the time to take the
steps needed to protect tenant rights.

**697. Chelsea Taxter** (*ZIP code: 11216*)

**698. Adalhia Hart** (*ZIP code: 11225*)

**699. Mariella Tejada** (*ZIP code: 10452*)

**700. Kwesi Opare** (*ZIP code: 11212*)

**701. Jocelyn Rendon Pascual** (*ZIP code: 11216*)

**702. cher guzman** (*ZIP code: 10040*)

**703. Lily Li** (*ZIP code: 11364*)

**704. Oscar Zamora** (*ZIP code: 11106*)
Housing is a human right!

**705. Damaris Tooley** (*ZIP code: 10031*)

**706. Linavel Sanchez** (*ZIP code: 10458*)

**707. Ann Minaya** (*ZIP code: 10011*)

**708. Brittney Turner** (*ZIP code: 11216*)
Screw slumlords

**709. Serena Abraham** (*ZIP code: 10009*)

**710. Anne Marie Simion** (*ZIP code: 11355*)

**711. Chineme Amechi** (*ZIP code: 10032*)

**712. Alice** (*ZIP code: 11235*)

**713. Rosetta Lediard** (*ZIP code: 10452*)

**714. Justine Harricharan** (*ZIP code: 11421*)

**715. Jemima Uche** (*ZIP code: 10028*)

**716. M. C.** (*ZIP code: 11213*)

**717. Zack Abu-Akeel** (*ZIP code: 11101*)

**718. Rachel Hochberger** (*ZIP code: 11238*)

**719. Karin Allen** (*ZIP code: 10019*)

**720. Sarah Raker** (*ZIP code: 11237*)

**721. Casey Fitzpatrick** (*ZIP code: 11211*)

**722. Olivia Campbell** (*ZIP code: 11238*)

**723. James Gurley** (*ZIP code: 11226*)

**724. Taylor Wofford** (*ZIP code: 11217*)

**725. Juliana Bakumenko** (*ZIP code: 10029*)

**726. Anton Gallegos** (*ZIP code: 11372*)

**727. Cristian Fuentes** (*ZIP code: 11210*)
Cristian Fuentes

**728. JOI B** (*ZIP code: 11221*)

**729. Arianna Sanchez** (*ZIP code: 10453*)

**730. Alex** (*ZIP code: 11238*)

**731. Kimberly Holness** (*ZIP code: 10467*)

**732. Nathalie Lian** (*ZIP code: 11206*)

**733. Amina Washington** (*ZIP code: 11216*)

**734. Gwyneth** (*ZIP code: 11368*)

**735. maddy levine** (*ZIP code: 10026*)

**736. Marquis Facey** (*ZIP code: 11226*)

**737. Sarah Butler** (*ZIP code: 11215*)
New Yorkers deserve the ability to live and grow in such a beautiful city, and income diversity adds to the comprehensive diversity of the city. When you think about what makes New York special, it is not the billionaires but it is the everyday people.

**738. Gabriela Castillo** (*ZIP code: 10007*)

**739. Erica Russell** (*ZIP code: 11569*)

**740. Laura Barnhill** (*ZIP code: 11102*)

**741. Coi W** (*ZIP code: 11216*)

**742. Nancy Reyes** (*ZIP code: 10011*)

**743. Sara Schwab** (*ZIP code: 10032*)

**744. Amanda Barnes** (*ZIP code: 11372*)

**745. Michael Stolar** (*ZIP code: 10002*)

**746. Leslie  Rodriguez** (*ZIP code: 11421*)

**747. Lena W.** (*ZIP code: 11216*)

**748. Rashida Momoh** (*ZIP code: 11226*)

**749. Tara Ramos** (*ZIP code: 11217*)
PEOPLE OVER PROFITS

**750. Tanya Nguyen** (*ZIP code: 11222*)

**751. An anonymous signer** (*ZIP code: 10031*)

**752. Nadia Teima** (*ZIP code: 11216*)

**753. Ariana Cardoza** (*ZIP code: 11103*)

**754. Alexis Caban** (*ZIP code: 11421*)

**755. Vanya Nadirova** (*ZIP code: 11231*)

**756. Ricci Yuhico** (*ZIP code: 10027*)

**757. Leela Reyes** (*ZIP code: 10011*)

**758. Carrie Saney** (*ZIP code: 07040*)

**759. Nicole**  (*ZIP code: 10024*)
I support all rent-stabilized tenants.

**760. Autumn**  (*ZIP code: 34219*)

**761. Natalie Elmquist** (*ZIP code: 94087*)

**762. Jonathan Bigler-Lisch** (*ZIP code: 11432*)

**763. Cheris Broadbelt** (*ZIP code: 11434*)

**764. Keanu Arpels-Josiah** (*ZIP code: 10013*)

**765. Paola Tapia** (*ZIP code: 10018*)
Rent stabilization saves New York City!

**766. Ashaki**  (*ZIP code: 11226*)

**767. Ekua Ansah** (*ZIP code: 10466*)

**768. Melissa Vargas**  (*ZIP code: 10452*)

**769. Shirley  Chan** (*ZIP code: 11215*)
NYers deserve safe and affordable housing. NOT slumlords perpetuating dangerous conditions and
fattening their bank accounts on the backs of working class people.

**770. Ivan Ortiz** (*ZIP code: 10023*)

**771. Sofia Ferreira** (*ZIP code: 11106*)

**772. Mackenzie Thies** (*ZIP code: 11221*)

**773. Sumudu Waas** (*ZIP code: 10301*)
10,000 Rent Stabilized Tenants Deserve a Say Over Their Homes! Don't make our voices go unheard
and destroy and displace our communities.

**774. Lexie Botzum** (*ZIP code: 10040*)

**775. Katrina Basilio** (*ZIP code: 11224*)

**776. Sasha Hunte** (*ZIP code: 11203*)

**777. Tamia Lewis** (*ZIP code: 10472*)

People deserve to live in clean, safe, and repaired apartments, and to know/ have a say on what goes on concerning their homes instead of only some random billionaire who doesn't care.

**778. Amelia**  (*ZIP code: 11231*)

**779. Audriana**  (*ZIP code: 11206*)

**780. Monic Meneses** (*ZIP code: 11201*)

**781. Veronica  Chmiel** (*ZIP code: 10038*)

**782. Claire Mcmahan** (*ZIP code: 11221*)

**783. An anonymous signer**  (*ZIP code: 10024*)

**784. Rawdyie Recklezz** (*ZIP code: 10452*)

**785. Britney  Defay** (*ZIP code: 10030*)

**786. Jamie Ueda** (*ZIP code: 11201*)

**787. Giang Tran** (*ZIP code: 11221*)

**788. Kai Wiley Mandel** (*ZIP code: 11226*)

**789. Akissi Britton** (*ZIP code: 10465-2475*)

**790. Ema O'Connor** (*ZIP code: 11216*)

**791. Mary  Moussa** (*ZIP code: 11212*)

**792. Allan  George**  (*ZIP code: 10314*)

**793. Mailia Jackson** (*ZIP code: 11233*)

**794. Emily Margolis** (*ZIP code: 10002*)

**795. Jyn  Trent** (*ZIP code: 10023*)

**796. Alex McGuigan** (*ZIP code: 11106*)

**797. Rebecca Blaich** (*ZIP code: 11226*)

**798. Rebecca Rivera** (*ZIP code: 11231*)

**799. Anterior Leverett** (*ZIP code: 10025*)

**800. Kyle Sampsom** (*ZIP code: 10031*)

**801. Jasmine Henry** (*ZIP code: 11215*)

**802. Amail Beimenet** (*ZIP code: 11225*)

**803. Emma Jacobs** (*ZIP code: 11103*)

**804. Mia Carson** (*ZIP code: 11237*)

**805. emelin flores** (*ZIP code: 12238*)

**806. Andrew Shillingford** (*ZIP code: 10466*)

**807. Kaitlin Gould** (*ZIP code: 11237*)

**808. Bianca Vaval** (*ZIP code: 11210*)

**809. Ienah barge** (*ZIP code: 11373*)

**810. Kristina Santellana** (*ZIP code: 11211*)

**811. Vicky Ho** (*ZIP code: 11213*)

**812. Carolina Gaillard** (*ZIP code: 10009*)

**813. Foluso  Ogundepo** (*ZIP code: 11221*)

**814. Jinasia H** (*ZIP code: 10465*)

**815. Dominique Etienne** (*ZIP code: 11372*)

**816. Madeline Hodgetts** (*ZIP code: 11238*)

**817. Derek Yeung** (*ZIP code: 10019*)

**818. Tara  Mi** (*ZIP code: 11225*)

**819. Izzy Kaufman-Sites** (*ZIP code: 11237*)

**820. SIERRA SPINGARN** (*ZIP code: 10031*)
I am a Pinnacle tenant and my building is set to be auctioned off. PLEASE, we need your HELP to ensure a fair and just process for this ownership transition, and to secure decent basic living conditions for myself and my neighbors!

**821. M L** (*ZIP code: 10011*)

**822. Naja Newell** (*ZIP code: 11205*)

**823. Lucas Mack** (*ZIP code: 98144*)

**824. Danielle Rouchon** (*ZIP code: 11413*)

**825. mackenzie lauture** (*ZIP code: 11211*)

**826. Kewe Mbengue** (*ZIP code: 07036*)

**827. Cynthia Bueno** (*ZIP code: 10467*)

**828. w lee** (*ZIP code: 11218*)

**829. Isha Kathuria** (*ZIP code: 11215*)

**830. Jade Ortiz** (*ZIP code: 10461*)

**831. An anonymous signer** (*ZIP code: 11220*)

**832. Monica Narducci** (*ZIP code: 10034*)

**833. Georgia Vachon** (*ZIP code: 11230*)

**834. Miki Chan** (*ZIP code: 11211*)

**835. Rhiannon Dowling** (*ZIP code: 11201-6170*)
Please give tenants the opportunity to see that the laws are enforced and their rights are protected, landlords' lack of accountability and consequences has gone in too long.

**836. Caroline Flynn** (*ZIP code: 11216*)

**837. Jennifer Courtney** (*ZIP code: 11104*)

**838. Kira Metcalf** (*ZIP code: 11226*)
As a pinnacle tenant, my neighbors and I have dealt with deplorable conditions knowing that management doesn't care if we're without heat, hot water, or safe conditions. Tenants deserve the right to have a say in who owns our building and what they do with our hard earned rent.

**839. Jessie Dong** (*ZIP code: 11101*)

**840. Alicia Guzman** (*ZIP code: 11377*)

**841. Happy Gamboa** (*ZIP code: 10040*)

**842. Kayla Dempsey** (*ZIP code: 11225*)

**843. Ilanka  Desroches** (*ZIP code: 11210*)

**844. Matthew Maresca** (*ZIP code: 11226-5670*)

**845. Brit Sellers** (*ZIP code: 11221*)
New Yorkers deserve affordable housing!

**846. Victoria Cuatlatl** (*ZIP code: 18237*)

**847. Thanaa Mahmoudi** (*ZIP code: 11221*)

**848. Grace Mausser** (*ZIP code: 11226*)

**849. Andrea Villalba** (*ZIP code: 11366*)

**850. Diana  Lopez** (*ZIP code: 112/2*)

**851. Rai Ryder** (*ZIP code: 11415*)

**852. mikayla  verdier** (*ZIP code: 10001*)

**853. JAMES VINSON** (*ZIP code: 10028*)

**854. David Dombois** (*ZIP code: 11225*)

**855. Eva  Lozano** (*ZIP code: 10033*)

**856. katie  davis** (*ZIP code: 10034*)

**857. Verónica  Bayetti Flores** (*ZIP code: 11213*)

**858. Mike Burnett** (*ZIP code: 11221*)

**859. Nima Rahbar** (*ZIP code: 98034*)

**860. Cynthia  Sciacca** (*ZIP code: 10037*)

**861. Zara Cadoux** (*ZIP code: 11216*)

**862. Louis Levy** (*ZIP code: 11213*)

**863. Afsana Amir**  (*ZIP code: 11219*)

**864. Noah Siegel** (*ZIP code: 11216*)

**865. Abby Muscarella** (*ZIP code: 10009*)

**866. George Canarte** (*ZIP code: 10033*)

**867. Kendra Crone** (*ZIP code: 11238*)

**868. MJ  Williams** (*ZIP code: 11216*)

**869. Koreen Valtierra** (*ZIP code: 11238*)

**870. Zeriah Marie** (*ZIP code: 10456*)

**871. Kaitlin  Davis** (*ZIP code: 44312*)

**872. Emily Shang** (*ZIP code: 10471*)

**873. Zachery Roethlisberger** (*ZIP code: 11103*)

**874. Demi Rivera**  (*ZIP code: 11101*)

**875. Danielle  Meacham**  (*ZIP code: 11417*)

**876. Christian  Malcolm** (*ZIP code: 11233*)

**877. Hayes Gunder** (*ZIP code: 10029*)
As a New York City public defender and tenant in one of the rent stabilized buildings up for auction, I respectfully request that you stay these proceedings until a plan is formulated that includes tenants, like myself, in the process.

**878. Ash G** (*ZIP code: 10031*)
Keep people in their homes. Don't go down as one of the terrible ones. It's cold and everything is already a wreck, do what you can to give folks some grace and hope and warmth.

**879. Abbey Gregory** (*ZIP code: 11225*)

**880. Keegan  Samaniego** (*ZIP code: 10040*)

**881. Melissa Gaguancela** (*ZIP code: 11377*)

**882. DESIREE Young** (*ZIP code: 11225*)

**883. Rachel Casparian** (*ZIP code: 11226*)

**884. Jonathan Hansen-Kemp** (*ZIP code: 11385*)

**885. Auxua Rodriguez**  (*ZIP code: 11226*)

**886. Victoria Vigo** (*ZIP code: 10027*)

**887. Annie Perales** (*ZIP code: 11103*)

**888. Sara Abiboutros**  (*ZIP code: 11432*)
Stop the auction!

**889. Terry Edelman** (*ZIP code: 11221*)
This is an obvious ethical win and a sound business decision as well. Don't repeat the mistakes of the past.

**890. Isaac Reynolds** (*ZIP code: 10025*)

**891. An anonymous signer**  (*ZIP code: 44107*)

**892. Erica Wood** (*ZIP code: 11385*)

**893. Paula Martinez** (*ZIP code: 10002*)

**894. Luke Hollingsworth**  (*ZIP code: 11104*)
Folks need a place to live.  WTF

**895. Rose Massa** (*ZIP code: 11104*)

**896. Jasmyn Johnson** (*ZIP code: 10456*)

Solidarity with tenants forever!

**897. Alexandra  Hernandez** (*ZIP code: 11102*)

**898. thalia flores perez** (*ZIP code: 10463*)

**899. Coral Brito** (*ZIP code: 30097*)

**900. Andrysse Cid** (*ZIP code: 11234*)

**901. Maleesha** (*ZIP code: 11236*)

**902. Mia Ballard** (*ZIP code: 80204*)

**903. Amanda Carrillo** (*ZIP code: 10031*)

**904. laura  proietti** (*ZIP code: 11370*)

**905. Patty Garcia** (*ZIP code: 10040*)

**906. Jennifer Ewart** (*ZIP code: 11216*)
Please protect tenants and rent stabilized units. Keep our neighbors in their homes.
Thank you

**907. Sasha Vagos** (*ZIP code: 11106*)

**908. Melissa Molina** (*ZIP code: 10468*)

**909. Tanya Nguyen** (*ZIP code: 10031*)
Please be on the side of working-class tenants who power this city! Act to stop displacement by
landlord billionaires. I saw signs about this from my neighbors on my walk home from the subway.
They deserve better.

**910. Delaney  Benstead** (*ZIP code: 11216*)
I stand with the Union of Pinnacle Tenants!!!

**911. Ralph Marotta** (*ZIP code: 10027*)

**912. Deepa Mukundan** (*ZIP code: 10002*)

**913. Louanne  Atwell** (*ZIP code: 10040*)

**914. Tyler Pharr** (*ZIP code: 11226*)

**915. Alak Deng** (*ZIP code: 11226*)


**916. Cristina Cruz** (*ZIP code: 10031*)


**917. Reilly Conlon** (*ZIP code: 10030*)


**918. Antonio Berryman** (*ZIP code: 11203*)


**919. Kunda  Iradukunda** (*ZIP code: 11233*)


**920. Aviva Oskow** (*ZIP code: 11233*)
Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy. Tenants in these buildings have documented years of mismanagement and neglect, with elevator outages trapping elderly and disabled tenants on high floors, and children suffering from the presence of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into the hands of another landlord with the same practices and priorities as Pinnacle.

Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**921. Mera Kasel** (*ZIP code: 98033*)


**922. M D** (*ZIP code: 11216*)


**923. Kim Kirchner** (*ZIP code: 10075*)


**924. Julie Vicon** (*ZIP code: 10027*)


**925. Kisha D** (*ZIP code: 11727*)


**926. Eve Ndoye** (*ZIP code: 10027*)


**927. Tessa Bagby** (*ZIP code: 11216*)

**928. Angelisa Tejeda** (*ZIP code: 11218*)

**929. Jackie  Lopez**  (*ZIP code: 11221*)

**930. Sabrina Carrero** (*ZIP code: 10029*)

**931. An anonymous signer**  (*ZIP code: 11106*)

**932. Jack Cline** (*ZIP code: 11215*)

**933. Alice Osborn** (*ZIP code: 11216*)

**934. Artie R** (*ZIP code: 10467*)

**935. Aowna Akter** (*ZIP code: 11224*)

**936. Maliko Pearson**  (*ZIP code: 11201*)

**937. Victoria  Rande** (*ZIP code: 10456*)

**938. Monica  Wahid** (*ZIP code: 11377*)

**939. Sarah  Lindquist** (*ZIP code: 11216*)

**940. Lenna Daniels** (*ZIP code: 10021*)

**941. Phun Tash** (*ZIP code: 11104*)
Yes we can!

**942. Isabel Gomez** (*ZIP code: 10033*)

**943. An anonymous signer**  (*ZIP code: 11237*)

**944. Juan Padilla** (*ZIP code: 11221*)

**945. Dorothy Maskara** (*ZIP code: 11104*)

**946. Lola Ahato** (*ZIP code: 11385*)

**947. Kimberly Michel** (*ZIP code: 10040*)

**948. Cassandra  Thoby** (*ZIP code: 11210*)

**949. Scarlett  Ferman** (*ZIP code: 10128*)

**950. Amanda Scifo** (*ZIP code: 11220*)

**951. angie martinez**  (*ZIP code: 10026*)

**952. fabiola cruz** (*ZIP code: 10453*)

**953. Amanda Brownlee** (*ZIP code: 11238*)

**954. Keysha Ramos** (*ZIP code: 10301*)

**955. Bria Council** (*ZIP code: 11206*)

**956. Maria Gonzalez** (*ZIP code: 10458*)

**957. Odessa Mc Letchie** (*ZIP code: 11225*)

**958. Rachel Newkirk** (*ZIP code: 11225*)

**959. Robert Smith III** (*ZIP code: 11221*)

**960. Shana Andrade**  (*ZIP code: 11226*)
Protect rent stabilized tenants

**961. Arie Mack**  (*ZIP code: 11224*)

**962. Nene Jones** (*ZIP code: 10456*)

**963. Devon McLeod** (*ZIP code: 11226*)

**964. Joshua  Eguia** (*ZIP code: 10009*)

**965. Rowen  Griffith**  (*ZIP code: 11222*)

**966. Amilcar  Herbert** (*ZIP code: 11225*)
1048 Union Street tenant.

**967. Marion Demailly** (*ZIP code: 10031*)

**968. Gabriela Teitelbaum** (*ZIP code: 11216*)

**969. Quincy Dean-Slobod** (*ZIP code: 11226*)

**970. Jai M** (*ZIP code: 10463*)

**971. Ayala De Witt** (*ZIP code: 10030*)

**972. Stephen  Manga** (*ZIP code: 11222*)

**973. Gabriela  Contreras** (*ZIP code: 10029*)

**974. rita Marmoe** (*ZIP code: 11216*)
tenants deserve the tome to organize and fix, and protect there homes!

**975. Tayy S** (*ZIP code: 10475*)

**976. Angela Z** (*ZIP code: 11219*)

**977. Lisbeth  Rosario** (*ZIP code: 10568*)

**978. Serena Hopes** (*ZIP code: 77357*)

**979. Deniya Heath** (*ZIP code: 11203*)

**980. Ilene De Jesus**  (*ZIP code: 10472*)

**981. Elisha Stgermain**  (*ZIP code: 11218*)

**982. Heather Walker** (*ZIP code: 11217*)

**983. Stephanie Ramirez** (*ZIP code: 11214*)

**984. Sarah Joyce** (*ZIP code: 11105*)

**985. Anna Leach** (*ZIP code: 11238*)

**986. Michelle**   (*ZIP code: 11226*)

**987. Kayla Sinclair** (*ZIP code: 11225*)

**988. Wil Nieves** (*ZIP code: 11222*)

**989. Ama Uytingco** (*ZIP code: 10001*)

**990. Ana Som** (*ZIP code: 11226*)

**991. Tessa Camille** (*ZIP code: 11236*)

**992. Melissa Castillo** (*ZIP code: 10468*)

**993. Elisa Mateo-Saja** (*ZIP code: 11211*)

**994. Marielys Melendez** (*ZIP code: 33411*)

**995. Alina Coronado** (*ZIP code: 11221*)

**996. Drew VanDyke** (*ZIP code: 10032*)

**997. Rose Gelfand** (*ZIP code: 11213*)
Pinnacle tenants deserve a say in the sale of their buildings! Slow the process so they have a fair chance at safe affordable housing.

**998. Melissa Diaz** (*ZIP code: 11215*)

**999. Alexander  Luna** (*ZIP code: 11233*)

**1000. Mj MArtinez** (*ZIP code: 11226-4259*)

**1001. Gabi Smith** (*ZIP code: 10007*)

**1002. Nick  Watkin** (*ZIP code: 10475*)

**1003. Aiden Cayetano** (*ZIP code: 10462*)

**1004. Dominique Simmons** (*ZIP code: 11236*)
Reliable and affordable housing FOR ALL!!

**1005. Abigail Akindude** (*ZIP code: 11217*)

**1006. Andrew Kaplan** (*ZIP code: 11238*)

**1007. Nairobi Telemaque** (*ZIP code: 10472*)

**1008. Farz Rajwani** (*ZIP code: 10019*)

**1009. Clinton Davidson**  (*ZIP code: 10002*)

**1010. Gilana Steckel** (*ZIP code: 11238*)

**1011. Katie Elsberry** (*ZIP code: 11233*)

**1012. Sahar Mahmoudian** (*ZIP code: 10032*)

**1013. Tamara Gaskin** (*ZIP code: 11429*)

**1014. Hailey Marsach** (*ZIP code: 10016*)

**1015. Carlos  Reyes** (*ZIP code: 10037*)

**1016. Weldy  Guzman** (*ZIP code: 10009*)

**1017. nicole r** (*ZIP code: 11237*)

**1018. Laura Browne** (*ZIP code: 11237*)

**1019. Shakira Taveras** (*ZIP code: 10029*)

**1020. Zarina Jackson** (*ZIP code: 11213*)

**1021. Jasmine H** (*ZIP code: 10451*)

**1022. Tamika A** (*ZIP code: 11435*)
Protect the tenants

**1023. Emmy L** (*ZIP code: 11377*)

**1024. Johanny Mejia** (*ZIP code: 10453*)

**1025. Shy Mitchell** (*ZIP code: 11233*)
Housing is a right that we ALL should have.

**1026. Tiessa Hills** (*ZIP code: 10029*)

**1027. Jonathan  Su** (*ZIP code: 11221*)

**1028. Emily Yellen** (*ZIP code: 07076*)

**1029. Karleta Peterson** (*ZIP code: 10029*)

1030. **Hana Mangat** (*ZIP code: 11205*)

1031. **Evelyn  Liu** (*ZIP code: 11238*)

1032. **Ameerah Drake** (*ZIP code: 11213*)

1033. **Caitlin Peng** (*ZIP code: )*

1034. **Candia Canning** (*ZIP code: 11226*)

1035. **Leah Lane** (*ZIP code: 10016*)

1036. **Will Thomson**  (*ZIP code: 11233*)

1037. **Margot Delery** (*ZIP code: 11221*)

1038. **Aracelis Camacho** (*ZIP code: 11691*)

1039. **Micheal  Greenland** (*ZIP code: 10466*)

1040. **Hunter  Commins** (*ZIP code: 10003*)

1041. **Emma  Onwumere**  (*ZIP code: 11201*)

1042. **Arvind Pitchai** (*ZIP code: 11232*)

1043. **Johnathan Sims** (*ZIP code: 11434*)

1044. **Rebekka Colon** (*ZIP code: 11231*)

1045. **Emily**  (*ZIP code: 11230*)

1046. **Saiyeed  Samin** (*ZIP code: 10460*)

1047. **Bethany  Dettmore**  (*ZIP code: 11226*)

1048. **Virginia  Cheese**  (*ZIP code: 11225*)

1049. **Jade McDonnough** (*ZIP code: 11221*)

1050. **Melody Ramos** (*ZIP code: 10471*)

**1051. Nonii  Randall** (*ZIP code: 10027*)
respectfully, cut the shit

**1052. Chels F** (*ZIP code: 11372*)

**1053. Tanéa Herbert** (*ZIP code: 11225*)

**1054. Keith Wong** (*ZIP code: 10028*)

**1055. Rose Andrews** (*ZIP code: 11207*)

**1056. Jessica  Ihnat** (*ZIP code: 11385*)

**1057. Kate Trancynger** (*ZIP code: 11215*)

**1058. Paloma  Rambana** (*ZIP code: 10003*)
Here's to a New York we can all afford.

**1059. Franc Camps Febrer** (*ZIP code: 11226*)

**1060. Andre L** (*ZIP code: 11103*)

**1061. Lilliana  Moya** (*ZIP code: 10454*)

**1062. Lauren  Pitt** (*ZIP code: 11203*)

**1063. Zoe Briggs** (*ZIP code: 10025*)

**1064. Alana Morales** (*ZIP code: 10457*)

**1065. Lauren Bellone** (*ZIP code: 11216*)

**1066. Precious Blanding** (*ZIP code: 11420*)

**1067. Rachel  Gregory** (*ZIP code: 11215*)

**1068. Aruna Samaroo** (*ZIP code: 10462*)

**1069. Erin Adeliné Francois** (*ZIP code: 11238*)

**1070. Maria Kulhavy** (*ZIP code: 11103*)

**1071. Shelley Martin** (*ZIP code: 11232*)

**1072. Grecia Tesalona** (*ZIP code: 10040*)

**1073. Jaden  Caldwell** (*ZIP code: 10306*)

**1074. Dena  Motley** (*ZIP code: 11233*)
The working class and rent stability are one and the same if flagstar my bank won't step up it would
be a sin and a shame. It's one thing for greed to rule but for it to be with unmitigated cruelty is
unnecessary.

**1075. Gregory Morle** (*ZIP code: 10467*)

**1076. Zachary Simcoe** (*ZIP code: 10463*)

**1077. Anna sacerdote** (*ZIP code: 10465*)

**1078. Robert Beers** (*ZIP code: 11211*)

**1079. Gabrielle Moseley** (*ZIP code: 11221*)

**1080. Emma Cook** (*ZIP code: 10031*)

**1081. joy hollinsed** (*ZIP code: 11207*)
f*ck weiner!!!!!!

**1082. Nicole R** (*ZIP code: 11204*)

**1083. Christelle  Ombele** (*ZIP code: 10468*)

**1084. MARK  Petrie ** (*ZIP code: 11225*)

**1085. Amanda Babcock** (*ZIP code: 18407*)

**1086. Renee King** (*ZIP code: 11435*)

**1087. Elizabeth  Flynn ** (*ZIP code: 11228*)
Keep NYers safe and housed

**1088. lizzie conner** (*ZIP code: 11237*)

**1089. Lisbett De La Cruz** (*ZIP code: 10453*)

**1090. Sydney Bowker** (*ZIP code: 10009*)

**1091. April L** (*ZIP code: 11355*)

**1092. Halima-Joy Elliston** (*ZIP code: 11226*)

**1093. yanzie chow** (*ZIP code: 10013*)

**1094. Madison McClain** (*ZIP code: 10475*)

**1095. Alice** (*ZIP code: 11221*)

**1096. An anonymous signer** (*ZIP code: 10009*)

**1097. Yesenia  Requena** (*ZIP code: 11432*)

**1098. Laura Boyle** (*ZIP code: 11213*)

**1099. Zaia Williams** (*ZIP code: 11210*)

**1100. Benjamin Alexander-Crossan** (*ZIP code: 11375*)

**1101. Motunrola  Bolumole** (*ZIP code: 11206*)

**1102. Joy-Anne Persaud** (*ZIP code: 11427*)
Stop pushing out black and brown people and families.

**1103. Amber  Potvin** (*ZIP code: 02148*)
Not a tenant in NY, but have friends who live in a building owned by pinnacle. Absolutely horrible the conditions there.

