WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
**In re** : Chapter 11
: 
**BROADWAY REALTY I CO., LLC,** *et al.*, : Case No. 25-11050 (DSJ)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------X

## DECLARATION OF MATTHEW P. GOREN
## PURSUANT TO ORDER PURSUANT TO 11 U.S.C. § 327(A),
## FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 FOR
## AUTHORITY TO RETAIN AND EMPLOY WEIL, GOTSHAL & MANGES LLP AS
## ATTORNEYS FOR DEBTORS EFFECTIVE AS OF PETITION DATE

I, Matthew P. Goren, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am a partner of the firm of Weil, Gotshal & Manges LLP ("**Weil**").

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

2. I submit this declaration (this "**Declaration**") pursuant to the *Order Authorizing Retention and Employment of Weil, Gotshal & Manges LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* [ECF No. 564] (the "**Retention Order**").

3. As discussed in the Weil retention application, in the normal course of its business, Weil adjusts its billing rates annually. On January 1, 2026, Weil will increase its hourly rates and adopt the following revised standard billing structure: partners and counsel: $1,895 – $2,850; associates: $975 – $1,725; and paraprofessionals: $395 – $675.

4. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 16, 2025
New York, New York

/s/ Matthew P. Goren

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors
and Debtors in Possession*