WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re**                                : Chapter 11
:
**BROADWAY REALTY I CO., LLC,** *et al.*, : Case No. 25-11050 (DSJ)
:
Debtors.[1]                              : (Jointly Administered)
                                         : Related Docket Nos. 551, 571
------------------------------------------------------------x

### NOTICE OF EXTENSION OF DEADLINE FOR
### SELECTION OF STALKING HORSE BID

**PLEASE TAKE NOTICE THAT** on May 21, 2025, Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"). The chapter 11 cases have been consolidated for procedural purposes under the lead case *In re Broadway Realty I Co., LLC.*, *et al.*, Case No 25-11050.

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE THAT** that on September 22, 2025, the Bankruptcy Court entered the *Final Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Granting Related Relief* [ECF No. 551] (the "**Final Cash Collateral Order**"), which governed the Debtors' consensual arrangement with Flagstar Bank, N.A. ("**Flagstar**") to use cash collateral to fund the chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** that on October 1, 2025, the Bankruptcy Court entered the *Order(I) Approving Bidding Procedures, (II) Authorizing Debtors to Offer Stalking Horse Bid Protections, (III) Approving Assumption and Assignment Procedures, and (IV) Granting Related Relief* [ECF No. 571] (the "**Bidding Procedures Order**") approving procedures in connection with the refinance or sale of all or substantially all of the Debtors' assets, and granting other related relief.[2] Pursuant to the Final Cash Collateral Order and the Bidding Procedures Order, the Debtors may, without further order of the Bankruptcy Court, extend certain of the Milestones and other deadlines set forth therein as they deem appropriate in the exercise of their reasonable business judgement and subject to the Final Cash Collateral Order.

**PLEASE TAKE FURTHER NOTICE THAT** that in accordance with the Final Cash Collateral Order and the Bidding Procedures Order, the following deadline and Milestone has been extended with the consent of Flagstar:

| Event | Original Deadline | New Deadline |
|---|---|---|
| Deadline for Debtors to select Stalking Horse Bid(s) / Deadline for Debtors to Notify Bidders of Status as Qualified Bidders | **December 16, 2025, at 5:00 p.m. (prevailing Eastern Time)** | **December 22, 2025, at 5:00 p.m. (prevailing Eastern Time)** |

---

[2] Capitalized terms used but not herein defined have the meanings ascribed to them in the Final Cash Collateral Order and the Bidding Procedures Order, as applicable.

2

**PLEASE TAKE FURTHER NOTICE** that the deadline and Milestone set forth above may be further extended in accordance with the Final Cash Collateral Order and Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that the other deadlines and Milestones with respect to the Final Cash Collateral Order and Bidding Procedures Order are not being modified at this time.

Dated: December 17, 2025
      New York, New York

                                       /s/ Gary T. Holtzer
                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
                                       Gary T. Holtzer
                                       Garrett A. Fail
                                       Matthew P. Goren
                                       Philip L. DiDonato

                                       *Attorneys for the Debtors*
                                       *and Debtors in Possession*