*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408



Date: 12/12/2025

Re: Broadway Realty I Co., LLC, et al.
   No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Deborah Trencher**
I have lived at **681 W 193 street** for **13** year(s). This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: **The on-site super is good. But Pinnacle is extremely non-responsive to our frequent calls about various issues.**

I have the following repair issues and other concerns in my apartment/building:
**I have NO heat. The elevator repeatedly breaks down and sometimes with people in it. Fire dept has to be called.**

Before approving a new owner, I want the Court to consider:
**picking an owner who will be reliable, responsive and responsable.**

Sincerely,
**Deborah Trencher & Neil Anderson**
Tenant in Apartment **1C**