*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:        December 12, 2025

Re:         *In Re Broadway Realty I Co., LLC, et al.*
            No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Rachel McMullin. I have lived at 1048 Union Street in Brooklyn for almost 10 years (moved in February 2016).   This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been that they are nearly impossible to get hold of for repairs and are very opaque in their communications. The supers and porters they hire for their buildings do such shoddy work that I do not trust them to complete my repairs.

I have the following repair issues and other concerns in my apartment/building:

- Ongoing cockroach infestation in my unit
- Plaster damage in the walls/ceiling of my bedroom, bathroom, and kitchen from a burst pipe in an adjacent apartment
- Cracked paint and ceiling plaster in my living room

Before approving a new owner, I want the Court to consider delaying the date of the building sale so the tenants can organize to find new ownership by a non-profit and/or land trust. The hope is to avoid ownership by another slumlord like Pinnacle who does not upkeep the building and is impossible to communicate with.

Sincerely,

Rachel McMullin

Rachel McMullin

Tenant in 1048 Union Street, Apt 3C

Brooklyn, NY 11225

