For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/18/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Valerie Phillips**.
I have lived at **1601 Bedford Ave** for **30+** year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: Super messing with my utilities in the basement such as turning off my gas supposedly because their was a gas leak but he kept it of until I haveing to call the 71st Precient and finally got them to turn it back on in August 15, 2025. This gas leak was back in April 2025. Lack of repairs such as tiles falling off around tub & currently my medicine cabinet is slightly detached

Valerie Phillips

For Filing on Docket No. 25-11050

**I have the following repair issues and other concerns in my apartment/building:**

I currently have the issue of my medicine cabinet falling out, Roaches and Rodents. Replacement of my refridgerator (I finally Purchased on my own) so I attempting to get particular part of my new refridgerator cost from management as well as the gas I was paying for when he cut it off from basement.

**Before approving a new owner, I want the Court to consider:** the holes for rodents and Roaches in the building and the impact of last complaints made that are not repaired or the rudeness of the Super Mark Robinson who is currently our Superintendent.

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/17/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Zara Cadoux**.
I have lived at **1296 Pacific St** for **2½** year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Negative. Pinnacle has withheld repairs from many neighbors, especially seniors.

When I moved in, they had me sign an illegal "As Is" rider, saying I accepted the apt without appliances and repairs which violates the warranty of habitability.

Numerous ceilings in the building have fallen in and in some apartment lines neighbors have come to expect this — not acceptable!

In 2024, our elevator was out for 4 months. Management said they couldn't fix it until we called the media

—▷

I have the following repair issues and other concerns in my apartment/building:

Building-wide:
- constant elevator breakdowns
- rat infestation
- lead in apartments w/ children
- no super for several months, no super on weekends ever
- <u>need</u> new boiler
- buzzer system constantly not working / door is currently open (again)

Apt.
- leaks, pests

Before approving a new owner, I want the Court to consider:

Tenants deserve dignity and a say in our homes!
Pinnacle has a long and very documented history of disrepair, they should not be able to walk away and should be held accountable for years of neglect and displacement.
We need enough time to work with the city and preservation partners in order to ensure the buildings do not fall to another slumlord.
<u>NO</u> private equity!!!

For Filing on Docket No. 25-11050

I have the following repair issues and other concerns in my apartment/building:

Building-wide:
- constant elevator breakdowns
- rat infestation
- lead in apartments w/ children
- no super for several months, no super on weekends ever
- need new boiler
- buzzer system constantly not working / door is currently open (again)

Apt.
- leaks, pests

Before approving a new owner, I want the Court to consider:

Tenants deserve dignity and a say in our homes! Pinnacle has a long and very documented history of disrepair; they should not be able to walk away and should be held accountable for years of neglect and displacement. We need enough time to work with the city and preservation partners in order to ensure the buildings do not fall to another slumlord. NO private equity!!!

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/19/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Caroline Sarkozi**.
I have lived at **1296 Pacific Street** for **3** year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Less than ideal. The landlord never answers my calls or emails. I was unable to live at my apartment due to emergency conditions for weeks and months at times due to the lack of response from the landlord/super. The super harasses me. I feel unsafe often in my home.

I have the following repair issues and other concerns in my apartment/building:

- The door won't lock at the front of the building.
- Trash + pests
- Super harassing me
- Units ceilings falling in
- leaks
- Boiler overheating / lack of hot water + heat in winter.

Before approving a new owner, I want the Court to consider:

Giving us enough time to work with the city to ensure the next landlords actually fix the issues in our building. That we who live here actually get a say in our safety and quality of life.

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12.17.25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is __JENNIFER QUINTON__.
I have lived at __1296 PACIFIC__ for __8__ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Very FRUSTRATING. There has been a leak in the wall/ceiling of the 04 line of apartments since I have been here, and multiple times pieces, chunks, of ceiling have fallen into the sink. Once, a leak shorted out my electricity. When I have asked for assistance, I have received only patches or spackle. Having been told it can't be proven unless it is wet, I have sent video. I have given up. The plaster continues to darken.

In 8 years I have never received any painting. I don't ask for repairs because I don't trust them to be done well or in a timely fashion.

For Filing on Docket No. 25-11050

I have the following repair issues and other concerns in my apartment/building:

Leaks in general are patched so badly that pieces of drywall are constantly falling. When repairmen come, they leave unfilled holes. I request help, I am ignored. I have a positive relationship with the super, but he can only do so much. The ELEVATOR constantly breaks down. This summer we had to wait months for it to work. There are elderly and disabled who get stuck at home and in one case, stuck in the elevator for hours!

The front door is constantly opened/ajar so it's ajar multiple times and strangers have entered/have had thought of it.

Before approving a new owner, I want the Court to consider:

Just because a building has Rent Stabilized units does not mean we should be grateful for our affordable homes and accept what little is provided. Rent stabilization does not cause a management to lose money. Tenants deserve safe, comfortable housing that is also affordable. A 100-year-old building comes with issues. Please know that issues will happen and need to be updated, it is the responsibility of the owners to provide decent housing; this is our home, not just an easy passive income source. Thank you!

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/19/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Vanessa Andrade**.
I have lived at **1296 Pacific** for **4** year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: **unfortunate. They have failed to meet the minimum and have left me in this position where I am withholding rent to get things done. I would love to stay in my apartment I love my neighbors and my neighborhood I don't want to have to leave due to their negligence.**

For Filing on Docket No. 25-11050

**I have the following repair issues and other concerns in my apartment/building:**

Currently my bathroom ceiling has cracks and holes due to a leak. They try and patch it up without fixing the leak and every few months the drywall softens again and water starts coming down into my apartment!

