**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
BROADWAY REALTY I CO., LLC, et al.,                     :   Case No. 25–11050 (DSJ)
                                                        :
     Debtors.[1]                                        :   (Jointly Administered)
                                                        :
                                                        :
------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above captioned cases.

On December 17, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Extension of Deadline for Selection of Stalking Horse Bid** (Docket No. 818)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 29, 2025

*Jerod McMillen*
Jerod McMillen

State of Colorado   )
                    ) SS.
County of Arapahoe  )

Subscribed and sworn before me this 29th day of December 2025 by Jerod McMillen.

*Danielle Harnden*
(Notary's official signature)

```
DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04
```

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

# Exhibit A



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AFCO | | 150 N. Field Drive | Suite 190 | Lake Forest | IL | 60045 |
| Antique Contracting Corporation | Attn: Sunny Dean | 88-20 Moline Street | | Queens Village | NY | 11427 |
| Berger Boiler Corporation | Attn: Ada Lora | 10013 Foster Avenue | | Brooklyn | NY | 11236 |
| City of New York | Attn: Corporation Counsel | Attn: Corporation Counsel | 100 Church Street | New York | NY | 10007 |
| Consolidated Edison Company of New York, Inc. | Attn: Legal Department | JAF Station | PO Box 1702 | New York | NY | 10116-1702 |
| Corner Hardware | Attn: President | 2266 Nostrand Avenue | | Brooklyn | NY | 11210 |
| Eagle General Construction | Attn: Dzafer Mujovic | 1684 West 1st Street, Suite A4 | | Brooklyn | NY | 11223 |
| Eastern Elevator of New York | Attn: Joel Matyas | 1236 McDonald Avenue | | Brooklyn | NY | 11230 |
| Exit Mold & Exit Lead | Attn: Sam Stern | 1 Irwin Ct | Unit A | Lynbrook | NY | 11563-2529 |
| Flagstar Bank, N.A. | | 102 Duffy Avenue | | Hicksville | NY | 11801 |
| Flagstar Bank, N.A. | c/o Paul Hastings LLP | Attn: Brett Lawrence, Esq., Harvey A. Strickon, Esq., & Nicholas A. Brault | 200 Park Avenue | New York | NY | 10116 |
| Foster Contracting Inc. | Attn: Muhammed Halim | 705 Foster Avenue | | Brooklyn | NY | 11230 |
| G Bauer Service, Inc. | Attn: President | 1624 Webster Avenue | | Bronx | NY | 10457-8016 |
| GK Dean Contracting Corporation | Attn: Sunny Dean | 8514 261st St | | Floral Park | NY | 11001-1126 |
| GW Mechanical Corporation | Attn: Garry Gurevtich | 854 Humboldt Street | | Brooklyn | NY | 11222 |
| Horing Welikson Rosen & Digrugilliers, P.C. | Attn: Phil Rosen | 11 Hillside Avenue | | Williston Park | NY | 11596 |
| Internal Revenue Service | c/o Centralized Insolvency Operations | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| JPMorgan Chase Bank, N.A. | Attn: Legal Department | Mail Code LA4-7100 | 700 Kansas Lane | Monroe | LA | 71203 |
| Liftco Elevator Group | Attn: Dov Glick | P.O. Box 1413 | | Spring Valley | NY | 10977 |
| MBA Supply Company | Attn: President | 847 E 52nd Street | | Brooklyn | NY | 11203 |
| Mishmeret Trust Company Ltd. as Trustee for the Bondholders | c/o Chapman & Cutler LLP | Attn: Michael Friedman, Esq. | 1270 Avenue of the Americas 30th Floor | New York | NY | 10020 |
| Muriel Goode-Trufant | c/o Corporation Counsel of the City of New York | Attn: Zachary Kass, Esq. | 100 Church Street Room 5-238 | New York | NY | 10007 |
| National Grid USA Service Company, Inc. | | PO Box 371416 | | Pittsburgh | PA | 15250 |
| National Grid Usa Service Company, Inc. | Attn: President | 2 Hanson Place | | Brooklyn | NY | 11217 |
| NYC Water Board | Attn: Legal Department | P.O. Box 11863 | | Newark | NJ | 07101-8163 |
| Office of the U.S. Trustee | c/o The U.S. Department of Justice | Attn: William K. Harrington, Rachael Siegel, and Paul Schwartzberg | Alexander Hamilton Custom House, One Bowling Green, Room 534 | New York | NY | 10004-1408 |
| PS General Construction Corporation | Attn: Galam Sarwar | 98 Lily Pond Avenue | | Staten Island | NY | 10305 |
| Rapid Contracting, Inc. | Attn: Aftab Khan | 314 Deer Park Road | | Dix Hills | NY | 11746 |
| SEIU Local 32BJ | Attn: Charles Du, Associate General Counsel | 25 West 18th Street | 5th Floor | New York | NY | 10011 |
| Sentry Elevator Corporation | Attn: Joel Litchman | P.O. Box 320162 | | Brooklyn | NY | 11232 |
| Steinman Piping and Heating Corporation | Attn: Sherky Sahiti | 3000 Kingsbridge Avenue, Suite 1B | | Bronx | NY | 10463 |
| United States Attorney's Office | Southern District of New York | Attn: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York | NY | 10007 |

