Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12/9/25

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)

Dear Judge Jones,

My name is __Ariel Shapiro__.
I have lived at __225 Parkside Avenue__ for __2__ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.
This bankruptcy will directly affect my housing, health and stability.

My experience with Pinnacle Management has been:

Marked by persistent issues with repairs, communication, and transparency.

- responses to serious conditions come late, inconsistently or not at all
- verbal communication is unclear or intimidating
- history of <negligence> absences (including a full month over the summer w/ a major roach infestation! yuck!)

There is a history of mistrust and good reasons. This impacts safety and security.

**I have the following repair issues and other concerns in my apartment/building:**

- mold in the kitchen and bathroom + wood rot in living room
  - no professional inspection or remediation
  - the super looked at the mold and said "that's not mold, I have a mold allergy, if it was mold I would sneeze"

- garbage
  - piles up, increased roaches and rats + mice
  - they throw bags down the marble stairs from the 6th floor; biohazard (once smeared blood)

- electricity + safety — open/exposed wires on roof
  - doors that don't lock or close (on roof)
  - structural issues (fire ~~place~~ rusted escape, holes in all areas)

**Before approving a new owner, I want the Court to consider:**

- conditions are minimized rather than repaired
- tenants deserve better → many are elderly and disabled; when elevators don't work or get stuck repeatedly
  → they've been getting away with this for years
- their negligence is abusive and traumatizing
- as a native New Yorker — our city deserves better
- as a social worker — this is traumatizing, abusive and neglectful → huge impact on mental health of all tenants

★ NEED OVERSIGHT, ACCOUNTABILITY, JUSTICE + TENANT VOICE + CHOICE!!!

Sincerely,

Tenant in ____225 Parkside Ave____

Thank you for your time and consideration.