Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 12.28.25

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,


My name is Michael Zolnowski. I have lived at 993 Carroll for 5 years. This building is owned by pinnacle and is part of the bankruptcy proceeding.

Almost immediately after moving in I should have known something was up when I was told, "it's ok, there's cameras(clearly facing INTO the wall) here, and here, to catch anyone if they steal something out of your unlockable windows.".

The next couple of times I reached out to management for repairs, it was always tried to convince me I don't need the repair. And, I don't know if this was done to deter us, but the building's repairman was unable to walk up stairs, and we had no elevator. You could hear him all the way up from the ground floor, with the toolbox too, so by the time he arrived on the 3rd floor, a while later, everyone involved felt embarrassed when it came time to open the door. After that experience I felt too bad to ever ask him for anything.

After a few new repairpeople, I have managed to get windows repaired once that broke again soon after. Aside from a 3x3ft hole in my shower wall that has been there for just over a year; a bathroom ceiling that is gradually getting lower and lower due to moisture; bath tiles with no wall behind them; not having bathroom items such as a vanity, cabinet, or mirror; the looming threat of another ceiling leak (I am an artist and have all my paper works under this faulty roof); and the massive, omnipresent roach family I learned to manage living with (upside: my fear of roaches is gone); everything is great. They don't usually pester when your rent is a bit late, or even know, probably.

Through my detailing of nothing *truly* horrendous, it can still be seen that companies like pinnacle and our possibly new slumlord summit, do not care about people all the way down and up the chain in systems like these. Think of the people worse off than myself, other service people struggling eight minutes to get up a flight of stairs to make a few dollars who don't have a support system like we have surrounding The Union of Pinnacle Tenants to have their voices heard. Allowing a company known for employing the same business models as pinnacle would just allow a new name to do this to everyone suffering under this oppressive system. ANY company that can afford us should not have us!



Sincerely,

Michael Zolnowski

Tenant in Apartment 2C