**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                    :

**In re**                       :           **Chapter 11**
                                      :

**BROADWAY REALTY I CO., LLC, et al.,**      :           **Case No. 25–11050 (DSJ)**
                                        :

               **Debtors.**[1]                 :           **(Jointly Administered)**
                                        :

                                        :
---------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

        I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above captioned cases.

        On or before December 16, 2025, Stretto in accordance with USPS forwarding instructions served the following document via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of (I) Approval of Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures with Respect to Debtors' Proposed Chapter 11 Plan, (III) Scheduling of Confirmation Hearing, and (IV) Establishment of Notice and Objection Procedures for Confirmation of Debtors' Proposed Chapter 11 Plan** (Substantially in the form attached as **Exhibit 4-1** of the **Disclosure Statement Order** filed as Docket No. 789)

Dated: December 19, 2025

                                             Pauline Aragon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 19th day of December, 2025 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

MICHAEL D. WILLIAMS II
COMM. #2395315
NOTARY PUBLIC- CALIFORNIA
ORANGE COUNTY
My Comm. Expires Feb. 28, 2026

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Aracielo Nieves | Address Redacted | | | | |
| Burim Gjakova | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Confidential Tenant | Address Redacted | | | | |
| Cutting Edge Audio & Video LLC | 110 N Clinton Ave | Ste C | Lindenhurst | NY | 11757-4116 |
| Day Elevator & Lift | 147 E 2nd St | Ste 101 | Mineola | NY | 11501-3532 |
| Gjakova Burim | Address Redacted | | | | |
| Gonzalez Ramon | Address Redacted | | | | |
| Pluralsight Inc. | 1500 Solana Blvd | Ste 6400 | Roanoke | TX | 76262-1703 |
| The Chartwell Law Offices, LLP | 700 American Ave | Ste 303 | Kng Of Prussa | PA | 19406-4031 |
| The Weeks-Lerman Group, LLC | 235 Pinelawn Rd | Unit 300 | Melville | NY | 11747-4222 |
| Tosh Marks Property Group LLC | 505 E 79th St | Apt 16C | New York | NY | 10075-0724 |

In re: Broadway Realty I Co., LLC, et al.
Case No. 25-11050 (DSJ)

Page 1 of 1