IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Broadway Realty I Co., LLC, et al. | Case No. 25-11050 (DSJ) |
| Debtors. | (Jointly Administered) |

RECEIVED DEC 23 2025 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee | Name of Transferor |
| Phoenix TF, LLC | M.A.M Plumbing & Heating Corp. |
| | |
| Name and address where notices and payments to transferee should be sent: | Name and Current Address of Transferor: |
| Phoenix TF, LLC | PO Box 720187 |
| 418 Broadway Ste R | Jackson Heights, NY 11372 |
| Albany, NY 12207 | |
| Attention: Austin Viny | Email: |
| Email: austin@phoenixtf.co.uk | mamplumbingheating@gmail.com |

I declare under penalty of perjury that the information provided herein is true and correct to the best of my knowledge and belief.

*Austin Viny*
_____          Date: 9/3/25
Transferee/Transferee's Agent

page 1

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court
for the Southern District of New York ("Court")

AND: 176 Clarkson Avenue ("Debtor")
Case No. 25- 11110 (DSJ) ("Case")

CLAIM: Schedule No. 2688290 ("Schedule")

M.A.M Plumbing & Heating Corp. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged pursuant to the terms of an Assignment of Claim Agreement dated as of August 19, 2025, does hereby certify that he has unconditionally and irrevocably sold, transferred, and assigned to:

Phoenix TF, LLC
418 Broadway Ste R
Albany, NY 12207
Attention: Austin Viny
Email: austin@phoenixtf.co.uk

and its successors and assigns ("Buyer"), all rights, title, and interest in and to (a) the Proofs of Claim, (b) the Schedule, (c) the Confirmation IDs and (d) the Customer Code (collectively the "Claim") and all cash, principal, interest, and other property that may be distributed on account of the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions on account of the Claim free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim, in each case to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have duly executed this Evidence of Transfer of Claim.

| SELLER: | BUYER: |
|---|---|
| M.A.M Plumbing & Heating Corp. | PHOENIX TF, LLC |
| By: _/s/_ | By: _/s/ Austin Viny_ |
| Name: **Merim Radoncic 08 - 19 - 25** | Name: __Austin Viny__ |
| Title: __Authorized Signatory__ | Title: Authorized Signatory |
| Date: _____ | Date: __9/3/25__ |