Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: December 15, 2025

Re: Broadway Realty I Co., LLC, et al.
    No. 25-11050 (DSJ)

Dear Judge Jones,

My name is **Joyce Oppenheimer**.
I have lived at **671 West 193 Street** for **55** year(s). This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: **Not the greatest. I have needed a paint job and repairs for over 15 years. I have offered to have the work done privately and was willing to pay for it and was told I couldn't**

I have the following repair issues and other concerns in my apartment/building: **mold in my bathroom ceiling. My faucet is leaking on the bathtub. Holes in walls and floors. Two doors that are hanging off the hinges.**

Before approving a new owner, I want the Court to consider: **Repairs, rent history facts.**

Sincerely,
*Joyce Oppenheimer*
Tenant in Apartment **5C**


RECEIVED
DEC 29 2025
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK