For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: January 2, 2026

Re:   *In Re Broadway Realty I Co., LLC, et al.*
      No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Sonya Fernandez.

I have lived at **4530 Broadway, New York, NY 10040** for 4.5 year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:
From the moment I moved in here April 2021, I've been having issues. Non working appliances, mice, roaches, cracked ceiling, deteriorating bathroom tiles. Currently in court w/ them since March 2025. They blatantly refuse to do any repairs. Using Chapter 11 bankruptcy as an excuse. Inhabitable living conditions. Something must be done.

RECEIVED JAN - 5 2026 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**I have the following repair issues and other concerns in my apartment/building:**

Deteriorating ceramic tile walls in shower.
Mouse infestation prior to moving in. Still exists.
Cracked ceiling walls. Evidence of leaks still exists.
Faulty wiring in apartment. Entire apartment runs on 2 fuses.
Fire escape window needs new spring balance.
Cracked water cabinet in bathroom.
Tub needs to be reglazed.

**Before approving a new owner, I want the Court to consider:**

If the new owner has the financial means to take on the inhabitable conditions in the Pinnacle buildings. We cannot be transferred to a worse landlord than what we currently have.

Sincerely,

Tenant in 4530 Broadway #2K, New York, NY 10040