*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re:   *In Re Broadway Realty I Co., LLC, et al.*
      No. 25-11050 (DSJ)

RECEIVED JAN -5 2026 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Dear Judge Jones,

My name is ___Sawaghn Harding___

I have lived at **4530 Broadway, New York, NY 10040** for __4 1/2__ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

Been approved to get Bathroom Kitchen Painted for a year still waiting — Roaches coming out of nowhere, vent over stove hasn't worked from move in Bedroom ceiling is getting ready to fall in.

Please help they wont do nothing in 4 years have never

CONTINUE NEXT PAGE →

I have the following repair issues and other concerns in my apartment/building:

Talked to building manager heine ce tentent Down Stairs meter Health came to my Door with super on the 20th of December they wont return calls very Disrespectful Please Dont let them of Ecosy my ceiling in falling in, in my bedroom told super 8 months ago cent pictures 3 weeks ago nothing.

Before approving a new owner, I want the Court to consider:

Sincerely,
Jacaglun Hendley

Tenant in 4530 Broadway Apt 3D
New York NY 10040

12/20/25