Kimberly A. Black
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: kblack@pbwt.com

*Attorneys for Interested Tenants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

In re:

Broadway Realty I Co., LLC, *et al.*,

Debtors.[1]

---------------------------------------------------------------X

Chapter 11

Case No. 25-11050 (DSJ)

Jointly Administered

# AMENDED NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Kimberly A. Black of Patterson Belknap Webb & Tyler LLP hereby appears in the above-captioned case on behalf of the individuals listed on Exhibit A hereto, each of whom resides at a building owned by the debtor (together, the "Interested Tenants"),[2] and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010(b), hereby respectfully requests that any and all notices given or required to be given in this

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St 12th Floor, New York, NY 10017.

[2] On December 8, 2025, Ms. Black made her initial appearance, ECF No. 793, on behalf of certain tenants residing at 639-645 West 207th Street. This amended notice of appearance is filed to include Ms. Black's appearance on behalf of tenants residing at 222 Lenox Road.

case and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following addresses, telephone, and facsimile numbers:

Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Kimberly A. Black
Telephone: (212) 336-2000
Facsimile: (212) 336-2222
Email: kblack@pbwt.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all schedules, statements of financial affairs, operating reports, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this request nor its filing and service shall constitute (1) the consent of the Interested Tenants (or any of them) to the jurisdiction of this Court over any of them for any other purpose or (2) a waiver by any of them of (a) the right to have matters reviewed de novo by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which each of them reserves to the full extent of the law.

| | |
|---|---|
| Dated: New York, New York<br>January 6, 2026 | Respectfully submitted,<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br><br>By: */s/ Kimberly A. Black*<br><br>Kimberly A. Black<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000<br>Facsimile: (212) 336-2222<br>Email: kblack@pbwt.com<br><br>*Attorney for the Interested Tenants* |

## **Exhibit A**

Tenants Residing at 639-645 West 207th Street.

| | |
|---|---|
| Nelly | Aramboles |
| Maritza | Baez |
| Talbott | Dowst |
| Lisa | Estreich |
| Felicia | Gutierrez |
| Richard | Hughes |
| Elizabeth | McKee |
| Gabriel | Mendez |
| Marcelo | Murlo |
| John | Nunez |
| Francisco | Peralta |
| Leigh | Pomeranz |
| Heath | Saunders |
| Natalie | Gutierrez |
| Richard | Haynes |

Tenants Residing at 222 Lenox Road.

| | |
|---|---|
| Candia | Canning |
| Denise | Prince |
| Gerril | McBurnie |
| Nina S. | Mickens |
| Nolan | Atterbury |
| Stanley M. | Pierce |
| Chelsea | Gross |
| Cassandra | Andrews-Perez |
| Briana | West |
| Rachelle | O'Neil |
| Alma | Sawney |
| Ginger | Albertson |

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, a copy of the foregoing pleading was served electronically to all parties receiving electronic notices pursuant to the Court's cm/ecf system.

                                                                                     */s/ Kimberly A. Black*
                                                                                     Kimberly A. Black