*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re:    *In Re Broadway Realty I Co., LLC, et al.*
       No. 25-11050 (DSJ)

**RECEIVED JAN -5 2026 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

Dear Judge Jones,

My name is **(Juanita) Gail Brunson**.
I have lived at **4530 Broadway, New York, NY 10040** for **3 1/2** year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: **Extremely Traumatizing**

Im Tired of Being lied to, Gaslight, Neglected, Harrassed a some Ive had Everything from Numerous Illegal Entries, Thing Installed in my Apt w/o my permission, things Taken, stolen, ect, my food has been stolen & Ive suffered numerous food losses as a result of bad/ Extremely poor refrigeration. left without a stove for over 5 1/2 months. (They) I have witnessed them illegally rent, repair & Warehouse Apts to other future tenants (yet they did Absolutely nothing to mine) Even though I have constantly complained through Emails, phone calls Etc, only to recieve false promises & some.

CONTINUE NEXT PAGE →

Upon my Inception into this Apt I lost 3 phones, Tablets, Etc. Due to their Electrical outlets being corrupted (how did this Apt pass Inspection prior to my tenancy is a Joke (over $50,000 in losses!

I have the following repair issues and other concerns in my apartment/building:

Extremely old & delapidated interior, walls, floors, Electrical Sockets
Sink is leaking causing hazard to downstairs neighbor
Bathroom, Bedroom & all closets Doors Need Replacing (
Severely Cracked Ceiling (caused by Mental Neighbor in 3D)
Sink & Surrounding Cabinets Need Replacing as well ~~cabinet~~.
Bathroom is disgusting (need total replacement)

*(I live Alone & No one has my Address)
Ive had illegal cable wiring Installed, illegally, w/o my consent or permission, too many illegal entries, tampering, etc & each time (the building Supt was present)

Before approving a new owner, I want the Court to consider: (Please Replace) Overtaking, changing
The Leasing Departments vetting & Tenant Approval Members & process
I want them fired, they are responsible for all these problematic situations & tenants. (Im A 2X $ Stroke Survivor)
They Knowingly placed me in this deteriorating, rear facing Apt with the Knowledge there was A mental, drug addicted tenant living upstairs. (Ive filed Numerous 311 & police reports)
The Constant Noise is outrageous & the female tenant is fully responsible for she Advocates & Encourages the behavior.
These Activities have caused me extreme duress.
I have dealt with furniture being thrown on floors, Temper Tantrums, loud Irrational Stomping, riding the Electric bike throughout the Apt consistently for well over 3 years
He Never leaves, Nor Sleeps, its like having A robot Intentionally Stomping over your head, 24/7, & he stalks me 24/7 throughout the Entire Apt.
(They have No cable, Occupant is Angry, he can No longer get my signal

Sincerely,

Tenant in 2D