For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re: *In Re Broadway Realty I Co., LLC, et al.*
No. 25-11050 (DSJ)



Dear Judge Jones,

My name is __Kalia Boutier__.

I have lived at **4530 Broadway, New York, NY 10040** for __12__ year(s). This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been:

an experience characterized by neglect. My family and I have called asking for repairs and an extra FOB key for the door to no response. Requests get ignored and Pinnacle never reaches back out. Outside of lease renewal, there is no communication.

CONTINUE NEXT PAGE →

For Filing on Docket No. 25-11050

I have the following repair issues and other concerns in my apartment/building:

→ Peeling and lifting uneven kitchen floors (my grandmother has twisted her ankle on them several times).

→ Leaking ~~~~ ceilings: Water coming out of our light fixtures in the bathroom and bedroom. Ballooning paint filled with water.

→ Faulty electrical wiring: Our ~~fuses~~ fuse box has several exploded fuses and has never been up to code.

→ ~~[illegible, crossed out]~~

Before approving a new owner, I want the Court to consider:

~~[illegible, crossed out]~~ that tenants deserve a say in who manages their building and how that gets done. Our apartments are not just appreciating assets but homes, we deserve to live with dignity and respect.

Sincerely,
Kalia P. Boutier

Tenant in 4530 Broadway, 2J