**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:                                                                                    Chapter 11

BROADWAY REALTY I CO., LLC,                                  Case No. 25-11050 (DSJ)
                                                                                          (Jointly Administered)
                                Debtor.

------------------------------------------------------------------x

## **ORDER**

On January 7, the Court conducted a hearing on New York City's application dated January 6 but docketed January 5 for a 30-day extension of previously-ordered and scheduled deadlines for the conduct of an auction (on or before January 8) and the conduct of a hearing on a proposed sale of debtor-owned properties and confirmation of debtors' proposed plan (now scheduled for January 15). The hearing was attended by counsel for the debtors; for secured lender Flagstar Bank: for the City of New York; and for the Office of the United States Trustee.

Having considered the City's written application and heard and considered the statements of all parties that appeared at the hearing, the Court denied the City's extension request for reasons stated in an oral ruling which is incorporated herein. This order memorializes and effectuates that ruling. The City's extension application is denied.

**SO ORDERED.**

Dated: New York, New York                     *s/ David S. Jones*
      January 8, 2026                       HONORABLE DAVID S. JONES
                                                  UNITED STATES BANKRUPTCY JUDGE