*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re:    *In Re Broadway Realty I Co., LLC, et al.*
       No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Afua McKinney_____.

I have lived at __115_E.21st_____ for ___22____
year(s).   This building is owned by Pinnacle and is part of the bankruptcy
proceeding.

My experience with Pinnacle Management has been:

Turbulent. I have seen this building go from being the most beautiful/ cleanest
building on the block to the dirtiest with cobwebs hanging from the banisters, dirty
floors, rat infestation at the front and trash pile up at the back of building.
Whenever there is need for heat or hot water the delay in the communication to the
actual rectification of the issue takes weeks instead of immediate. This happens not
just inside my own home but with many tenants in our building in addition to even
more harmful conditions. However, if there is the slights delay in payment
Pinnacle is quick to take tenants to court for non-payment. It makes me and tenants
feel defeated, powerless and complacent about our situation. It has a psychological
impact on those of the working class that are just trying to navigate life the best
they despite their circumstances.

*For Filing on Docket No. 25-11050*

I have the following repair issues and other concerns in my apartment/building:

I have learned to leave with water damage, an old refrigerator, unfinished painted wall in bathroom, rusted vents, and roach infestation. The building (as describe above) has cobwebs hanging from the banisters, dirty floors, rat infestation at the front, elevator floor looks filthy and floor is damaged, and trash pile up at the back of building. I don't even try to use the laundromat in the basement as it seems to be environmentally and physically unsafe to use it. Also, we have cameras but are not sure if they even function.

Before approving a new owner, I want the Court to consider:

- To slow the process of the auction
- Have all repairs made and even upgrade the necessary functions of the building (i.e elevator, furance, pipes, roof etc).
- Hold Pinnacle accountable for their actions that created these circumstances and not allow them to bid on the buildings.

Sincerely,

Tenant in _____115 E.21st_____

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date:

Re:      *In Re Broadway Realty I Co., LLC, et al.*
         No. 25-11050 (DSJ)

Dear Judge Jones,

My name is _Allison Blair-Dalloo_

I have lived at _115 E21st Street, Bklyn NY_ for _20_ year(s).
This building is owned by Pinnacle and is part of the bankruptcy proceeding.

My experience with Pinnacle Management has been: _Unpleasant and disappointing._
_Over the years my interactions with management I've encountered_
_issues that include poor communication, lack of responsiveness and_
_overall disregard for tenant concerns. These experiences have caused_
_unnecessary stress and frustration and have made it difficult_
_to feel supported as a resident. I believe that tenants should_
_be treated with professionalism, respect, and transparency. Unfortunately_
_my experience with Pinnacle Management has been very, very_
_UNPLEASANT!!_

*For Filing on Docket No. 25-11050*

I have the following repair issues and other concerns in my apartment/building:

Paint not up to department standard.
Broken defective Plastered surface in bathroom
Visible Mold in bathroom-(ceiling, walls and window)
Broken or defective electrical outlets
Evidence of water leak in bathroom.
Mold at ceramic tile joints in bath tub in bathroom.
Evidence of water leak on ceiling in kitchen
Floor tile lifting up in kitchen
Crack in wall in bedroom.

Before approving a new owner, I want the Court to consider:

The poor conditions tenants are living in and
to ensure tenants have a fighting chance
in having a better quality of life. Tenants deserve safe,
decent and habitable living conditions. Tenants should be
given a fair and fighting chance to experience
something better, homes that are properly maintained,
responsive management and basic dignity.

I respectfully hope that the court will empathize
with the tenants' situation and make every effort
to ensure accountability, corrective action and
improved living conditions going forward.

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Date:

Re:          In Re Broadway Realty I Co., LLC, et al.
             No. 25-11050 (DJS)

Dear Judge Jones,

My name is _Alexander Waukel_. I have lived at 115 East 21st Street, Brooklyn NY
for ____2____ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.

**My experience with Pinnacle Management has been:**

They don't care about tenants' wellbeing. The building is always
dirty. My apartment was in terrible condition when I moved
in (not painted, stains including indicate mold, dead vermin everywhere
led paint risks, cabinets filthy and broken). The super did not help, so
I had to personally make repairs at my own expense. I spent at least
6 months without a working stove or oven, as the pilot light was
broken. Repairs were made thanks to the support of a nonprofit
(Brooklyn Housing and family services). If not for their assistance I believe nothing would have
been fixed. I believe there has been discrimination in this building
and the super has made corrupt and offensive comments in my presence

**I have the following repair issues and other concerns in my apartment/building:**

My intercom doesn't work. My toilet is leaking into the floor. My cabinets have not been fixed. The common areas are never cleaned in the building. I believe there is discrimination as some other tenants cannot get basic repairs done. The garbage rooms are a mess. The elevator sometimes stinks and is extremely filthy. There are roaches in the basement and in the hallways.

**Before approving a new owner, I want the Court to consider:**

This building needs extensive and costly repairs. ~~The essentia~~ ~~structure truck or heating and water pipe~~ Repairs have been done in a haphazard way. Tenants have been treated very unfairly, and discrimination is common in this building. Illegal behavior by the current landlord and super should not continue. The new owner must make necessary investments to correct all code violations in the building, and must treat tenants of all racial backgrounds fairly and equitably.

