Dear SDNY Bankruptcy Court:

Re: Case No. 25-11050 (DSJ): We don't fully know if this affects any aspects of this case, potential auctions of the company's properties, or other issues related to the case, but we wanted it on the public record that the management company we residents of 25 and 35 Hillside Avenue know as Pinnacle, but the court has listed as Broadway Realty, has seemingly allowed a great deal of criminal activity to go unchecked, which would most certainly affect, 1. The consideration of any entity that may later take over these buildings, and 2. The value of these buildings, should they go up for auction or some other form of sale.

25/35 Hillside is a single building with a shared lobby and 1 elevator at each address. A camera system was added to the building several years ago; said cameras cover EVERY stairwell (of which there are 2 on each of the 6 floors) and every hallway and every angle of the lobby. However, Pinnacle has refused to use this detailed security system to rectify a variety of criminal enterprises operating WITHIN the building.

About 5 years ago, under the De Blasio administration, Pinnacle joined an HRA-sponsored program called HASA, the HIV/AIDS Services Administration, which assists individuals living with AIDS -- individuals that tend to be recovering addicts.

While some of these dozen or so residents who moved here are fine, upstanding, friendly people, a large contingent of them are apparently criminals. Since HASA came to this building, we've had CHRONIC problems with addicts collapsed in the hallways, fights, break-ins, drugs, prostitution, and more. All issues which both residents and agents of Pinnacle have told Pinnacle Management about, but about which the company's leaders continually refuse to address, either through working with HRA or contacting authorities.

For about 6 months straight, one of these HASA residents was compromising the locking mechanism on THE FRONT DOOR, fully BREAKING it, ensuring his "customers" could enter the building unimpeded. According to an agent of Pinnacle, Pinnacle has video of this resident breaking this lock DOZENS of times, and they made NO effort to report this violation of both the HASA program AND of the law to an enforcing body, thus being part and parcel to this dangerous criminal activity, never mind the violation of the safety guaranteed in the leases of EVERY resident in the building. Police should've been involved then, but Pinnacle refused.

Pinnacle also never held the resident accountable, and he still resides within the building.

Another resident is, or residents of the building are, STEALING PACKAGES from neighbors WITHIN this building. When an investigator of the United States Post Office called Pinnacle to get hold of video, Pinnacle ignored NUMEROUS calls (This was told to members of this body from the then acting-manager of the Fort George Post Office [10040]), thus committing what seems to be criminal neglect in this case of grand theft, as it's quite literally been THOUSANDS of dollars of stolen materials over the years by seemingly a single person. Again, Pinnacle has had, and currently STILL HAS, the opportunity to provide video to an investigating body and has refused to cooperate or even acknowledge their requests. Pinnacle legal counsel, Donna Fabrizio, and other reps of the company, including Joel Wiener and Harry Hirsch, have continually REFUSED to acknowledge or respond to e-mails requesting assistance in these matters. Nor have they provided an explanation why they would continue to ignore this ongoing criminality happening in their buildings.

According to an agent of Pinnacle, Pinnacle is aware of at least 3 other residents, at least some of which are also HASA recipients, who are male prostitutes. Working as a prostitute isn't just illegal, it's a violation of the HASA program, and would result in immediate dismissal from the

program IF Pinnacle would report it. (Residents cannot report HASA recipients; reports, calls, and requests from this body have been rejected by HRA outright. [HRA corruption could fill up another e-mail and is a separate matter entirely. Notifications of such to the SDNY have also gone ignored.])

At least two other HASA residents deal or have dealt drugs from their apartment. One on the 25 side on the 1st floor, and at LEAST one on the 35 side on 5th floor. And potentially another on the 3rd floor. Pinnacle is aware of this through DOZENS of reports from residents showing photos and video of addicts banging on the door of 5th and 3rd floor apartments, and addicts tweaking and/or collapsed outside these apartments -- sometimes naked.

Two specific HASA residents, one on the 5th floor and another on the 2nd floor of 35 Hillside, were continually letting a homeless man into the building, one who was apparently rifling through trash in the basement and stealing items from the laundry room, where there is also at least 1 camera. He would also get high in the hallways and collapse in the stairwell NIGHTLY for MONTHS. He also had violent outbursts in the halls. And yet Pinnacle did nothing to deal with this problem, in spite of knowing exactly which residents were letting him in and in spite of numerous complaints.

Residents of 11/19 Hillside state they are suffering through many of the same issues.

Since HASA came to this building, the number of emergency 911 calls for building violence, addicts in the building, vagrants in the building, "disturbed persons" in the building, AND unconscious persons in the building increased by THREE-HUNDRED PERCENT for 25 Hillside and MORE THAN 200% for 35 Hillside. (The above two pieces of information attained via a FOIA request.)

In sum, Pinnacle seems to have purposefully decided to allow criminal activity to thrive in at least two of their buildings -- we imagine residents of EVERY building participating in this HASA program would have the same problems as 25/35 and 11/19 Hillside. While this is clearly a problem with the program, it is also a problem that Pinnacle has steadfastly refused to do anything about, allowing criminal enterprises to thrive to this day, thus endangering the many children and families in these buildings, never mind all of the other law-abiding residents.

We would like the court to ensure that this information is part of the public record and, should there be an auction of Pinnacle properties, that this information be readily available, as it certainly seems like this would be important information for any company, or for the city, should anyone else take control of these buildings. And, if NOT, perhaps the court can compel Pinnacle and HASA to take the appropriate actions to deal with these issues and these following other chronic problems:

- What we believe is a lack of fire safety in the building: Incorrect evacuation maps; a lack of smoke detectors in common areas, etc.
- Windows which were meant to be replaced by Pinnacle more than 6 years ago due to the immense drafts coming in around the seals and spoiled wood of the window sills in many apartments.
- A problem boiler, which is shut down in winter about once every 6 weeks for purported "Cleaning." (Almost always with NO notice -- meaning residents are without heat and hot water for an entire day with NO prior notice.)
- Out-of-date motors for the elevators, which break down frequently.

Thank you for your time.