WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                       :    **Chapter 11**
                                                :
**BROADWAY REALTY I CO., LLC,** *et al.*,       :    **Case No. 25-11050 (DSJ)**
                                                :
           Debtors.[1]                          :    **(Jointly Administered)**
                                                :
------------------------------------------------------------x

**NOTICE OF SUCCESSFUL BID AND IDENTITY OF SUCCESSFUL BIDDER**

**PLEASE TAKE NOTICE THAT:**

1. On December 23, 2025, Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") filed a *Notice of Designation of Stalking Horse Bid* [ECF No. 916] (the "**Stalking Horse Notice**") designating Summit Gold, Inc. ("**Summit**") as the Stalking Horse Bidder[2] pursuant to and as set forth in that certain *Purchase and Sale Agreement* by and between the Debtors and Summit, dated December 22, 2025 (the "**Stalking Horse Agreement**").  A copy of the Stalking Horse Agreement is attached to the Stalking Horse Notice as Exhibit A.

2. On January 8, 2026, the Debtors held the Auction in accordance with the Bidding Procedures.

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426.  A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty.  The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Bidding Procedures Order [ECF No. 571].

3. As a result of the Auction, the Debtors, upon the joint recommendation of the CROs and the consent of Flagstar Bank, N.A., identified Summit as the Successful Bidder and its Bid the Successful Bid, on the terms set forth in the Stalking Horse Agreement. While the Debtors have not, at this time, selected a Back-Up Bidder or Back-Up Bid, they hereby reserve their right to do so.

4. A statement provided by Summit is attached hereto as **Exhibit A**.

Dated: January 9, 2026
      New York, New York

                        Respectfully submitted,

                        /s/ Gary T. Holtzer
                        WEIL, GOTSHAL & MANGES LLP
                        767 Fifth Avenue
                        New York, New York 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007
                        Gary T. Holtzer
                        Garrett A. Fail
                        Matthew P. Goren
                        Philip L. DiDonato

                        *Attorneys for the Debtors*
                        *and Debtors in Possession*

**Exhibit A**

Summit Properties USA
1350 6th Ave.
New York, NY 10019
www.summit-us.com



Summit Properties USA is a leading real estate investment, development, and management firm that owns dozens of properties in New York City. Summit is deeply committed to New York and understands how critical the preservation of affordable housing is to the success of our City. Summit also is committed to a *long-term housing investment and maintaining the quality and affordability of apartments in its portfolio of Pinnacle properties.*

Through the chapter 11 process, the portfolio is expected to **meaningfully reduce its mortgage debt by over $275 million**, 45% of the existing debt, while lowering its interest rate and monthly payments. This unlocks additional cash flow that can be utilized for capital expenditures and preventative maintenance. ***Summit is well-capitalized and has received a sufficient financing commitment from the buildings' long-term lender.***

Summit's investment has undergone a rigorous underwriting process that aligns the purchase price, ongoing maintenance costs, and debt structure to support sustainable operations over the long term. Summit has a long-term vision for its investment and a capital plan to enhance existing building conditions, support ongoing compliance requirements, and invest in long-term maintenance, with the goal of improving the buildings and responsiveness to tenants and implementing a stable, preventive maintenance model.

The portfolio supports funding and enhancing operations, supporting planned capital investments, and satisfying the lower costs of the portfolio's reduced debt obligations.
Summit has sufficient resources and capital *to **honor and perform all obligations under the existing resident leases and comply with all regulatory obligations***. Summit's objective is to invest in ***the buildings while preserving affordability*** and long-term housing for New Yorkers.

***Summit will retain new*** *residential* ***management firms to be responsible for day-to-day property operations. Those firms will have significant experience in New York rent-stabilized housing*** and operate under Summit's direct asset management oversight. This structure is designed to ensure focused execution, regulatory compliance, and responsive resident services.

Summit looks forward to talking with the City administration and residents about its plans to invest in the portfolio and help make our City affordable for everyone.