Dear Honorable David S. Jones,

My wife and I occupy a Pinnacle apartment at 991 Carroll Street. I am a teacher and she is a writer and we have a one year old son.

Pinnacle's level of neglect and harassment has been flagrant and unsafe. When we moved in, our apartment was covered in blood and urine (presumably a squatter had been living there), the refrigerator was full of maggots, and the kitchen floor was completely ripped up. Pinnacle forced us to sign an illegal letter saying that we would clean everything up ourselves and accept the apartment "as-is." Because the apartment was affordable and the housing market in New York is so difficult we accepted Pinnacle's terms and fixed the apartment ourselves. When we had issues with recurring leaks and broken windows over the next year, Pinnacle refused to make repairs, often making fake appointments and then simply not showing up. While claiming to be broke, they have also done total gut rehabs in several apartments, using aerosol spray paint in common areas without ventilation and refusing to lead remediation, causing clouds of lead paint dust to enter into the hallways. When we complained to 311, 2 separate Pinnacle employees threatened us.

Now, they intend to sell the building to an equally unreputable company owned by the Pinnacle CEO's brother.

Pinnacle claims that rent stabilization made them broke, but the truth is that they intentionally bought stabilized buildings in poor condition with the predatory intention of making them less livable, neglecting, harassing, and evicting tenants so that they could take out expensive loans from foreign banks on the prospect of rapid destabilization. This is not the purpose of affordable housing. It is not a financial plaything for rich ceos to get richer. It is a fundamental human need which allows New York to retain its working and middle classes. With only the rich and no one to provide basic services, a city cannot survive.

Please take the tenants into account, and reject this collusive nepotistic sale.

Thank you for your time,

Joseph Lorwin