UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:                                                             Chapter 11

BROADWAY REALTY I CO., LLC,                                        Case No. 25-11050 (DSJ)

                Debtor.

------------------------------------------------------------------x

## ORDER REGARDING SUBMISSIONS FROM
## TENANTS AND CONCERNED CITIZENS

      This Order is entered in response to a newly docketed report by concerned tenants of "criminal activity taking place" at a debtor-owned property, Dkt. No. 944, and numerous other reports or complaints relating to property conditions that have been filed by tenants. The Court is sympathetic and concerned about these reports, and hereby directs these issues to the attention of the current and proposed future owners of the building at issue, and to relevant governmental and regulatory authorities.

      None of these submissions appear to request specific action by this Court to address the expressed concerns. The Court therefore plans not to require responses or to enter any substantive order in response to these and possible future similar submissions, although they can be referenced in connection with the upcoming hearing by which Debtors seek approval of proposed property sales and a Plan.

**SO ORDERED.**

Dated: New York, New York                             *s/ David S. Jones*
       January 9, 2026                               HONORABLE DAVID S. JONES
                                                                UNITED STATES BANKRUPTCY JUDGE