**MORRISON & FOERSTER LLP**
Doug Mannal
Raff Ferraioli
250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
DMannal@mofo.com
RFerraioli@mofo.com

*Counsel for the Brooklyn Tenants, Parties in Interest*

-and-

**BROOKLYN LEGAL SERVICES**
Kailyn Gaines
Parker Winship
1709 St. Marks Avenue, 2nd Floor
Brooklyn, NY 11233
Telephone: (718) 237-5500
KGaines@lsnyc.org
PWinship@lsnyc.org

*Co-Counsel for the Brooklyn Tenants, Parties in Interest*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Broadway Realty I Co., LLC, *et al.*,[1] | Case No. 25-11050 (DSJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty. The location of the Debtors' service address for purposes of these chapter 11 cases is: 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, NY 10017.

**PLEASE TAKE NOTICE** that, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules), the interested tenants listed in Exhibit A (together, the "Brooklyn Tenants"), on behalf of themselves, Morrison & Foerster LLP, as co-counsel for the Brooklyn Tenants, and Brooklyn Legal Services, as co-counsel for the Brooklyn Tenants, hereby appear in the above-captioned Chapter 11 cases of Broadway Realty I Co., LLC, *et al.* (the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and Bankruptcy Code section 342, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

> **MORRISON & FOERSTER LLP**
> 250 West 55th Street
> New York, New York 10019
> Telephone: (212) 468-8000
> Facsimile: (212) 468-7900
> Attn:   Doug Mannal, Esq.
>            Raff Ferraioli, Esq.
> Email: DMannal@mofo.com
>            RFerraioli@mofo.com
>
> **BROOKLYN LEGAL SERVICES**
> 1709 St. Marks Avenue, 2nd Floor
> Brooklyn, NY 11233
> Telephone: (718) 237-5500
> Attn:   Kailyn Gaines
>            Parker Winship
> Email: KGaines@lsnyc.org
>            PWinship@lsnyc.org

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile,

electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of the Brooklyn Tenants with respect to the Debtors' estates, or any related entities, or property or proceeds thereof in which the Debtors' estates may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this appearance shall not be deemed or construed to be a waiver of the right of the Brooklyn Tenants' (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Brooklyn Tenants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Brooklyn Tenants Tenants expressly reserves.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 12, 2026
      New York, New York                    Respectfully submitted,

                                            */s/ Doug Mannal*
                                            **MORRISON & FOERSTER LLP**
                                            Doug Mannal
                                            Raff Ferraioli
                                            250 West 55th Street
                                            New York, New York 10019-9601
                                            Telephone: (212) 468-8000
                                            Facsimile: (212) 468-7900
                                            DMannal@mofo.com
                                            RFerraioli@mofo.com

                                            *Counsel for the Brooklyn Tenants*

                                            -and-

                                            **BROOKLYN LEGAL SERVICES**
                                            1709 St. Marks Avenue, 2nd Floor
                                            Brooklyn, NY 11233
                                            Tel: (718) 237-5500
                                            Kailyn Gaines
                                            Parker Winship

                                            *Co-Counsel for the Brooklyn Tenants*

## **Exhibit A**

<u>Tenants Residing at 1362 Ocean Ave</u>

|  |  |
|---|---|
| Dianna | Bennett |
| Cynthia | Gouin |
| Candy | Philip |

<u>Tenants Residing at 240 E. 18th Street</u>

|  |  |
|---|---|
| Rose May | Pierre Louis |
| Johanna | Perez |
| Carol | Crump |
| Heather | Woodfield |
| Jean Marie | Cadet |
| Richard | Fanfan |
| Nina | Nelken |
| Kwabena | Ocran |

## CERTIFICATE OF SERVICE

I certify that on January 12, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York. Additionally, the foregoing document will be served by mail and via electronic mail, as applicable, as set forth in a forthcoming certificate of service.

                                         */s/ Doug Mannal*
                                         Doug Mannal