Note - Violations, arrears, and HLD cases reflect totals at the BBL level, not the building level.

| | BLIS Report | | | | | | | | Data fields shared by DOF & DEP | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BBL | Boro | Block | Lot | Boro Name | Management Pr | Primary Address | Dwelling Units | Number of Buildings | DOF Property Tax Liability - Charges Billed Through 12/31/2025 | DEP Balance | Total Open A Violations | Total Open ABC Violations |
| 1021680001 | 1 | 2168 | 0001 | MN | PVT | 281 WADSWORTH AVENUE | 84 | 1 | $56,311 | $118,100 | 8 | 48 |
| 3050850027 | 3 | 05085 | 0027 | BK | PVT | 222 LENOX ROAD | 158 | 1 | $264,283 | $231,401 | 9 | 68 |
| 3045880001 | 3 | 04588 | 0001 | BK | PVT | 854 EAST NEW YORK AVENUE | 90 | 1 | $117,519 | $125,202 | 33 | 74 |
| 3012750054 | 3 | 01275 | 0054 | BK | PVT | 1171 PRESIDENT STREET | 39 | 1 | $32,972 | $58,624 | 15 | 118 |
| 3012800058 | 3 | 01280 | 0058 | BK | PVT | 991 CARROLL STREET | 69 | 1 | $94,647 | $98,417 | 40 | 272 |
| 3050260264 | 3 | 05026 | 0264 | BK | PVT | 225 PARKSIDE AVENUE | 126 | 1 | $249,559 | $179,350 | 76 | 359 |
| 1022230005 | 1 | 02223 | 0005 | MN | PVT | 241 SHERMAN AVENUE | 73 | 1 | $87,468 | $102,654 | 24 | 132 |
| 3076110054 | 3 | 07611 | 0054 | BK | PVT | 2400 NOSTRAND AVENUE | 127 | 1 | $220,099 | $186,992 | 19 | 159 |
| 2050570027 | 2 | 05057 | 0027 | BX | PVT | 4360 BAYCHESTER AVENUE | 69 | 1 | $121,520 | $97,011 | 11 | 111 |
| 3051240026 | 3 | 05124 | 0026 | BK | PVT | 681 OCEAN AVENUE | 60 | 1 | $77,474 | $81,546 | 77 | 312 |
| 3067030073 | 3 | 06703 | 0073 | BK | PVT | 1362 OCEAN AVENUE | 48 | 1 | $92,471 | $109,600 | 70 | 363 |
| 3050800024 | 3 | 05080 | 0024 | BK | PVT | 470 OCEAN AVENUE | 102 | 1 | $155,531 | $145,723 | 11 | 77 |
| 2031460023 | 2 | 03146 | 0023 | BX | PVT | 2340 VALENTINE AVENUE | 49 | 1 | $14,732 | $68,892 | 11 | 82 |
| 1020620041 | 1 | 02062 | 0041 | MN | PVT | 412 WEST 148 STREET | 49 | 1 | $104,066 | $10,619 | 14 | 121 |
| 1022470029 | 1 | 02247 | 0029 | MN | PVT | 34 SEAMAN AVENUE | 60 | 1 | $99,512 | $84,357 | 22 | 177 |
| 3051610014 | 3 | 05161 | 0014 | BK | PVT | 330 EAST 19 STREET | 83 | 1 | $124,529 | $126,456 | 10 | 56 |
| 1022420029 | 1 | 02242 | 0029 | MN | PVT | 639 WEST 207 STREET | 56 | 1 | $93,615 | $51,968 | 14 | 138 |
| 3014280032 | 3 | 01428 | 0032 | BK | PVT | 706 LEFFERTS AVENUE | 49 | 1 | $63,859 | $67,486 | | 9 |
| 3049970006 | 3 | 04997 | 0006 | BK | PVT | 3301 FARRAGUT ROAD | 42 | 1 | $68,954 | $59,050 | 22 | 60 |
| 3052080052 | 3 | 05208 | 0052 | BK | PVT | 529 EAST 22 STREET | 48 | 1 | $61,321 | $67,486 | 8 | 44 |
