New York State Department of State

Division of Corporations, State Records and Uniform Commercial Code

# COPY REQUEST/CERTIFICATE OF STATUS RECEIPT

BRENT MELTZER | UNIT CHIEF
HOUSING PROTECTION UNIT
OFFICE OF THE NYS ATTORNEY GENERAL
NEW YORK NY 10005

| | | | |
|---|---|---|---|
| **DATE:** | 01/09/2026 | **TRANSACTION NUMBER:** | 202601090003717 |

**ENTITY INFORMATION:**

| | |
|---|---|
| **ENTITY NAME:** | CHESTNUT HOLDINGS OF NEW YORK, INC. |
| **DOS ID:** | 2083808 |
| **DATE OF INITIAL DOS FILING:** | 11/13/1996 |

| **REQUESTED SERVICES:** | **NUMBER REQUESTED:** | **FEE:** |
|---|---|---|
| **UNCERTIFIED COPY($5.00)** | 0 | $0.00 |
| **CERTIFIED COPY($10.00)** | 2 | $0.00 |
| **CERTIFICATE OF STATUS - SHORT FORM($25.00)** | | $0.00 |
| **CERTIFICATE OF STATUS - LONG FORM($25.00)** | | $0.00 |
| **EXPEDITED HANDLING** | | $0.00 |

| | |
|---|---|
| **TOTAL PAYMENTS RECEIVED:** | $0.00 |
| CASH: | $0.00 |
| CHECK/MONEY ORDER: | $0.00 |
| CREDIT CARD: | $0.00 |
| DRAWDOWN ACCOUNT: | $0.00 |
| REFUND DUE: | $0.00 |

| **REQUESTED COPY** | **FILE DATE** | **FILE NUMBER** |
|---|---|---|
| CERTIFICATE OF INCORPORATION | 11/13/1996 | 961113000159 |
| CERTIFICATE OF CHANGE | 06/01/2011 | 110601000082 |

DOS-1025 (04/2007)

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for CHESTNUT HOLDINGS OF NEW YORK, INC., File Number 961113000159 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 09, 2026.

WALTER T. MOSLEY
Secretary of State

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100009472566 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

ROSENBLOOM & HOFFLICH  ID:212-349-5779  NOV 07'96  14:12 No.006 P.02

# CERTIFICATE OF INCORPORATION

## OF

## CHESTNUT HOLDINGS OF NEW YORK, INC.

(Under Section 402 of the Business Corporation Law.)

IT IS HEREBY CERTIFIED THAT:  F 961113000 159

(1) The name of the proposed corporation is **CHESTNUT HOLDINGS** OF NEW YORK, INC.

(2) The purpose or purposes for which this corporation is formed are as follows, to wit:

(a) To purchase, lease, exchange, hire or otherwise acquire lands with or without buildings thereon, or any interest therein, whatsoever and wheresoever situated; to erect, construct, rebuild, enlarge, alter, improve, maintain, manage and operate houses, buildings or other works of any description on any lands owned or leased by the corporation or upon any other lands; to sell, lease, sublet, mortgage, exchange or otherwise dispose of any lands or any interest therein, or any houses, buildings or other works owned by the corporation; to engage generally in the real estate business as principal, agent, broker or otherwise, and generally to buy, sell, lease, mortgage, exchange, manage, operate and deal in lands or interests in lands, houses, buildings or other works; and to purchase, acquire, hold, exchange, pledge, hypothecate, sell, deal in, and dispose of tax liens on real estate.

(b) To make, enter into, perform and carry out contracts for constructing, building, altering, improving, repairing, decorating, maintaining, furnishing, and fitting up buildings, tenements and structures of every description, and to advance money to and enter into agreements of all kinds with builders, contractors, property owners and others for said purpose.

(3) The corporation, in furtherance of its corporate purposes above set forth, shall have all the powers enumerated in Section 202 of the Business Corporation Law, subject to any limitations provided in the Business Corporation Law or any other statute of the State of New York.

(4) The office of the corporation is located in New York County.

(5) The aggregate number of shares which the corporation shall have the authority to issue is 200 shares of common stock, which shares are to be without par value.

1

(6) The Secretary of State is hereby designated as the agent of the corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against it served on him is care of Jonathan Wiener, 1500 Broadway, 9th floor, New York, New York 10036.