**1104. Jacqueline Gonzalez** (*ZIP code: 11365*)

**1105. Janise Harper** (*ZIP code: 11692*)
People, not billionaires, deserve the right to live affordably and comfortably.

**1106. Kimberly Shannon** (*ZIP code: 11105*)

**1107. Mehrab Chowdhury** (*ZIP code: 10466*)

**1108. Reyna P** (*ZIP code: 11211*)

**1109. Dee Toussaint** (*ZIP code: 11233*)

**1110. Sieta Leon** (*ZIP code: 11226*)

**1111. Isaac Sonaike** (*ZIP code: 10302*)

**1112. Kadijah W** (*ZIP code: 11207*)

**1113. Gloria K** (*ZIP code: 10457*)

**1114. Abdullah  Shabazz** (*ZIP code: 08810*)

**1115. Gargi Chaudhuri** (*ZIP code: 20002*)

**1116. Colette Bender** (*ZIP code: 10002*)

**1117. Lynne Siringo** (*ZIP code: 11218*)

**1118. Jeo Dorcely** (*ZIP code: 11580*)

**1119. Christan Breedy** (*ZIP code: 11226*)

**1120. Cory Parrish** (*ZIP code: 10031*)
we don't want another slumlord! tenants deserve safe, dignified homes.

**1121. Kenya Fluker** (*ZIP code: 10003*)

**1122. Cristian Cortes** (*ZIP code: 10454*)

**1123. Maxwell Williams** (*ZIP code: 11220*)

**1124. Bethany Waggoner** (*ZIP code: 11205*)
Everyday New Yorkers deserve affordable, safe, and dignified housing in our neighborhoods!

**1125. Veronica  Rich** (*ZIP code: 11563*)

**1126. Claudia Mallea** (*ZIP code: 11218*)

**1127. Karima  Sounou**  (*ZIP code: 10468*)

**1128. johnny illescas** (*ZIP code: 11226*)

**1129. Krysten Barnes** (*ZIP code: 10466*)

**1130. Henry Carroll** (*ZIP code: 11218*)

**1131. Nayely Campbell** (*ZIP code: 10543*)

**1132. Kira Helberg** (*ZIP code: 11238*)

**1133. Sydney Henriques** (*ZIP code: 11225*)

**1134. LaRae Inshiqaq** (*ZIP code: 11096*)

**1135. Noah Falconer** (*ZIP code: 11101*)

**1136. Lonnie Rodrigo** (*ZIP code: 10001*)

**1137. Khrystina Bradley** (*ZIP code: 11101*)

**1138. Vixon John** (*ZIP code: 11236*)

**1139. Marjorie Caparosa** (*ZIP code: 10128*)
People need affordable housing!

**1140. Jasmine Ribeaux** (*ZIP code: 07093*)

**1141. Kendra Jones** (*ZIP code: 11432*)

**1142. Joanna White** (*ZIP code: 10034*)

**1143. Alexandra Chery** (*ZIP code: 11213*)

**1144. Jason Stone** (*ZIP code: 10033*)

**1145. Toni-Ann Langella** (*ZIP code: 10312*)

**1146. Megan Kinneen** (*ZIP code: 11106*)

**1147. Alexandra Millatmal** (*ZIP code: 11233*)

**1148. Nayah Harper** (*ZIP code: 11210*)

**1149. Olivia Hrko** (*ZIP code: 10075*)

**1150. Tasha Joachim** (*ZIP code: 11234*)

**1151. Delfina Barbiero** (*ZIP code: 11226*)

**1152. Lorien Pereyra** (*ZIP code: 10471*)

**1153. Caitlin van horn** (*ZIP code: 11225*)

**1154. Rocio Silverio** (*ZIP code: 10467*)

**1155. Lindsey Mosley** (*ZIP code: L4R 1A6*)

**1156. Sarah Narcisse** (*ZIP code: 11580*)

**1157. Raven Jackson** (*ZIP code: 11215*)

**1158. Rebecca Vitali-DeCola** (*ZIP code: 11226*)

**1159. Leah Maloney** (*ZIP code: 11104*)

**1160. Olufolakemj Olusanya** (*ZIP code: 10010*)

**1161. Paul Duke** (*ZIP code: 11238*)

**1162. Gwen Connors** (*ZIP code: 11211*)
Tenants deserve a say. Affordability is good for all New Yorkers!

**1163. Abbigail Friday** (*ZIP code: 10021*)

**1164. Lindsey Ortiz** (*ZIP code: 11102*)

**1165. Madeline Levangie** (*ZIP code: 11226*)

**1166. An anonymous signer** (*ZIP code: 10708*)

**1167. Mikala  Bush** (*ZIP code: 10027*)

**1168. Eva Chernoff** (*ZIP code: 11249*)

**1169. Madar Laffir** (*ZIP code: 11226*)

**1170. An anonymous signer** (*ZIP code: 100001*)

**1171. Danielle Anzelone** (*ZIP code: 11211*)

**1172. Christy Atangana** (*ZIP code: 10044*)

**1173. Brittney Moers** (*ZIP code: 10013*)

**1174. Aliza Gersing** (*ZIP code: 11106*)

**1175. Trudy Joseph** (*ZIP code: 11211*)

**1176. Kory Wilson** (*ZIP code: 11216*)

**1177. Emaan Bhutta** (*ZIP code: 10032*)

**1178. anisa vietze** (*ZIP code: 11221*)

**1179. Sarah Bacio** (*ZIP code: 11221*)

**1180. Destiny Reyes** (*ZIP code: 11368*)

**1181. D Z** (*ZIP code: 11218*)

**1182. Eileen Reilly** (*ZIP code: 11226*)
The Union of Pinnacle tenants deserve a say over the future of their homes and their role as key
stakeholders be recognized in the process moving forward.
I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city
agencies the time to take whatever steps are needed to protect the people who live in these buildings
long-term.

**1183. Tricia Marchese** (*ZIP code: 11364*)

**1184. Mansi Bhargava** (*ZIP code: 10025*)

**1185. Rokiatou Kaba** (*ZIP code: 11213*)

**1186. Leila Simpfendoerfer** (*ZIP code: 11237*)

**1187. Shirley Sanay** (*ZIP code: 11373*)

**1188. Niko Pena** (*ZIP code: 11375*)

**1189. Annamica Lochan** (*ZIP code: 11358*)

**1190. Caitlin Morelli** (*ZIP code: 11215*)

**1191. Gabriella Pelkey** (*ZIP code: 11222*)
Affordable and fair housing is a right to our citizens. We should have a say and a voice.

**1192. Jay Reed** (*ZIP code: 10002*)

**1193. Kira Brombacher** (*ZIP code: 11207*)

**1194. Suzanne Tesoro** (*ZIP code: 11706*)

**1195. Dylan Leon** (*ZIP code: 10309*)

**1196. James Frierson** (*ZIP code: 11378*)

**1197. George Pinnock** (*ZIP code: 11368*)

**1198. Sasha Rosado** (*ZIP code: 10024*)

**1199. Catherine Marks** (*ZIP code: 11415*)

**1200. Jamila Wallace** (*ZIP code: 11230*)

**1201. Katherine Acevedo** (*ZIP code: 10467*)

**1202. Cynthia Liang** (*ZIP code: 10002*)

**1203. Natasha Rollamas** (*ZIP code: 11375*)

**1204. Rifka Simmons** (*ZIP code: 11213*)

**1205. Swaleen Neal** (*ZIP code: 10038*)
New Yorker deserve to live in New York!

**1206. Nyleen Euton** (*ZIP code: 11103*)

**1207. Hannah Lee** (*ZIP code: 94597*)

**1208. Autumn Johnson** (*ZIP code: 11221*)

**1209. Stephanie  Seme** (*ZIP code: 11223*)

**1210. Alexandra Mitchell** (*ZIP code: 11215*)

**1211. Allison Blair-Dalloo** (*ZIP code: 11226*)
We would like to have the opportunity to own our homes and stop having these slum lords

**1212. Catherine Fitzpatrick** (*ZIP code: 11226*)

**1213. Ellie Pickering** (*ZIP code: 10030*)

**1214. Duyen Luc** (*ZIP code: 11229*)

**1215. Manuela Torres** (*ZIP code: 11206*)

**1216. Ruby Anaya** (*ZIP code: 11216*)

**1217. Eleanor Morgan** (*ZIP code: 11207*)

**1218. Jordan L** (*ZIP code: 10035*)

**1219. Stephany YipChoy** (*ZIP code: 10025*)

**1220. Cheyenne Britt** (*ZIP code: 11230*)

**1221. E Lee** (*ZIP code: 11385*)

**1222. Danielle Jordan** (*ZIP code: 11212*)

**1223. Will Gordon** (*ZIP code: 02139*)

**1224. Tyler Turk** (*ZIP code: 08854*)

**1225. Rachel Mazor** (*ZIP code: 11226*)

**1226. Emily Goldstein-Mcgowan** (*ZIP code: 11215*)

**1227. Chiffon C** (*ZIP code: 11226*)

**1228. Daphne Thammasila** (*ZIP code: 11377*)

**1229. Vicky Chen** (*ZIP code: 11209*)

**1230. Janae George** (*ZIP code: 11417*)

**1231. Claire Abramovitz** (*ZIP code: 10033*)

**1232. Hosneara Begum** (*ZIP code: 11216*)

**1233. Alicia Kroell** (*ZIP code: 11225*)

**1234. Rose Marcus** (*ZIP code: 11217*)

**1235. Brianna Matthie** (*ZIP code: 10025*)

**1236. Xenia Tiajoloff** (*ZIP code: 11105*)

**1237. Ivana Savinovich** (*ZIP code: 11375*)

**1238. Alyssa Santiago** (*ZIP code: 07042*)
i hope this can help and im praying over everyone affected negatively by this greed

**1239. A Nicholas** (*ZIP code: 10030*)

**1240. Nia Woods** (*ZIP code: 11216*)

**1241. Ben Neadle** (*ZIP code: 11385*)
Power to the tenants

**1242. Liam Smith** (*ZIP code: 10031*)

**1243. Iris Cabrera** (*ZIP code: 11211*)
Help us to maintain rental affordable for NYC

**1244. Lena Frey** (*ZIP code: 11222*)

**1245. Ivanna** (*ZIP code: 100040*)

**1246. Celeste Moncrieff** (*ZIP code: 11216*)

**1247. Denise Martinez** (*ZIP code: 11102*)

**1248. Maya Meredith** (*ZIP code: 11216*)

**1249. Isabella Dunoyer** (*ZIP code: 10025*)

**1250. Lea Aftimos** (*ZIP code: 11217*)

**1251. Ariana Osbourne** (*ZIP code: 11433*)
Time for new way of thinking.

**1252. Zhane  Brown** (*ZIP code: 10002*)

**1253. Olivia Kelliher** (*ZIP code: 11221*)

**1254. Taylor Pate** (*ZIP code: 11238*)

**1255. Holly Lane** (*ZIP code: 11104*)

**1256. Marjorie Joachim** (*ZIP code: 44313*)

**1257. Kiana Barnes** (*ZIP code: 11432*)

**1258. Madeline Southwell** (*ZIP code: 10024*)

**1259. sarah decker** (*ZIP code: 10027*)

**1260. Brittany Bye** (*ZIP code: 11226*)
As a Pinnacle tenant I want a say in the future of our homes so we don't have another slumlord like
Pinnacle! We didn't have heat for a week and a half when it was 30 degrees out, there's been sewage
overflow in our laundry room and garage, and the elevator is never aligned so folks with wheelchairs
have a hard time using it. We deserve to live with dignity and Pinnacle hasn't done that, thus tenants
deserve a say in our futures!

**1261. Rukia Rahi** (*ZIP code: 10040*)

**1262. Nashari Payano** (*ZIP code: 08879*)

**1263. Nelli Djobo** (*ZIP code: 10031*)

**1264. Carleigh Dilley** (*ZIP code: 10027*)

**1265. Sharleen Lee** (*ZIP code: 07075*)
This is absurd!

**1266. Shelly Jackson** (*ZIP code: 11217*)

**1267. Chinara Amaukwu** (*ZIP code: 11691*)

**1268. Nathaniel Viorst** (*ZIP code: 11101*)

**1269. Kat Swank** (*ZIP code: 11216*)

**1270. Emma Rehac** (*ZIP code: 10032*)

**1271. Joshua Multer** (*ZIP code: 11225*)

**1272. An anonymous signer** (*ZIP code: 11367*)

**1273. Tajahniya Sapp** (*ZIP code: 11213*)

**1274. Pyu Pyu Win** (*ZIP code: 13501*)

**1275. Joshwald Marinez** (*ZIP code: 10032*)
Slow down the auction!

**1276. Jeff Steiner** (*ZIP code: 02746*)
Landlords are evil

**1277. Ja Muller** (*ZIP code: 11234*)

**1278. Taylor Fields** (*ZIP code: 10456*)

**1279. Alison Eng** (*ZIP code: 11206*)

**1280. Olivia Fisher** (*ZIP code: 11213*)

**1281. Rachell  Jorge** (*ZIP code: 10469*)

**1282. Eva Scherrer** (*ZIP code: 10032*)

**1283. Vivian Wang** (*ZIP code: 11221*)

**1284. Kai Fritz** (*ZIP code: 11226*)

**1285. Remy Burwick** (*ZIP code: 10467*)
Landlords and property managers are the ones destroying the city piece by piece day by day by
maximizing every ounce of profit and increasing gentrification. This has to stop, and should've been
stopped forever ago.

**1286. Kelsey  Melnick** (*ZIP code: 11205*)

**1287. Ceres G** (*ZIP code: 11233*)

**1288. Cephas Knighton-Ward** (*ZIP code: 11106*)

**1289. Rhay Lloyd** (*ZIP code: 11212*)

**1290. Rachel  Heckerman** (*ZIP code: 11216*)

**1291. Jenya**  (*ZIP code: 11216*)

**1292. C Kristal** (*ZIP code: 10029*)

**1293. Theo Cota**  (*ZIP code: 11213*)
Allowing landlords to scheme and neglect properties with the long term plan to displace tenants and deregulated apartments should be ILLEGAL

**1294. Rebecca Kaufman** (*ZIP code: 11211*)

**1295. Lauren  Donner**  (*ZIP code: 11226*)

**1296. Elizabeth Cavic** (*ZIP code: 10027*)

**1297. Jess Sumpter** (*ZIP code: 11221*)

**1298. Kevin Lanigan** (*ZIP code: 11385*)

**1299. Stephanie Khoury** (*ZIP code: 11209*)

**1300. Emily Oppenheimer** (*ZIP code: 11207*)

**1301. Sheryl Toure** (*ZIP code: 10462*)

**1302. Andrew De Angelis** (*ZIP code: 11216*)

**1303. Karim Nabahi** (*ZIP code: 10010*)

**1304. Stella Maynard** (*ZIP code: 11226*)

**1305. An anonymous signer**  (*ZIP code: 10033*)

**1306. Rochelle Roget** (*ZIP code: 06457*)

**1307. An anonymous signer**  (*ZIP code: 10035*)

**1308. Nate Krinsky** (*ZIP code: 11216*)

**1309. Paula-Kaye Richards** (*ZIP code: 11201*)

**1310. Holden Taylor** (*ZIP code: 11213*)
up with the tenants <3

**1311. Jesenia Tejeda** (*ZIP code: 11238*)

**1312. Abigail Koffler** (*ZIP code: 11211*)

**1313. Alana Gaymon** (*ZIP code: 11238*)

**1314. Paul Brown** (*ZIP code: 10030*)

**1315. Amber Cortes** (*ZIP code: 11224*)

**1316. Stephanie Walker** (*ZIP code: 11226*)

**1317. Tess Pellegrini** (*ZIP code: 11221*)

**1318. Erin Frisbie** (*ZIP code: 11226*)

**1319. Em Ortiz** (*ZIP code: 11221*)

**1320. Melissa  Loayza**  (*ZIP code: 11372*)

**1321. Sara Shamy** (*ZIP code: 11211*)

**1322. Erica Taylor Haskins** (*ZIP code: 11238*)

**1323. Md adnanul Chowdhury** (*ZIP code: 11226*)

**1324. Kaela  Mabrey**  (*ZIP code: 11221*)

**1325. Max Bayarsky** (*ZIP code: 11221*)

**1326. Janice  Taylor**  (*ZIP code: 11225*)

**1327. Dwaine  Potts**  (*ZIP code: 10039*)
All Power To The People!

**1328. Bronwen Crowe** (*ZIP code: 11215*)

**1329. Rosemary  Taveras**  (*ZIP code: 10034*)

**1330. Julia Pontecorvo** (*ZIP code: 11225*)
Tenants rights!

**1331. Meghan Smith-Torino** (*ZIP code: 11103*)

**1332. Amber  Perez** (*ZIP code: 10026*)

**1333. Eva Lau** (*ZIP code: 10009*)

**1334. Liesl Klus** (*ZIP code: 10019*)

**1335. Hilda Mieses** (*ZIP code: 10035*)

**1336. Dolores  Young** (*ZIP code: 11225*)
Pinnacle is the worst landlord in the U S A

**1337. Julius Templin** (*ZIP code: 11226*)

**1338. Jedd Breckenridge** (*ZIP code: 11226*)

**1339. Cristina Rodriguez-Hart** (*ZIP code: 11104*)

**1340. Samuel Gonzalez** (*ZIP code: 11215*)

**1341. Gavhar Hushvaktova** (*ZIP code: 11218*)

**1342. David Castillo** (*ZIP code: 11215*)

**1343. Linda Exantus** (*ZIP code: 11216*)

**1344. Shannon Weaton** (*ZIP code: 11226*)

**1345. Jackie Waddy** (*ZIP code: 10019*)
Dear Your Honor:
Please help us not be placed in the hands of another "SLUM LANDLORD" as Joel Weiner turned out
to be. Thank you.
Jackie Waddy

**1346. Chavely  Reynoso** (*ZIP code: 11236*)
It's long overdue for slumlords to be stopped and justice for tenants to be given. This would relieve so
many NYers and make our city better.

**1347. Christine Reustle** (*ZIP code: 08060*)

**1348. Mitchell Manning** (*ZIP code: 11215*)

**1349. Audrey  Borst** (*ZIP code: 11233*)
Please consider public housing options. Private ownership transfers are contributing to extreme housing costs

**1350. Michael Bernieri** (*ZIP code: 11215*)

**1351. Antonio Estrada** (*ZIP code: 11104*)

**1352. Stephanie  Ocampo**  (*ZIP code: 10039*)

**1353. Katia Cuellar** (*ZIP code: 11220*)

**1354. Jane Birkeland**  (*ZIP code: 10029*)

**1355. Nazareth Brown** (*ZIP code: 11226*)

**1356. Hannah Payne** (*ZIP code: 11106*)

**1357. Brianna Reed** (*ZIP code: 10033*)

**1358. Madylin Hernandez** (*ZIP code: 11385*)

**1359. Yulia Zinshtein** (*ZIP code: 90004*)

**1360. Lalit M** (*ZIP code: 11221*)

**1361. Megan Siepak** (*ZIP code: 11378*)

**1362. Eleanor  Babaev** (*ZIP code: 11232*)

**1363. Ison Wakazadi**  (*ZIP code: 10310*)

**1364. Cathy Jones** (*ZIP code: 10128*)

**1365. K Agbebiyi** (*ZIP code: 30316*)

**1366. Dylan Henderson** (*ZIP code: 11213*)
This auction affects so many of us and yet is being pushed to happen at lightning speed. Give us a seat at the table to decide the future of our homes

**1367. Jasmeet  Kaur** (*ZIP code: 11213*)

Tenants deserve to have a say in their future!

**1368. David DeRosa** (*ZIP code: 11203*)

**1369. Dondo  Zakh** (*ZIP code: 11232*)

**1370. Sophia Galvan** (*ZIP code: 11225*)

**1371. Deena Darby** (*ZIP code: 11102*)

**1372. Jessica Dunn** (*ZIP code: 11216*)

**1373. Joel Feingold** (*ZIP code: 11213*)
All power to the unionized tenants!

**1374. Helen Zhong** (*ZIP code: 10031*)

**1375. Priscilla Ahn** (*ZIP code: 11238*)

**1376. Sarah Atterbury** (*ZIP code: 11225*)

**1377. Braden Holland** (*ZIP code: 11377*)

**1378. Emery Bergmann** (*ZIP code: 11106*)

**1379. Mahdia Parker** (*ZIP code: 10037*)

**1380. Lily**  (*ZIP code: 11217*)

**1381. Greg Drigo** (*ZIP code: 11230*)

**1382. Finn Kilgore** (*ZIP code: 11225*)

**1383. Cheree Dillon** (*ZIP code: 10031*)
It ain't right!!! Don't let this billionaire rip apart our communities like this!

**1384. Greer McAllister** (*ZIP code: 11233*)

**1385. Elisa Holland** (*ZIP code: 11238*)

**1386. Justin Kilburn** (*ZIP code: 11211*)
It's time to hold these companies and the people who profit from their deeds accountable. Housing is
a right. People should not be punished for these companies inability to maintain their bloated

executive salaries.

**1387. Madelyn Whitehead** (*ZIP code: 10027*)

**1388. Tania Aparicio** (*ZIP code: 11225*)

**1389. Sallyanna Bazelais** (*ZIP code: 11553*)

**1390. Amanda Lafferty** (*ZIP code: 11216*)

**1391. Yanepsi Morales** (*ZIP code: 10034*)

**1392. Manuchca  Joachim** (*ZIP code: 11226*)

**1393. Alice Xie** (*ZIP code: 11101*)

**1394. Heather Woodfield** (*ZIP code: 11226*)

**1395. Cydnii  Jobes** (*ZIP code: 11221*)

**1396. Zoe Waechter** (*ZIP code: 10027*)

**1397. Kris Simon** (*ZIP code: 11213*)

**1398. Sloan Greenheck** (*ZIP code: 53594*)

**1399. Phillip Dulingel** (*ZIP code: 11103*)

**1400. Lauren Hollender** (*ZIP code: 11226*)

**1401. Ariel Shapiro** (*ZIP code: 11226*)

**1402. Nadia** (*ZIP code: 11030*)

**1403. Jomina Joseph** (*ZIP code: 11226*)
Tenant in Parkside

**1404. Patricia Cipollitti** (*ZIP code: 11225*)

**1405. Lex Higgins** (*ZIP code: 11237*)

**1406. Danica** (*ZIP code: 10018*)

**1407. DOLORES Courtade** (*ZIP code: 10034*)

**1408. Samuel Kohn** (*ZIP code: 10009*)

**1409. Valeria Sanchez** (*ZIP code: 11221*)

**1410. Yanick Noel** (*ZIP code: 22226*)
Keep rent stabilized

**1411. Whitney  Perez** (*ZIP code: 10031*)
Please allow tenants to exert some power over their dire situations!

**1412. Aminat Iriafen** (*ZIP code: 11225*)

**1413. samantha Dumont** (*ZIP code: 11428*)

**1414. Tom Butler** (*ZIP code: 11215*)
Slow down the auction and allow city agencies the time to take whatever steps are needed to protect
the people who live in these buildings long-term.

**1415. Sarah Kelley** (*ZIP code: 11237*)

**1416. Lyle Reed** (*ZIP code: 11216*)

**1417. Krishna Patel** (*ZIP code: 08820*)

**1418. Sarah George** (*ZIP code: 08831*)

**1419. Yaleshka Estrada** (*ZIP code: 11237*)

**1420. Zoe Dobbins** (*ZIP code: 11205*)

**1421. Anna Astrom** (*ZIP code: 11222*)
Please protect these tenants. No one deserves to live like this!

**1422. Jake Hamill** (*ZIP code: 11385*)
Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to
support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy.
Tenants in these buildings have documented years of mismanagement and neglect, with elevator
outages trapping elderly and disabled tenants on high floors, and children suffering from the presence
of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into

the hands of another landlord with the same practices and priorities as Pinnacle.

Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.


**1423. Enzo Diaz** (*ZIP code: 10456*)


**1424. Karina Juarez** (*ZIP code: 11219*)


**1425. Daniella  Nyarko**  (*ZIP code: 11210*)


**1426. Katie Harker** (*ZIP code: 11237*)


**1427. Geri Richlin** (*ZIP code: 11238*)


**1428. Nina Nelken** (*ZIP code: 11226*)
Please do not reward bad behaviour. Management does not respect their tenants,  and people deserve to have safe, working, clean homes. Thank you.


**1429. Marissa Reyes** (*ZIP code: 10009*)


**1430. Alford Daley III** (*ZIP code: 11249*)


**1431. Leni Kreienberg** (*ZIP code: 11385*)


**1432. Antonio Shine** (*ZIP code: 11694*)


**1433. Chiara Sanscrainte** (*ZIP code: 10461*)


**1434. Sayre Quevedo**  (*ZIP code: 11233*)


**1435. Carmen Cespedes** (*ZIP code: 11226*)
Dear Judge,
Please slow down the auction process. As so many of the buildings are coming together very fast and in such a short time frame, even though this bankruptcy process started earlier the year, most including myself did not understand what this all meant and how we can come together to better our living conditions. By slowing down the process we get a chance to really take stock of what we can do

to better our homes with a bit more time.
Thank you
Carmen


**1436. Aurelia Littlepage** (*ZIP code: 10128*)


**1437. Emma Haviland** (*ZIP code: 11226*)


**1438. Shannon Edwards** (*ZIP code: 10468*)


**1439. Lucy Sweetall** (*ZIP code: 11221*)


**1440. Claribel  Bueno-Rodriguez**  (*ZIP code: 10034*)


**1441. Gissel Disla** (*ZIP code: 10471*)


**1442. Courtney Adema** (*ZIP code: 11211*)


**1443. Navjot Singh** (*ZIP code: 11216*)


**1444. Yanelis Martinez**  (*ZIP code: 10040*)


**1445. Dorothy Pierre** (*ZIP code: 11435*)


**1446. Raque Ford** (*ZIP code: 11206*)


**1447. Alex Kim** (*ZIP code: 11206*)


**1448. Rebecca Sarvady** (*ZIP code: 11238*)


**1449. YOLIMA DIAZ** (*ZIP code: 10034-2139*)


**1450. Andi Lindstrom** (*ZIP code: 11231*)


**1451. Beatrice Capone** (*ZIP code: 11105*)


**1452. Alex Morano** (*ZIP code: 11216*)


**1453. Kyle Gorman** (*ZIP code: 11216*)


**1454. Taylor Herndon** (*ZIP code: 11106*)
Tenants deserve to have a say in the ownership of their homes and potential future upkeep or rent
hikes. Respect citizens making ends meet

**1455. Osman C** (*ZIP code: 11216*)
pinnacle tenant

**1456. Raquel Husbands** (*ZIP code: 11205*)
New York needs to be affordable for New Yorkers.

**1457. Maria De La Rosa** (*ZIP code: 10039*)

**1458. Gloria  Chew**  (*ZIP code: 10016*)

**1459. Misha Schwartz** (*ZIP code: 11385*)

**1460. Yacaisa Guerrero** (*ZIP code: 11225*)

**1461. Laurel Larson-Harsch** (*ZIP code: 11217*)

**1462. Kenneth Dillon** (*ZIP code: 11216*)

**1463. An anonymous signer**  (*ZIP code: 11221*)

**1464. Jack Travis** (*ZIP code: 11216*)

**1465. Angee Cortorreal**  (*ZIP code: 10023*)
Housing is a right!

**1466. Simone Feigenbaum** (*ZIP code: 10034*)

**1467. Bhinish Shah** (*ZIP code: 11225*)
Rent stabilized units are in various states of disrepair and mismanagement. Please help!