**Before approving a new owner, I want the Court to consider:**

that these problems could continue if we aren't careful in choosing a good responsible landlord! Just like tenants need to be held accountable so should property owners! We are talking about people's homes, safety and metal well being. New York is a special place with people from all backgrounds and we all deserve a place to rest our heads at night!

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/17/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is __EMILY ROSE PRATB__.
I have lived at __1296 PACIFIC ST__ for __8__ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Terrible! Broken floor tiles, thresholds, holes in my bathroom ceiling that existed when I moved in exist to this day.

The ~~stove~~ oven in my apartment had no temperature control when I moved in — no matter the temperature you set it to, the heat would skyrocket above 600°. →
It took 2 YEARS to get a replacement — another barely working oven

I have the following repair issues and other concerns in my apartment/building:

* Elevator! Was out of service for 4 mos and when restored, at least 6 people have gotten stuck & had to be rescued. It regularly breaks down & is only fixed when tenants call the repair service directly

* Boiler — I had no heat in Oct-Nov 2025. This happens nearly every year, while other tenants have excessive heat & no way to control boiling steam spraying out

* Plumbing — multiple bathroom ceilings have collapsed from leaks & the lobby ceiling collapsed as well, flooding the lobby.

* Super harassment & negligence. Super is supposed to live off-site but is almost never around to fix anything. Basement seems to have repairs but roof, lot and plumbing are off-site but not around to make repairs

Before approving a new owner, I want the Court to consider:

Pinnacle has owned this building for 30 years and has let it fall into disrepair, failing to provide habitable homes to tenants & warehousing rent stabilized units while collecting brokers' fees on turnover every time the conditions force yet another tenant out. They should not be able to keep the building, but it should also not be sold to YET ANOTHER SLUMLOR[D]

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/17/2025

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Gordon Blaise.
I have lived at 1296 Pacific St. for 12 year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: a battle because the day I got the apartment the bathroom was not completed/finished. I emailed the Pinnacle Management about it, it sent managers claiming they can't nothing about it. Yet mold and mildew are infecting my bathroom. Despite of having two small children. The super and management are not reliable therefore, I have been using my own money to get some services done by third parties (no receipts) and bought my own products to get things done. Intercom issues and more.

I have the following repair issues and other concerns in my apartment/building:

Painting, bathroom, old intercom has to be removed, the front door is a hazard tear our clothes and skin.

Before approving a new owner, I want the Court to consider:

to impose to him/her to fix all the tenants apartments issues and the buildings.

I have the following repair issues and other concerns in my apartment/building:

Painting, bathroom, old intercom has to be removed, the front door is a hazard tear our clothes and skin.

Before approving a new owner, I want the Court to consider:

to impose to him/her to fix all the tenants apartments issues and the buildings.

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/17/2025

Re:  *In Re Broadway Realty I Co., LLC, et al.*
     No. 25-11050 (DSJ)

Dear Judge Jones,

My name is MARIE MOELLER JOERGENSEN
I have lived at 1296 PACIFIC STREET for 1 ½ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: FRUSTRATING! THERE HAS BEEN ZERO! INFORMATION, NO FUNCTIONAL DOORBELL AND I'M ON THE FIFTH FLOOR. IMPOSSIBLE TO GET ANY COOPERATION FROM MANAGEMENT FROM THE SIMPLEST THINGS. NO SUPER THAT TAKES CARE OF REPAIRS (OR THEIR IS, BUT HE DOESN'T ANSWER ANY TEXTS OR ATTEMPT TO GET THINGS FIXED. NOTHING HAPPENS MY FRIEND WHO MOVED IN THIS SUMMER STILL HASN'T GOT A MAILBOX KEY. DEFINELY NEED A MORE THOROUGH PEST CONTROL BOILER REPAIR — WE LIVE IN EITHER TROPHIICS OR ICECOLD AN ACTUAL 24 HOUR SUPER WHO DOESN'T HATE HIS JOB AND ALL PEOPLE IN GENERAL WOULD BE NECESSARY. AND MANAGEMENT THAT ANSWERS EMAILS.

For Filing on Docket No. 25-11050

**I have the following repair issues and other concerns in my apartment/building:**

BROKEN OVEN DOOR (WAS TAPED ON AT MOVE IN)
CRACKED VINYL ON KITCHEN FLOOR
NO FUNCTIONAL DOORBELL
EXTREMELY BAD MADE FILLINGS IN KITCHEN AND BATHROOM TILES.
LEAKING SINK FROM THE KNOB → DRIPPING ON THE FLOOR.
BATHROOM CEILING IS FLAKEY

**Before approving a new owner, I want the Court to consider:**

THAT ITS SOMEONE WHO CARES ABOUT THE RENT STABILIZED PROPERTIES AND UNDERSTAND THEIR IMPORTANCE FOR THE CITY AND IT'S COMMUNITIES

For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/17/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is __Tom McFarland__.
I have lived at __1296 Pacific St__ for __½__ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

I love the building location and the tenants I have met. I would like the building to continue to operate with management that wants to maintain the building for the future. I hope the court will take the time to sell the building to new owners that want to preserve the affordable housing in Brooklyn. Wish the best for future owners and investors. The tenants value the building. My place was in good condition when I moved in.