In re: Broadway Realty I Co., LLC, et al.
Case No. 25-11050 (DSJ)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Antique Contracting Corporation | Attn: Sunny Dean | | anicorp24@yahoo.com |
| Berger Boiler Corporation | Attn: Ada Lora | | service@bergerboiler.com |
| Corner Hardware | Attn: President | | adeutsch@cohdny.com |
| Counsel For Interested Tenants | c/o Patterson Belknap Webb & Tyler LLP | Attn: David W. Dykhouse & Kimberly A. Black | dwdykhouse@pbwt.com<br>black@pbwt.com |
| Eagle General Construction | Attn: Dzafer Mujovic | | arbgeneral@aol.com |
| Eastern Elevator of New York | Attn: Joel Matyas | | aviva@easternelevatorny.com |
| Exit Mold & Exit Lead | Attn: Sam Stern | | info@exitmold.net |
| Flagstar Bank, N.A. | c/o Paul Hastings LLP | Attn: Brett Lawrence, Esq., Harvey A. Strickon, Esq., & Nicholas A. Brault | harveystrickon@paulhastings.com<br>brettlawrence@paulhastings.com<br>justinrawlins@paulhastings.com<br>nicholasbassett@paulhastings.com |
| Foster Contracting Inc. | Attn: Muhammed Halim | | mohammed@halim.build |
| G Bauer Service, Inc. | Attn: President | | bauer1624@yahoo.com |
| GK Dean Contracting Corporation | Attn: Sunny Dean | | panjabisports@yahoo.com |
| GW Mechanical Corporation | Attn: Garry Gurevtich | | gwmechanical@verizon.net |
| Horing Welikson Rosen & Digrugilliers, P.C. | Attn: Phil Rosen | | prosen@hwrpc.com |
| Horing Welikson Rosen & Digrugilliers, P.C. | Attn: Randi B. Gilbert | | rgilbert@hwrpc.com |
| Kaplain & DuVal, LLP | Attn: Nicholas J. Ferrar | | ferrar.law@gmail.com |
| Liftco Elevator Group | Attn: Dov Glick | | dispatch0@liftcoelevator.com |
| Mishmeret Trust Company Ltd. as Trustee for the Bondholders | c/o Chapman & Cutler LLP | Attn: Michael Friedman, Esq. | friedman@chapman.com |
| NYC Water Board | Attn: Legal Department | | customerservice@dep.nyc.gov |
| Office of the U.S. Trustee | c/o The U.S. Department of Justice | Attn: William K. Harrington, Rachael Siegel, and Paul Schwartzberg | ustpregion02.nyecf@usdoj.gov |
| PS General Construction Corporation | Attn: Galam Sarwar | | psgeneralcorp@gmail.com |
| Rapid Contracting, Inc. | Attn: Aftab Khan | | rapidcontractor@aol.com |
| SEIU Local 32BJ | Attn: Charles Du, Associate General Counsel | | dcu@seiu32bj.org |
| Sentry Elevator Corporation | Attn: Joel Litchman | | service@sentryelevator.com |
| Steinman Piping and Heating Corporation | Attn: Sherky Sahiti | | steinmanph@yahoo.com |

In re: Broadway Realty I Co., LLC, et al.
Case No. 25-11050 (DSJ)

Page 1 of 1