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Date: 12/14/2025

Re:         In Re Broadway Realty I Co., LLC, et al.
            No. 25-11050 (DJS)

Dear Judge Jones,

My name is Julie Angelicola ~~Stephen Pathe~~ . I have lived at 115 East 21st Street, Brooklyn NY for 12 year(s). This building is owned by Pinnacle and is part the bankruptcy proceeding.

**My experience with Pinnacle Management has been:**

They are truly the most unhelpful, neglectful, unorganized, dissmisive and useless group of people that we've ever dealt with. They are enraging to try to communicate with because they never answer or get back to you to help with anything. They've made it clear that they're not interested in doing their jobs or helping any tenants. They treat tenants like trash and do anything to ignore their serious issues that they need help with and are lawfully entitled to. Pinnacle is a disgrace and we deserve so much better.

**I have the following repair issues and other concerns in my apartment/building:**

Filthy, disgusting and severly damaged public areas like the lobby, hallways, stairwells, basement, trash compactor rooms, and outside the front of the buildings. In our apartment 2C, we have a bad ongoing leak in our bathroom, repairs to the floor that are needed, stove hood that needs to be replaced, issues with windows, disgusting old kitchen cabinets,

**Before approving a new owner, I want the Court to consider:**

The outside of the building must be addressed immediately as well as the interior issues that are in dire need of attention, repair, and upkeep. These issues are massive health and safety issues for the tenants, especially the older population in the building, children and those with disabilities. Rats are everywhere!

The tenants simply want a clean and safe environment to live in and that hasn't been provided by Pinnacle or the Super since we moved here in ~~2013~~ 2014. Pinnacle's system is set up for tenants to fail no matter what and we need a management company that will help and support tenants so they have a good quality of life.

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

**Date:**

Re:              In Re Broadway Realty I Co., LLC, et al.
                 No. 25-11050 (DJS)

Dear Judge Jones,

My name is _____ *JoY Welch* ___ I have lived at 115 East 21st Street, Brooklyn NY
for ___ *40* ___ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.

**My experience with Pinnacle Management has been:** *Very Poor*

I have the following repair issues and other concerns in my apartment/building:

my Bathroom floor is Sinking, needs Painting and my Living Room windows need changing.

Before approving a new owner, I want the Court to consider: The Tennants opinions about our apartments.

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Date: 12/14/25

Re:          In Re Broadway Realty I Co., LLC, et al.
             No. 25-11050 (DJS)

Dear Judge Jones,

My name is A. Johnson _____. I have lived at 115 East 21st Street, Brooklyn NY
for _____34_____ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.

**My experience with Pinnacle Management has been:**

my experience w/ pinnacle management has
not been the greatest. They make you think
they are going to complete repairs and don't
[Ex] make appointment for repairs to be done,
don't show up. They show up whenever they want
- don't fix repairs properly (patchwork, botched
                                                job?
- neglect repairs (hazardous to tenants (mold, exp
walls, electrical issues.
- tai create helplines to report issues, no di
contact with a building manager

**I have the following repair issues and other concerns in my apartment/building:**

-mold in my bathroom

building:

-rats / mice

-roaches

- garbage compact room (dirty, door slams quickly it can harm you, not enough garbage cans w/ covers.

- garbage on outside windows (2nd floor)

- hallways floors dirty/dingy.

**Before approving a new owner, I want the Court to consider:**

- A owner that wants his building to be upkept & clean.

- repair repairs in a timely manner

- equal to all tenants, no discrimination.

- a good super

- a daily porter

- front door broken (unlocked, easily accessible for outsiders.

- light bulbs being blown (needs replacement.

- water leaks (lobby & 6th floor)

- stealing packages

- elevator being broken

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Date:

Re:                In Re Broadway Realty I Co., LLC, et al.
                   No. 25-11050 (DJS)

Dear Judge Jones,

My name is _DAMARIS HEADLEY_. I have lived at 115 East 21st Street, Brooklyn NY
for ___20___ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.

**My experience with Pinnacle Management has been:**
FROM BAD To WORSE

**I have the following repair issues and other concerns in my apartment/building:**

MISSING OY DEFECTIVE WINDOW GUARDS FROW THE KETCHINS

CASCADING WATER LEAKS

MOLd

APARMENT dOOR NOT SELF-CLOSING

TiLe FOR The FLOOY iN The KETCHING iS BROKEW UP

ROACHES, MiCe

The ELEVATOR ALLWAY SMELL BeAd


**Before approving a new owner, I want the Court to consider:**

ME AS A PERSON WITH disAbiLiTY i WiLL LiKe

A NEW MANAGEMENT SO THeY CoULed FiX

The BuiLding

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Date:

Re:         In Re Broadway Realty I Co., LLC, et al.
            No. 25-11050 (DJS)

Dear Judge Jones,

My name is ___Joyceline Ouw___ have lived at 115 East 21st Street, Brooklyn NY
for __13__ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.