| 3011890020 | 3 | 01189 | 0020 | BK | PVT | 926 CARROLL STREET | 58 | 1 | $87,858 | $81,546 | | 14 |
| 3012070021 | 3 | 01207 | 0021 | BK | PVT | 1296 PACIFIC STREET | 76 | 1 | $119,784 | $133,567 | 45 | 177 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3052120019 | 3 | 05212 | 0019 | BK | PVT | 2513 NEWKIRK AVENUE | 42 | 1 | $48,921 | $59,050 | 14 | 76 |
| 3050820079 | 3 | 05082 | 0079 | BK | PVT | 115 EAST 21 STREET | 59 | 1 | $59,594 | $84,357 | 47 | 327 |
| 3050650040 | 3 | 05065 | 0040 | BK | PVT | 176 CLARKSON AVENUE | 91 | 1 | $138,611 | $127,942 | 9 | 42 |
| 3051850016 | 3 | 05185 | 0016 | BK | PVT | 426 EAST 22 STREET | 64 | 1 | $64,554 | $89,981 | 8 | 62 |
| 4012490033 | 4 | 01249 | 0033 | QN | PVT | 76-09 34 AVENUE | 84 | 1 | $220,227 | $191,801 | | 0 |
| 4098440110 | 4 | 09844 | 0110 | QN | PVT | 87-50 KINGSTON PLACE | 77 | 1 | $208,897 | $108,259 | | 0 |
| 3076020022 | 3 | 07602 | 0022 | BK | PVT | 1535 OCEAN AVENUE | 45 | 1 | $80,140 | $63,268 | 6 | 92 |
| 1022270015 | 1 | 02227 | 0015 | MN | PVT | 536 ISHAM STREET | 48 | 1 | $25,076 | $68,892 | 10 | 95 |
| 1021700560 | 1 | 02170 | 0560 | MN | PVT | 681 WEST 193 STREET | 126 | 1 | $201,761 | $177,151 | 13 | 159 |
| 2057600100 | 2 | 05760 | 0100 | BX | PVT | 3410 KINGSBRIDGE AVENUE | 117 | 1 | $181,032 | $165,903 | 8 | 104 |
| 1017180037 | 1 | 01718 | 0037 | MN | PVT | 2 WEST 120 STREET | 106 | 1 | $162,854 | $158,567 | 32 | 169 |
| 1021700096 | 1 | 02170 | 0096 | MN | PVT | 4530 BROADWAY | 73 | 1 | $183,137 | $35,484 | 21 | 144 |
| 1021700105 | 1 | 02170 | 0105 | MN | PVT | 11 HILLSIDE AVENUE | 91 | 1 | $172,935 | $126,536 | 25 | 136 |
| 4031040023 | 4 | 03104 | 0023 | QN | PVT | 63-70 AUSTIN STREET | 85 | 2 | $142,051 | $119,506 | 1 | 24 |
| 3011720025 | 3 | 01172 | 0025 | BK | PVT | 292 ST JOHNS PLACE | 16 | 1 | $28,564 | $22,495 | | 14 |
| 3051520001 | 3 | 05152 | 0001 | BK | PVT | 2102 BEVERLY ROAD | 73 | 1 | $88,057 | $106,853 | 6 | 27 |
| 3014010047 | 3 | 01401 | 0047 | BK | PVT | 1617 PRESIDENT STREET | 28 | 1 | $25,645 | $37,961 | 10 | 96 |
| 1021700112 | 1 | 02170 | 0112 | MN | PVT | 25 HILLSIDE AVENUE | 143 | 1 | $155,123 | $201,052 | 25 | 113 |
| 1021140052 | 1 | 02114 | 0052 | MN | PVT | 509 WEST 155 STREET | 55 | 1 | $135,632 | $77,328 | 2 | 25 |
| 1021290037 | 1 | 02129 | 0037 | MN | PVT | 155 AUDUBON AVENUE | 49 | 1 | $26,105 | $71,207 | 1 | 25 |
| 3014240033 | 3 | 01424 | 0033 | BK | PVT | 988 MONTGOMERY STREET | 53 | 1 | $80,168 | $75,922 | 5 | 45 |