I, the undersigned, being over 21 years of age, incorporator of the corporation above named, for the purpose of forming a corporation in pursuance of Section 402 of the Business Corporation Law of the State of New York, do make this Certificate hereby declaring and certifying that the facts herein stated are true and accordingly have hereunto set my hand and seal this 6th day of November, 1996.

*[signature]*
LORRAINE COUCH
c/o Rosenbloom & Hofflich
130 Cedar Street
New York, New York 10006

STATE OF NEW YORK   )
                    ; ss.:
COUNTY OF NEW YORK  )

On the 6th day of November, 1996, before me personally came LORRAINE COUCH, to me known to be the individual described in and who executed the foregoing Certificate of Incorporation of Chestnut Holdings of New York, Inc. and acknowledged to me that she executed the same.

S:\CORP\CERTINC.CHS

*[signature]*
JERALD ROSENBLOOM
NOTARY PUBLIC, State of New York
No. 24-8653080
Qualified in Kings County
Commission Expires November 30, 19 98

2

961113000159

# CERTIFICATE OF

# INCORPORATION

# OF

# CHESTNUT HOLDINGS OF NEW YORK, INC.

RECEIVED Nov 12 2 28 PM '96

RECEIVED Nov 7 2 17 PM '96

ICC

FILED Nov 13 9 55 AM '96

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED  NOV 13 1996
TAX $ 10
BY: dn

new york

BILLED

Filed by:

Ruth A. Dennehey
Colby Attorneys Service Co.
107 Washington Avenue
Albany, NY 12210

D.C.-08

3

961113000163

# STATE OF NEW YORK
# DEPARTMENT OF STATE

I hereby certify that the annexed copy for CHESTNUT HOLDINGS OF NEW YORK, INC., File Number 110601000082 has been compared with the original document in the custody of the Secretary of State and that the same is true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 09, 2026.

WALTER T. MOSLEY
Secretary of State

*Brendan C. Hughes*

BRENDAN C. HUGHES
Executive Deputy Secretary of State

Authentication Number: 100009472567 To Verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

110601000 0/2

New York State Department of State
Division of Corporations, State Records and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF CHANGE
## OF

__Chestnut Holdings of New York, INC.__
*(Insert Name of Domestic Corporation)*

Under Section 805-A of the Business Corporation Law

**FIRST**: The name of the corporation is:
__Chestnut Holdings of New York, INC.__
If the name of the corporation has been changed, the name under which it was formed is:
_____

**SECOND**: The certificate of incorporation was filed by the Department of State on:
__11/13/1996__

**THIRD**: The change(s) effected hereby are: *(Check appropriate statement(s))*

☐ The county location, within this state, in which the office of the corporation is located, is changed to: _____

☑ The address to which the Secretary of State shall forward copies of process accepted on behalf of the corporation is changed to read in its entirety as follows:
__c/o Chestnut Holdings of New York, INC., ATTN: Jonathan Wiener 5676 Riverdale Avenue, Riverdale NY 10471__

☐ The corporation hereby: *(Check one)*
   ☐ Designates _____
   as its registered agent upon whom process against the corporation may be served.
   The street address of the registered agent is:
   _____

   ☐ Changes the designation of its registered agent to:
   _____
   The street address of the registered agent is:
   _____

DOS-1556-f-l (Rev. 05/10)                                                                 Page 1 of 2

110601000082

110601000 68

☐ Changes the address of its registered agent to:

_____

☐ Revokes the authority of its registered agent.

FOURTH: The change was authorized by the board of directors.

_____        Jonathan Wiener
       (Signature)                    (Name of Signer)

                                  President
                                  (Title of Signer)

# CERTIFICATE OF CHANGE

## OF

Chestnut Holdings of New York, Inc.
(Insert Name of Domestic Corporation)

Under Section 805-A of the Business Corporation Law

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED JUN 0 1 2011
TAX $ _____
BY: _____

Filer's Name  Chestnut Holdings of New York, Inc.

Address  5676 Riverdale Avenue

City, State and Zip Code  Riverdale, NY 10471

NOTE: This form was prepared by the New York State Department of State. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that all documents be prepared under the guidance of an attorney. The certificate must be submitted with a $30 filing fee.

*For Office Use Only*

11060100093