**1468. Gabrielle Printz** (*ZIP code: 11237*)

**1469. Son Le** (*ZIP code: 11222*)

**1470. Andrea Ferguson** (*ZIP code: 11206*)

**1471. Elizabeth Damaskos** (*ZIP code: 11215*)

**1472. Mei T** (*ZIP code: 11226*)

**1473. Mahal**  (*ZIP code: 11225*)

**1474. Daniel Nicolelis** (*ZIP code: 11216*)

**1475. Hannah Youssef** (*ZIP code: 10304*)

**1476. Kate Manire** (*ZIP code: 11237*)

**1477. Brittney Parra** (*ZIP code: 11746*)

**1478. Kristianne  Castillo**  (*ZIP code: 11102*)
Stop the greed and give back to native NYers

**1479. Caroline Sarkozi** (*ZIP code: 11216*)

**1480. Molly Beer** (*ZIP code: 11102*)

**1481. Sadie du Vigneaud** (*ZIP code: 11215*)

**1482. Gillian Schneider** (*ZIP code: 11101*)

**1483. Nico Gureli** (*ZIP code: 11377*)

**1484. Kendall Martin** (*ZIP code: 11218*)

**1485. Kim Straker** (*ZIP code: 11216*)

**1486. Quinn  Whitmore** (*ZIP code: 30655*)

**1487. An anonymous signer**  (*ZIP code: 11385*)

**1488. Max Baird** (*ZIP code: 11206*)

**1489. Amaya Edwards** (*ZIP code: 11216*)

**1490. Rebecca Seatle** (*ZIP code: 11385*)

**1491. Jack Doyle** (*ZIP code: E10 6HX*)

**1492. Eva Chow** (*ZIP code: 11373*)

**1493. Arianna  Jackson** (*ZIP code: 10033*)

**1494. Liyana Mcmillan** (*ZIP code: 11225*)

**1495. Kalli Walker** (*ZIP code: 11433*)

**1496. Grace Andrew** (*ZIP code: 11226*)

**1497. Alicia** (*ZIP code: 11217*)

**1498. Callie Ahlgrim** (*ZIP code: 11216*)

**1499. Ashley Bergren** (*ZIP code: 11249*)

**1500. Carly Thompson** (*ZIP code: 10009*)

**1501. Marcel Walker** (*ZIP code: 11221*)

**1502. Chisom Awachie** (*ZIP code: 07306*)

**1503. Lianne Rittenhouse** (*ZIP code: 10025*)
We need to protect our most vulnerable. New York should protect its residents over corporate greed

**1504. Isis McIntosh** (*ZIP code: 11429*)

**1505. Clayton Jarrard** (*ZIP code: 11205*)

**1506. Hellen Smith** (*ZIP code: 10463*)
Help us!

**1507. Alanna Keyo** (*ZIP code: 10031*)

**1508. Laura Casey** (*ZIP code: 11225*)

**1509. Nicole Nicholas** (*ZIP code: 11105*)

**1510. Withney Barthelemy** (*ZIP code: 11213*)

**1511. Lv James** (*ZIP code: 11233*)
Protect renters and maintain rent stabilozes apartments. End corprate greed

**1512. Alyssa Schiff** (*ZIP code: 11225*)

**1513. Lisa Ledvora** (*ZIP code: 11225*)

**1514. Anjelica Garcia** (*ZIP code: 11226*)

**1515. Sheena Fountain** (*ZIP code: 11230*)

**1516. Nja Abram** (*ZIP code: 11206*)

**1517. Maxime Savage** (*ZIP code: 11225*)

**1518. Amelia Zachary** (*ZIP code: 02048*)

**1519. Julieta Barbiero** (*ZIP code: 93551*)

**1520. Amina Morgan** (*ZIP code: 11225*)
New Yorkers need this more than ever. Put the power back in our hands and stop pushing out our long term residents!

**1521. Angel Rosario** (*ZIP code: 10453*)

**1522. Mozelle Greaves** (*ZIP code: 11221*)

**1523. Alberte  Chachat** (*ZIP code: 11226*)
I need justice for all of you., respect  to human rights .

**1524. Amelia Marosek** (*ZIP code: 11103*)

**1525. Mildred Ross** (*ZIP code: 11225*)
We are in desperate need of repairs to our building.

**1526. Genesis Vallecillo** (*ZIP code: 10002*)

**1527. Siena Sysko** (*ZIP code: 11217*)

**1528. Karnkamol  Intarasuwan** (*ZIP code: 10031*)

**1529. Christine Placide** (*ZIP code: 11233*)

**1530. Mariam  Gbadamosi** (*ZIP code: 10033*)

**1531. Dionne  Young** (*ZIP code: 11225*)
As a teaching assistant (paraprofessional) if I have to pay more rent than I'm paying now I will be homeless or have to move out of NYC.

**1532. Shirley Bruno** (*ZIP code: 11213*)

**1533. michael Decker** (*ZIP code: 10026*)

**1534. Julie Oneto** (*ZIP code: 10128*)

**1535. Cynthia Gouin** (*ZIP code: 11230*)

**1536. Jaleah**  (*ZIP code: 11230*)

**1537. Brian**  (*ZIP code: 11418*)

**1538. Renzo Fabián Moyano Condia** (*ZIP code: 10034*)
There are so many of us who grew up here in this building in I wood, people that have lived here for over fifty years. Upper Manhattan is defined by its diversity and affordability and it needs to stay that way if it's to stay Uptown. Please help us in our collective fight for deep and permanent affordability before more New Yorkers are forced to leave their homes and neighborhoods. What kind of message does that send about New York and how it treats its own? This sale of 90+ buildings is moving so fast that the process isn't giving us enough time to adequately propose real alternatives. We need slow or pause the sale to give us time as organized tenant associations and unions a real shot at shaping what the future of our housing looks like. We don't want a profit-seeking slum lord, we want to work with a CLT or a potential buyer who believes in housing justice and deep affordability (based on our neighborhoods' real medium income) and looks to have a healthy relationship with the tenants.

**1539. Ritti Singh** (*ZIP code: 11213*)

**1540. Bryan Fotino** (*ZIP code: 11105*)

**1541. Ryan Wallace**  (*ZIP code: 11221*)

**1542. Ingram Chang** (*ZIP code: 11375*)

**1543. Terry Wright** (*ZIP code: 11225*)

**1544. chloe valentine** (*ZIP code: 10458*)

**1545. Kendell Julien** (*ZIP code: 11226*)

**1546. Anthony Walker** (*ZIP code: 10019*)

**1547. Maddie Flemmons** (*ZIP code: 11215*)

**1548. Lucien Baskin** (*ZIP code: 11230*)

**1549. Harriet Mcisaac** (*ZIP code: 11237*)

**1550. Angel Izaguirre** (*ZIP code: 11219*)

**1551. Andrew Dakan** (*ZIP code: 11217*)

**1552. blessie ruelo** (*ZIP code: 11213*)

**1553. Jessica Pain** (*ZIP code: 11206*)

**1554. Tess W. Johnson** (*ZIP code: 11217*)

**1555. Liza Burakova** (*ZIP code: 10069*)

**1556. Leilani Douglas** (*ZIP code: 10026*)

**1557. kyrstle solano** (*ZIP code: 11377*)

**1558. L Bushkin** (*ZIP code: 10520*)

**1559. Jim Lee** (*ZIP code: 94121*)

**1560. Kat Tenbarge** (*ZIP code: 11221*)

**1561. Payton** (*ZIP code: 77373*)

**1562. Carla Bueno-Sanders** (*ZIP code: 11223*)

**1563. Kiara Brown** (*ZIP code: 10039*)

**1564. Saesha Jindal** (*ZIP code: 10013*)

**1565. An anonymous signer** (*ZIP code: 11215*)

**1566. Sarah Cuk** (*ZIP code: 11221*)

**1567. Yara Travieso** (*ZIP code: 11211*)

**1568. Garrett Simpson** (*ZIP code: 11225*)

**1569. Samantha Cuenca** (*ZIP code: 11237*)

**1570. Delia Ward** (*ZIP code: 11103*)

**1571. Sofia  Tobia** (*ZIP code: 11507*)

**1572. Bibi Amin** (*ZIP code: 11230*)

**1573. Arden McKown** (*ZIP code: 11221*)

**1574. Damaris  Andrango**  (*ZIP code: 10027*)

**1575. Jordan Nissen** (*ZIP code: 11216*)

**1576. Ella Sherman** (*ZIP code: 11221*)

**1577. Abel Girma** (*ZIP code: 11217*)

**1578. Amina Sutton** (*ZIP code: 11238*)

**1579. Wilson Crook** (*ZIP code: 11203*)

**1580. Julie Bentley** (*ZIP code: 11101*)

**1581. jasmine bowman** (*ZIP code: 11213*)

**1582. lee atkinson** (*ZIP code: 11237*)

**1583. Jasmin  Marquez** (*ZIP code: 07604*)

**1584. Kaden Gray** (*ZIP code: 10027*)

**1585. Joyce Opprnheimer** (*ZIP code: 10040*)
Please help us keep our home safe and get repairs done in a timely manner

**1586. ILANA MORRIS** (*ZIP code: 10032*)

**1587. Christian Howles** (*ZIP code: 10301*)

**1588. Dorsa Djalilzadeh** (*ZIP code: 11238*)

**1589. Sam Cribbin** (*ZIP code: 11226*)

**1590. Rebecca Margolies** (*ZIP code: 11216*)

**1591. Dianney Mascary** (*ZIP code: 10027*)

**1592. Ford Phillips** (*ZIP code: 11206*)
These and all tenants deserve autonomy over their homes. Please help.

**1593. An anonymous signer** (*ZIP code: 11385*)

**1594. Naima Randolph** (*ZIP code: 10031*)

**1595. Hannah Sultan** (*ZIP code: 11238*)

**1596. Daysa Matos** (*ZIP code: 10033*)

**1597. Laura Sikes** (*ZIP code: 11238*)

**1598. Lili Lopes** (*ZIP code: 10004*)

**1599. Ahmad Almahdi** (*ZIP code: 11226*)

**1600. Rebecca Wong** (*ZIP code: 11216*)

**1601. John Martin** (*ZIP code: 11225*)
Please slow down the auction and center the tenants in the decision making process. We don't have the power of millions of dollars, we rely on the judge to protect us over protecting the needs of a billionaire.

**1602. Kimberly Connerton** (*ZIP code: 11215*)
It's so important for tenants to be heard and have a seat at the table. Let's improve the quality of housing in NYC for all and keep it affordable and a right.

**1603. Pablo Lantigua** (*ZIP code: 10025*)

**1604. Janneke Neumahr** (*ZIP code: 53639*)

**1605. Moraima  Gómez** (*ZIP code: 10034*)

**1606. McKinley Parker** (*ZIP code: 11206*)

**1607. Meredith Clarke** (*ZIP code: 11217*)

**1608. Sabrina Liu** (*ZIP code: 11237*)

**1609. Samantha Yu** (*ZIP code: 11238*)

**1610. Abhiram Masam** (*ZIP code: 10025*)

**1611. Kiya Brown** (*ZIP code: 11226*)
The people living in these units deserve a say!! Everyone deserves affordable, quality housing.

**1612. Mia** (*ZIP code: 11238*)

**1613. Sasha Or** (*ZIP code: 11230*)

**1614. Coline Chevrin** (*ZIP code: 11218*)

**1615. Hannah Weitzman** (*ZIP code: 11102*)
Tenants should have a seat at the table when it comes to their homes, livelihood and wellbeing.
Pause this auction now.

**1616. Aurora Wang** (*ZIP code: 11209*)
Please slow down the auction process so tenants can explore potentially buying their buildings! We
have a huge opportunity to remove 5,000 apartments from the hands of exploitative, profit-seeking
landlords and give working class people the opportunity to ensure stable and affordable housing.

**1617. Ethan  Schoen** (*ZIP code: 11103*)
Support tenants rights and let them have a say in the sale of their homes

**1618. Emily Halbing** (*ZIP code: 11217*)

**1619. Lissette Aguilar** (*ZIP code: 11238*)

**1620. Raymond Wilson** (*ZIP code: 10002*)

**1621. Eric R Nava-Perez** (*ZIP code: 10029*)

**1622. Nik Carlson** (*ZIP code: 11211*)
Give rent stabilized tenants a say in their future.

**1623. Lisa Gomez** (*ZIP code: 10462*)

**1624. Drey  Jonathan** (*ZIP code: 11216*)
Housing is a human right

**1625. Emily Ding** (*ZIP code: 11201*)

**1626. Naima Zahid** (*ZIP code: 11040*)

**1627. Tess Murdoch** (*ZIP code: 11216*)

**1628. Ben Vigus** (*ZIP code: 11225*)
I am a tenant at 1060 Union St

**1629. Sophia Kuhner** (*ZIP code: 10027*)

**1630. Shirley Yang** (*ZIP code: 11216*)

**1631. Dylan Goodman** (*ZIP code: 11211*)

**1632. Tyler Lin** (*ZIP code: 11210*)

**1633. Wendy Valdovinos** (*ZIP code: 06514*)

**1634. Isabella Estevez** (*ZIP code: 11429*)

**1635. Khalia Swaby** (*ZIP code: 11435*)

**1636. Lashawn Gaspard** (*ZIP code: 11434*)

**1637. Nicole surma** (*ZIP code: 11201*)

**1638. An anonymous signer** (*ZIP code: 11209*)

**1639. Kimberly  Rojas Herrera** (*ZIP code: 11372*)

**1640. Damali Wilson** (*ZIP code: 11233*)

**1641. Tracy Rosenthal** (*ZIP code: 11216*)

**1642. Katharina Brosch** (*ZIP code: 11213*)

**1643. Ian Thomson** (*ZIP code: 10026*)

**1644. Katie Stolberg** (*ZIP code: 11230*)

**1645. Hester Sunshine** (*ZIP code: 11221*)

**1646. Che Maria  Baez** (*ZIP code: 10029*)

**1647. Casper Kelly** (*ZIP code: 11210*)

**1648. Jess Ng** (*ZIP code: 11216*)

**1649. Eric Yee** (*ZIP code: 11213*)

**1650. Shaneka Williams** (*ZIP code: 11233*)

**1651. Cooper Marshall** (*ZIP code: 10025*)

**1652. Kamilah Foreman** (*ZIP code: 10030*)

**1653. Faith Pinon** (*ZIP code: 11201*)

**1654. Gem G** (*ZIP code: 10013*)

**1655. Senia Sanchez** (*ZIP code: 11233*)

**1656. Miranda** (*ZIP code: 11216*)

**1657. Roselyn Guaman Ramirez** (*ZIP code: 11368*)

**1658. Natasha Thomas-Fearon** (*ZIP code: 11230-3240*)

**1659. Aashika Balaji** (*ZIP code: 11238*)

**1660. Tayi Lawoz** (*ZIP code: 10031*)

**1661. Kelly Munoz** (*ZIP code: 10456*)

**1662. Sophia Myszkowski** (*ZIP code: 11216*)

**1663. Alex Echevarria** (*ZIP code: 11225*)

**1664. Clara Olowookere** (*ZIP code: 10003*)

**1665. Cory Mickle** (*ZIP code: 11226*)

**1666. Analiese Barnes-Classen** (*ZIP code: 11226*)

**1667. Maria** (*ZIP code: 11215*)

**1668. purbayon choudhuri** (*ZIP code: 11372*)

**1669. Marcela Maldonado** (*ZIP code: 10032*)

**1670. An anonymous signer** (*ZIP code: 10469*)

**1671. Tricia Cleppe** (*ZIP code: 11222*)

**1672. Israel  Tejada** (*ZIP code: 10009*)

**1673. Shauna Moore** (*ZIP code: 08530*)

**1674. An anonymous signer**  (*ZIP code: 11213*)

**1675. Sophia Marshall** (*ZIP code: 11215*)

**1676. An anonymous signer**  (*ZIP code: 11225*)

**1677. Dena Cox** (*ZIP code: 11225*)

**1678. Katharine  Hauer**  (*ZIP code: 11213*)

**1679. Emma Soler** (*ZIP code: 11215*)

**1680. Stepha LaFond** (*ZIP code: 11203*)
I'm writing in favor of the Union of Pinnacle tenants who need reliable, safe and affordable housing.
Please do not allow their homes to be auctioned off to the highest bidder.

**1681. Kari Burnett** (*ZIP code: 11222*)

**1682. Baraka Kaseko** (*ZIP code: 10026*)

**1683. Vivian D** (*ZIP code: 11221*)

**1684. Ben Rearick** (*ZIP code: 50010*)

**1685. Terika Williams** (*ZIP code: 11420*)

**1686. Shruti Gupta** (*ZIP code: 11714*)

**1687. Lauren Parrott** (*ZIP code: 11221*)

**1688. Tomica  Telusma**  (*ZIP code: 11226*)

**1689. Timothy Avalime** (*ZIP code: 10031*)

**1690. Amoy Campbell**  (*ZIP code: 11203*)

**1691. Marly Barry** (*ZIP code: 11226*)

**1692. Genesis Lugo** (*ZIP code: 10452*)
Lordland shouldn't be allowed to just ignore their properties until they're in un-liveable conditions and then sell them to some other person/company like their trading cards. They should be held accountable to the dangerous conditions they force upon their tenants by not maintaining them. Tenants should have a say in what happens to their apartments/buildings. Its clear that landlords dont care about their tenants, they just want money but these buildings are people's HOMES, their place to unwind and relax after work or a hard day. Why should tenants suffer while landlords prosper?

**1693. Howard  Isaacs**  (*ZIP code: 11236*)

**1694. Russett Sevilla** (*ZIP code: 10027*)

**1695. Cassandra  Castelant**  (*ZIP code: 11221*)

**1696. Leigh Ashman** (*ZIP code: 31419*)

**1697. Jane Whalen** (*ZIP code: 11238*)

**1698. David Garcia** (*ZIP code: 11231*)

**1699. Peyton Tvrdy** (*ZIP code: 11238*)

**1700. Kennedy Hill** (*ZIP code: 11213*)
Protect the tenants! Folx should have a say on their living conditions their voices must be heard!

**1701. Michael Shank** (*ZIP code: 11233*)

**1702. Grace Linderholm**  (*ZIP code: 11213*)

**1703. Vanessa Ortiz** (*ZIP code: 10027*)

**1704. Roger Tu** (*ZIP code: 10030*)

**1705. Kassandra Ramirez** (*ZIP code: 10009*)

**1706. Maya Lewis** (*ZIP code: 11233*)

**1707. Lauren Graves** (*ZIP code: 10027*)

**1708. Angel Castro-Mendoza** (*ZIP code: 11216*)

**1709. Kwolanne Felix** (*ZIP code: 10030*)

**1710. Simone Elhart** (*ZIP code: 10009*)

**1711. A'Lysai Robinson** (*ZIP code: 10036*)

**1712. Stephen  Potter** (*ZIP code: 10040*)

**1713. Susanna Chachko** (*ZIP code: 11216*)

**1714. Julia Catrambone** (*ZIP code: 11222*)

**1715. Jessica Twitchell** (*ZIP code: 60661*)

**1716. Scott Boyd** (*ZIP code: 11221*)

**1717. A W** (*ZIP code: 11385*)

**1718. Claudia Fung** (*ZIP code: 06515*)

**1719. Pearl Mutnick** (*ZIP code: 10027*)

**1720. Jessica caceres Bodawala** (*ZIP code: 10040*)

**1721. Erin Wiens** (*ZIP code: 11216*)

**1722. Victoria  Ramirez** (*ZIP code: 11225*)

**1723. Brian Feld** (*ZIP code: 11385*)

**1724. Leah Savage** (*ZIP code: 11206*)

**1725. Calvin May** (*ZIP code: 90041*)

**1726. Trevor Schul** (*ZIP code: 11101*)
Please slow down this auction process for the sake of the tenants.

**1727. Vianny Cabral** (*ZIP code: 10452*)

**1728. Damaly Shepherd** (*ZIP code: 11420*)

**1729. Shani  Graves** (*ZIP code: 11216*)

**1730. Annie Rozzo** (*ZIP code: 11217*)

**1731. Victor Oliva** (*ZIP code: 11225*)
Tenants have a right to fair and safe housing!

**1732. Shivani  Brijmohan** (*ZIP code: 11213*)

**1733. Savannah Gordon** (*ZIP code: 11226*)

**1734. Jordan McKenzie**  (*ZIP code: 11203*)

**1735. kailey o'farrell**  (*ZIP code: 11226*)

**1736. Lila Glantzman-Leib** (*ZIP code: 10032*)

**1737. Gwen Shaffer** (*ZIP code: 11372*)

**1738. Nina Tobin** (*ZIP code: 10012*)

**1739. Kristina Chaney** (*ZIP code: 10013*)

**1740. Lindsey Ellison** (*ZIP code: 11106*)

**1741. Jessica Kausen** (*ZIP code: 11217*)

**1742. fiona ferlich** (*ZIP code: 11377*)

**1743. Artie Vierkant**  (*ZIP code: 10002*)

**1744. Daniella De Jesus** (*ZIP code: 11237*)

**1745. Atiya Spencer** (*ZIP code: 11209*)

**1746. Emily Luong** (*ZIP code: 11385*)

**1747. Shireen M** (*ZIP code: 11206*)

**1748. Tracy**  (*ZIP code: 11201*)

**1749. Olivia Chien** (*ZIP code: 11109*)

**1750. Kelly Tunney** (*ZIP code: 11226*)

**1751. Hannah Dahm** (*ZIP code: 11216*)

**1752. Genesies  Baez** (*ZIP code: 10035*)

**1753. Colin Beckett**  (*ZIP code: 90028*)

**1754. Orchid Shakur** (*ZIP code: 10457*)
pinnacle cant keep getting away with this

**1755. Fran Janal** (*ZIP code: 11225*)

**1756. Jayden Haynes** (*ZIP code: 10038*)
Never trust a man with the last name Weiner

**1757. Dante  Esser** (*ZIP code: 11226*)

**1758. rae shao** (*ZIP code: 10026*)

**1759. Diana  Diosaluna**  (*ZIP code: 10009*)

**1760. Sofia Jacobs** (*ZIP code: 10475*)

**1761. Demi Castillo** (*ZIP code: 10026*)

**1762. Kimberly  Leger** (*ZIP code: 11236*)

**1763. Rosalinda  Jose** (*ZIP code: 10009*)
Help us save our homes!

**1764. Devin Sturtevant** (*ZIP code: 11237*)

**1765. Sierra Semmel** (*ZIP code: 11238*)

**1766. Zachary G** (*ZIP code: 11426*)

**1767. An anonymous signer**  (*ZIP code: 11222*)

**1768. Emely  Vargas**  (*ZIP code: 11432*)

**1769. AJ Jaramaz** (*ZIP code: 11237*)

**1770. allison elliott** (*ZIP code: 11238*)

**1771. An anonymous signer**  (*ZIP code: 11372*)

**1772. Dayana Aziz** (*ZIP code: 11225*)

**1773. An anonymous signer** (*ZIP code: 11215*)

**1774. Ciara Keegan** (*ZIP code: 94114*)

**1775. Hannah Yeager** (*ZIP code: 10010*)

**1776. Carol Crump** (*ZIP code: 11226*)

**1777. Andrew Cheyne** (*ZIP code: 11372*)

**1778. Simone Parker** (*ZIP code: 11222*)

**1779. Adam Sanders** (*ZIP code: 11102*)

**1780. Afi Yellow-Duke** (*ZIP code: 11225*)

**1781. Chao Song** (*ZIP code: 11354*)

**1782. Alana Fareg** (*ZIP code: 11222*)

**1783. Jayquan Goodinf** (*ZIP code: 10026*)

**1784. Devin Davidson** (*ZIP code: 11413*)

**1785. Rachel Malin** (*ZIP code: 11216*)

**1786. Mary Kamitaki** (*ZIP code: 11225*)

**1787. Sabrina Adams** (*ZIP code: 11203*)

**1788. Carter Nyhan** (*ZIP code: 11215*)

**1789. Emily Reyes** (*ZIP code: 20002*)

**1790. Candy Phillip** (*ZIP code: 11230*)

**1791. Matt Schoch** (*ZIP code: 11215*)
Stop corrupt and greedy landlords

**1792. Wilson Jiang** (*ZIP code: 11206*)

**1793. Rian Eugene** (*ZIP code: 11237*)

**1794. Akila Stewart** (*ZIP code: 11233*)

**1795. Louis  Bose** (*ZIP code: 10033*)

**1796. grace keith**  (*ZIP code: 11210*)

**1797. Shanaya  Powell** (*ZIP code: 10304*)

**1798. Lillian  Young** (*ZIP code: 11230*)

**1799. fayola fair** (*ZIP code: 11233*)

**1800. Vanessa Stewart** (*ZIP code: 10466*)

**1801. Hayley B** (*ZIP code: 10032*)

**1802. Isabella O** (*ZIP code: 11226*)
PEOPLE OVER PROFITS

**1803. O S** (*ZIP code: 11228*)

**1804. Emi Chun** (*ZIP code: 11221*)

**1805. Samuel Iaccarino-Faye** (*ZIP code: 11520*)

**1806. Deborah Trencher** (*ZIP code: 10040*)
Pinnacle is making us live in dangerous conditions. Broken elevators where the emergency button
doesn't work and the Fire department has to be called. Little heat during the winter.

**1807. Sandra Simplice** (*ZIP code: 10036*)
To: Honorable David S. Jones and Flagstar Bank
From: Sandra Wharwood

Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to
support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

The homes of more than 5,000 New Yorkers in 93 buildings are at stake in Pinnacle's bankruptcy.
Tenants in these buildings have documented years of mismanagement and neglect, with elevator
outages trapping elderly and disabled tenants on high floors, and children suffering from the presence
of mold and pests. If the buildings are sold at auction as currently designed, they are likely to fall into
the hands of another landlord with the same practices and priorities as Pinnacle.

Tenants have taken matters into their own hands to organize a union — a historic effort that spans 40 buildings in 3 boroughs already — so they can preserve their housing and ensure critical repairs are finally addressed. They have the support of more than 20 elected representatives, and are actively working towards a real solution with city agencies. But aligning government resources and capacity takes time.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. Organizing a humane solution will require that tenants have a voice. I urge you to grant the tenants a say in the auction process — and slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**1808. Ira Lazo** (*ZIP code: 11102*)

**1809. Gaby Calabresi** (*ZIP code: 11102*)

**1810. Karelle McKay** (*ZIP code: 11222*)

**1811. Eryn Mackin** (*ZIP code: 11102*)

**1812. Varsha Srivastava** (*ZIP code: 11237*)

**1813. T. Tucker** (*ZIP code: 10471*)

**1814. An anonymous signer** (*ZIP code: 10034*)

**1815. tya arnold** (*ZIP code: 11233*)

**1816. John Hallman** (*ZIP code: 10035*)

**1817. Nuribel Reyes** (*ZIP code: 10474*)

**1818. Cameron Arato** (*ZIP code: 11211*)

**1819. K Asare** (*ZIP code: 10027*)

**1820. ellarose  bianca** (*ZIP code: 10023 *)

**1821. An anonymous signer** (*ZIP code: 10473*)

**1822. Sonia Feigelson** (*ZIP code: 11215*)

**1823. Mariah Ramos** (*ZIP code: 10025*)

**1824. Monica Bustos** (*ZIP code: 11225*)

**1825. Raquel Pereira** (*ZIP code: 10552*)

**1826. Kendall Dendtler** (*ZIP code: 10013*)

**1827. Sumathy Kumar** (*ZIP code: 11238*)

**1828. KT Fitzgerald** (*ZIP code: 11106*)

**1829. Kayode Clarke-Knight** (*ZIP code: 11213*)

**1830. Terra Ashe** (*ZIP code: 11218*)

**1831. Alexander Cantu** (*ZIP code: 10456*)

**1832. Bench Ansfield** (*ZIP code: 19144*)

**1833. Kara Hauenstein** (*ZIP code: 11101*)
The tenants who have lived in these buildings as they fell into disrepair around them deserve to have a say in this process. Do not continue to subject them to abuse by another private landlord whose only motive is wringing every last drop of money out of them.