**My experience with Pinnacle Management has been:**

Poor management Services
Unfair treatment

**I have the following repair issues and other concerns in my apartment/building:**

Kitchen ceiling leaking
Bathroom ceiling leaking
Floor tiles lifting up
Mold in bathroom
tiles lifting off bathroom walls
Mold by bathroom window
Electrical issues in bathroom ceiling

**Before approving a new owner, I want the Court to consider:**

The tenants and how they are living
in poor conditions and need improvements.

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Date:

Re:            In Re Broadway Realty I Co., LLC, et al.
               No. 25-11050 (DJS)

Dear Judge Jones,

My name is ~~KATHERINE BEAMAN~~. I have lived at 115 East 21st Street, Brooklyn NY  APT #1J
for ___<1___ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.

**My experience with Pinnacle Management has been:**

- POOR COMMUNICATION — THEY NEVER COMMUNICATE IN WRITING EXCEPT TO ACKNOWLEDGE AN EMAIL HAS BEEN RECEIVED.
- DID NOT FULLY CLEAN APARTMENT PRIOR TO MOVING IN
- WOULD NOT CONDUCT REPAIRS OF A HOLE IN CEILING UNTIL AN HPD VIOLATION WAS ISSUED — SUPERINTENDENT SAID THIS WAS DUE TO ~~THE~~ MANAGEMENT NOT PROVIDING FUNDS FOR REPAIRS
- COMMON AREAS NOT MAINTAINED (FRONT DOORS FAIL TO LOCK, GARBAGE OVERFLOWING, FLOOR NOT CLEANED)

**I have the following repair issues and other concerns in my apartment/building:**

- CEILING HAS A HOLE IN IT THAT IS AFFECTING MULTIPLE UNITS, CAUSING LEAKS AND MOLD THROUGHOUT THE BUILDING - THIS HAS GONE UNREPAIRED FOR OVER A YEAR, PER HPD SYSTEM
- RAMPANT PREVALENCE OF RODENTS AND COCKROACHES
- DOOR FAILS TO SHUT & LOCK (FRONT DOOR OF BUILDING)

**Before approving a new owner, I want the Court to consider:**

- SLOW PROCESS TO ALLOW TENANT @INPUT INTO OWNERSHIP
- ENSURE NEW OWNER HIRES A SUPER WHO IS RESPONSIVE TO TENANTS AND FOLLOWS THROUGH ON REPAIRS
- NUMEROUS UNDERLYING ISSUES (E.G. ROOF LEAK) AFFECTING MULTIPLE UNITS NEED TO BE ADDRESSED

Katherine Berman
12/14/25

For Filing on Docket No.25-11050

Hon. David S. Jones

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004-1408


Date:


Re:         In Re Broadway Realty I Co., LLC, et al.
            No. 25-11050 (DJS)


Dear Judge Jones,


My name is <u>Gillian Trim</u>. I have lived at 115 East 21st Street, Brooklyn NY
for __18__ year(s). This building is owned by Pinnacle and is part the bankruptcy
proceeding.


**My experience with Pinnacle Management has been:**

Pinnacle management has been ~~unwholesal~~ a worldwind
of ups and downs. They have their moments of
complete transperency and other times they can be
difficult. Lately they are very difficult to
communicate with. They prioritize the tenants and
don't give all a fair and easy chance.

**I have the following repair issues and other concerns in my apartment/building:**

1) Peeling Paint in the ~~bathro~~ Kitchen / Bedroom
2) mold in the bathroom tub area
3) Leaks in the shower
4) Loose outlets around the entire apartment

**Before approving a new owner, I want the Court to consider:**

The new owners should be considerate to the tenants needs. Communicate more with the tenants. Consider the needs of the building creating a safe space that tenants and their guests feels safe and comfortable.

*For Filing on Docket No. 25-11050*

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408


Date:      12/14/2025


Re:      *In Re Broadway Realty I Co., LLC, et al.*
         No. 25-11050 (DSJ)

Dear Judge Jones,


My name is Louise Duffy.

I have lived at 115 East 21st Street, Apt 4C for 6 years.   This building is owned by Pinnacle and is part of the bankruptcy proceeding.


My experience with Pinnacle Management has been:

Frustrating and disappointing. I've come to expect that Pinnacle Management will not address maintenance issues in a timely manner, if at all.


I have the following repair issues and other concerns in my apartment/building:

For months this year, it's been unclear who is acting as our Super.

I've had numerous leaks in my ceiling from the unit above me, and management just paints over my water damaged ceiling.

The shower walls are not properly waterproofed. There are gaps between the tub and the wall, and between the tiles. It's been like this since I moved in.

There are cracks and chips in the laminate flooring.

*For Filing on Docket No. 25-11050*

There are mouse and insect infestations in the building. Management claims there is a regularly scheduled exterminator, but they do not reliably show up to the units that request their service.

Before approving a new owner, I want the Court to consider:

The maintenance issues I've described are not unique to 115 East 21st Street, as Pinnacle Management has treated many of their other buildings similarly.

If the prospective new owner already manages properties, please consider their record of past violations.

Sincerely,

Louise Duffy

Tenant in 115 East 21st Street, Apt 4C