| 3051590053 | 3 | 05159 | 0053 | BK | PVT | 405 EAST 16 STREET | 62 | 1 | $75,880 | $85,763 | 4 | 37 |
| 3051610006 | 3 | 05161 | 0006 | BK | PVT | 1820 CORTELYOU ROAD | 42 | 1 | $52,068 | $59,050 | 12 | 100 |
| 3066940072 | 3 | 06694 | 0072 | BK | PVT | 1280 OCEAN AVENUE | 66 | 1 | $159,580 | $89,833 | 8 | 44 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4014460033 | 4 | 01446 | 0033 | QN | PVT | 85-05 35 AVENUE | 91 | | 1 | $171,874 | $54,878 | 3 | 17 |
| 4014550055 | 4 | 01455 | 0055 | QN | PVT | 94-06 34 ROAD | 59 | | 1 | $117,535 | $82,952 | 6 | 23 |
| 4014550001 | 4 | 01455 | 0001 | QN | PVT | 94-06 34 AVENUE | 57 | | 1 | $88,353 | $82,031 | | 2 |
| 1010780055 | 1 | 01078 | 0055 | MN | PVT | 544 WEST 50 STREET | 20 | | 1 | $31,282 | $28,119 | 6 | 21 |
| 2058271620 | 2 | 05827 | 1620 | BX | PVT | 244 FIELDSTON TERRACE | 72 | | 1 | $122,549 | $29,143 | 26 | 156 |
| 3012610048 | 3 | 01261 | 0048 | BK | PVT | 489 EASTERN PARKWAY | 16 | | 1 | $39,060 | $22,495 | 21 | 102 |
| 3052350040 | 3 | 05235 | 0040 | BK | PVT | 619 RUGBY ROAD | 32 | | 2 | $51,136 | $3,211 | 1 | 32 |
| 3011900009 | 3 | 01190 | 0009 | BK | PVT | 915 WASHINGTON AVENUE | 37 | | 1 | $37,976 | $50,614 | 8 | 42 |
| 3012730025 | 3 | 01273 | 0025 | BK | PVT | 1060 UNION STREET | 35 | | 1 | $31,264 | $49,208 | 8 | 41 |
| 3012810003 | 3 | 01281 | 0003 | BK | PVT | 1601 BEDFORD AVENUE | 16 | | 1 | $28,553 | $22,495 | | 21 |
| 4015040080 | 4 | 01504 | 0080 | QN | PVT | 40-15 HAMPTON STREET | 60 | | 1 | $139,546 | $85,763 | 3 | 12 |
| 3051210026 | 3 | 05121 | 0026 | BK | PVT | 240 EAST 18 STREET | 53 | | 1 | $39,097 | $116,695 | 30 | 87 |
| 1020620037 | 1 | 02062 | 0037 | MN | PVT | 402 WEST 148 STREET | 49 | | 1 | $93,523 | $67,486 | | 18 |
| 3050550065 | 3 | 05055 | 0065 | BK | PVT | 85 CLARKSON AVENUE | 71 | | 1 | $103,107 | $101,229 | 20 | 189 |
| 3051590030 | 3 | 05159 | 0030 | BK | PVT | 422 EAST 17 STREET | 21 | | 1 | $28,917 | $29,525 | | 13 |
| 1010780057 | 1 | 01078 | 0057 | MN | PVT | 548 WEST 50 STREET | 20 | | 1 | $42,087 | $2,218 | | 7 |
| 3050730019 | 3 | 05073 | 0019 | BK | PVT | 40 ARGYLE ROAD | 49 | | 1 | $87,586 | $68,892 | 4 | 29 |
| 3010230069 | 3 | 01023 | 0069 | BK | PVT | 307 12 STREET | 25 | | 1 | $63,246 | $35,149 | 4 | 20 |
| 3012610051 | 3 | 01261 | 0051 | BK | PVT | 481 EASTERN PARKWAY | 17 | | 1 | $18,889 | $23,373 | 5 | 36 |
| 3012610045 | 3 | 01261 | 0045 | BK | PVT | 497 EASTERN PARKWAY | 16 | | 1 | $23,352 | $21,998 | 4 | 26 |
| 3011890017 | 3 | 01189 | 0017 | BK | PVT | 916 CARROLL STREET | 58 | | 1 | $66,973 | $22,221 | 9 | 44 |