**1834. Isabella Damiano** (*ZIP code: 10583*)

**1835. Jeremiah Budin** (*ZIP code: 11216*)

**1836. Shelby  Tansil** (*ZIP code: 10701*)

**1837. Navneet Kaur** (*ZIP code: 11428*)

**1838. Denise  Navarrete** (*ZIP code: 10040*)

**1839. Anahi Villamar** (*ZIP code: 11372*)

**1840. Kelsey Harrison** (*ZIP code: 10025*)

**1841. Tigran Mehrabyan** (*ZIP code: 11101*)

**1842. Katya Barmotina** (*ZIP code: 11213*)

**1843. Eric Newsom** (*ZIP code: 11211*)

**1844. Massiel  Ozuna** (*ZIP code: 10473*)

**1845. Hely Morales** (*ZIP code: 11106*)

**1846. Raisa  Rodríguez** (*ZIP code: 10033*)

**1847. Morgan Blackhurst** (*ZIP code: 11221*)

**1848. Sneha Beri** (*ZIP code: 07936*)

**1849. Gwendolyn Kurtz** (*ZIP code: 11209*)

**1850. An anonymous signer** (*ZIP code: 11217*)

**1851. Grace Webb** (*ZIP code: 28147*)

**1852. Natalie Gonzalez** (*ZIP code: 11213*)

**1853. Riley  Alicea** (*ZIP code: 10467*)

**1854. Elizabeth  Hamilton** (*ZIP code: 11233*)

**1855. Cynthia Johnson** (*ZIP code: 11213*)

**1856. Daniel Felsenthal** (*ZIP code: 10003*)

**1857. Isis Poulose** (*ZIP code: 10030*)

**1858. Kaisson Brothers** (*ZIP code: 11355*)

**1859. Melinda Wang** (*ZIP code: 11237*)

**1860. An Na Vi** (*ZIP code: 11221*)

**1861. Zoe Boggs** (*ZIP code: 11207*)

**1862. Kimie Parker** (*ZIP code: 11221*)

**1863. Dominique  Panton** (*ZIP code: 11226*)

**1864. Ashhhh Heyder** (*ZIP code: 11210*)

**1865. Jonah Kipnis** (*ZIP code: 11218*)

**1866. Kiara  Hines**  (*ZIP code: 10035*)

**1867. Maci Morris** (*ZIP code: 11223*)

**1868. Leilani O'Sullivan** (*ZIP code: 11693*)

**1869. Sim Singh** (*ZIP code: 11231*)

**1870. Diego Ramos** (*ZIP code: 10472*)
As a resident of the Bronx I don't want to see my neighbors displaced from their homes just so a few greedy people can put money in their own pockets.

**1871. Irene Espinosa** (*ZIP code: 11416*)

**1872. Grace Day** (*ZIP code: 11215*)

**1873. Kimberly  Acosta** (*ZIP code: 10458*)
WE CAN DO IT !

**1874. Noah Hagood** (*ZIP code: 10033*)

**1875. Aileen Taylor** (*ZIP code: 11225*)

**1876. marla louissaint** (*ZIP code: 11226*)
signing and boosting in solidarity! we need more models like this to reclaim our spaces.

**1877. Evan E Grillon** (*ZIP code: 11225*)

**1878. Cynthia Wambua** (*ZIP code: 11105*)

**1879. Nel T.L.** (*ZIP code: G42*)

**1880. Vanessa Nicolas** (*ZIP code: 11210*)

**1881. Darelle Ford** (*ZIP code: 44121-2602*)

**1882. Lianne Gabriel**  (*ZIP code: 11203*)

**1883. Anmol Dhaliwal** (*ZIP code: 11102*)

**1884. Morgan Grizzle** (*ZIP code: 10030*)

**1885. Saimah Rahman** (*ZIP code: 11422*)

**1886. Robert McAdory** (*ZIP code: 11216*)

**1887. Jasmine Mohamed** (*ZIP code: M6R 1A4*)

**1888. Camille-Louise Mbayo** (*ZIP code: 11225*)
Tenants MUST get a say in the auction process

**1889. William Howard** (*ZIP code: 11218*)

**1890. Dan Casey** (*ZIP code: 11217*)

**1891. Brooke Proffit** (*ZIP code: 10031*)

**1892. Anthoula Korina** (*ZIP code: 10011*)
I read about the foreclosures and these tenants need to get savvy to protect their homes! Hotel
Chelsea tenants did & won.

**1893. Helen  Wheelock** (*ZIP code: 11377*)

**1894. B Busse** (*ZIP code: 10030*)

**1895. Charity Kittler** (*ZIP code: 10027*)

**1896. Raymond  Wu** (*ZIP code: 11229*)

**1897. Flora Sugarman** (*ZIP code: 10039*)

**1898. zoe  haas-biel** (*ZIP code: 112:3*)

**1899. Caroline Jackman** (*ZIP code: 11216*)

**1900. Denise R** (*ZIP code: 10473*)

**1901. Dena Yago** (*ZIP code: 11218*)

**1902. ana w** (*ZIP code: 10462*)
f landlords

**1903. rhaven in** (*ZIP code: 11213*)

**1904. Brandon Wilner** (*ZIP code: 11221*)

**1905. Hunter Simpson** (*ZIP code: 11221*)

**1906. Jasmin Chang** (*ZIP code: 11372*)

**1907. Lele Perkins** (*ZIP code: 11222*)

**1908. Nana Boateng** (*ZIP code: 02130*)

**1909. Vanessa Thill** (*ZIP code: 94804*)

**1910. Rebecca Ellsworth** (*ZIP code: 11205*)

**1911. Samantha Jeffords** (*ZIP code: 11237*)

**1912. Kisha Bari** (*ZIP code: 11372*)

**1913. Sarah Sullivan** (*ZIP code: 11385*)
All peoples have the right to safe, clean, FAIR housing! No more exploitation.

**1914. Ryan  Bottitta**  (*ZIP code: 11378*)

**1915. Lovepreet Kaur** (*ZIP code: 11221*)

**1916. Annabelle Meunier** (*ZIP code: 11104*)

**1917. Dillon S** (*ZIP code: 10704*)

**1918. Heaven  Moore** (*ZIP code: 11213*)

**1919. Jonah Linhares** (*ZIP code: 11237*)
It's important to me that private investments are NOT prioritized over actual people who need a place
to live. The amount of housing in this city is not the problem, it is the price.

**1920. Chelsey  Alphonso**  (*ZIP code: 11103*)

**1921. Sasha Burnett** (*ZIP code: 11230*)
10,000 Rent Stabilized Tenants Deserve a Say Over Their Homes

**1922. Amanda  Soto** (*ZIP code: 11235*)

**1923. Victoria  Johnson** (*ZIP code: 11215*)

**1924. Rebecca  Lawrence**  (*ZIP code: 11226*)

This is the best way forward. Please allow people to be at the center of housing, not just private equity!

**1925. Ashley Murphy** (*ZIP code: 11221*)

**1926. Kathryn Spencer** (*ZIP code: 11385*)

**1927. Onyi Nwosu** (*ZIP code: 11213*)

**1928. Katherine Fox** (*ZIP code: 06484*)

**1929. Sarah Louis** (*ZIP code: 11372*)

**1930. Shameka Seabrook** (*ZIP code: 33021*)

**1931. Dean Lorentz-Perrone** (*ZIP code: 11220*)

**1932. Mikah Barrueta** (*ZIP code: 11106*)

**1933. Darializa Avila Chevalier** (*ZIP code: 10027*)

**1934. Rebecca Waxman** (*ZIP code: 90026*)

**1935. Alina Gatrell** (*ZIP code: 11226*)
We deserve to keep our homes, and stay safe and healthy

**1936. Karissa Gonzalez** (*ZIP code: 11102*)

**1937. Alayna Bierly** (*ZIP code: 11215*)

**1938. An anonymous signer** (*ZIP code: 11237*)

**1939. Taniya Washington** (*ZIP code: 11213*)

**1940. V M** (*ZIP code: 11226*)

**1941. Carol Smith** (*ZIP code: 30328*)

**1942. Winnie Ho** (*ZIP code: 11377*)

**1943. Asia Carter** (*ZIP code: 11237*)

**1944. Sukrith Akula** (*ZIP code: 11206*)

**1945. Claudette Chenet** (*ZIP code: 11218*)

**1946. JENNIFER ALCON** (*ZIP code: 10468*)

**1947. Alexa Sanders** (*ZIP code: 10023*)

**1948. Aisha Akoshile** (*ZIP code: 11210*)

**1949. Alyssa Altebrando** (*ZIP code: 11221*)

**1950. Adesuwa Agbontaen** (*ZIP code: 10475*)

**1951. Earth Rose** (*ZIP code: 11206*)

**1952. Andrew Valentine** (*ZIP code: 11226*)

**1953. Olivia Krewer** (*ZIP code: 12180*)
Please give the tenants enough time to have input on the auction process. It is their homes.

**1954. Kunsang Dolma** (*ZIP code: 11377*)

**1955. Chris Woolfrey** (*ZIP code: 11230*)

**1956. Moyna John** (*ZIP code: 11367*)

**1957. Marsha Jones** (*ZIP code: 11216*)

**1958. Melina Polanco** (*ZIP code: 11207*)
Housing is a human right not a means for profit

**1959. Agnes Ayo** (*ZIP code: 11221*)

**1960. Justin Monserrat Fernando** (*ZIP code: 10028*)

**1961. Rebecca Pro** (*ZIP code: 10457*)

**1962. Khari King** (*ZIP code: 11206*)

**1963. Chika Okoro-Osademe** (*ZIP code: 11207*)

**1964. Hamadi Duggan** (*ZIP code: 11216*)
AS WE RISE, PINNACLE WILL FALL!!

**1965. Kacy Gonzalez** (*ZIP code: 10033*)

**1966. Caleb Hall** (*ZIP code: 10019*)

**1967. Esmeralda Garcia** (*ZIP code: 10016*)
Protect

**1968. Cassidy Peña** (*ZIP code: 11225*)

**1969. Victoria Rey** (*ZIP code: 11225*)

**1970. Genevieve Cosentino** (*ZIP code: 11237*)

**1971. Nathalie Excellent** (*ZIP code: 10031*)

**1972. Jannath Ahmed** (*ZIP code: 11377*)

**1973. Taylor Webb** (*ZIP code: 11206*)

**1974. C Harrison** (*ZIP code: 11237*)

**1975. Safina Mohammed** (*ZIP code: 11355*)

**1976. Rupert Thurlow** (*ZIP code: 11106*)

**1977. ANISSA CRUZ** (*ZIP code: 10040*)
PINNACLE HAS A $800M PORTFOLIO AT THE COST OF OVER 10,000 TENANTS HEALTH,
WELLNESS, & LIVELIHOOD! STOP THE SUFFERING! WE NEED OUR VOICES HEARD!

**1978. Chaya Howell** (*ZIP code: 11216*)

**1979. Rebecca Park** (*ZIP code: 11215*)

**1980. Vickitora Jean Louid** (*ZIP code: 11378*)

**1981. Danielle Burns** (*ZIP code: 10019*)

**1982. Ava Perman** (*ZIP code: 11215*)

**1983. Chanel Richardson** (*ZIP code: 10472*)

**1984. Paul Kierulf** (*ZIP code: 11215*)

**1985. Anna Baker-Heans** (*ZIP code: 11412*)

**1986. Atta-Ofori  Gould**  (*ZIP code: 11230*)

**1987. Okosioda Durham** (*ZIP code: 10040*)
Secure Tenants' Rights to habitable and safe living conditions!

**1988. Madalyn Alfonso** (*ZIP code: 11209*)
I support slowing this auction down and hearing the tenants out!

**1989. Ari David** (*ZIP code: 11226*)
Pinnacle Group has done nothing but harass and neglect us tenants. They will do whatever they can to help themselves at our expense. Please help us fight back against their harmful machinations.

**1990. Madeline Booker** (*ZIP code: 11103*)

**1991. Tunisia S** (*ZIP code: 11411*)

**1992. Uriel Walker** (*ZIP code: 11215*)

**1993. Joseph Lorwin** (*ZIP code: 11225*)
We need a landlord who is committed to managing rent stabilizing housing, who has respect for tenants as human beings, and who follows the law.

**1994. Aditi Praveen** (*ZIP code: 11221*)
Help us protect 10,000 rent stabilized NYC tenants!

**1995. DELFIN   Sanchez** (*ZIP code: 10040*)
A LOT OF DAMAGE IN MY APARTMENT. MOLD. DIRTY WALLS.
OLD PIPES LIKING

**1996. Steve Rosenthal**  (*ZIP code: 10011*)

**1997. Sarah Vinnett** (*ZIP code: 11216*)

**1998. Kendall Felix** (*ZIP code: 11206*)

**1999. JAMILAH Choudhury**  (*ZIP code: 11101*)

**2000. Ojuolape Ajose** (*ZIP code: 10029*)

**2001. D W** (*ZIP code: 10461*)

**2002. Erick Enninful** (*ZIP code: 11225*)

**2003. Devora  Huarcaya** (*ZIP code: 11378*)

**2004. Samantha Waite** (*ZIP code: 11225*)

**2005. Katelan Newman** (*ZIP code: 11375*)

**2006. Heesun Jun** (*ZIP code: 10019*)

**2007. Andrea Ruiz Diaz** (*ZIP code: 11374*)

**2008. Marleigh C** (*ZIP code: 11226*)

**2009. Leandra Ramlo** (*ZIP code: 11205*)

**2010. Micaela Lyons** (*ZIP code: 11216*)

**2011. Emily Fink** (*ZIP code: 11226*)
Tenants have a RIGHT to live safely and to have a SAY in their living conditions

**2012. Dalila Haden** (*ZIP code: 11233*)

**2013. Naomi Bush**  (*ZIP code: 10457*)

**2014. Andrew Joyce** (*ZIP code: 11225*)
Tenants deserve a say in the future of their homes

**2015. Taliyah  Molina** (*ZIP code: 11231*)
Let's take back our city __.

**2016. Michael Friedrich** (*ZIP code: 11205*)

**2017. Michelle Gelda** (*ZIP code: 11238*)

**2018. JC Smith** (*ZIP code: 30215*)

**2019. Emilia Pesantes** (*ZIP code: 11435*)

**2020. Jesus Salas Cruz** (*ZIP code: 11369*)

**2021. giselle roque** (*ZIP code: 10467*)

**2022. Blessing James** (*ZIP code: 10031*)
Gone are the days of private greed and neglect! Let those living in the properties have a say in how they live, and most importantly, thrive!

**2023. MELANIE ALMENAS** (*ZIP code: 11207*)

**2024. Brithney Sandiford** (*ZIP code: 11224*)

**2025. Anupya Pamidimukkala** (*ZIP code: 07086*)

**2026. Renee James** (*ZIP code: 11238*)

**2027. An anonymous signer** (*ZIP code: 11385*)

**2028. Samuel Braslow** (*ZIP code: 10031*)

**2029. Rhiannon Rodgers** (*ZIP code: 11221*)

**2030. Ariel Mengistu** (*ZIP code: 11215*)

**2031. Darniah Bishop** (*ZIP code: 10031*)

**2032. Nicole Escobar** (*ZIP code: 11226*)

**2033. Erica Cafarelli** (*ZIP code: 11216*)

**2034. Gabriel Cohen** (*ZIP code: 11226*)

**2035. Treble Vasquez** (*ZIP code: 11417*)

**2036. Lilian Rea** (*ZIP code: 77386*)

**2037. Mai Polo** (*ZIP code: 11357*)

**2038. August Barnett** (*ZIP code: 10027*)

**2039. Cami Dominguez** (*ZIP code: 11216*)

**2040. Sarah Lazur** (*ZIP code: 11213*)

**2041. An anonymous signer** (*ZIP code: 11234*)

**2042. Heba Elsetouhi** (*ZIP code: 07632*)

**2043. Naomi Betancourt** (*ZIP code: 07305*)

**2044. Gayatri Thiru** (*ZIP code: 10016*)
STOP LETTING GREEDY BILLIONAIRES FUCK PEOPLE OVER , THEY HAVE ENOUGH FOR
THEIR FAT ASSES ALREADY

**2045. farah bey** (*ZIP code: 10473*)

**2046. grace blewer** (*ZIP code: 10016*)

**2047. Tess Garcia** (*ZIP code: 11215*)

**2048. Chandler Hart-McGonigle** (*ZIP code: 10002*)

**2049. genesis rodriguez** (*ZIP code: 10040*)

**2050. K Goff** (*ZIP code: 11225*)
It's such an urgent impressing matter as we go into winter that slumlords like pinnacle are held
accountable. They have neglected many of the older tenants/immigrant tenants who have been here
for decades very intentionally. They've also threatened tenants who have talked about creating a
tenants union or working with a tenants union. They also have recently stopped servicing things like
their appliances, because they are also currently already in court with the vendor because they owe
them money.

It's vital that we protect rent stabilized tenants. They have continuously refused to fix a lot of things
because they want to push people out and try to destabilize the units.

My building alone, have the elevator out for six months at one point. The department of buildings
came by numerous times, and only wrote out fines, which they easily paid. Meanwhile, my tenants
who live on the top floors who are often disabled/elderly were stuck in their apartments for months
because they could not physically walk up and down the stairs.

Their portfolio and history of claiming "bankruptcy" is such a sham. Tenants have been paying their
rent even when they have massive holes in their ceilings that take months to repair.

**2051. Tee Joachim** (*ZIP code: 11226*)

**2052. Rafael Vidal** (*ZIP code: 10455*)

**2053. Daniel Romero** (*ZIP code: 10462*)

**2054. E'Niah Preston** (*ZIP code: 07712*)

**2055. Steven Aarons** (*ZIP code: 11102*)
Please hold the landlord accountable for illegal and inhumane living conditions please give tenants their rights as remedy

**2056. Juan Lamata** (*ZIP code: 90041*)

**2057. Kareem Lawrence** (*ZIP code: 11210*)

**2058. Shanna Blankinship** (*ZIP code: 11224*)
The rich wouldn't be rich if it wasn't for us poor & Middle class ppl.  Rich always gets rich off the backs of us.

**2059. Oscar Alvarez** (*ZIP code: 33165*)
hell yea

**2060. kass howard** (*ZIP code: 11206*)

**2061. Lauren** (*ZIP code: 10021*)

**2062. Chelsea Dutton** (*ZIP code: 11201*)

**2063. Ashley Loja** (*ZIP code: 10473*)

**2064. Mae De Villeméjane** (*ZIP code: 10009*)

**2065. Jonathan Phillips** (*ZIP code: 10977*)

**2066. Joelee Aponte** (*ZIP code: 10458*)

**2067. Alek Dales** (*ZIP code: 11203*)

**2068. Megan Moore Moore** (*ZIP code: 11218*)

**2069. Sophia Caputo** (*ZIP code: 10065*)

**2070. Finn D'Amico-Jubak** (*ZIP code: 11221*)

**2071. Joan  Spence** (*ZIP code: 11225*)

**2072. Emily  Rieger** (*ZIP code: 11106*)

**2073. Jay Smith** (*ZIP code: 11432*)

**2074. Grace Ling** (*ZIP code: 02909*)

**2075. Ella Fruchter** (*ZIP code: 11238*)

**2076. Cheyenne Thomas** (*ZIP code: 11433*)

**2077. Liza Fernandez** (*ZIP code: 10032*)

**2078. Nicky Dj** (*ZIP code: 10465*)

**2079. Arianna Morales** (*ZIP code: 10467*)

**2080. Annikaa Downs** (*ZIP code: 11238*)

**2081. River Rose** (*ZIP code: 11233*)

**2082. Alyssa Cartee** (*ZIP code: 11209*)

**2083. alexandria card** (*ZIP code: 07417*)

**2084. Dinah  Isidor** (*ZIP code: 11420*)

**2085. Jennifer Payne** (*ZIP code: 11226*)

**2086. Pooja Accamma** (*ZIP code: 11226*)

**2087. Ashleigh Crowther** (*ZIP code: 11225*)

**2088. Benjamin Cho** (*ZIP code: 11379*)

**2089. Karen Vellensky** (*ZIP code: 11225*)

**2090. Laurie Davidson** (*ZIP code: 11225*)
Human need before corporate greed!

**2091. Jenna  Sullivan** (*ZIP code: 07029*)

**2092. Joe Skibbens** (*ZIP code: 11237*)

**2093. Tenaiya  Ortiz-Long** (*ZIP code: 10456*)

**2094. Jinx Ellwanger** (*ZIP code: 11207*)

**2095. Sakunthala Sankar** (*ZIP code: 9168492434*)

**2096. Kenyatta Jennings** (*ZIP code: 10040*)

**2097. Kamille Sabio** (*ZIP code: 11213*)

**2098. tyler** (*ZIP code: 10466*)

**2099. Bec Q** (*ZIP code: 11237*)

**2100. Nova McLeod** (*ZIP code: 21117*)

**2101. Yinersi Gonzales** (*ZIP code: 11207*)

**2102. An anonymous signer** (*ZIP code: 10027*)

**2103. Sherri Cohen** (*ZIP code: 11226*)

**2104. Nicole Walker** (*ZIP code: 10021*)

**2105. Samantha Sherry** (*ZIP code: 11226*)

**2106. Kathleen Finley** (*ZIP code: 11237*)

**2107. Latrisha  Dodson** (*ZIP code: 11216*)

**2108. Elias Higgs** (*ZIP code: 11361*)

**2109. Shindera Jackson** (*ZIP code: 11213*)

**2110. Laura Mock** (*ZIP code: 10027*)

**2111. maddie Harris** (*ZIP code: 11385*)
keep rent stabilization !!!!

**2112. ahsley  nixon** (*ZIP code: 11226*)

**2113. Emani  Sanders** (*ZIP code: 10924*)

**2114. Karen  Rivera** (*ZIP code: 10002-3308*)

**2115. Jasmin Jackson** (*ZIP code: 11226*)

470 ocean ave

**2116. Alexandria  Brumbaugh** (*ZIP code: 10027*)

**2117. Naomi Singer** (*ZIP code: 11226*)

**2118. Joseph Siena** (*ZIP code: 11226*)

**2119. Kiandra Alverio** (*ZIP code: 10128*)

**2120. Lucas Kane** (*ZIP code: 11205*)

**2121. Salem Joseph**  (*ZIP code: 11230*)
Every apartment has humans beings that deserve housing.

**2122. Ria Gupta** (*ZIP code: 75035*)

**2123. Tatiana  Inkabi**  (*ZIP code: 10304*)

**2124. An anonymous signer**  (*ZIP code: 11358*)

**2125. Liz Wright** (*ZIP code: 11216*)
Hiya! I support this action! Please slow down the process of this auction and respect the needs of thousands of rent stabilized tenants. Thanks!!

**2126. Yvonne Wynkoop** (*ZIP code: 11226*)

**2127. Suzanne Previl** (*ZIP code: 11234*)

**2128. Ollie Henry** (*ZIP code: 11207*)

**2129. Chiara Cerniglia** (*ZIP code: 10301*)

**2130. lau barrios** (*ZIP code: 11238*)

**2131. Erika Souklaye** (*ZIP code: 11222*)

**2132. amaya walker** (*ZIP code: 10452*)

**2133. Claudia Lebron** (*ZIP code: 10031*)

**2134. Elisa Zhang** (*ZIP code: 10010*)

**2135. Michelle Repper** (*ZIP code: 11222*)

**2136. Emily Castro** (*ZIP code: 11376*)

**2137. Teshandra  Gustave** (*ZIP code: 11225*)

**2138. Robert Roberts** (*ZIP code: 11225*)

**2139. Valerie Previl** (*ZIP code: 11210*)
Stop playing with NYers right to dignity.
Standing with the tenants!

**2140. Chytese  Granton** (*ZIP code: 11223*)

**2141. alex Jordan** (*ZIP code: 11226*)

**2142. Janice Eveillard** (*ZIP code: 11203*)
Please give tenants everyday people an affordable and unkept building/units. Also a seat at the table of ownership, it's only fair.

**2143. Alu Liberati** (*ZIP code: 10023*)

**2144. Derek Lipkin** (*ZIP code: 94043*)

**2145. Anya Mccall** (*ZIP code: 11216*)
Greedy landlords don't deserve to remove residents from their homes. Let the people stay

**2146. Anjali Deshmukh** (*ZIP code: 11372*)

**2147. Stephanie Uriostegui** (*ZIP code: 11221*)

**2148. Kennedy Hall** (*ZIP code: 11421*)

**2149. Rebecca Heisler** (*ZIP code: 11226*)

**2150. Ricky DeMaio** (*ZIP code: 10025*)

**2151. Jordan Lilly** (*ZIP code: 11221*)
Give tenants a voice in their future!

**2152. Farah Herbert** (*ZIP code: 11210*)

**2153. Emily Berger** (*ZIP code: 11249*)

**2154. Keisha DeJesus** (*ZIP code: 11106*)

**2155. Layla M** (*ZIP code: 11205*)

**2156. Kevin Shea** (*ZIP code: 10023*)

**2157. maria gamboa** (*ZIP code: 12216*)

**2158. Eve Gimbel** (*ZIP code: 10011*)

**2159. Amity Murray** (*ZIP code: 11205*)

**2160. Mayelyn Santos** (*ZIP code: 10468*)

**2161. Tahirah Folk** (*ZIP code: 11427*)

**2162. Jay Pabarue** (*ZIP code: 10454*)
The tenants all deserve a say. housing is a human right.

**2163. Sebastien  Haizet**  (*ZIP code: 10031*)

**2164. Cee Thomas** (*ZIP code: 11213*)
We are all just trying to survive the game of life.

**2165. Cailley F** (*ZIP code: 10011*)
Residents having a say in this process makes housing safer, healthier and more equitable!

**2166. Beatrice Lalanne** (*ZIP code: 11210*)

**2167. Shakira Bolden** (*ZIP code: 11233*)
Do the right thing. Empower the ppl

**2168. Lake Weiss** (*ZIP code: 11365*)

**2169. Cass Davis** (*ZIP code: 11237*)

**2170. Frida Jackson** (*ZIP code: *)

**2171. Estrella Bravo** (*ZIP code: 11221*)

**2172. August  Cao** (*ZIP code: 10034*)

**2173. Fanta Diarrassouba**  (*ZIP code: 10039*)

**2174. Maria Valerio** (*ZIP code: 10468*)

**2175. Akosua Opong-Wiredu** (*ZIP code: 10037*)

**2176. Khadyja Jalloh** (*ZIP code: 10026*)

**2177. Chris Knight** (*ZIP code: 11435*)

**2178. Susannah Colina** (*ZIP code: 11226*)
Stop the tenant exploitation!

**2179. Talia Lerner** (*ZIP code: 11375*)

**2180. Rachel Hyatt** (*ZIP code: 11215*)

**2181. Nina Pollock** (*ZIP code: 11238*)

**2182. Tracey Prudencio** (*ZIP code: 11354*)

**2183. Laura  Neill** (*ZIP code: 11226*)

**2184. Jessica  Flores** (*ZIP code: 10303*)

**2185. Khanam Shakeeba** (*ZIP code: 11370*)

**2186. Rachelle O'Neil** (*ZIP code: 11226-2143*)
222 Lenix Rd. 5M

**2187. Joanne Harris** (*ZIP code: 11226*)
Give everyday people a chance

**2188. chelsea gross** (*ZIP code: 11226*)

**2189. Jillian Tibbetts** (*ZIP code: 11226*)

**2190. Alliyan  Hutchinson**  (*ZIP code: 11226*)

**2191. z andrews** (*ZIP code: 11691*)

**2192. Angelique  Mary** (*ZIP code: 11226*)

**2193. Salem Alvarez**  (*ZIP code: 11216*)

**2194. Austyn Morrin** (*ZIP code: 11004*)


**2195. Dominique Chatterjee** (*ZIP code: 11226*)


**2196. Sheron Robinson** (*ZIP code: 11226*)
Save my rent stabilized apartment been here to long to just walk away.


**2197. Jone Dell** (*ZIP code: 11217*)
To: Honorable David S. Jones and Flagstar Bank
From: [Your Name]

Dear Honorable David S. Jones and Creditors at Flagstar Bank,

I am writing about Case No. 25-11050 (DSJ) to express my support for the tenants living in the Pinnacle Group/Broadway Realty properties currently at risk in the auction process.