| 3012810001 | 3 | 01281 | 0001 | BK | PVT | 1023 CARROLL STREET | 12 | | 1 | $8,246 | $16,499 | | 2 |
| 1002030015 | 1 | 00203 | 0015 | MN | PVT | 58 ELIZABETH STREET | 65 | | 2 | $120,314 | $54,203 | | 0 |
| 4001660006 | 4 | 00166 | 0006 | QN | PVT | 45-35 44 STREET | 94 | | 1 | $259,736 | $133,317 | | 5 |
| 4088470214 | 4 | 08847 | 0214 | QN | PVT | 85-50 FOREST PARKWAY | 84 | | 1 | $197,931 | $1,695 | 4 | 7 |
| 1010780056 | 1 | 01078 | 0056 | MN | PVT | 546 WEST 50 STREET | 21 | | 1 | $42,056 | $29,525 | 1 | 3 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4050050006 | 4 | 05005 | 0006 | QN | PVT | 35-19 147 STREET | 38 | | 1 | $101,223 | $53,426 | 3 | 19 |
| 3071590146 | 3 | 07159 | 0146 | BK | PVT | 815 GRAVESEND NECK ROAD | 100 | | 1 | $232,490 | $13,020 | 9 | 87 |
| 3067210070 | 3 | 06721 | 0070 | BK | PVT | 1554 OCEAN AVENUE | 71 | | 1 | $110,414 | -$38,131 | 12 | 78 |
| 3052350046 | 3 | 05235 | 0046 | BK | PVT | 615 RUGBY ROAD | 16 | | 1 | $23,211 | $21,998 | 22 | 76 |
| 4005770023 | 4 | 00577 | 0023 | QN | PVT | 25-10 30 ROAD | 119 | | 1 | $312,032 | $22,338 | 1 | 2 |
| 4088650009 | 4 | 08865 | 0009 | QN | PVT | 86-20 PARK LANE SOUTH | 48 | | 1 | $112,161 | $17,335 | | 2 |
| 2032560053 | 2 | 03256 | 0053 | BX | PVT | 2800 HEATH AVENUE | 78 | | 1 | $93,849 | $113,137 | 11 | 83 |
| 3052350049 | 3 | 05235 | 0049 | BK | PVT | 607 RUGBY ROAD | 16 | | 1 | $22,894 | $21,998 | | 3 |
| 3012730020 | 3 | 01273 | 0020 | BK | PVT | 1042 UNION STREET | 20 | | 1 | $34,477 | $27,498 | 5 | 74 |
| 3012730023 | 3 | 01273 | 0023 | BK | PVT | 1048 UNION STREET | 20 | | 1 | $18,510 | $4,937 | 3 | 20 |
| 3051590027 | 3 | 05159 | 0027 | BK | PVT | 416 EAST 17 STREET | 21 | | 1 | $29,674 | $10,833 | | 0 |
| 3019290035 | 3 | 01929 | 0035 | BK | PVT | 314 CLINTON AVENUE | 10 | | 1 | $22,030 | $0 | | 0 |
| 3050730014 | 3 | 05073 | 0014 | BK | PVT | 28 ARGYLE ROAD | 31 | | 1 | $46,721 | $43,585 | | 7 |
| 3012730016 | 3 | 01273 | 0016 | BK | PVT | 1038 UNION STREET | 23 | | 1 | $30,050 | $7,943 | 8 | 61 |
| 3012810005 | 3 | 01281 | 0005 | BK | PVT | 1597 BEDFORD AVENUE | 16 | | 1 | $19,932 | $22,495 | | 8 |
| 1007680016 | 1 | 00768 | 0016 | MN | PVT | 237 WEST 18 STREET | 19 | | 1 | $62,564 | $32,749 | 1 | 2 |
| 1013440021 | 1 | 01344 | 0021 | MN | PVT | 349 EAST 51 STREET | 20 | | 1 | $62,463 | $9,200 | | 1 |
| 1014320013 | 1 | 01432 | 0013 | MN | PVT | 233 EAST 77 STREET | 26 | | 1 | $89,549 | $8,549 | | 0 |
| 1007381001 | 1 | 738 | 1001 | | | | | | 0 | $15,404 | $0 | | |

Note - Violations, a[...]