More than 5,000 New Yorkers across 93 buildings are facing the possibility of losing their homes. For years, tenants have documented severe neglect — elevator failures that confine elderly and disabled residents to their floors, unhealthy conditions caused by mold and pests, and long-term maintenance issues that threaten safety and stability. These are not abstract concerns; they are lived realities.

If the auction continues as currently structured, the buildings are likely to end up with another landlord following the same harmful patterns. Tenants understand this risk firsthand, which is why they have come together to form a tenant union that now spans over 40 buildings in three boroughs. Their goal is simple: to preserve their homes, address long-standing repairs, and secure a stable future. They are working constructively with city agencies, and elected officials are standing with them — but these efforts require time.

This bankruptcy is not just a matter of financial restructuring. It affects real families, real communities, and the future of deeply affordable housing stock in New York City. I respectfully urge you to slow down the auction process and ensure tenants have a meaningful role in shaping what happens next. A humane, sustainable outcome is only possible if the people who live in these buildings are heard and protected.

Thank you for considering the well-being and dignity of the New Yorkers whose lives will be shaped by this decision.


**2198. Carole Alazki** (*ZIP code: 11207*)


**2199. Samantha Diaz** (*ZIP code: 11225*)


**2200. Nicole Pena** (*ZIP code: 32824*)
Rent Stabilized Tenants Deserve a Say Over Their Homes


**2201. Antonette Samuel** (*ZIP code: 11226*)


**2202. Ashley Huynh** (*ZIP code: 11237*)

**2203. Michelle Harris-Barcoo** (*ZIP code: 11226*)


**2204. Christina Melillo** (*ZIP code: 11207*)


**2205. Damian Huston** (*ZIP code: 11207*)
Landlords need to be held accountable! These tenants have been suffering from poor management for years and the city needs to protect their rights by fining the landlord and ordering them to remedy all building issues. Rent controlled apartments are incredibly important to nyc, especially now as the cost of living has skyrocketed and poverty is increasing at an alarming rate.


**2206. Skylar  Kirk** (*ZIP code: 11417*)


**2207. An anonymous signer** (*ZIP code: 11233*)


**2208. tay** (*ZIP code: 11201*)


**2209. Paige Dmuchovsky** (*ZIP code: 11233*)


**2210. An anonymous signer** (*ZIP code: 11204*)


**2211. Shayna  Neville** (*ZIP code: 11236*)
Everyone has a right to maintain affordable housing!


**2212. Cynthia  Rose** (*ZIP code: 11225*)


**2213. Denise  Prince** (*ZIP code: 11226*)


**2214. Hilda  Cardenas** (*ZIP code: 11103*)


**2215. Gervais Marsh** (*ZIP code: 11233*)


**2216. niyah nicole** (*ZIP code: 11203*)


**2217. Michael Zolnowski** (*ZIP code: 11225*)
Billionaires should not exist especially when 1 of them can fix ALL our apartment issues/needs!


**2218. Korseeim Lesane** (*ZIP code: 11226*)


**2219. Sabrina Ramsay** (*ZIP code: 11226*)


**2220. Isabella De Simone** (*ZIP code: 10021*)


**2221. Ana Connolly** (*ZIP code: 11226*)

VOTING FOR THE DIGNITY OF NYC TENANTS

**2222. Diana  Pho** (*ZIP code: 11225*)
These tenants deserve a day in keeping their homes and getting the support they need.

**2223. Oleg Smirnov** (*ZIP code: 11226*)

**2224. yilla  chen** (*ZIP code: 11229*)

**2225. Damani  Philip** (*ZIP code: 10025*)

**2226. Monica Holder** (*ZIP code: 11226*)

**2227. Sasha Rechler** (*ZIP code: 11238*)

**2228. Miranda Jackson** (*ZIP code: 11209*)

**2229. Simon Rahaman** (*ZIP code: 11226*)

**2230. Sarah Rowland** (*ZIP code: 11237*)

**2231. Kamirah  Jones** (*ZIP code: 11226*)

**2232. Ben Bathman** (*ZIP code: 10027*)

**2233. Katie F** (*ZIP code: 11237*)

**2234. Jennifer Hi** (*ZIP code: 10040*)
I live in a Pinnicle managed building and I would like to join the union

**2235. Leah  Stern** (*ZIP code: 11225*)

**2236. Michael Mausler** (*ZIP code: 11418*)

**2237. Amoy Auguste** (*ZIP code: 11226*)

**2238. Symone Edwards** (*ZIP code: 11366*)

**2239. Alex Emond** (*ZIP code: 11225*)

**2240. Eriyale Williams** (*ZIP code: 11226*)

**2241. Fernando Chimborazo** (*ZIP code: 11725*)

**2242. Sajda Waite** (*ZIP code: 10033*)

**2243. Louisa** (*ZIP code: 10128*)

**2244. Krista  Lamar** (*ZIP code: 10009*)
Change for a better future!! I hope for more.

**2245. Alissandra Valdez** (*ZIP code: 91501*)

**2246. Sarah Ryland** (*ZIP code: 11226*)

**2247. Bright Limm** (*ZIP code: 11435*)

**2248. Siddharth Kapoor** (*ZIP code: 11217*)

**2249. han c** (*ZIP code: 11216*)

**2250. Jonathan Good** (*ZIP code: 11225-3906*)

**2251. Samuel Nitz** (*ZIP code: 11103*)

**2252. Giuliana Benedicty** (*ZIP code: 10031*)
Please allow some time and specific review of all options to make the best decision to maintain livable
affordable housing

**2253. Suzan Grindrod** (*ZIP code: 53704*)

**2254. M M** (*ZIP code: 11221*)

**2255. akiyah smith** (*ZIP code: 11413*)

**2256. Kalia Boutier** (*ZIP code: 10040*)

**2257. Amy Jeon** (*ZIP code: 11230*)

**2258. Veda Yagnik** (*ZIP code: 11206*)

**2259. Julia Palmer** (*ZIP code: 10017*)

**2260. Addie O** (*ZIP code: 19038*)

**2261. Logan LeWarn** (*ZIP code: 11218*)

**2262. Christine  Watler** (*ZIP code: 11225*)
Tenant rights are human rights. We need begin to let these companies know that behind all their tactics are human beings with stories, hope and dreams. No one I know dreams of elder abuse, rats running across their bodies, pipes exploding, no heat or hot water and being ignored and gaslit by ownership and their small army of equally distasteful minions. The time for this to stop is NOW. The time for a reckoning is upon the powers that be and the people united will NEVER be defeated. Money and illegal behaviors won't save Joel Wiener's playbook of disdain and abuse of his tenants. Also the City agencies must be investigated for aligning with Pinnacle and other slumlords and be held to account for why their obligations to the residents of this city don't favor the residents of this city.

**2263. Rose Lenehan** (*ZIP code: 90057*)

**2264. Mar Frias** (*ZIP code: 10454*)

**2265. Joy Welch** (*ZIP code: 11226*)

**2266. Stacey Reimann** (*ZIP code: 11216*)

**2267. Ianna Culley** (*ZIP code: 11234*)

**2268. Daniel Matthews** (*ZIP code: 11218*)

**2269. opeyemi ojo** (*ZIP code: 10033*)

**2270. An anonymous signer**  (*ZIP code: 11412*)

**2271. Gabrielle Gilliam** (*ZIP code: 11225*)

**2272. Manan Raval** (*ZIP code: 11213*)

**2273. N'Deye Diakhate** (*ZIP code: 10031*)

**2274. Dionne Owens** (*ZIP code: 11206*)

**2275. Cindy Hwang** (*ZIP code: 11201*)

**2276. Christopher Wong** (*ZIP code: 11214*)

**2277. Moises Mendez II** (*ZIP code: 11233*)

**2278. An anonymous signer**  (*ZIP code: 10004*)

**2279. Rumana Haque** (*ZIP code: 11427*)

**2280. Takami Nishimoto** (*ZIP code: 10128*)

**2281. James Thacher** (*ZIP code: 11225*)

**2282. Alexandra Peters-Hepburn** (*ZIP code: 11217*)

**2283. Jataj Pegues** (*ZIP code: 11221*)

**2284. Tiana Greene** (*ZIP code: 11215*)

**2285. Paul Hudson** (*ZIP code: 11226*)

**2286. Roxxi Deka** (*ZIP code: 10457*)
We need affordable apartments in livable conditions and reparations when needed .

**2287. Shomari Stafford** (*ZIP code: 11216*)

**2288. Kaitlyn Almonte** (*ZIP code: 07304*)

**2289. Brandon Shafran** (*ZIP code: 11214*)

**2290. Fatuma Yusuf** (*ZIP code: 11223*)

**2291. Kitson Smyth** (*ZIP code: 10025*)

**2292. Vanessa Soriano** (*ZIP code: 11226*)

**2293. Anna lawrence** (*ZIP code: 11225*)

**2294. Chamette Kelly** (*ZIP code: 11208*)

**2295. Kayla Diggs** (*ZIP code: 07076*)

**2296. Dominique Porter** (*ZIP code: 1047*)

**2297. Carissa A** (*ZIP code: 11226*)

**2298. Juliana Ross** (*ZIP code: 11210*)
These landlords do nothing. They violate our renters rights, ignore us till we move, so they can jack up the rent. They'll warehouse until they can make it all market rate. Mine has been ordered by the attorney general and they still don't care to act

**2299. Meredith Buenz** (*ZIP code: 10010*)

**2300. Apneet Kaur** (*ZIP code: 10014*)

**2301. Foster Sheesley** (*ZIP code: 10031*)

**2302. Suwen Cheong** (*ZIP code: 11225*)

**2303. Ariana Cavitt** (*ZIP code: 12110*)

**2304. Alnisa Petty** (*ZIP code: 11233*)

**2305. Shannon Horsey** (*ZIP code: 11233*)

**2306. thiviya saraswati** (*ZIP code: 11225*)

**2307. Desiree Barnett** (*ZIP code: 11215*)

**2308. Talissa Dorsaint** (*ZIP code: 11101*)

**2309. Nina Kulacki** (*ZIP code: 10040*)

**2310. Ashley Bermudez** (*ZIP code: 10026*)

**2311. Alexandria Orama** (*ZIP code: 10031*)

**2312. Ray Low** (*ZIP code: 10003*)

**2313. Deanna gordon** (*ZIP code: 11207*)

**2314. Francheska Jimenez** (*ZIP code: 10458*)

**2315. Aisha Alnashash** (*ZIP code: 11230*)

**2316. Laura Sayer** (*ZIP code: 11372*)

**2317. Nina Frazier** (*ZIP code: 11207*)

**2318. Samantha Sikder** (*ZIP code: 11226*)

**2319. Megan Schubert** (*ZIP code: 11102*)

**2320. Sarah  Nasson** (*ZIP code: 11226*)

**2321. Shin Omote** (*ZIP code: 11373*)

**2322. Alex Saunders**  (*ZIP code: 11213*)

**2323. Widya Sujatma** (*ZIP code: 11374*)

**2324. Tenzin Norzin** (*ZIP code: 11377*)

**2325. Tyler White** (*ZIP code: 11413*)

**2326. Duygu Papadopoulos** (*ZIP code: 11226*)

**2327. Maxiel Wilmore** (*ZIP code: 10016*)

**2328. Sarah Dey Hirshan** (*ZIP code: 11226*)

**2329. Saarah Ahmed** (*ZIP code: 10037*)

**2330. U P** (*ZIP code: 11237*)

**2331. Melissa Gradel** (*ZIP code: 11226*)

**2332. Sophie Glickman** (*ZIP code: 11213*)

**2333. Stacy  Lewis**  (*ZIP code: 11432*)

**2334. Patrick Elizalde** (*ZIP code: 11542*)

**2335. Meredith Seiberlich** (*ZIP code: 11222-2901*)

**2336. SHARON E  BURGIN**  (*ZIP code: 11226*)

**2337. An anonymous signer**  (*ZIP code: 11222*)

**2338. Xeland Van Brackle** (*ZIP code: 11580*)
Me and my family had to leave the city due, in part, to cost. People deserve to stay in their homes.

**2339. Ariel Contreras** (*ZIP code: 11102*)

**2340. Thalia  Sablon** (*ZIP code: 11226*)

**2341. Janice Boyd** (*ZIP code: 11226*)
Please help us stay in our homes.

**2342. Katie Hayden** (*ZIP code: 11226*)

**2343. Brandi Forrester**  (*ZIP code: 11226*)

**2344. Miranda  Dias** (*ZIP code: 11218*)

**2345. Nykki  Valentine**  (*ZIP code: 10035*)
We deserve to have a say in our future please hold off on the auction

**2346. Michael Sandmel** (*ZIP code: 11225*)

**2347. Manny Dunn** (*ZIP code: 10031*)

**2348. Monica Calderon** (*ZIP code: 11368*)

**2349. Joe Purtell** (*ZIP code: 11225*)

**2350. Alison Howell** (*ZIP code: 11226*)

**2351. Callie Orourke** (*ZIP code: 11216*)

**2352. Zoe Alatsas** (*ZIP code: 11234*)

**2353. Brian  Bailey** (*ZIP code: 16510*)

**2354. Lincoln Ritter** (*ZIP code: 11217*)

**2355. Emily DeCola** (*ZIP code: 11225*)
222 Lenox Road tenants deserve fair housing!

**2356. Sharaine D'Oyen** (*ZIP code: 11226*)

**2357. Alex Reynolds** (*ZIP code: 10034*)

**2358. Layle-Stav Kashi** (*ZIP code: 11211*)

**2359. Fatima Saidysall** (*ZIP code: 10475*)
New Yorkers should be able to afford where they live.

**2360. Sarah Benstraum** (*ZIP code: 11238*)

**2361. Vik Gill** (*ZIP code: 11372-8137*)

**2362. Quinn Dumel** (*ZIP code: 11226-6316*)

**2363. Sofia Tavella** (*ZIP code: 11222*)

**2364. niqo torrez** (*ZIP code: 11213*)

**2365. Chloe V** (*ZIP code: 11221*)

**2366. Miehrit Kassa** (*ZIP code: 11221*)

**2367. Theresa Soto** (*ZIP code: 07730*)

**2368. Londen Shannon** (*ZIP code: 11374*)

**2369. Emma Butler-VanderLinden** (*ZIP code: 11201*)

**2370. Charlotte Burns** (*ZIP code: 11385*)

**2371. Akeema  Johnson** (*ZIP code: 11226*)

**2372. Alice Kelly** (*ZIP code: 11377*)
Stop corrupt landlords

**2373. Hannah Friedman** (*ZIP code: 11201*)

**2374. Lauren Castro** (*ZIP code: 10034*)

**2375. Ella Culton** (*ZIP code: 10025*)

**2376. Marlon Small** (*ZIP code: 11226*)

**2377. Aldo Arias** (*ZIP code: 11215*)
We've got to break this cycle of tenant exploitation. Let us explore other models of ownership

**2378. Raul Torres** (*ZIP code: 11206*)
I urge you to slow down the auction and allow city agencies the time to take whatever steps are
needed to protect the people who live in these buildings long-term. Protect real New York!

**2379. Zoe Keller** (*ZIP code: 11385*)

**2380. Mariah Espada** (*ZIP code: 11217*)

**2381. Steven  Young** (*ZIP code: 55405*)

**2382. Kimberly Dorismond** (*ZIP code: 11213*)

**2383. Danielle Mindess** (*ZIP code: 11225*)

**2384. Larry  Waldropt** (*ZIP code: 10032*)

**2385. Justine Maffei** (*ZIP code: 10025*)

**2386. Parker Crandell** (*ZIP code: 11205*)

**2387. Rachel Seher** (*ZIP code: 11238*)
Fair rent and stable housing is a human right!

**2388. Elise Goldin** (*ZIP code: 11225*)

**2389. Kennie Doram** (*ZIP code: 11221*)

**2390. Kathryn McKinney** (*ZIP code: 11226*)

**2391. Roya Haroun** (*ZIP code: 11222*)

**2392. Dian Aris** (*ZIP code: 11226*)

**2393. Allison  Williams** (*ZIP code: 11226*)

**2394. Taylor Russo** (*ZIP code: 11221*)

**2395. Makera  Monroe** (*ZIP code: 11226*)

**2396. Nusayba Hammad** (*ZIP code: 11106*)

**2397. Sophia Z** (*ZIP code: 11552*)

**2398. KJ Burkhauser** (*ZIP code: 11232*)

**2399. Niera  Simmons** (*ZIP code: 11215*)

**2400. Alisa Algava** (*ZIP code: 11201*)

**2401. Emma** (*ZIP code: 11104*)

**2402. Eileen Cormier** (*ZIP code: 11102*)

**2403. Ho Ki Mok** (*ZIP code: 11225*)

**2404. Veronica Habacker** (*ZIP code: 10009*)

**2405. Monica  Doyle** (*ZIP code: 11226*)

**2406. Martina  Carrillo**  (*ZIP code: 10462*)
Tenants deserve a say over their home._

**2407. Finn Clarke** (*ZIP code: 10031*)

**2408. An anonymous signer**  (*ZIP code: 10010*)

**2409. Cadine Kenton** (*ZIP code: 11238*)

**2410. Yanise Cabrera** (*ZIP code: 11225*)

**2411. Sonia Reiter** (*ZIP code: 11230*)

**2412. Jackie Koch** (*ZIP code: 11237*)

**2413. Chris Jordan** (*ZIP code: 11231*)
End the children suffering. This is easy: stop predatory landlords.

**2414. Raquel Reyes** (*ZIP code: 10029*)

**2415. Benazir Charles** (*ZIP code: 11226*)

**2416. Lillian  Rothey** (*ZIP code: 11221*)

**2417. Nicole Vega** (*ZIP code: 10452*)

**2418. Amillia Wray** (*ZIP code: 11374*)

**2419. Allison Zau** (*ZIP code: 10019*)

**2420. Em Kapp** (*ZIP code: 11207*)

**2421. Nolan  Atterbury** (*ZIP code: 11226*)

**2422. Immanuel Almosara** (*ZIP code: 11423*)

**2423. Mickey Cookson** (*ZIP code: 11206*)

**2424. Paola  Chang** (*ZIP code: 11222*)

**2425. H J** (*ZIP code: 11226*)

**2426. Eliza Lopez**  (*ZIP code: 11214*)

**2427. Neely Grobani** (*ZIP code: 11225*)

**2428. Bonnie Blair** (*ZIP code: 11226*)

**2429. Lee Jimenez** (*ZIP code: 11226*)

**2430. Sarah Eldiasty** (*ZIP code: 11214*)

**2431. Ginelle  Wynter**  (*ZIP code: 11212*)

**2432. Toni Mello** (*ZIP code: 11216*)

**2433. Royce Douglas** (*ZIP code: 11225*)

**2434. Willa Pisarski** (*ZIP code: 11385*)

**2435. joanna Yu** (*ZIP code: 11238*)

**2436. Saye Oyama** (*ZIP code: 11217*)

**2437. Mai**  (*ZIP code: 11216*)

**2438. Jaclyn**  (*ZIP code: 11101*)

**2439. Michael**  (*ZIP code: 11101*)

**2440. Laura Lomas** (*ZIP code: 10002-1130*)
This is so important... a tenant led struggle and solution for NYC's housing shortage.

**2441. Jasmeen Kaur** (*ZIP code: 10027*)

**2442. ambar p** (*ZIP code: 11417*)

**2443. Nicolette Versailles** (*ZIP code: 11207*)

**2444. Clare Lippincott** (*ZIP code: 10031-7125*)

**2445. Mayar Aldhaheri** (*ZIP code: 11221*)

**2446. Kirya Traber** (*ZIP code: 11213*)
I am an owner of a condo conversion unit in one of pinnacles buildings. I've seen first hand the way they have neglected their rental tenants and it's shameful. The court should act now to protect renters from further abuse by landlords!

**2447. Alison  Kidd** (*ZIP code: 11238*)

**2448. Hannah Malach** (*ZIP code: 11201*)

**2449. Steven Lamy** (*ZIP code: 11369*)

**2450. Analyn Bohensky** (*ZIP code: 11238*)

**2451. Caitlyn** (*ZIP code: 10462*)

**2452. Michael  Cruz** (*ZIP code: 10462*)

**2453. Ayana Wint** (*ZIP code: 10468*)

**2454. John Ciarrocca** (*ZIP code: 11102*)

**2455. John Williams** (*ZIP code: 11226*)

**2456. Maya Corral** (*ZIP code: 11226*)

**2457. Rob Cohen** (*ZIP code: 11216*)

**2458. Julia Rapaccuiolo** (*ZIP code: 11050*)

**2459. Jessica Jeong** (*ZIP code: 11364*)

**2460. Giovanna  Sarabia** (*ZIP code: 11231*)

**2461. Isaac Kirk-Davidoff** (*ZIP code: 11238*)

**2462. Emma Buzbee** (*ZIP code: 11225*)

**2463. Zach Sheola** (*ZIP code: 11216*)

**2464. Mitch Ellmauer** (*ZIP code: 10462*)

**2465. Lily  Alvarado** (*ZIP code: 10026*)

**2466. Anton Kernohan** (*ZIP code: 34233*)

**2467. Eric Caldy** (*ZIP code: 11421*)

**2468. nora massie** (*ZIP code: 10025*)

**2469. Pragathi  Balasubramanian** (*ZIP code: 11213*)

**2470. Sam Fortier** (*ZIP code: 11213*)

**2471. Sidney Carlson White** (*ZIP code: 11233*)

**2472. Kasey McNaughton** (*ZIP code: 11105*)

**2473. Zachary  Maguire** (*ZIP code: 11205*)

**2474. bisma punjani** (*ZIP code: 11233-6176*)

**2475. Sam O'Hana Grainger** (*ZIP code: 11222*)

**2476. Landry Levine** (*ZIP code: 11216*)

**2477. yanni young** (*ZIP code: 10026*)

**2478. Jenny Wong** (*ZIP code: 11213*)

**2479. Luis Trujillo** (*ZIP code: 11237*)

**2480. Adam LoBelia** (*ZIP code: 11385*)

**2481. Yassmin Fashir** (*ZIP code: 11385*)

**2482. Gordon Weeks** (*ZIP code: 11213*)

**2483. Alejandro Santos** (*ZIP code: 11377*)

**2484. Ben Rosenfield** (*ZIP code: 11213*)


**2485. Marguerite Frarey** (*ZIP code: 11225*)


**2486. Laurel Gwizdak**  (*ZIP code: 11104*)


**2487. Li Sian Goh** (*ZIP code: 10034*)


**2488. Jennie Stephens-Romero** (*ZIP code: 11226*)


**2489. Max Mecklenburg** (*ZIP code: 11216*)
The people who live in buildings know best what to do with them!


**2490. Emilio Tamburini** (*ZIP code: 11225*)


**2491. Nadia Shimkin** (*ZIP code: 11377*)
Dear Judge!
Please, do the right thing by the people.
Thank you __


**2492. Amanpreet Singh** (*ZIP code: 11225*)


**2493. Fiona Teng** (*ZIP code: 11226*)
Tenants should always have a say in discussions about and decisions that impact their homes — it's
such a personal matter!


**2494. John McDonald** (*ZIP code: 11216*)


**2495. Daniel  Rutz** (*ZIP code: 11205*)


**2496. Dorca Reynoso** (*ZIP code: 10023*)
Protect people, not landlord profits. Our legal system needs to move way from protecting those in
power and remember the system is there to represent all people and that includes, working class,
poor, black and brown folks.


**2497. Valorie Jarrell** (*ZIP code: 10031*)


**2498. Matt Burdi** (*ZIP code: 11237*)
Let's go UPT!!


**2499. Angela Dunne** (*ZIP code: 11213*)


**2500. Jane Guskin** (*ZIP code: 11372*)

**2501. Hannah  Enicke** (*ZIP code: 11019*)


**2502. Joshua Powell** (*ZIP code: 11225*)
This seems like a matter of simple economic justice, your honor.


**2503. Tomi Haxhi** (*ZIP code: 10038*)


**2504. Samantha Davis** (*ZIP code: 11233*)


**2505. Devy Yasin** (*ZIP code: 10468*)


**2506. Mario Mazzoni** (*ZIP code: 10031*)
I watched Pinnacle tear through my community of West Harlem over the last two decades with the goal of displacing as many rent stabilized tenants as possible, typically with fraudulent court cases (bogus non-primary residency claims, etc) squarely focused on intimidation. After decades of suffering harassment and neglect the tenants deserve a seat at the table. These buildings are perfect candidates for programs to finally turn them into community assets, rather than  restarting the speculative doom cycle! Give the tenants a chance!


**2507. Lucy Everitt**  (*ZIP code: 11385*)


**2508. Adrienne Wells** (*ZIP code: 11225*)


**2509. Luca DeCola** (*ZIP code: 94301*)


**2510. Adele  Brown** (*ZIP code: 10003*)
Please allow time for the tenants union to weigh in on this sale.


**2511. LaShawn  Hunter** (*ZIP code: 10025*)
The entire real estate industry is currupt in this city n country


**2512. Cyré Guadalupe** (*ZIP code: 11226*)


**2513. Shannon Lee Gilstad** (*ZIP code: 10468*)


**2514. Kathleen Oliver** (*ZIP code: 01247*)


**2515. Natasha Murdock** (*ZIP code: 10462*)


**2516. Sara Duval** (*ZIP code: 10016*)


**2517. Nathaniel  Phillips**  (*ZIP code: 11238*)


**2518. Joanne Marie Gault-Trivier** (*ZIP code: 11238*)

**2519. Lauren Jackson** (*ZIP code: 11103*)
Protect people, not property.

**2520. Michelle Montague** (*ZIP code: 11203*)

**2521. Jasper Trotter** (*ZIP code: 11216*)
Keep New York affordable!!! No more gentrification.

**2522. Angela He** (*ZIP code: 11238*)

**2523. Candace Howe** (*ZIP code: 11225*)

**2524. Andrew Emmet** (*ZIP code: 11237*)

**2525. Dana** (*ZIP code: 90026*)

**2526. Rachel Goldsmith** (*ZIP code: 11201*)

**2527. Neusa Araujo Araujo** (*ZIP code: 02125*)

**2528. Ryan Anders** (*ZIP code: 11215*)

**2529. Elaina Castle** (*ZIP code: 11216*)

**2530. Joy Brown** (*ZIP code: 10473*)

**2531. Samantha Lozada** (*ZIP code: 10009*)

**2532. Wendy Singh** (*ZIP code: 11226*)

**2533. Cristina Diaz** (*ZIP code: 11435*)

**2534. Miriam El** (*ZIP code: 11225*)

**2535. Elizabeth Molina** (*ZIP code: 10035*)

**2536. Ali Kamerman** (*ZIP code: 10536*)

**2537. Sutathip Lombaer** (*ZIP code: 11221*)

**2538. Tim Thomas** (*ZIP code: 11225*)

**2539. Nicholas Greven** (*ZIP code: 11385*)

**2540. Yasmina Sharif** (*ZIP code: 10031*)

**2541. Kala Brame** (*ZIP code: 11213*)

**2542. Marlo W** (*ZIP code: 10314*)

**2543. Madeline Platt** (*ZIP code: 10038*)

**2544. Krystal Comas** (*ZIP code: 10040*)

**2545. Kate Willett** (*ZIP code: 11217*)

**2546. Anna Kalm** (*ZIP code: 10037*)

**2547. Aidan  Collins** (*ZIP code: 11233*)

**2548. Juwairiyyah  Ubaid** (*ZIP code: 11377*)

**2549. Erica Pajerowski** (*ZIP code: 11222*)
Please help protect tenants rights and affordable housing!

**2550. Orissa Ishii** (*ZIP code: 91325*)
Stabilize rent keep this tenant in their homes!!!

**2551. Devin McBrayer** (*ZIP code: 11222*)

**2552. Karishma Lal** (*ZIP code: 11221*)

**2553. Corey Jeffers** (*ZIP code: 11219*)

**2554. Laura Von der heyde** (*ZIP code: 11237*)
Tenant rights are human rights. Working class people make New York the beautiful city it is. Don't let
corporate greed evict the soul of our city.