| BBL | Total Open B + C Violations | Total Open B + C Violations per DU | Total Recent ERP Charge Amount (3 years : Jan 2023 to Dec 2025) | Housing Litigation Case Type (open and closed cases) | Unique Litigation Count |
|---|---|---|---|---|---|
| | | | Data fields added by SOA | | |
| 1021680001 | 40 | 0.48 | $ 738.63 | Tenant Action (33), False Certification Non-Lead (8), Heat and Hot Water (2), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1) | 46 |
| 3050850027 | 59 | 0.37 | $ 4,766.00 | Tenant Action (16), Heat and Hot Water (6), Access Warrant - Non-Lead (5), False Certification Non-Lead (1), Tenant Action/Harrassment (1) | 29 |
| 3045880001 | 41 | 0.46 | $ 583.94 | Tenant Action (20), Access Warrant - Non-Lead (5), Heat and Hot Water (1), False Certification Non-Lead (1), Tenant Action/Harrassment (1) | 28 |
| 3012750054 | 103 | 2.64 | $ 5,895.00 | Tenant Action (14), Heat and Hot Water (4), Access Warrant - Non-Lead (3), False Certification Non-Lead (3) | 24 |
| 3012800058 | 232 | 3.36 | $ 20,780.44 | Tenant Action (10), False Certification Non-Lead (5), Access Warrant - Non-Lead (4), Lead False Certification (2), Tenant Action/Harrassment (2), Heat and Hot Water (1) | 24 |
| 3050260264 | 283 | 2.25 | $ 18,537.00 | Tenant Action (9), Access Warrant - Non-Lead (8), False Certification Non-Lead (5), Heat and Hot Water (1) | 23 |
| 1022230005 | 108 | 1.48 | $ 3,659.00 | Heat and Hot Water (7), Tenant Action (5), False Certification Non-Lead (5), Access Warrant - Non-Lead (4), Lead False Certification (1) | 22 |
| 3076110054 | 140 | 1.10 | $ 14,572.00 | Tenant Action (13), Heat and Hot Water (4), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1) | 20 |
| 2050570027 | 100 | 1.45 | $ 2,828.00 | Tenant Action (9), Heat and Hot Water (3), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (2) | 16 |
| 3051240026 | 235 | 3.92 | $ 12,772.56 | Tenant Action (6), Access Warrant - Non-Lead (4), Access Warrant - lead (4), False Certification Non-Lead (1), Lead False Certification (1) | 16 |
| 3067030073 | 293 | 6.10 | $ 56,290.57 | Tenant Action (10), Heat and Hot Water (3), Access Warrant - Non-Lead (1), Tenant Action/Harrassment (1) | 15 |
| 3050800024 | 66 | 0.65 | $ 11,919.00 | Access Warrant - Non-Lead (5), Heat and Hot Water (5), Tenant Action (4), Tenant Action/Harrassment (1) | 15 |
| 2031460023 | 71 | 1.45 | $ 158.00 | Tenant Action (6), Heat and Hot Water (3), False Certification Non-Lead (2), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1) | 14 |
| 1020620041 | 107 | 2.18 | $ 4,390.00 | Heat and Hot Water (5), Tenant Action (4), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1), False Certification Non-Lead (1), Lead False Certification (1) | 14 |
| 1022470029 | 155 | 2.58 | $ 530.00 | Tenant Action (8), Heat and Hot Water (2), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1) | 13 |
| 3051610014 | 46 | 0.55 | $ 636.00 | Tenant Action (5), Heat and Hot Water (3), Access Warrant - Non-Lead (3), False Certification Non-Lead (2) | 13 |
| 1022420029 | 124 | 2.21 | $ 14,082.00 | Tenant Action (10), False Certification Non-Lead (1), Access Warrant - Non-Lead (1) | 12 |
| 3014280032 | 9 | 0.18 | $ 11,565.42 | Heat and Hot Water (5), Tenant Action (3), Access Warrant - Non-Lead (3), Lead False Certification (1) | 12 |