**2555. Josiane  Exume** (*ZIP code: 11385*)

**2556. Veronica Barboza** (*ZIP code: 11221*)

**2557. Michele Cheese** (*ZIP code: 11225*)
I have live in my apt in ver 20 years with my daughter, who now has 3 children. I cannot or do not
want to live anywhere else in NYC. I love my neighborhood and my 3 bedroom apartment. I think the

way the landlord are treating dedicated people who pays there rent monthly on time is unfair. I would like the opportunity to be able to do what needs to be done to save my apartment. I do not want any of us to become homeless.

Thank you __

**2558. Kristen Lalka** (*ZIP code: 11104*)

**2559. Maansi Shah** (*ZIP code: 11372*)

**2560. Samantha Davila** (*ZIP code: 10473*)
N/A

**2561. Anita Sheares** (*ZIP code: 11201*)

**2562. Emily Neilsen** (*ZIP code: 05656*)

**2563. Ashley Diggind** (*ZIP code: 85339*)

**2564. Miguel Ladrillono**  (*ZIP code: 10031*)

**2565. Esmee Decola** (*ZIP code: 02155*)

**2566. Nikhil Shimpi** (*ZIP code: 11205*)

**2567. Veronica Cook** (*ZIP code: 11233*)

**2568. Annie Klein** (*ZIP code: 11385*)

**2569. Aria Todd** (*ZIP code: 11372*)

**2570. Marelle Myers** (*ZIP code: 11377*)

**2571. Daphne Lundi** (*ZIP code: 11226*)

**2572. Jerome Hinds** (*ZIP code: 11230*)
Please protect tenants

**2573. David-Desyrée Sherwood** (*ZIP code: 10308*)

**2574. Marina Weiss** (*ZIP code: 11238*)

**2575. Ashley De La Rosa** (*ZIP code: 10032*)

**2576. Ko Pak** (*ZIP code: 11226*)

**2577. Travis Ward** (*ZIP code: 78751*)

**2578. Jazz Hooks** (*ZIP code: 10458*)

**2579. Olivia Murphy** (*ZIP code: 10035*)

**2580. persephone harris** (*ZIP code: 78745*)

**2581. An anonymous signer** (*ZIP code: 11221*)

**2582. Laura Shmishkiss** (*ZIP code: 11225*)

**2583. Tatianna Cheese** (*ZIP code: 11225*)

**2584. Eve Wilson** (*ZIP code: 11221*)

**2585. Nicholas Castet** (*ZIP code: 11222*)

**2586. Ethan Laney** (*ZIP code: 11218*)

**2587. erika meade** (*ZIP code: 11221*)

**2588. Brad Lavoie** (*ZIP code: 11231*)

**2589. Ailsa Wong** (*ZIP code: 10012*)

**2590. Sana Punjani** (*ZIP code: 11233*)

**2591. kaya fraser** (*ZIP code: 11236*)

**2592. Harrison Fuerst** (*ZIP code: 11213*)

**2593. Nicholas Doliber** (*ZIP code: 11103*)

**2594. David Neel** (*ZIP code: 98042*)

**2595. Gail Francois** (*ZIP code: 11226*)
I would like to be a part of the majority in voicing my opinion against the hasty sale of my building on
222 Lenox Rd.

2596. **Jane Harris** (*ZIP code: 11222*)

2597. **Eli Coplan** (*ZIP code: 11215*)

2598. **Ashley  Ragus**  (*ZIP code: 11237*)

2599. **Audrey Lindsey** (*ZIP code: 10031*)

2600. **Anders J. Lee** (*ZIP code: 11221*)

2601. **Sigrid  Ferreras** (*ZIP code: 11208*)

2602. **Val GS** (*ZIP code: 11372*)

2603. **Mayumi  Rhone** (*ZIP code: 11291*)

2604. **Jacob Brewington** (*ZIP code: 10550*)

2605. **Nalea Ko** (*ZIP code: 11226*)

2606. **Souraya Beydoun** (*ZIP code: 11385*)

2607. **Sango Amoda** (*ZIP code: 11233*)

2608. **Ashley  Hernandez** (*ZIP code: 10032*)

2609. **Nava EtShalom** (*ZIP code: 19143*)

2610. **Michelle O'Brien** (*ZIP code: 11226*)

2611. **Danika Leon** (*ZIP code: 07050*)

2612. **Alison Klemp** (*ZIP code: 11237*)

2613. **David Sitrick** (*ZIP code: 11218*)

2614. **Marissa Guadarrama** (*ZIP code: 90005*)

2615. **Julie  Schweigert** (*ZIP code: 10013*)

2616. **Da-Hea An** (*ZIP code: 11226*)

**2617. Nicole Copeland** (*ZIP code: 11209*)

**2618. Tiffany Hopkins** (*ZIP code: 10128*)

**2619. Keira Warren** (*ZIP code: 10003*)

**2620. John Stanesco** (*ZIP code: 11221*)

**2621. John  Burleigh** (*ZIP code: 11216*)

**2622. Callie MacDonald** (*ZIP code: 02905*)

**2623. Hillary  Packer** (*ZIP code: 11226*)

**2624. Adowa Wint** (*ZIP code: 10463*)

**2625. jill** (*ZIP code: 10960*)

**2626. Jessie Perlik** (*ZIP code: 70119*)

**2627. Victoria Johnson** (*ZIP code: 11225*)

**2628. CeCe Millow** (*ZIP code: 10038*)
I advocate and support the voices and choices of those who benefit from rent stabilized housing

**2629. Ginger Albertson** (*ZIP code: 11226*)

**2630. Kenesse Rivera** (*ZIP code: 10026*)

**2631. Andrew Suseno** (*ZIP code: 10029*)
No to greedy landlords!

**2632. Annika Mankin** (*ZIP code: 10031*)

**2633. Andrew Poirier** (*ZIP code: 11216*)
Take a stand and help these tenants rebuild their homes!

**2634. Annette Guadalupe Muniz** (*ZIP code: 10457*)

**2635. Emma Hadeler** (*ZIP code: 10965*)

**2636. Natasha  Ford** (*ZIP code: 11226*)

**2637. Wynta Nivens** (*ZIP code: 11434*)

**2638. Stefan Henry** (*ZIP code: 10029*)

**2639. Briana Deoatch** (*ZIP code: 10453*)

**2640. Daniel Vitali** (*ZIP code: 11225*)

**2641. Christine Mcmahon** (*ZIP code: 11103*)

**2642. Gaia Bethea** (*ZIP code: 11691*)

**2643. An anonymous signer** (*ZIP code: 11226*)

**2644. Chloe Greene** (*ZIP code: 10027*)

**2645. Arijan Dautaj** (*ZIP code: 10306*)

**2646. Allison Banta** (*ZIP code: 11222*)

**2647. Redd P** (*ZIP code: 10459*)

**2648. Francesca Mevs** (*ZIP code: 11207*)

**2649. Cody Barshaba** (*ZIP code: 10040*)

**2650. Marie Annette Jean Claude** (*ZIP code: 11226*)
Thank you for your help

**2651. Diana Infante** (*ZIP code: 10457*)

**2652. Clara Flores** (*ZIP code: 11221*)

**2653. Darby Ferguson** (*ZIP code: 11222*)

**2654. Christopher Stena** (*ZIP code: 11432*)

**2655. Stacey Spencer-Willoughby** (*ZIP code: 10039*)
Save these buildings and the homes of New Yorkers who are vulnerable to this billionaire property owner.

**2656. Allison Glasgow** (*ZIP code: 10035*)

**2657. Morgan Fernandez** (*ZIP code: 11423*)

**2658. Hannah Weisz** (*ZIP code: 10003*)

**2659. TREVOR KENMURE** (*ZIP code: 11233*)

**2660. Max Weiss** (*ZIP code: 11215*)

**2661. Carline Casimir** (*ZIP code: 10012*)
Tenants deserve to come in their home and able to get heat and hot water. Tenants should not have to pay rent to landlords who don't provide heat or hot water in the cold season .

**2662. Lizzy  Berryman**  (*ZIP code: 11225*)

**2663. Alex Naranjo** (*ZIP code: 11772*)

**2664. Huong Sutliff** (*ZIP code: 11220*)

**2665. Lourdes Rohan** (*ZIP code: 11426*)

**2666. Sara Rosenburg** (*ZIP code: 11225*)

**2667. Hadas Thier** (*ZIP code: 11233*)

**2668. Kirin Lawrence** (*ZIP code: 11213*)

**2669. Quinn Gawronski** (*ZIP code: 11211*)

**2670. Jennifer Lu** (*ZIP code: 11101*)

**2671. Rosa Goldberg** (*ZIP code: 19143*)

**2672. Sean Chew** (*ZIP code: 11238*)

**2673. An anonymous signer**  (*ZIP code: 11218*)
fellow NYC rent-stabilized tenant here sending support!

**2674. Erika Relyea** (*ZIP code: 10035*)

**2675. Keisha Fraser** (*ZIP code: 11213*)

**2676. An anonymous signer**  (*ZIP code: 11221*)

**2677. Persephone  Bennett** (*ZIP code: 11237*)

**2678. An anonymous signer** (*ZIP code: 11354*)

**2679. kaitlyn mckeough** (*ZIP code: 11237*)

**2680. Stephanye Floyd** (*ZIP code: 11233*)

**2681. Julia Bartholomew-King** (*ZIP code: 11201*)

**2682. Brandon Babb** (*ZIP code: 11432*)
Housing is a necessity for all, and these private companies need to stop playing with our livelihoods.

**2683. Alissa Levens-Freeman** (*ZIP code: 10027*)

**2684. Meiling Parrish** (*ZIP code: 11217*)
PROTECT NATIVE NEW YORKERS!!

**2685. Justine Samson** (*ZIP code: 08902*)

**2686. Sofia Leung** (*ZIP code: 11218*)

**2687. Caroline Aicats** (*ZIP code: 19104*)

**2688. Akiya Henry** (*ZIP code: 11216*)

**2689. Lisa Parra** (*ZIP code: 10001*)

**2690. Shania Squires** (*ZIP code: 10458*)

**2691. jules d** (*ZIP code: 11209-1833*)

**2692. Feven Merid** (*ZIP code: 11216*)

**2693. Blair Tisius** (*ZIP code: 10034*)

**2694. Kelly Murphy** (*ZIP code: 11216*)

**2695. Dane Tingleff** (*ZIP code: 11226*)
Please do not let neglectful companies buy the building we live in.
—Dane

**2696. Catherine  Richardson** (*ZIP code: 11226*)

**2697. Zaqanah  Stephens** (*ZIP code: 11374*)

**2698. Joy McCants** (*ZIP code: 10031*)

**2699. Kadiza Diallo** (*ZIP code: 10459*)

**2700. Benjamin Joffe-Walt** (*ZIP code: 11217*)

**2701. Kenecia  Daley**  (*ZIP code: 21206*)
Everyone deserves a right to a home!

**2702. Deana Zhu** (*ZIP code: 11206*)

**2703. Shea Baasch** (*ZIP code: 11385*)

**2704. Deborah  Oyede** (*ZIP code: 10473*)

**2705. anna rice** (*ZIP code: 10009*)

**2706. Ines Hernandez** (*ZIP code: 10025*)

**2707. Vanessa Canales** (*ZIP code: 10453*)

**2708. Jennifer Caban** (*ZIP code: 10457*)

**2709. Jahsarah Ardila** (*ZIP code: 11238*)
I love New York City

**2710. Neha Surender** (*ZIP code: 11218*)

**2711. Gloria Karekezi** (*ZIP code: 10035*)

**2712. Taylor MacEwen** (*ZIP code: 10016*)

**2713. Bridget Charles** (*ZIP code: 11226*)

**2714. Onica Charles** (*ZIP code: 11226*)

**2715. Otis Charles** (*ZIP code: 11226*)

**2716. Travis Forsythe** (*ZIP code: 11226*)

**2717. Oticea Charles** (*ZIP code: 11226*)

**2718. Chad Beaumont** (*ZIP code: 10466*)

**2719. Krmi Umogbai** (*ZIP code: 11372*)

**2720. Daniel Ten** (*ZIP code: 11237*)
Power to the people!

**2721. Louise Cadoux** (*ZIP code: 11216*)

**2722. Anavi Shah** (*ZIP code: 08872*)

**2723. Suzanne Frush** (*ZIP code: 11106*)

**2724. Donal Cogdell** (*ZIP code: 11415*)

**2725. Maria Hantzopoulos** (*ZIP code: 11103*)

**2726. Jamie Holder** (*ZIP code: 11226*)

**2727. Dominic Scheidegger** (*ZIP code: 11216*)

**2728. Zereena Jenkins** (*ZIP code: 10033*)
With the cost of living continuing to rise and most of being put towards rent, it's incredibly important to be intentional with what happens to rent stabilized buildings, by slowing down the auction, you're giving the communities housed by these apartments time to voice what they actually need not just secure money for the people who would sell and purchase these apartments for their own financial gain.

**2729. Nicole Kalitsi** (*ZIP code: 11103*)

**2730. Danielle Barnhart** (*ZIP code: 11703 *)

**2731. Meg McCabe** (*ZIP code: 11213*)

**2732. Alaysia Jourdain** (*ZIP code: 11234*)

**2733. Rachael Imanuel** (*ZIP code: 11009*)

**2734. Mac Mann-Wood** (*ZIP code: 10032*)

**2735. Paula Velarde** (*ZIP code: 10468*)

**2736. Audrey Beddoes** (*ZIP code: 11221*)

**2737. Latoya  Castro** (*ZIP code: 11203*)

**2738. An anonymous signer**  (*ZIP code: 11214*)

**2739. Elise Daher** (*ZIP code: 11238*)

**2740. Erica Adeworan** (*ZIP code: 10027*)

**2741. Micah Gray** (*ZIP code: 11213*)

**2742. Olivia**  (*ZIP code: 11377*)
Protect our renters!!

**2743. Anastasia Sanger** (*ZIP code: 11207*)

**2744. Danielle Quick Holmes** (*ZIP code: 10026*)

**2745. Shane Coleman** (*ZIP code: 11207*)

**2746. Anna Schick** (*ZIP code: 10001*)

**2747. Sydney Lenoch** (*ZIP code: 10032*)

**2748. Erica**  (*ZIP code: 11106*)

**2749. ambrose proctor** (*ZIP code: 10031*)

**2750. Myki Hickman** (*ZIP code: 10474*)

**2751. Rourke Bywater** (*ZIP code: 11220*)

**2752. Dawnette Samuels** (*ZIP code: 11226*)

**2753. G Galloway** (*ZIP code: 11238*)

**2754. May C** (*ZIP code: 08861*)

**2755. Annie Bien-Aime** (*ZIP code: 11385*)
It's the dead of winter. I know these slum lords have no humanity and that is why we have laws and
the courts to protect the dignity of New Yorkers. Tenants need secure and affordable housing
especially during the coldest months of the year. I implore that powers that be to consider the already

untenable housing crisis in this city before allowing another hyper wealthy soulless scumbag further the dispossession of my fellow New Yorkers. It also doesn't escape me that this "sale" is being pushed before the new mayor takes office.

**2756. Michelle P** (*ZIP code: 08901*)

**2757. Leigha Gillespie** (*ZIP code: 11238*)

**2758. An anonymous signer**  (*ZIP code: 10025*)

**2759. Val Valdeon** (*ZIP code: 11220*)
People deserve a say in what happens to their homes. Private ownership is a pipe dream for so many individuals and families in NYC. The people of this city deserve consistent housing they can afford. 10,000 homes displaced in one fell swoop is obscene and cannot be allowed by the city or this bank.

**2760. Latesha Dejean** (*ZIP code: 11233*)

**2761. Allison Genteman** (*ZIP code: 10075*)

**2762. Nikita  Desir** (*ZIP code: 11205*)

**2763. Scott Barretto** (*ZIP code: 11249*)

**2764. Alicia  Jaramillo**  (*ZIP code: 11237*)

**2765. R.A. Fedde** (*ZIP code: 11238*)

**2766. Vienna Carroll** (*ZIP code: 10031*)

**2767. Sarah Fatihi** (*ZIP code: 11233*)

**2768. Alsxia**  (*ZIP code: 11213*)

**2769. Kathryn Jezer-Morton** (*ZIP code: 05476*)

**2770. Rachel Krasner** (*ZIP code: 11237*)

**2771. Jade Jackman** (*ZIP code: 11225*)
Pinnacle must be regulated, this is not right.

**2772. Sydney C** (*ZIP code: 11226*)

**2773. Kristine Strutz** (*ZIP code: 10461*)

**2774. Nicholas Bedford** (*ZIP code: 11694*)

**2775. katie wasserman** (*ZIP code: 11216*)

**2776. Abdallah  Salem**  (*ZIP code: 11235*)

**2777. Jean Cadet** (*ZIP code: 11226*)

**2778. Jules Csillag** (*ZIP code: 11235*)
It's beyond past the time for Pinnacle to stop dehumanizing its tenants... Stop the auction & start with accountability!

**2779. Kimberly  Guzman**  (*ZIP code: 10453*)

**2780. Ryan Bauer-Walsh** (*ZIP code: 10030*)
No more scum lords! We deserve companies that care!

**2781. Johanna  Lee** (*ZIP code: 11220*)

**2782. Kadesha Maddox** (*ZIP code: 11413*)
Protect tenants

**2783. Misha Brea**  (*ZIP code: 10024*)

**2784. Ana Tlapanco**  (*ZIP code: 11221*)

**2785. Julie Marling** (*ZIP code: 11205*)

**2786. Obi Afriyie**  (*ZIP code: 11226*)

**2787. Jenny Ruan** (*ZIP code: 11237*)

**2788. Audre Wheeler** (*ZIP code: 11221*)

**2789. Esther Clayton** (*ZIP code: 11213*)

**2790. Kirsten Caton** (*ZIP code: 11231*)

**2791. Adenike Graham** (*ZIP code: 10473*)
I know first hand. They're TERRIBLE

**2792. Araria  Vaz** (*ZIP code: 11236*)

**2793. Jill Woodward** (*ZIP code: 10009*)

**2794. Stephanie Jones** (*ZIP code: 11106*)

**2795. Toni Livingston** (*ZIP code: 06901*)

**2796. Dale Peck** (*ZIP code: 11385-8314*)

**2797. India  Kennedy** (*ZIP code: 10012*)

**2798. Allison Snell** (*ZIP code: 11201*)

**2799. Melissa  Acosta** (*ZIP code: 10034 *)

**2800. Nadia Williams** (*ZIP code: 11225*)

**2801. Franklin  Chue** (*ZIP code: 11225*)

**2802. John ODonnell** (*ZIP code: 11385*)

**2803. Natasha Thweatt** (*ZIP code: 11225*)

**2804. Wendy Scher** (*ZIP code: 11219*)

**2805. Malcolm Mends** (*ZIP code: 11225*)

**2806. Justine Slattery** (*ZIP code: 11225*)
The tenants should be allowed to be part of the conversation, including perhaps being able to take their building Co-Op as was done in the 1980s... allowing these folks to remain in, and repair, their homes.

**2807. Kory Wagner** (*ZIP code: 11216*)

**2808. Kubam Johnson**  (*ZIP code: 10040*)
I stay here

**2809. Quason Frazier** (*ZIP code: 11225*)

**2810. Katie Waalkes** (*ZIP code: 11221*)

**2811. Michael Tucker** (*ZIP code: 11205*)

**2812. C Sizemore** (*ZIP code: 11237*)

**2813. Alex waterston** (*ZIP code: 11385*)

**2814. Mia Mallory Green** (*ZIP code: 11213*)

**2815. Kelsey Ledgerwood** (*ZIP code: 11385*)

**2816. Francis Milea** (*ZIP code: 07605*)

**2817. Gabriel Slaughter** (*ZIP code: 11211*)

**2818. Jacob Okada** (*ZIP code: 10040*)

**2819. Chelsea Drumgoole** (*ZIP code: 11693*)

**2820. Michael Guthrie** (*ZIP code: 07042*)

**2821. Steve Corrente** (*ZIP code: 11106*)

**2822. Cat Perdomo** (*ZIP code: 10456*)

**2823. Caroline McKinnis** (*ZIP code: 10003*)

**2824. Melissa King** (*ZIP code: 74902*)
Rent Stabilized Tenants Deserve a Say Over Their Homes

**2825. Isaac Jiffar** (*ZIP code: 11221*)

**2826. Jeannette Perez** (*ZIP code: 10034*)

**2827. Noah  Heau** (*ZIP code: 11106*)

**2828. Inshallah  Cotto**  (*ZIP code: 11229*)

**2829. Katyann Gonzalez** (*ZIP code: 11238*)

**2830. Zoe Hecht** (*ZIP code: 11106*)

**2831. Nicholas Papacostas**  (*ZIP code: 11103*)

**2832. Jorge Miranda** (*ZIP code: 10034*)

**2833. Shannon Bartlett** (*ZIP code: 10029*)

**2834. Nadia Iqbal** (*ZIP code: 11225*)

**2835. Michael Nam** (*ZIP code: 11106*)

**2836. Morgan Armstrong** (*ZIP code: 11211*)

**2837. Hamilton Longyear** (*ZIP code: 11207*)

**2838. Joanna Choi** (*ZIP code: 11238*)

**2839. Rodney Boyd** (*ZIP code: 11226-2170*)

**2840. Amanda S** (*ZIP code: 11210*)

**2841. Enrique Ortega** (*ZIP code: 10035*)

**2842. Athena Lemakis** (*ZIP code: 10031*)
Please take these tenants live and home and into consideration.  This is a huge problem and needs the city to be involved to help our neighbors

**2843. Chanterelle Davis** (*ZIP code: 10027*)

**2844. Blair Graff** (*ZIP code: 11216*)

**2845. Lauren Hermanson** (*ZIP code: 11233*)

**2846. Justin Butler** (*ZIP code: 11216*)

**2847. Ellen Hart** (*ZIP code: 06903*)
Rent stabilization is the only protection for many families! Please do not allow the auction of these buildings without tenant input. Thank you for your consideration.

**2848. Phillip Wisocki** (*ZIP code: 11213*)

**2849. Claire Fleitz** (*ZIP code: 10033*)
Please delay the auction so tenants have a say.

**2850. Grace Zito** (*ZIP code: 32707*)

**2851. Jasmine Smith** (*ZIP code: 11207*)
Clean and well managed Housing is a basic human right.

**2852. Nicholas Fraebel** (*ZIP code: 11215*)

**2853. nicolas sosa** (*ZIP code: 10468*)
Yes!!

**2854. Alexandra Nightingale** (*ZIP code: 11216*)

**2855. Becca Young** (*ZIP code: 11216*)

**2856. Jordyn Coleman** (*ZIP code: 11225*)

**2857. Dior Vargas** (*ZIP code: 10029*)

**2858. Steve Bunting** (*ZIP code: 11216*)

**2859. JENNIFER ZITO** (*ZIP code: 11225*)
Do the right thing and allow more time for the tenants

**2860. Joshua Hernandez** (*ZIP code: 11211*)

**2861. Olivia  Bodner** (*ZIP code: 11206*)

**2862. Aida Campbell** (*ZIP code: 32707*)

**2863. Sebastian Maldonado** (*ZIP code: 10452*)

**2864. Jessica Guardascione** (*ZIP code: 11215*)

**2865. Eric Strohm** (*ZIP code: 17578*)

**2866. Dante Travaglini** (*ZIP code: 34953*)

**2867. Maria Stagliano** (*ZIP code: 34990*)

**2868. Desiree  Laplante** (*ZIP code: 08052*)

**2869. Victoria Baez** (*ZIP code: 33183*)

**2870. Lisa Furst** (*ZIP code: 07079*)

**2871. Joshua Vasquez** (*ZIP code: 11106*)

**2872. Vanneza Bobadilla-Josso** (*ZIP code: 11369*)

**2873. Charlie Vancini** (*ZIP code: 10027*)

**2874. Shannon Drummond** (*ZIP code: 11207*)

**2875. Carolyn Bossmann** (*ZIP code: 11226*)

**2876. Shanita  Isaacs**  (*ZIP code: 10024*)

**2877. Joseph Holley-Beaver** (*ZIP code: 11211*)

**2878. James Zito** (*ZIP code: 11225*)

**2879. Eliana Aldir** (*ZIP code: 11103*)

**2880. Scott Schwartz** (*ZIP code: 11225*)

**2881. Yuval  Hoshen** (*ZIP code: 11225*)

**2882. Emily Harrold** (*ZIP code: 10031*)

**2883. An anonymous signer**  (*ZIP code: 11216*)

**2884. Kiabett  Peguero**  (*ZIP code: 10456*)

**2885. Sarah**  (*ZIP code: 10453*)

**2886. Brielle Vazquez**  (*ZIP code: 10453*)

**2887. Aara Holtzclaw** (*ZIP code: 11217*)

**2888. Chauncy Young** (*ZIP code: 10452*)

**2889. ELI BROWN** (*ZIP code: 07079*)

**2890. Kassandre  Monsanto-Laster** (*ZIP code: 11236*)

**2891. Sarah Seifert** (*ZIP code: 11216*)

**2892. Maia Goodell** (*ZIP code: 10033*)
I stand by my neighbors.

**2893. Caleb Vaughn**  (*ZIP code: 12504*)

**2894. Vanessa Rodriguez** (*ZIP code: 10034*)

**2895. Samantha  Donawa**  (*ZIP code: 11225*)

**2896. Cailin Lansang** (*ZIP code: 11377*)

**2897. Jennifer Jefferson** (*ZIP code: 11238*)

**2898. Naicha Mercier** (*ZIP code: 11237*)

**2899. Francesca**  (*ZIP code: 11415*)

**2900. Joshua Gee** (*ZIP code: 11233*)

**2901. Rebecca Wilson** (*ZIP code: 78261*)

**2902. Robin Shore** (*ZIP code: 03064*)

**2903. zachary schonfeld** (*ZIP code: 10026*)

**2904. Catherine Skrzypek** (*ZIP code: 11210*)

**2905. Sarah Shachat** (*ZIP code: 10031*)

**2906. John Keating** (*ZIP code: 11220*)

**2907. Ian McAlpin** (*ZIP code: 11226*)

**2908. Jaya Saxena** (*ZIP code: 11106*)

**2909. John DeCock** (*ZIP code: 94131*)

**2910. Sophia P** (*ZIP code: 11101*)

**2911. Lily Waterman** (*ZIP code: 87112*)
Tenants shouldn't be penalized for the failures of their landlord. Everyone should be secure in their
own home.

**2912. Jennelle  Lowe** (*ZIP code: 10462*)

**2913. Kevin  Kuo** (*ZIP code: 10458*)

**2914. Ashley Harris** (*ZIP code: 10461*)

**2915. Hilary McCanse** (*ZIP code: 11238*)

**2916. paul attryde** (*ZIP code: 27707*)

**2917. Barbie  jett** (*ZIP code: 72206*)

**2918. Sara  Shanahan** (*ZIP code: 11233*)

**2919. Emmet Asher-Perrin**  (*ZIP code: 11225*)

**2920. Kristina Organista** (*ZIP code: 10977*)

**2921. Caitlin McTiernan** (*ZIP code: 11215*)

**2922. MacLaine**  (*ZIP code: 10002*)

**2923. Wynnie L** (*ZIP code: 10456*)

**2924. Camilla Rothenberg** (*ZIP code: 11238*)

**2925. Ashlyn Stallings** (*ZIP code: 30076*)

**2926. Joelle Dieu** (*ZIP code: 11232*)

**2927. Samantha  Diaz**  (*ZIP code: 11434*)
MAKE NEW YORK AFFORDABLE FOR NEW YORKERS!

**2928. Alexander Huaylinos** (*ZIP code: 11373*)

**2929. Sabina  Harper** (*ZIP code: 11226*)

**2930. Adrena  Lambert**  (*ZIP code: 10458*)

**2931. Karole Alexander** (*ZIP code: 10025*)

**2932. R. Chen** (*ZIP code: 06811*)

**2933. Caroline Perny** (*ZIP code: 11213*)

**2934. Nigest Solomon** (*ZIP code: 90220*)

**2935. Ayana Leonard** (*ZIP code: 11216*)

**2936. Carly Migliori** (*ZIP code: 11216*)

**2937. Drake Andersen** (*ZIP code: 11238*)

**2938. Atlas Lee-Reid** (*ZIP code: 11238*)
As a tenant of a rent-stabilized apartment already semi-neglected by the building's owners (5 year long roach infestation, broken stove, unreliable refrigerator, constantly breaking shower rod that we always have to fix ourselves), these buildings need to be managed and owned responsibly. Please allow the people actually affected by these sales to have a say.