| 3049970006 | 38 | 0.90 | $ - | Tenant Action (8), False Certification Non-Lead (1), Access Warrant - Non-Lead (1), Heat and Hot Water (1) | 11 |
| 3052080052 | 36 | 0.75 | $ 17,313.84 | Tenant Action (7), Tenant Action/Harrassment (3), Heat and Hot Water (1) | 11 |
| 3011890020 | 14 | 0.24 | $ - | Tenant Action (8), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1) | 11 |
| 3012070021 | 132 | 1.74 | $ 22,067.00 | Tenant Action (4), Heat and Hot Water (4), Access Warrant - Non-Lead (3) | 11 |

| ID | Count | Ratio | Amount | Description | Total |
|---|---|---|---|---|---|
| 3052120019 | 62 | 1.48 | $ 3,146.00 | Tenant Action (7), False Certification Non-Lead (2), Access Warrant - Non-Lead (1), Access Warrant - lead (1) | 11 |
| 3050820079 | 280 | 4.75 | $ 11,049.00 | Tenant Action (9), Heat and Hot Water (1) | 10 |
| 3050650040 | 33 | 0.36 | $ - | Tenant Action (4), Access Warrant - Non-Lead (3), Comp Supplemental Cases (1), Heat and Hot Water (1), Comprehensive (1) | 10 |
| 3051850016 | 54 | 0.84 | $ 3,354.00 | Tenant Action (6), Access Warrant - Non-Lead (2), Heat and Hot Water (1), False Certification Non-Lead (1) | 10 |
| 4012490033 | 0 | 0.00 | $ - | Tenant Action (4), Tenant Action/Harrassment (3), False Certification Non-Lead (1), Heat and Hot Water (1) | 9 |
| 4098440110 | 0 | 0.00 | $ 4,089.44 | Tenant Action (6), False Certification Non-Lead (2), Access Warrant - Non-Lead (1) | 9 |
| 3076020022 | 86 | 1.91 | $ 1,221.00 | Tenant Action (6), Heat and Hot Water (1), Comprehensive (1), Tenant Action/Harrassment (1) | 9 |
| 1022270015 | 85 | 1.77 | $ 3,285.00 | Tenant Action (4), False Certification Non-Lead (2), Access Warrant - Non-Lead (1), Heat and Hot Water (1), Lead False Certification (1) | 9 |
| 1021700560 | 146 | 1.16 | $ 330.68 | Tenant Action (5), False Certification Non-Lead (2), Access Warrant - lead (1) | 8 |
| 2057600100 | 96 | 0.82 | $ 6,911.00 | Tenant Action (5), Access Warrant - Non-Lead (2), Tenant Action/Harrassment (1) | 8 |
| 1017180037 | 137 | 1.29 | $ 1,637.00 | Tenant Action (6), Access Warrant - Non-Lead (2) | 8 |
| 1021700096 | 123 | 1.68 | $ - | Tenant Action (3), Heat and Hot Water (2), Tenant Action/Harrassment (2) | 7 |
| 1021700105 | 111 | 1.22 | $ 3,409.00 | Tenant Action (6), Lead False Certification (1) | 7 |
| 4031040023 | 23 | 0.27 | $ 64.00 | Tenant Action (4), Heat and Hot Water (2), False Certification Non-Lead (1) | 7 |
| 3011720025 | 14 | 0.88 | $ 661.42 | Tenant Action (4), Tenant Action/Harrassment (2), Heat and Hot Water (1) | 7 |
| 3051520001 | 21 | 0.29 | $ - | Tenant Action (5), Heat and Hot Water (1), Tenant Action/Harrassment (1) | 7 |
| 3014010047 | 86 | 3.07 | $ 159.00 | Heat and Hot Water (4), Tenant Action (3) | 7 |
| 1021700112 | 88 | 0.62 | $ 5,561.00 | Tenant Action (6), Heat and Hot Water (1) | 7 |
| 1021140052 | 23 | 0.42 | $ - | Tenant Action (4), Access Warrant - Non-Lead (2) | 6 |
| 1021290037 | 24 | 0.49 | $ 9,563.00 | Tenant Action (6) | 6 |
| 3014240033 | 40 | 0.75 | $ 22,651.00 | Tenant Action (5), Access Warrant - Non-Lead (1) | 6 |
| 3051590053 | 33 | 0.53 | $ 1,159.00 | Tenant Action (4), Access Warrant - Non-Lead (2) | 6 |
| 3051610006 | 88 | 2.10 | $ - | Tenant Action (2), Access Warrant - Non-Lead (2), Heat and Hot Water (1), False Certification Non-Lead (1) | 6 |
| 3066940072 | 36 | 0.55 | $ 4,442.00 | Heat and Hot Water (2), Access Warrant - lead (2), Tenant Action (2) | 6 |