**2939. Bonnie Laurie** (*ZIP code: 10027*)

**2940. Bryce Pole-Merchant** (*ZIP code: 10458*)

**2941. Ishmael Delancy** (*ZIP code: 11221*)

**2942. Gavin Strawn** (*ZIP code: 11221*)
I strongly support the cause of the tenants. And ask that they be given every opportunity to make decisions for themselves in this process.

**2943. Desi Will** (*ZIP code: 23666*)

**2944. Erin Bussey** (*ZIP code: 11218*)

**2945. Erika Ortiz** (*ZIP code: 10462*)

**2946. Simon Lawrence** (*ZIP code: 11226*)

**2947. Jennifer Guillen** (*ZIP code: 11216*)

**2948. Ganessa James** (*ZIP code: 10033*)
Allow tenants to have a say in the auction process, to repair and keep their homes.

**2949. Brian Jennings** (*ZIP code: 10034*)
My building's recent issues:
-Front door lock broken 4+weeks
-ConEd notices that electricity will be cut for building common areas (entrance, hallways...)

**2950. Bernard  Moore** (*ZIP code: 10034*)

**2951. Michael Grasso** (*ZIP code: 11201*)
I urge the judge and city to place as much power and agency in the hands of working class tenants as

possible so as to preserve the housing of our community members and prioritize addressing the affordability crisis in New York.

**2952. Damien Archbold** (*ZIP code: 11101*)

**2953. Fahmida Moni** (*ZIP code: 11208*)

**2954. Maxwell Amato** (*ZIP code: 11216*)

**2955. Naiyima Severe** (*ZIP code: 11208*)

**2956. aleanna abad** (*ZIP code: 11385*)

**2957. Charisse Bourne** (*ZIP code: 11365*)

**2958. Ellen K** (*ZIP code: 10016*)

**2959. Joshua Gondelman** (*ZIP code: 11201*)

**2960. Jeremaeh Torres** (*ZIP code: 11102*)

**2961. Tiffaney Johnson** (*ZIP code: 11369-2055*)

**2962. Nicole Mecca** (*ZIP code: 10023*)

**2963. Jo Jordan** (*ZIP code: 11213*)
We deserve fair and affordable housing!

**2964. Allan Chavez** (*ZIP code: 10458*)

**2965. Ben Erickson** (*ZIP code: 11216*)

**2966. Jennifer Ochoa** (*ZIP code: 11373*)
We need to support our neighbors and stop bailing out corrupt slumlords and corporations. Profit over people is the bottom line and encouraged by the system in place. Our neighbors can not be left homeless especially during this season.

**2967. Alex Baldwin** (*ZIP code: 11206*)

**2968. Peter Mihalcik Mihalcik** (*ZIP code: 10075*)

**2969. Leah Tesfai** (*ZIP code: 94501*)

**2970. Neeloy Bose** (*ZIP code: 11221*)

**2971. Rohith Raman** (*ZIP code: 11201*)

**2972. Armel Dogruluk** (*ZIP code: 11101*)

**2973. Diana Rico** (*ZIP code: 10001*)

**2974. An anonymous signer**  (*ZIP code: 11216*)

**2975. Pierre Voltaire** (*ZIP code: 10027*)

**2976. Elsa  Cruz Pearson** (*ZIP code: 10034*)

**2977. Schnaydonaise  Dorcil**  (*ZIP code: 11236*)

**2978. Vladimir Bautista** (*ZIP code: 10032*)
We must stop this abuse.

**2979. Giovanni Messina** (*ZIP code: 10040*)

**2980. Amy Lian** (*ZIP code: 10002*)

**2981. Renata Sweeney** (*ZIP code: 11213*)

**2982. Cas Fields** (*ZIP code: 11226*)

**2983. allena  wright** (*ZIP code: 11231*)

**2984. Sarah Mooney** (*ZIP code: 111230*)

**2985. Anansa Benbow** (*ZIP code: 10032*)

**2986. Calista Sheehan** (*ZIP code: 11432*)

**2987. Mohamed  Drame**  (*ZIP code: 10031*)
We will not back down to keep our our rent stabilized apartments

**2988. Ashley Bradshaw** (*ZIP code: 11221*)

**2989. Patience Eno** (*ZIP code: 10031*)

**2990. Shelby Mainiero** (*ZIP code: 07405*)

**2991. Kiki Tarkhan** (*ZIP code: 11201*)

**2992. Neah Williams** (*ZIP code: 10468*)

**2993. Matthew Anderson** (*ZIP code: 11213*)

**2994. Janalyn Joyce** (*ZIP code: 83843*)

**2995. Natalie Pingitore** (*ZIP code: 11211*)

**2996. Yashua Lockhart-Derry** (*ZIP code: 10707*)

**2997. Grace** (*ZIP code: 11216*)

**2998. Genevieve Riordan** (*ZIP code: 11238*)

**2999. Hazel Koziol** (*ZIP code: 04102*)

**3000. Julio  Perez** (*ZIP code: 10032*)

**3001. Nicholas Leavens** (*ZIP code: 11222*)
Slow down and give the people a chance to protect their right to housing

**3002. Jaquie Campos** (*ZIP code: 28714*)

**3003. Rebecca Gual** (*ZIP code: 11412*)

**3004. Joseph Kusters** (*ZIP code: 11226*)

**3005. Lucie Brusky Buclet** (*ZIP code: 11206*)

**3006. Kate Lundell** (*ZIP code: 11225*)

**3007. Nina Simoneaux** (*ZIP code: 11233*)

**3008. TreNae Bynum** (*ZIP code: 11203*)

**3009. Dominique Howard** (*ZIP code: 10032*)

**3010. Wilder  Kingsley** (*ZIP code: 11226*)

**3011. Piglet Evans** (*ZIP code: 10025*)
the tenants deserve time to protect their housing!  please help vulnerable new yorkers by delaying the bankruptcy auction.

**3012. Jade Rodriguez** (*ZIP code: 11783*)

**3013. Weishin Huang** (*ZIP code: 12546*)

**3014. Louis Miller** (*ZIP code: 11226*)

**3015. laura whitehorn** (*ZIP code: 10040*)

**3016. Meira Harris** (*ZIP code: 11377*)

**3017. maya shaddock** (*ZIP code: 11238*)

**3018. Camille  Thomas**  (*ZIP code: 11226*)

**3019. Jennifer  Gilkes-Brette**  (*ZIP code: 11225*)

**3020. Bridget Kernan** (*ZIP code: 11222*)

**3021. Antonia McMaster** (*ZIP code: 11216*)

**3022. John Ridley** (*ZIP code: 11226*)
Let the People have a say in their future!

**3023. Sohini Desai** (*ZIP code: 11216*)

**3024. Rafayah Murray** (*ZIP code: 10458*)
Rent stabilized units are the cornerstone of NYC living, it is imperative that we keep them ACCESSIBLE, especially for born and  raised New Yorkers.

**3025. Es Famojure** (*ZIP code: 10027*)

**3026. Chris Womack**  (*ZIP code: 11216*)

**3027. Vince Anani** (*ZIP code: 11221*)

**3028. Alice Charles**  (*ZIP code: 10458*)
I am a rent stabilized tenant in NYC, as many others. We deserve a right to participate in any legal/political actions or proceedings regarding such tenancy.  Thank you.

3029. **Karlene Previl** (*ZIP code: 11203*)

3030. **Karen Rodriguez** (*ZIP code: 11203*)

3031. **susie day** (*ZIP code: 10040*)

3032. **Sophia Li** (*ZIP code: 11215*)

3033. **Fred Cargian**  (*ZIP code: 10011*)

3034. **Mik Varunok** (*ZIP code: 11237*)

3035. **Brendon  Soto** (*ZIP code: 11216*)

3036. **Cassandra Perez** (*ZIP code: 11226*)

3037. **Bryanna Strickland** (*ZIP code: 11233*)

3038. **Arnell Stew** (*ZIP code: 10012*)

3039. **Djassi Julien** (*ZIP code: 10039*)

3040. **Sivona Blake** (*ZIP code: 10037*)

3041. **Horaceena  Sindley** (*ZIP code: 11377*)

3042. **Amira  Rachouh** (*ZIP code: 11216*)

3043. **Anita Shepherd** (*ZIP code: 11206*)

3044. **Kaitlin Anselmo** (*ZIP code: 11226*)

3045. **Michael Zingman** (*ZIP code: 11238*)

3046. **Kadiatou Keita** (*ZIP code: 10030-3243*)

3047. **Alyce Barr** (*ZIP code: 11215*)

3048. **Ashley Reed** (*ZIP code: 11368*)

3049. **Veronique  Doumbe** (*ZIP code: 10009*)

**3050. HanaKyle Moranz** (*ZIP code: 11220)*

**3051. Ann Schneider**  (*ZIP code: 11238)*

**3052. Jan Clausen** (*ZIP code: 11225)*
Tenants are the backbone of New York. Predatory landlords have destroyed too much already. It's time to call a halt.

**3053. Kyla Sophia Gamaro** (*ZIP code: 07039)*

**3054. Barbara Storace** (*ZIP code: 11215)*

**3055. Zita Slonevsky** (*ZIP code: 10044)*

**3056. Sanjana Iyer** (*ZIP code: 11216)*

**3057. CASTLE PATRICK** (*ZIP code: 10035)*

**3058. Dextradina  McGilvery**  (*ZIP code: 10027)*

**3059. Yasmin Hussein** (*ZIP code: 11220)*

**3060. Genevieve Yue** (*ZIP code: 10002)*

**3061. Kelly Cook** (*ZIP code: 11213)*

**3062. An anonymous signer**  (*ZIP code: 11368)*

**3063. Janelle  Edwards** (*ZIP code: 11226)*

**3064. Corey Hilliard** (*ZIP code: 11211)*
Stop the auction of residential properties until the tenants who live there have their say in the matter. Those people essentially pay the taxes, upkeep, mortgage/rent and salary of middlemen real estate agents whose sole purpose is exploiting tenants for profit through legal and financial loopholes.

**3065. Charene Reyes** (*ZIP code: 11211)*

**3066. Tajah Bracy** (*ZIP code: 10473)*

**3067. Z D** (*ZIP code: 10025)*

**3068. Safa Powell** (*ZIP code: 11221)*

**3069. Kevin Winkler** (*ZIP code: 11226*)

**3070. Christa  May** (*ZIP code: 11201*)

**3071. Samantha Remulla** (*ZIP code: 10033*)

**3072. Jane Paley** (*ZIP code: 11230*)

**3073. Bethany Kean** (*ZIP code: 11206*)

**3074. Khadija Abuyousif** (*ZIP code: 11211*)

**3075. Robert  Thibault**  (*ZIP code: 11206*)

**3076. Amber Contreras** (*ZIP code: 11386*)

**3077. Eliza  Moss-Horwitz** (*ZIP code: 11238*)

**3078. Osama Aduib** (*ZIP code: 11215*)

**3079. REBECCA WIDOM** (*ZIP code: 11218*)

**3080. Lynn Filanda** (*ZIP code: 11216*)

**3081. Teiara  Wallace** (*ZIP code: 11208*)

**3082. An anonymous signer**  (*ZIP code: 11218*)

**3083. Christoph Whitbeck** (*ZIP code: 11218*)
You must stop this auction - healthy housing is a human right & billionaires will not stop violation after
violation.

**3084. McKenzie Grant-Gordon** (*ZIP code: 11205*)

**3085. Joan Hwang** (*ZIP code: 11213*)

**3086. Saraj Hartzell** (*ZIP code: 11225*)

**3087. Allison Goldberg**  (*ZIP code: 11225*)

**3088. Mel Corchado** (*ZIP code: 11213*)

**3089. Kristin Meyer** (*ZIP code: 04849*)

**3090. Athanasia Kalamakis** (*ZIP code: 07010*)

**3091. hugo reale** (*ZIP code: 11203*)

**3092. An anonymous signer** (*ZIP code: 11374*)

**3093. Michael Zink** (*ZIP code: 11218*)

**3094. Hima Bee** (*ZIP code: 11217*)

**3095. Maria Pondikos** (*ZIP code: 11225*)

**3096. Francine Conley** (*ZIP code: 55105*)

**3097. Kemi Ilesanmi** (*ZIP code: 11226*)
Justice for tenants!

**3098. Jennifer Chen** (*ZIP code: 11225*)

**3099. sherryl romain** (*ZIP code: 10035*)

**3100. Cindy Chong** (*ZIP code: 11214*)

**3101. janice song** (*ZIP code: 11237*)
stop displacing regular people! have a conscience.

**3102. Tim McFarlane** (*ZIP code: 19147*)

**3103. Sarah Foqué** (*ZIP code: 2000*)

**3104. Steven Carlson** (*ZIP code: 11210*)

**3105. d r** (*ZIP code: 11226*)

**3106. Leah Schnelbach** (*ZIP code: 11216*)

**3107. Zachary Bluford** (*ZIP code: 11377*)

**3108. Jose Contreras** (*ZIP code: 11233*)

**3109. Sonia Ticun** (*ZIP code: 10029*)

**3110. Amanda Gurciullo** (*ZIP code: 11221*)

**3111. Teresa  Stern**  (*ZIP code: 11218*)

**3112. jamie putnam** (*ZIP code: 11105*)

**3113. nikki**  (*ZIP code: 11221*)

**3114. Jordyn**  (*ZIP code: 11103*)

**3115. Addison Kitrel** (*ZIP code: 11237*)

**3116. Annick Thompson** (*ZIP code: 11217*)

**3117. Gabrielle Bendiner-Viani** (*ZIP code: 10033*)

**3118. Greg McAlpine** (*ZIP code: 14075*)

**3119. z  Goldberg** (*ZIP code: 11216*)

**3120. Clare Tiedemann** (*ZIP code: 11238*)
Public ownership will make the city a better place for everyone

**3121. Lillian Ruiz** (*ZIP code: 11215*)

**3122. Michelle P** (*ZIP code: 11228*)

**3123. Indalesio  T** (*ZIP code: 11385*)

**3124. Rachel Pick** (*ZIP code: 11385*)

**3125. Alex Royalty** (*ZIP code: 11226*)

**3126. Ella Thompson** (*ZIP code: 10014*)

**3127. Malcolm Hutchinson** (*ZIP code: 11236*)

**3128. Bliss**  (*ZIP code: 11213*)

**3129. Tykima  Tompkins**  (*ZIP code: 10027*)

**3130. Beatrice Poulsen** (*ZIP code: 11226*)

**3131. Rosie Mandel** (*ZIP code: 11420*)

**3132. Anna Bario** (*ZIP code: 11222*)

**3133. Dana Gatrell** (*ZIP code: 11226*)

**3134. Ebony Cawthorne** (*ZIP code: 10044*)

**3135. Tamara Cepeda** (*ZIP code: 11221*)

**3136. Thivya Srikumar** (*ZIP code: 10128*)

**3137. An anonymous signer**  (*ZIP code: 11216*)

**3138. Eliza Fisher** (*ZIP code: 91364*)

**3139. Rebecca Zakheim** (*ZIP code: 11232*)

**3140. An anonymous signer**  (*ZIP code: 10002*)
Please do the right thing and make sure the people who actually live in these properties have a say in
what happens to their homes!

**3141. Tessa Goldsher** (*ZIP code: 11225*)

**3142. Jacob Cartwright** (*ZIP code: 07087*)
Please delay the auction in order to have time to organize and propose different ownership options
such as as non profit partnership or a community land trusts.

**3143. Jules Benjamin** (*ZIP code: 11215*)

**3144. Monique Barnett** (*ZIP code: 11212*)

**3145. Zhay Gagnon** (*ZIP code: 11435*)

**3146. Giuseppe Macaluso** (*ZIP code: 10034*)

**3147. Nayla  Davis** (*ZIP code: 11225*)

**3148. Grace Polaneczky** (*ZIP code: 11232*)

**3149. An anonymous signer**  (*ZIP code: 11226*)

**3150. Madelyn Robinson** (*ZIP code: 11226*)

**3151. Taylor McKenzie** (*ZIP code: 11236*)

**3152. Fiona Silver** (*ZIP code: 10003*)

**3153. Michele Roybal** (*ZIP code: 10009*)
Stop this auction!

**3154. Veena Rao** (*ZIP code: 11222*)

**3155. Alex Maier** (*ZIP code: 19107*)

**3156. Amy Aviles** (*ZIP code: 91101*)

**3157. Nabil Pimentel** (*ZIP code: 10466*)

**3158. Antonella Mastroianni** (*ZIP code: 04609*)

**3159. Alexis Quintero** (*ZIP code: 11216*)

**3160. Akil Cooper** (*ZIP code: 11221*)

**3161. Sasha Stavila** (*ZIP code: 11203*)
NO TO SELL OFF, KEEP RENT STABLE FOR WORKING NEW YORKERS!!

**3162. Rebekah Adens** (*ZIP code: 19119*)

**3163. Ashley McKie** (*ZIP code: 10473*)

**3164. Ailís Meghan Philpott** (*ZIP code: 10454*)

**3165. praveena javvadi** (*ZIP code: 11216*)

**3166. Louise Sandback** (*ZIP code: 11238*)

**3167. Shantrice  King** (*ZIP code: 10301*)

**3168. Jay Zhang** (*ZIP code: 11233*)

**3169. Annalise Minello** (*ZIP code: 11216*)

**3170. Alice Keller** (*ZIP code: 11206*)

**3171. Sharisse McClure** (*ZIP code: 11226*)

**3172. Valerie Hallier** (*ZIP code: 10014*)

**3173. Rebekah Calhoun** (*ZIP code: 14201*)

**3174. John Gordon** (*ZIP code: 11215*)

**3175. Georgina  Pierre-Louis** (*ZIP code: 1229*)

**3176. Juno Mattiuzzi** (*ZIP code: 10304*)

**3177. Alethia Ramos** (*ZIP code: 11418*)
STOP THESE SLUMLORDS !!!!!!

**3178. Kristin Gilliard** (*ZIP code: 11238*)

**3179. Sojourner Brown** (*ZIP code: 11216*)

**3180. Anahi Guzman** (*ZIP code: 10453*)

**3181. An anonymous signer** (*ZIP code: 10026*)

**3182. Bridget Rojas** (*ZIP code: 11102*)

**3183. Odair Nuñez Shaw** (*ZIP code: 11419*)

**3184. Minh Pham** (*ZIP code: 11215*)

**3185. Julia Maher** (*ZIP code: 10458*)

**3186. Sasha Stjarne** (*ZIP code: 11106*)

**3187. Alisha Williams** (*ZIP code: 11233*)

**3188. Darrius Moore** (*ZIP code: 07003*)

**3189. Hong Young** (*ZIP code: 11215*)

**3190. Laura Mauldin** (*ZIP code: 11238*)

**3191. Arielle Blueford-Davis** (*ZIP code: 11213*)
Absolutely shut this down; tenets and NYC citizens deserve better! CO-OP now!

**3192. Tom Demavivas** (*ZIP code: 60660*)

**3193. Michele** (*ZIP code: 11218*)

**3194. Julieta Barbiero** (*ZIP code: 93534*)

**3195. Yumiko Sakuma** (*ZIP code: 10017*)

**3196. Stephanie Chimbo** (*ZIP code: 11237*)

**3197. Flora de Tournay** (*ZIP code: 11225*)

**3198. Michele Cheri** (*ZIP code: 11210*)
Delay the Auction!

**3199. ryan herman** (*ZIP code: 11213*)

**3200. Alicia  Lundgren** (*ZIP code: 11216 *)

**3201. William Fryer** (*ZIP code: 11226*)

**3202. AJ** (*ZIP code: 90066*)

**3203. Kay Paris** (*ZIP code: 11237*)

**3204. Laura Tanenbaum** (*ZIP code: 11218*)

**3205. Natalia Kruc** (*ZIP code: 11320*)

**3206. Siena Yerby** (*ZIP code: 11221*)

**3207. Jessi Longe** (*ZIP code: 11225*)

**3208. Rosena  Graham** (*ZIP code: 10018*)

**3209. Cris Hilo** (*ZIP code: 11225*)

**3210. Brenna St George Jones** (*ZIP code: 10034*)
We deserve a say in our future, our safety, our quality of life!

**3211. Stephina  Fisher** (*ZIP code: 11103*)

**3212. Nairee Taveras** (*ZIP code: 10035*)

**3213. Grace Maher** (*ZIP code: 10031*)

**3214. Ashley Fouyolle** (*ZIP code: 11207*)

**3215. Kenisha Alexander** (*ZIP code: 11212*)

**3216. Katherine  Herman** (*ZIP code: 11218*)

**3217. Celine  Cabrera** (*ZIP code: 10027*)

**3218. Alexandre Bagot** (*ZIP code: 10024*)

**3219. Sabdie Alvarado** (*ZIP code: 11233*)

**3220. Jordana Castro** (*ZIP code: 10027*)

**3221. christina Potis** (*ZIP code: 11106*)

**3222. Jordan Shaw- Sanders** (*ZIP code: 11226*)
85 Clarkson has been having heating and hot water problems going on nearly 4 years

**3223. Kate Spaulding** (*ZIP code: 10035*)

**3224. Benjamin Achilles** (*ZIP code: 11103-1241*)

**3225. Hal Menacho** (*ZIP code: 11103*)
beat it, landlord chumps

**3226. Jasmine Sanchez** (*ZIP code: 10031*)

**3227. Mia Aguilar** (*ZIP code: 10013*)

**3228. jay g** (*ZIP code: jsgandhi2390@gmail.com*)

**3229. Oriana Booth** (*ZIP code: 11385*)

**3230. Noelani Renderos** (*ZIP code: 10033*)

**3231. Iso Rabins** (*ZIP code: 95603*)


**3232. Lucy Mercado** (*ZIP code: 10463*)
Housing is a human right, it should be a crime to purposely neglect people's home safety to sell off their homes to then highjack it's housing cost to then eventually leave the poor, the vulnerable and working class communities essentially homeless.


**3233. Brighid O'Dea** (*ZIP code: 11215*)


**3234. Kathryn  O'Connor** (*ZIP code: 11372*)
Please protect these tenants homes!!!


**3235. Whitney Chandler** (*ZIP code: 11221*)
Protect our neighbors, protect the people!


**3236. Melanie Moyer** (*ZIP code: 11206*)


**3237. Minnie Keene** (*ZIP code: 11222*)


**3238. Rachel Chaos** (*ZIP code: 11234*)


**3239. Sunny Shokrae** (*ZIP code: 11233*)
Rent Stabilized Tenants Deserve a Say Over Their Homes


**3240. Maggie Giordano** (*ZIP code: 11221*)


**3241. Katherine Hernandez** (*ZIP code: 10453*)


**3242. Rhianon cha-os** (*ZIP code: 11234*)


**3243. sabina**  (*ZIP code: 10016*)


**3244. Lexy Dambach**  (*ZIP code: 11374*)
People deserve liveable homes and people should never have to be pushed out of their homes


**3245. An anonymous signer**  (*ZIP code: 10025*)


**3246. Amana Brown** (*ZIP code: 11212*)
I support putting a stop to the out buying and the neglect that NY landlords get away with while hiking the rent simultaneously.


**3247. Mai Lee** (*ZIP code: 11221*)


**3248. Sabrina Chap** (*ZIP code: 11225*)

**3249. Julia Shin** (*ZIP code: 11356*)

**3250. Fabiola Alcime** (*ZIP code: 11213*)

**3251. An anonymous signer** (*ZIP code: 11226*)

**3252. solveig estes** (*ZIP code: 10031*)

**3253. Sierra Fang** (*ZIP code: 11222*)
Tenants need a seat at the table!

**3254. Zamiya Jean** (*ZIP code: 11412*)

**3255. Loren Fink** (*ZIP code: 11221*)

**3256. William Jones** (*ZIP code: 11206*)
SLOW
IT DOWN

**3257. Cassiopea McDonald** (*ZIP code: 11214*)

**3258. Kai Custodio** (*ZIP code: 11235*)
Housing is a basic human right. Thank you for organizing and building strength in community.

**3259. Samantha Cruz** (*ZIP code: 11249*)

**3260. Jacob** (*ZIP code: 11221*)
#TenantsRights

**3261. Tom Rabstenek** (*ZIP code: 10024*)

**3262. William  Diaz** (*ZIP code: 11212*)

**3263. Joanna Levinger** (*ZIP code: 11101*)
New York City is nothing without real New Yorkers in it. Housing is a human right. Give these tenants
what they deserve, time, stability, affordability and justice.

**3264. Merlin Whitehawk** (*ZIP code: 11225*)

**3265. Gabrielle Bonilla** (*ZIP code: 11225*)

**3266. Cammy White** (*ZIP code: 11221*)

**3267. Ryan**  (*ZIP code: 11233*)

**3268. Nyla Guadalupe** (*ZIP code: 10458*)

**3269. Kyani  Vazquez**  (*ZIP code: 10472*)

**3270. Ashley  Hartley**  (*ZIP code: 11429*)

**3271. Corey Annan** (*ZIP code: 07070*)

**3272. Zachary Warach** (*ZIP code: 11758*)

**3273. Sabrina Rosa** (*ZIP code: 10025*)

**3274. Jessica P** (*ZIP code: 11215*)

**3275. Helen Cope** (*ZIP code: 30309*)

**3276. Darien Bernal** (*ZIP code: 11203*)

**3277. Vastia Sylvester** (*ZIP code: 11236*)

**3278. Christina Knowles** (*ZIP code: 10033*)

**3279. Jahmela Joseph** (*ZIP code: 11230*)

**3280. Jenelle  Williams** (*ZIP code: 11216*)

**3281. Camila Mercado** (*ZIP code: 11205*)

**3282. Sherry Wolf** (*ZIP code: 11218*)

**3283. Jessica Wiener** (*ZIP code: 10025*)

**3284. DaJanee Chaney** (*ZIP code: 10044*)

**3285. Marvin Lundi** (*ZIP code: 11226*)

**3286. Alexandra Chunovic** (*ZIP code: 11226*)

**3287. Vidya Muthupillai** (*ZIP code: 11385*)

**3288. Melissa Guerrero** (*ZIP code: 11225*)

**3289. Vanessa Kuria** (*ZIP code: 11207*)

**3290. Kieran Micka-Maloy** (*ZIP code: 10002*)

**3291. S F** (*ZIP code: 11226*)

**3292. Perri Russell** (*ZIP code: 11222*)

**3293. Perri Hofmann** (*ZIP code: 11213*)

**3294. An anonymous signer** (*ZIP code: 11216*)

**3295. Jasmine Somerset** (*ZIP code: 11216*)

**3296. Victoria Alexander** (*ZIP code: 11231*)

**3297. Arianna Dupiton** (*ZIP code: 07083*)

**3298. Lily Gasper** (*ZIP code: 11385*)

**3299. Olivia J** (*ZIP code: 11238*)

**3300. Miska Lewis** (*ZIP code: 11221*)

**3301. Simisola  Akinola** (*ZIP code: 11590*)

**3302. An anonymous signer** (*ZIP code: 10451*)

**3303. Ezra Levine** (*ZIP code: 11216*)

**3304. Evan Cerwonka** (*ZIP code: 11205*)

**3305. Michelle  Starnes** (*ZIP code: 10031*)

**3306. Sara Wallace-Lee** (*ZIP code: 11218*)

**3307. Laura Casey** (*ZIP code: 11225*)

**3308. Peijin Chen** (*ZIP code: 05661*)

**3309. Binti-Joyce** (*ZIP code: 11237*)
All New Yorkers deserve safe homes!

**3310. Roohi Singh** (*ZIP code: 11205*)

**3311. Henry Kanengiser** (*ZIP code: 10002*)

**3312. Lisa Kim** (*ZIP code: 11205*)

**3313. Josue Meza** (*ZIP code: 11214*)

**3314. Adam Kalar** (*ZIP code: 11207*)
Your Honor, please give the tenants of these buildings a seat at the table in determining what happens to their homes. They are not a product, but they've been treated as such and made to endure living conditions that are cruel and unusual

**3315. Rawya EL CHAB** (*ZIP code: 11209*)

**3316. Brianna  Williams**  (*ZIP code: 11236*)

**3317. Almeda Terry** (*ZIP code: 10031*)

**3318. Alan Lewandowski** (*ZIP code: 11232*)

**3319. Tandy  Toliver**  (*ZIP code: 10026*)

**3320. Aquilah Jourdain** (*ZIP code: 11435*)

**3321. Deepika  Raman** (*ZIP code: 11226*)

**3322. Jessi Lee** (*ZIP code: 80205*)

**3323. Josefina Rojas** (*ZIP code: 10034*)
We're having a hard time paying
For rent . New York rent rent are
To high.

**3324. Janie Kim** (*ZIP code: 11225*)

**3325. Todd Baker** (*ZIP code: 10468*)

**3326. Liz Ramos** (*ZIP code: 11420*)

**3327. Gabby Luftschein** (*ZIP code: 11226*)

**3328. Alaina LaTourette** (*ZIP code: 10026*)

**3329. Liam McSweeney** (*ZIP code: 11233*)

**3330. Kyla Raskin** (*ZIP code: 10009*)

**3331. Lucy Varenik** (*ZIP code: 10002*)

**3332. An anonymous signer** (*ZIP code: 11226*)

**3333. Alexander Sevilla** (*ZIP code: 11373*)

**3334. An anonymous signer** (*ZIP code: 11233*)

**3335. Eva Lewis** (*ZIP code: 11205*)

**3336. Eric** (*ZIP code: 11206*)

**3337. Taryn Holback** (*ZIP code: 11226*)

**3338. Chalcedony Wyllie** (*ZIP code: 11233*)

**3339. Sean King** (*ZIP code: 10301*)
Housing is a human right. Everyone needs and is entitled to, low-cost dignified housing.