| ID | Units | Value | Amount | Description | Count |
|---|---|---|---|---|---|
| 4014460033 | 14 | 0.15 | $ - | Tenant Action (5) | 5 |
| 4014550055 | 17 | 0.29 | $ 48,832.00 | Tenant Action (4), Heat and Hot Water (1) | 5 |
| 4014550001 | 2 | 0.04 | $ - | Tenant Action (3), Heat and Hot Water (1), Tenant Action/Harrassment (1) | 5 |
| 1010780055 | 15 | 0.75 | $ - | Tenant Action (2), Access Warrant - Non-Lead (2), Heat and Hot Water (1) | 5 |
| 2058271620 | 130 | 1.81 | $ 10,059.00 | Tenant Action (3), Heat and Hot Water (1), Tenant Action/Harrassment (1) | 5 |
| 3012610048 | 81 | 5.06 | $ 555.63 | Tenant Action (3), Access Warrant - Non-Lead (1), Heat and Hot Water (1) | 5 |
| 3052350040 | 31 | 0.97 | $ 4,185.94 | Tenant Action (3), Access Warrant - lead (1), False Certification Non-Lead (1) | 5 |
| 3011900009 | 34 | 0.92 | $ - | Tenant Action (3), Access Warrant - Non-Lead (2) | 5 |
| 3012730025 | 33 | 0.94 | $ 167.97 | Tenant Action (4), Tenant Action/Harrassment (1) | 5 |
| 3012810003 | 21 | 1.31 | $ - | Tenant Action (4), Tenant Action/Harrassment (1) | 5 |
| 4015040080 | 9 | 0.15 | $ 680.00 | Tenant Action (3), Access Warrant - lead (1), Access Warrant - Non-Lead (1) | 5 |
| 3051210026 | 57 | 1.08 | $ - | Tenant Action (3), False Certification Non-Lead (1) | 4 |
| 1020620037 | 18 | 0.37 | $ - | Tenant Action (3), Tenant Action/Harrassment (1) | 4 |
| 3050550065 | 169 | 2.38 | $ - | Heat and Hot Water (3), Tenant Action (1) | 4 |
| 3051590030 | 13 | 0.62 | $ - | Heat and Hot Water (2), Access Warrant - Non-Lead (1), Tenant Action (1) | 4 |
| 1010780057 | 7 | 0.35 | $ - | Tenant Action (2), Heat and Hot Water (1) | 3 |
| 3050730019 | 25 | 0.51 | $ - | Access Warrant - Non-Lead (1), Tenant Action/Harrassment (1), Tenant Action (1) | 3 |
| 3010230069 | 16 | 0.64 | $ - | Tenant Action (1), Access Warrant - Non-Lead (1), Heat and Hot Water (1) | 3 |
| 3012610051 | 31 | 1.82 | $ 3,133.00 | False Certification Non-Lead (1), Tenant Action (1), Access Warrant - Non-Lead (1) | 3 |
| 3012610045 | 22 | 1.38 | $ - | Tenant Action (2), False Certification Non-Lead (1) | 3 |
| 3011890017 | 35 | 0.60 | $ - | Heat and Hot Water (2), Tenant Action (1) | 3 |
| 3012810001 | 2 | 0.17 | $ 477.00 | Tenant Action (2), Access Warrant - Non-Lead (1) | 3 |
| 1002030015 | 0 | 0.00 | $ - | Heat and Hot Water (3) | 3 |
| 4001660006 | 5 | 0.05 | $ - | Tenant Action/Harrassment (1), Heat and Hot Water (1), Tenant Action (1) | 3 |
| 4088470214 | 3 | 0.04 | $ - | Access Warrant - Non-Lead (1), Heat and Hot Water (1) | 2 |
| 1010780056 | 2 | 0.10 | $ - | Tenant Action (2) | 2 |

| ID | Count | Rate | Amount | Notes | Total |
|---|---|---|---|---|---|
| 4050050006 | 16 | 0.42 | $ - | Tenant Action (2) | 2 |
| 3071590146 | 78 | 0.78 | $ 7,610.00 | Heat and Hot Water (1), Tenant Action (1) | 2 |
| 3067210070 | 66 | 0.93 | $ 3,687.00 | Tenant Action/Harrassment (1), Tenant Action (1) | 2 |
| 3052350046 | 54 | 3.38 | $ 38.00 | False Certification Non-Lead (1), Access Warrant - Non-Lead (1) | 2 |
| 4005770023 | 1 | 0.01 | $ - | Tenant Action (1) | 1 |
| 4088650009 | 2 | 0.04 | $ - | Tenant Action (1) | 1 |
| 2032560053 | 72 | 0.92 | $ 4,668.00 | Tenant Action (1) | 1 |
| 3052350049 | 3 | 0.19 | $ 1,430.00 | False Certification Non-Lead (1) | 1 |
| 3012730020 | 69 | 3.45 | $ 12,948.00 | Heat and Hot Water (1) | 1 |
| 3012730023 | 17 | 0.85 | $ 945.00 | Tenant Action (1) | 1 |