**3340. Shea SB** (*ZIP code: 11213*)

**3341. Napsha Gnanasampanthan** (*ZIP code: 11233*)

**3342. Zoe Petrak** (*ZIP code: 10028*)

**3343. christian aynalem** (*ZIP code: 11221*)

**3344. Charlee Correia** (*ZIP code: 10039*)

**3345. Theresa Tian** (*ZIP code: 11221*)

**3346. Ava Mazzye** (*ZIP code: 11201*)

**3347. Denise Lekowski** (*ZIP code: 11209*)

Please do the right thing.

**3348. lou hines** (*ZIP code: 10034*)
All power tp the tenants!

**3349. Nikita Chowdhury** (*ZIP code: 11237*)

**3350. Esther Farmer** (*ZIP code: 11230*)

**3351. Anne Duncan** (*ZIP code: 98115*)

**3352. Stephanie Mays** (*ZIP code: 11225*)

**3353. Amina Ali** (*ZIP code: 10002-7787*)

**3354. Lin B** (*ZIP code: 11233*)

**3355. Adanna Morgan** (*ZIP code: 11224*)

**3356. Christopher  DeBouse** (*ZIP code: 10032*)
Tenants deserve a say in this, co operative ownership should be offered !

**3357. Winnie Lu** (*ZIP code: 11769*)

**3358. Yasemin Akcaguner Young** (*ZIP code: 11215*)

**3359. Gina Carter** (*ZIP code: 10457*)
As native new yorkers, there are laws, rules, and regulations that we all must abide by. but there are also principles, and morals we must abide by, as well. To people in a high position of power, you have a choice to do the right thing. Please, help us.

Help aid us in the bare minimum and a requirement for all;

A place to lay our heads.

~ Thank you__

**3360. Staci Aversa** (*ZIP code: 01970*)

**3361. Jamie**  (*ZIP code: 11385*)

**3362. Brunnie  Lebron** (*ZIP code: 10031*)

**3363. Antia Constable** (*ZIP code: 11420*)

**3364. Karan Dilawar** (*ZIP code: 11372*)

**3365. Kimberly** (*ZIP code: 10029*)

**3366. shiva das** (*ZIP code: 11206*)

**3367. Amy Conton** (*ZIP code: 10475*)
To the Honorable David S. Jones--
Renters deserve Safe, Affordable Homes! I urge you to grant the tenants a say in the auction process
— and slow down the auction to allow city agencies the time to take whatever steps are needed to
protect the people who live in these buildings long-term.

**3368. Terilyn Clarke** (*ZIP code: 10467*)
STOP DISPLACEMENT OF RENT STABILIZED TENANTS AND CITY BIRN AND RAISED NEW
YORKERS!!. Stop ADDING into the HOMELESSNESS CRISIS.

**3369. Samantha Testa** (*ZIP code: 10016*)

**3370. Priya Khare** (*ZIP code: 11233*)
GIVE TENANTS A SAY!

**3371. Valerie  Kaufmann** (*ZIP code: E3 2NG*)

**3372. Niqua Love** (*ZIP code: 10457*)

**3373. Sarah Burch** (*ZIP code: 11216*)

**3374. Josephine Barrack** (*ZIP code: 11206-8301*)

**3375. Jasmine  James** (*ZIP code: 10039*)

**3376. courtney  yoshimura** (*ZIP code: 10010*)

**3377. Elle Gold** (*ZIP code: 11206*)

**3378. David  Velez** (*ZIP code: 10461*)

**3379. Livi Burdette** (*ZIP code: 03229*)

**3380. Jennifer Perez** (*ZIP code: 10463*)
This city is being overrun by greedy landlords/large financial groups selling nyers to the highest
bidder. It's imperative that we protect renters

**3381. Sophia Holland** (*ZIP code: 11385*)

**3382. Sabrina Adaba** (*ZIP code: 10801*)
After years of enduring disgusting living conditions thanks to billionaire slumlord after billionaire slumlord, is the very least the City can do for these tenants. Shoe down the auction and give tenants a seat at the table!

**3383. Emily Romero** (*ZIP code: 11206*)

**3384. Velma Scottt** (*ZIP code: 10462*)

**3385. Amani Adaba** (*ZIP code: 10801*)

**3386. Sanra Konate** (*ZIP code: 10032*)

**3387. Karesse Baptiste** (*ZIP code: 11207*)

**3388. Teo Medina** (*ZIP code: 10452*)

**3389. Adriana DiGennaro** (*ZIP code: 11221*)

**3390. Ana Orozco** (*ZIP code: 10032*)

**3391. yasmin** (*ZIP code: 20001*)

**3392. Jacqueline Melofiro** (*ZIP code: 11208*)

**3393. Sarah El-Edlibi** (*ZIP code: 11105*)

**3394. Shelby Cramer** (*ZIP code: 11213*)

**3395. Ian Jones** (*ZIP code: 11226-6307*)

**3396. Jaegi Lissade** (*ZIP code: 11233*)

**3397. Gloria Wu** (*ZIP code: 11378*)

**3398. Mary Stein** (*ZIP code: 11373*)
We need affordable housing and corporations will not provide that.

**3399. Katherine Fonseca** (*ZIP code: 10014* )

**3400. Precious Lei** (*ZIP code: 10462*)

**3401. Courtney Davis** (*ZIP code: 11372*)

**3402. An anonymous signer** (*ZIP code: 11207*)

**3403. Alison Goldsmith** (*ZIP code: 10011-5149*)

**3404. Jero Araujo** (*ZIP code: 10030*)

**3405. Jessica Lococo** (*ZIP code: 11225-1844*)

**3406. Ximena Vicente** (*ZIP code: 11211*)
Make living affordable again! Protect renters!

**3407. DD DD** (*ZIP code: 10456*)

**3408. Colton  Sandy-Stowe** (*ZIP code: 11221*)

**3409. Morgan Davis** (*ZIP code: 10039*)

**3410. Al Dawkins** (*ZIP code: 11232*)

**3411. Briana Sisente** (*ZIP code: 11385*)

**3412. Catherine Valero** (*ZIP code: 10010*)

**3413. Alexander Lopez-Guevara** (*ZIP code: 11590*)

**3414. Amy Veggeberg** (*ZIP code: 11215*)

**3415. Rita Jane** (*ZIP code: 11432*)

**3416. Elizabeth Kelleher** (*ZIP code: 12580*)
Stop this atrocious acquisition of rent stabilized properties. This is despicable greed. This is tenant's
rights abuse and human rights abuse.

**3417. Renee Fleetwood** (*ZIP code: 11435*)

**3418. Asim Andre** (*ZIP code: 11436*)

**3419. Anna Wyszkowski** (*ZIP code: 11233*)

**3420. Lou Lauren** (*ZIP code: 11221*)
Stop the auction

**3421. Kayla Barton** (*ZIP code: 10550*)

**3422. Amy Gijsbers van Wijk** (*ZIP code: 11204*)

**3423. Bashar Harfoush** (*ZIP code: 11225*)
We deserve decent housing

**3424. Nicole Fields** (*ZIP code: 63103*)

**3425. Crystal Ferguson** (*ZIP code: 10453*)

**3426. Karisha Romance** (*ZIP code: 11225*)

**3427. Sydné  Jackson**  (*ZIP code: 10030*)

**3428. Nevaeh Lipscomb**  (*ZIP code: 10455*)

**3429. Sharlene Piverger** (*ZIP code: 11226*)

**3430. Zoha Amin** (*ZIP code: 11365*)

**3431. Nicole Bellaflores-Mejia** (*ZIP code: 10023*)

**3432. Dafne Saint-Hilaire** (*ZIP code: 11206*)

**3433. Veena Bobba** (*ZIP code: 11213*)

**3434. Larisa  Shaterian**  (*ZIP code: 10990*)

**3435. Shelley Washington** (*ZIP code: 11233*)

**3436. Janelle Miau** (*ZIP code: 11218*)

**3437. Jehan Jamee** (*ZIP code: 11374*)

**3438. Sophia Madonia** (*ZIP code: 11358*)

**3439. Trish P** (*ZIP code: 11432*)

**3440. Shaila S** (*ZIP code: 10462*)

**3441. Ferdousi Begum** (*ZIP code: 11372*)

**3442. Aditi Sen** (*ZIP code: 11225*)

**3443. Chriata Leblanc** (*ZIP code: 11206*)

**3444. Akilah Campbell** (*ZIP code: 10462*)

**3445. Katie Spear** (*ZIP code: 11385*)

**3446. Jenifer Marin** (*ZIP code: 10468*)

**3447. Elise Walsh** (*ZIP code: 11218*)

**3448. Avanelle St. bernard** (*ZIP code: 11226*)

**3449. Kelsey Warren** (*ZIP code: 10021*)

**3450. Aisha Bell** (*ZIP code: 11221*)

**3451. Taylor Resteghini** (*ZIP code: 11216*)

**3452. Ash Islam** (*ZIP code: 11385*)

**3453. Sarah Green** (*ZIP code: 11205*)

**3454. Rossitsa Kirilova** (*ZIP code: 11238*)

**3455. Onacis Vicente** (*ZIP code: 10459*)

**3456. Hannah Kushen** (*ZIP code: 11225*)

**3457. Nicole Lombardo** (*ZIP code: 11207*)
Tenant determination of housing ownership! Power back to the people and no more wealth drains and gentrification!

**3458. Audrey Maynard** (*ZIP code: 11221*)

**3459. Ashley Barrios** (*ZIP code: 11102*)

**3460. Alanna O'Leary** (*ZIP code: 11238*)

**3461. Paul Doble** (*ZIP code: 11216*)
When a past building owner's violations have not been addressed, when his victims have seen no justice from the system, it is only fair and right and legal to ensure that those violations, those responsibilities, are addressed before a new set of problems arise.

**3462. Lucy Hawkins** (*ZIP code: 11206*)

**3463. Joseph Liatela** (*ZIP code: 11237*)

**3464. Liz Tory**  (*ZIP code: 10460*)

**3465. Saquaya Ruffin** (*ZIP code: 11233*)

**3466. Konadu Amoakuh** (*ZIP code: 11216*)

**3467. Andrea Dominguez** (*ZIP code: 10032*)

**3468. Vladimir  Leger** (*ZIP code: 11210*)
My building is 3301 Farragut rd and is owned by Pinnacle. It is neglected also

**3469. Ananda Long** (*ZIP code: 11213*)

**3470. Kwanza Johnson** (*ZIP code: 10027*)

**3471. Mark Johnson** (*ZIP code: 10031*)

**3472. Edward  Jacobus**  (*ZIP code: 11238*)

**3473. Alyssa James** (*ZIP code: 11213*)

**3474. Nero Ordonez** (*ZIP code: 11432*)

**3475. Grace Flynn** (*ZIP code: 10028*)
Give tenants a voice!

**3476. Imani Parker** (*ZIP code: 11205*)

**3477. Martyna Szczesna** (*ZIP code: 11222*)
Allow tenants to buy their buildings, pass COPA!

**3478. An anonymous signer**  (*ZIP code: 11373*)

**3479. Ben Cruz** (*ZIP code: 11213*)

**3480. KAMILLA HASSEN** (*ZIP code: 11225*)

**3481. Robert Scoville** (*ZIP code: 10035*)
Tenants who live in the building should have first access to purchasing the space they live in. The only

way anyone else should be allowed to purchase is if they sign a contract between themselves and the tenants that explicitly states that they will repair the property to better living conditions, and cannot resell for 15 years.

**3482. Sophia Sy** (*ZIP code: 11360*)

**3483. Ashia Palmer** (*ZIP code: 11101*)

**3484. Amanda Sheehan** (*ZIP code: 11206*)

**3485. ST Antelis** (*ZIP code: 11207*)

**3486. Kaylin  Rodriguez**  (*ZIP code: 10454*)
Where are we suppose to go ?

**3487. Jamie Sarmiento** (*ZIP code: 11215*)

**3488. Alysha Habib** (*ZIP code: 11421*)

**3489. Paige  Przykuta**  (*ZIP code: 11377*)

**3490. Naeemah Janae** (*ZIP code: 10029*)

**3491. Angelena Parker** (*ZIP code: 11201*)

**3492. Catherine   Clarke** (*ZIP code: 11213*)

**3493. Nia Luna** (*ZIP code: 11209*)
Where do we go for a lot of us New York is all we know New York is home. We are not transplants. This is ridiculous.

**3494. Anna Fontalvo** (*ZIP code: 12110*)
I was born and raised in 11207. I have friends that are trapped in buildings and living conditions like ones described in the Pinnacle Group's holdings, and it is abhorrent.

Passing it on to another "largest bidder" will only drive up the prices as that largest bidder seeks to recoup their purchase cost, and no matter what they say, the last 20 years worth of previous behavior from landlords like these is demonstrable proof that they do NOT invest in the care of these buildings on the long term. They will NOT take any proactive actions themselves to properly care for the properties their tenants, who pay their rents and thereby enrich these landlord companies, live in with their families and children.

Let the tenants into the process. Give them an opportunity to take ownership and steward what happens with their homes.

**3495. Katherine Earle** (*ZIP code: 10035*)
Stable and affordable housing keeps our city safe and strong. Tenants should have agency over the future of their homes.

**3496. Carlos Hernandez**  (*ZIP code: 11213*)

**3497. Hannah Farley** (*ZIP code: 10025*)

**3498. Melina Castillo** (*ZIP code: 11215*)

**3499. Vee Martin** (*ZIP code: 11221*)

**3500. Andrew Timberg** (*ZIP code: 11207*)

**3501. Quincy Clark** (*ZIP code: 11221*)

**3502. Adam Carboni** (*ZIP code: 11102*)

**3503. Vanessa Flores** (*ZIP code: 10029*)

**3504. Maya Lee** (*ZIP code: 11230*)

**3505. Lee Herrera** (*ZIP code: 10560*)

**3506. Marien Rodriguez** (*ZIP code: 10035*)

**3507. Haydy Rodriguez** (*ZIP code: 10004*)

**3508. Chayange  Davis-Levy** (*ZIP code: 11201*)

**3509. Elizabeth Vasquez** (*ZIP code: 10458*)

**3510. Paige Acevedo** (*ZIP code: 11206*)

**3511. Margaret Ruocco** (*ZIP code: 11225*)

**3512. Zaida Sanchez** (*ZIP code: 11222*)

**3513. Bo Thomas** (*ZIP code: 11213*)

**3514. Jessica Christopher** (*ZIP code: 10023*)

**3515. Chloe Gbai** (*ZIP code: 11225*)

**3516. Sula  Gordon** (*ZIP code: 11226*)

**3517. Bailey Bystry** (*ZIP code: 11385*)
Dear Honorable David S. Jones and Creditors Flagstar Bank,

I am writing to you regarding Case No. 25-11050 (DSJ), as a concerned member of the public to support my neighbors who live in Pinnacle Group (AKA Broadway Realty)'s auctioned properties.

This bankruptcy and auction process does not simply concern assets and property, but homes and communities. I urge you to slow down the auction to allow city agencies the time to take whatever steps are needed to protect the people who live in these buildings long-term.

**3518. Jenya Walters** (*ZIP code: 11236*)

**3519. Ana Stern** (*ZIP code: 11218*)

**3520. Jessica Ball** (*ZIP code: 11216*)

**3521. Ally Fama**  (*ZIP code: 11375*)

**3522. Savannah Jaine** (*ZIP code: 10031*)

**3523. molly knapp** (*ZIP code: 11225*)

**3524. Shmyah Hoppie** (*ZIP code: 11239*)

**3525. John Agramonte**  (*ZIP code: 10040*)

**3526. Moneek Christie** (*ZIP code: 10030*)

**3527. Jordan Dunn** (*ZIP code: 11225*)

**3528. Amanda Lester** (*ZIP code: 11356*)

**3529. eddie denzil** (*ZIP code: 10545*)

**3530. Ginelle Bamfo** (*ZIP code: 11233*)

**3531. Louise Hill** (*ZIP code: 11225*)
Yes need a lot of Repairs going on

**3532. Sarah Rogacki** (*ZIP code: 11205*)

**3533. Ayi  B Soares** (*ZIP code: 10027*)

**3534. Jacqueline  Moore** (*ZIP code: 06851*)

**3535. van hopper** (*ZIP code: 97202*)

**3536. L Sanchez** (*ZIP code: 12550*)
We need rent stability in NYC
There are thousands of people who are very vital to cultural and economic life of our city that are only living here because of rent stabilization. For NY to remain a vital world center , stabilization is a necessity.

**3537. Ashley Hernandez** (*ZIP code: 10462*)

**3538. Nathan Weger** (*ZIP code: 11221*)

**3539. Imani Amanullah** (*ZIP code: 10025*)

**3540. Teaunda Colvin** (*ZIP code: 10456*)
Give NYC Back 2 Those Who Been HERE FOREVER!!!

**3541. katelyn lagarde** (*ZIP code: 10013*)

**3542. Odette Jimenez** (*ZIP code: 10462*)

**3543. Kathryn Burke** (*ZIP code: 11216*)

**3544. Caitlin Goodman** (*ZIP code: 11221*)

**3545. Eva Melas** (*ZIP code: 11217*)

**3546. John Norman** (*ZIP code: 10019*)

**3547. Jacqueline Veliz** (*ZIP code: 11385*)

**3548. Julia Sutowski** (*ZIP code: 11222*)

**3549. Natalie Naculich** (*ZIP code: 11233*)

**3550. Janelle Washington** (*ZIP code: 10026*)

**3551. Alonna Brown** (*ZIP code: 10027*)
I've lived in Harlem all my life, my family is literally from Harlem I would want nothing more than to be

able to keep living here and not have to live somewhere else because I can't afford to stay.

**3552. Alecia Wilk** (*ZIP code: 11226*)


**3553. Suzanne Hitchman** (*ZIP code: 11226*)
Tenants deserve a voice!


**3554. Lucy Hart** (*ZIP code: 97330*)


**3555. Carly Sorenson** (*ZIP code: 11103*)


**3556. Neena R** (*ZIP code: 11221*)


**3557. Pearl Park** (*ZIP code: 07024*)


**3558. Mary Marxen** (*ZIP code: 11216*)


**3559. Leo R** (*ZIP code: 10314*)


**3560. sayo watanabe** (*ZIP code: 11225*)


**3561. Gene E Edmond** (*ZIP code: 94117*)


**3562. Daniel J Borrero** (*ZIP code: 11373*)


**3563. Danielle  Dixon** (*ZIP code: 11233*)


**3564. Kiana Hong** (*ZIP code: 11377*)


**3565. Sara Duvisac** (*ZIP code: 11216*)


**3566. Jennifer Hadlock** (*ZIP code: 10029*)


**3567. Vivian Sy** (*ZIP code: 11360*)


**3568. Luke Melonakos** (*ZIP code: 06511*)


**3569. Stef Rubino** (*ZIP code: 10032*)


**3570. Angel Garcia** (*ZIP code: 11222*)
1 <3 ny

**3571. Ian Rosenberg** (*ZIP code: 04863*)

**3572. Alex Colavecchio** (*ZIP code: 06416*)

**3573. Saredt Franco** (*ZIP code: 11215*)

**3574. Janica Vasquez** (*ZIP code: 10451*)

**3575. Ezra Kupor** (*ZIP code: 11218*)

**3576. Danielle M** (*ZIP code: 10037*)

**3577. Rocio Santos-Carrillo** (*ZIP code: 10463*)

**3578. Sierra Degale** (*ZIP code: 11236*)

**3579. Alan P. Berger** (*ZIP code: 11225*)

**3580. Opheli  Garcia Lawler** (*ZIP code: 10026*)

**3581. Abby K** (*ZIP code: 10003*)

**3582. Bianca Sanon** (*ZIP code: 10033*)

**3583. An anonymous signer**  (*ZIP code: 33021*)

**3584. Joe McCarthy** (*ZIP code: 11385*)

**3585. Emma Specter** (*ZIP code: 90019*)

**3586. casey robarts** (*ZIP code: 11237*)
It disgusts me that we have to beg to keep affordable housing in this city.

**3587. Alex Azan** (*ZIP code: 11201*)

**3588. Audrey Wright** (*ZIP code: 10033*)

**3589. Ellie DeSota** (*ZIP code: 11210*)

**3590. Estelle Petrocelli** (*ZIP code: 11237*)

**3591. Nona Caspers** (*ZIP code: 94117*)

**3592. Eva Borgwardt** (*ZIP code: 11216*)

**3593. Pierce  Bartman** (*ZIP code: 11216*)

**3594. Katrina Davis** (*ZIP code: 11207*)
Give tenants the time and repairs they deserve!

**3595. Our Ricketts** (*ZIP code: 11233*)

**3596. Gaby**  (*ZIP code: 32751*)

**3597. Jason  Kuo** (*ZIP code: 15206*)

**3598. Rudy Vecchia-Zeitz** (*ZIP code: 11385*)

**3599. Marelis Subera** (*ZIP code: 11226*)

**3600. Sabrina**  (*ZIP code: 11763*)

**3601. Olivia Basile** (*ZIP code: 10044*)

**3602. Samantha Zimmerman** (*ZIP code: 11206-5999*)

**3603. Diomaris Collado** (*ZIP code: 10040*)

**3604. Maryann Devine** (*ZIP code: 19119*)

**3605. Nate Hinkle** (*ZIP code: 10033*)
Slow it down!

**3606. Nala Price** (*ZIP code: 11213*)
Please do what is right!!!!

**3607. Kate Tooley** (*ZIP code: 11226*)
Writing to request that the Honorable David S. Jones and Flagstar Bank slow the sale of Pinnacle owned buildings to allow for meaningful discussion and the address of past harms to long time tenants, elders, and youth living in these buildings. Our goal is to ensure these buildings can return to the livable, safe, lifelong residences at the core of vibrant neighborhoods and communities they were prior to Pinnacle's campaign of intentional neglect and criminal negligence. Many tenant's are currently living in conditions that will impact the both their health and wellbeing and that of their children, and if the buildings are purchased by another parasitical landlord, we expect those conditions only to worsen.

**3608. evangeline Ellingsworth** (*ZIP code: 11213*)

**3609. Yannick Djobo** (*ZIP code: 10031*)

**3610. Kayci Keenan** (*ZIP code: 11105*)

**3611. Ethan Hart** (*ZIP code: 10030*)

**3612. Nkima Stephenson** (*ZIP code: 11413*)

**3613. Molly Crabapple** (*ZIP code: 11211*)

**3614. Kitty Bernardo** (*ZIP code: 11221*)

**3615. Sammy Gill** (*ZIP code: 10028*)

**3616. Rachael Samson** (*ZIP code: 10031*)

**3617. Polina Udalova** (*ZIP code: 98105*)

**3618. Rose Geer** (*ZIP code: 11221*)

**3619. alanah O'Dea** (*ZIP code: 10009*)

**3620. Sara Chishti** (*ZIP code: 11226*)

**3621. Andrea Abraham** (*ZIP code: 11229*)
This city will always be the people that love it. Protect the homes of the people. The people are the
wealth of New York. Protect the people. Thank you.

**3622. Celine Sze** (*ZIP code: 11375*)

**3623. Alex Fabugais-Inaba** (*ZIP code: 11221*)

**3624. Nadine Lewis** (*ZIP code: 12401*)
Please stop the auction, rent stabilized apartments deserve to have a day in their future, allow the
community to flourish with the individuals who make up the community

**3625. Shanice Dorzilor** (*ZIP code: 10026*)
SLOW DOWN THE AUCTION

**3626. Morgan Skelton** (*ZIP code: 11216*)

**3627. Dezh  K** (*ZIP code: 11225*)

**3628. Ryan Clark** (*ZIP code: 10031*)

**3629. Mary-Alice Robertson** (*ZIP code: 10075*)

**3630. toh Toh** (*ZIP code: 11206*)

**3631. Cindy Abdelsalam** (*ZIP code: 11377*)

**3632. Kelly Collado** (*ZIP code: 07083*)

**3633. Andrea Jacome** (*ZIP code: 11216*)

**3634. Karen D** (*ZIP code: 60714*)

**3635. Cornelius Loy** (*ZIP code: 11226*)
Broadway realty endangers it's tenants and directly neglects it's buildings

**3636. Jaelyn Raiford** (*ZIP code: 10040*)

**3637. Ugonna Okpalaoka** (*ZIP code: 11206*)

**3638. Zanida Banks** (*ZIP code: 10035*)

**3639. Eshé Hughes** (*ZIP code: 11203*)

**3640. kamial aquino** (*ZIP code: 10032*)
yess! ppl deserve shelter and livable conditions

**3641. Leslie Feinberg** (*ZIP code: 11226*)

**3642. Sage Felch** (*ZIP code: 11206*)

**3643. Tess McNamara** (*ZIP code: 11206*)

**3644. Morgan Rosellini** (*ZIP code: 11218*)

**3645. Samantha Joseph** (*ZIP code: 11225*)

**3646. Sophie Howard** (*ZIP code: 11211*)

**3647. Charlotte Borden** (*ZIP code: 11226*)

**3648. Jorge Benavente** (*ZIP code: 11207*)

**3649. Elana Meyers** (*ZIP code: 11221*)

**3650. Janice Serrano** (*ZIP code: 11220*)

**3651. Tiffany Yvette Rosa** (*ZIP code: 10462*)
People first!

**3652. Mylika  Selah** (*ZIP code: 11553*)

**3653. Lucia  Jackson** (*ZIP code: 11226*)

**3654. Morgan Peters** (*ZIP code: 11225*)

**3655. Aisha  Bunn** (*ZIP code: 10469*)

**3656. Kailyn Simmons** (*ZIP code: 20011*)