| 3051590027 | 0 | 0.00 | $ - | Heat and Hot Water (1) | 1 |
| 3019290035 | 0 | 0.00 | $ - | Tenant Action (1) | 1 |
| 3050730014 | 7 | 0.23 | $ - | | |
| 3012730016 | 53 | 2.30 | $ - | | |
| 3012810005 | 8 | 0.50 | $ - | | |
| 1007680016 | 1 | 0.05 | $ - | | |
| 1013440021 | 1 | 0.05 | $ - | | |
| 1014320013 | 0 | 0.00 | $ - | | |
| 1007381001 | | | | | |

Note - Violations, a

| BBL | Count of Comprehensive Cases Only | DOF Liability FY 2026 |
|---|---|---|
| 1021680001 | | $ 194,706 |
| 3050850027 | | $ 560,080 |
| 3045880001 | | $ 234,157 |
| 3012750054 | | $ 90,800 |
| 3012800058 | | $ 181,999 |
| 3050260264 | | $ 506,722 |
| 1022230005 | | $ 205,620 |
| 3076110054 | | $ 407,211 |
| 2050570027 | | $ 244,926 |
| 3051240026 | | $ 167,367 |
| 3067030073 | | $ 161,937 |
| 3050800024 | | $ 346,153 |
| 2031460023 | | $ 123,236 |
| 1020620041 | | $ 203,426 |
| 1022470029 | | $ 196,026 |
| 3051610014 | | $ 294,554 |
| 1022420029 | | $ 208,335 |
| 3014280032 | | $ 156,776 |
| 3049970006 | | $ 135,808 |
| 3052080052 | | $ 134,218 |
| 3011890020 | | $ 187,967 |
| 3012070021 | | $ 247,345 |

| | | | |
|---|---|---|---|
| 3052120019 | | $ | 116,306 |
| 3050820079 | | $ | 140,163 |
| 3050650040 | Comprehensive (1) | $ | 297,217 |
| 3051850016 | | $ | 143,812 |
| 4012490033 | | $ | 485,755 |
| 4098440110 | | $ | 448,685 |
| 3076020022 | Comprehensive (1) | $ | 158,847 |
| 1022270015 | | $ | 84,176 |
| 1021700560 | | $ | 543,511 |
| 2057600100 | | $ | 353,149 |
| 1017180037 | | $ | 324,143 |
| 1021700096 | | $ | 355,316 |
| 1021700105 | | $ | 366,091 |
| 4031040023 | | $ | 368,252 |
| 3011720025 | | $ | 80,291 |
| 3051520001 | | $ | 194,358 |
| 3014010047 | | $ | 69,029 |
| 1021700112 | | $ | 369,998 |
| 1021140052 | | $ | 286,930 |
| 1021290037 | | $ | 88,094 |
| 3014240033 | | $ | 150,070 |
| 3051590053 | | $ | 164,635 |
| 3051610006 | | $ | 113,093 |
| 3066940072 | | $ | 218,100 |

| | | | |
|---|---|---|---|
| 4014460033 | | $ | 348,940 |
| 4014550055 | | $ | 237,157 |
| 4014550001 | | $ | 200,616 |
| 1010780055 | | $ | 77,078 |
| 2058271620 | | $ | 240,616 |
| 3012610048 | | $ | 73,910 |
| 3052350040 | | $ | 113,574 |
| 3011900009 | | $ | 99,991 |
| 3012730025 | | $ | 96,278 |
| 3012810003 | | $ | 59,065 |
| 4015040080 | | $ | 307,441 |
| 3051210026 | | $ | 149,936 |
| 1020620037 | | $ | 171,946 |
| 3050550065 | | $ | 204,803 |
| 3051590030 | | $ | 63,308 |
| 1010780057 | | $ | 77,134 |
| 3050730019 | | $ | 172,808 |
| 3010230069 | | $ | 146,253 |
| 3012610051 | | $ | 45,787 |
| 3012610045 | | $ | 47,677 |
| 3011890017 | | $ | 162,231 |
| 3012810001 | | $ | 26,780 |
| 1002030015 | | $ | 260,888 |
| 4001660006 | | $ | 514,264 |
| 4088470214 | | $ | 368,487 |
| 1010780056 | | $ | 77,078 |

| | | | |
|---|---|---|---|
| 4050050006 | | $ | 186,876 |
| 3071590146 | | $ | 520,979 |
| 3067210070 | | $ | 216,099 |
| 3052350046 | | $ | 56,535 |
| 4005770023 | | $ | 639,840 |
| 4088650009 | | $ | 225,760 |
| 2032560053 | | $ | 184,607 |
| 3052350049 | | $ | 44,445 |
| 3012730020 | | $ | 46,941 |
| 3012730023 | | $ | 49,684 |
| 3051590027 | | $ | 63,308 |
| 3019290035 | | $ | 29,089 |
| 3050730014 | | $ | 85,631 |
| 3012730016 | | $ | 58,662 |
| 3012810005 | | $ | 63,958 |
| 1007680016 | | $ | 114,665 |
| 1013440021 | | $ | 118,511 |
| 1014320013 | | $ | 164,124 |
| 1007381001 | | $ | 29,611 |