| Distinct Count of ViolationID | Column Labels | | |
|---|---:|---:|---:|
| Row Labels | Close | Open | Grand Total |
| 1025 LONGWOOD AVENUE BRONX NY 10459 | 219 | 131 | 350 |
| 1064 WARD AVENUE BRONX NY 10472 | 837 | 80 | 917 |
| 1124 STRATFORD AVENUE BRONX NY 10472 | 360 | 100 | 460 |
| 1127 SHERIDAN AVENUE BRONX NY 10456 | 738 | 123 | 861 |
| 115 EAST 169 STREET BRONX NY 10452 | 393 | 24 | 417 |
| 1178 WASHINGTON AVENUE BRONX NY 10456 | 288 | 52 | 340 |
| 1344 UNIVERSITY AVENUE BRONX NY 10452 | 497 | 66 | 563 |
| 1355 FINDLAY AVENUE BRONX NY 10456 | 278 | 18 | 296 |
| 1359 FINDLAY AVENUE BRONX NY 10456 | 191 | 10 | 201 |
| 1451 TAYLOR AVENUE BRONX NY 10460 | 70 | 33 | 103 |
| 1467 TAYLOR AVENUE BRONX NY 10460 | 87 | 19 | 106 |
| 147 WEST 230 STREET BRONX NY 10463 | 58 | 34 | 92 |
| 1479 DAHILL ROAD BROOKLYN NY 11204 | 310 | 138 | 448 |
| 1515 GRAND CONCOURSE BRONX NY 10452 | 727 | 104 | 831 |
| 1529 DAHILL ROAD BROOKLYN NY 11204 | 645 | 75 | 720 |
| 17 WEST 125 STREET MANHATTAN NY 10027 | 196 | 49 | 245 |
| 1738 UNIVERSITY AVENUE BRONX NY 10453 | 610 | 62 | 672 |
| 1760 AMSTERDAM AVENUE MANHATTAN NY 10031 | 14 | | 14 |
| 1764 AMSTERDAM AVENUE MANHATTAN NY 10031 | 14 | 1 | 15 |
| 1766 AMSTERDAM AVENUE MANHATTAN NY 10031 | 6 | 3 | 9 |
| 1801 MARMION AVENUE BRONX NY 10460 | 204 | 43 | 247 |
| 1809 MARMION AVENUE BRONX NY 10460 | 115 | 35 | 150 |
| 1818 CLAY AVENUE BRONX NY 10457 | 223 | 34 | 257 |
| 2192 AMSTERDAM AVENUE MANHATTAN NY 10032 | 53 | 8 | 61 |
| 2208 AMSTERDAM AVENUE MANHATTAN NY 10032 | 180 | 27 | 207 |
| 2265 UNIVERSITY AVENUE BRONX NY 10468 | 346 | 37 | 383 |
| 2295 GRAND CONCOURSE BRONX NY 10453 | 139 | 48 | 187 |
| 230 EAST 167 STREET BRONX NY 10456 | 153 | 49 | 202 |
| 2300 GRAND CONCOURSE BRONX NY 10458 | 555 | 123 | 678 |
| 2380 CRESTON AVENUE BRONX NY 10468 | 528 | 27 | 555 |
| 2390 CRESTON AVENUE BRONX NY 10468 | 306 | 147 | 453 |
| 2415 CRESTON AVENUE BRONX NY 10468 | 9 | 2 | 11 |
| 2432 WEBB AVENUE BRONX NY 10468 | 200 | 30 | 230 |
| 2485 ELM PLACE BRONX NY 10458 | 295 | 41 | 336 |
| 2584 CRESTON AVENUE BRONX NY 10468 | 143 | 58 | 201 |
| 2585 GRAND CONCOURSE BRONX NY 10468 | 84 | 49 | 133 |
| 2593 GRAND CONCOURSE BRONX NY 10468 | 148 | 19 | 167 |
| 2609 AQUEDUCT AVENUE WEST BRONX NY 10468 | 141 | 34 | 175 |
| 2610 UNIVERSITY AVENUE BRONX NY 10468 | 153 | 44 | 197 |
| 268 UNION AVENUE BROOKLYN NY 11211 | 208 | 42 | 250 |
| 295 FT WASHINGTON AVENUE MANHATTAN NY 10032 | 179 | 52 | 231 |
| 2961 MARION AVENUE BRONX NY 10458 | 431 | 205 | 636 |
| 2976 MARION AVENUE BRONX NY 10458 | 120 | 40 | 160 |
| 3007 3 AVENUE BRONX NY 10455 | 89 | 12 | 101 |
| 3009 3 AVENUE BRONX NY 10455 | 70 | 5 | 75 |
| 325 WEST 77 STREET MANHATTAN NY 10024 | 158 | 4 | 162 |
| 344 EAST 209 STREET BRONX NY 10467 | 295 | 163 | 458 |
| 356 SOUTH 1 STREET BROOKLYN NY 11211 | 248 | 48 | 296 |
| 360 SOUTH 1 STREET BROOKLYN NY 11211 | 220 | 85 | 305 |
| 364 SOUTH 1 STREET BROOKLYN NY 11211 | 16 | 17 | 33 |
| 364 SOUTH 4 STREET BROOKLYN NY 11211 | 210 | 19 | 229 |
| 367 EAST 201 STREET BRONX NY 10458 | 174 | 71 | 245 |
| 376 SOUTH 4 STREET BROOKLYN NY 11211 | 107 | 11 | 118 |
| 381 HOOPER STREET BROOKLYN NY 11211 | 192 | 42 | 234 |
| 387 SOUTH 4 STREET BROOKLYN NY 11211 | 42 | 23 | 65 |
| 394 HOOPER STREET BROOKLYN NY 11211 | 320 | 26 | 346 |
| 4303 BAYCHESTER AVENUE BRONX NY 10466 | 36 | 23 | 59 |
| 45 EAST MOSHOLU PARKWAY NORTH BRONX NY 10467 | 185 | 29 | 214 |
| 465 EAST 167 STREET BRONX NY 10456 | 191 | 54 | 245 |
| 4754 RICHARDSON AVENUE BRONX NY 10470 | 108 | 52 | 160 |
| 4755 WHITE PLAINS ROAD BRONX NY 10470 | 143 | 40 | 183 |
| 505 EAST 178 STREET BRONX NY 10457 | 215 | 33 | 248 |
| 510 EAST 13 STREET MANHATTAN NY 10009 | 195 | 47 | 242 |
| 514 EAST 138 STREET BRONX NY 10454 | 286 | 96 | 382 |
| 526 EAST 138 STREET BRONX NY 10454 | 645 | 114 | 759 |
| 530 EAST 138 STREET BRONX NY 10454 | 237 | 58 | 295 |
| 533 EAST 139 STREET BRONX NY 10454 | 111 | 51 | 162 |
| 534 EAST 138 STREET BRONX NY 10454 | 262 | 40 | 302 |
| 537 EAST 139 STREET BRONX NY 10454 | 76 | 23 | 99 |
| 550 EAST 139 STREET BRONX NY 10454 | 34 | 6 | 40 |
| 558 WEST 189 STREET MANHATTAN NY 10040 | 172 | 27 | 199 |
| 574 EAST 139 STREET BRONX NY 10454 | 44 | 5 | 49 |
| 600 TRINITY AVENUE BRONX NY 10455 | 526 | 64 | 590 |
| 643 SOUTHERN BOULEVARD BRONX NY 10455 | 517 | 135 | 652 |
| 66 WEST 88 STREET MANHATTAN NY 10024 | 70 | 27 | 97 |
| 690 ROGERS AVENUE BROOKLYN NY 11226 | 169 | 56 | 225 |
| 741 EAST 217 STREET BRONX NY 10467 | 10 | 8 | 18 |
| 743 EAST 217 STREET BRONX NY 10467 | 2 | | 2 |
| 745 EAST 217 STREET BRONX NY 10467 | 5 | 23 | 28 |
| 776 CROWN STREET BROOKLYN NY 11213 | 586 | 256 | 842 |
| 85 MC CLELLAN STREET BRONX NY 10452 | 128 | 10 | 138 |
| 86-22 DONGAN AVENUE QUEENS NY 11373 | 159 | 85 | 244 |
| 8817 BAY PARKWAY BROOKLYN NY 11214 | 101 | 27 | 128 |
| 900 BRONX PARK SOUTH BRONX NY 10460 | 788 | 19 | 807 |
| 900 MELROSE AVENUE BRONX NY 10451 | 489 | 27 | 516 |
| 984 EAST 15 STREET BROOKLYN NY 11230 | 21 | 4 | 25 |
| **Grand Total** | **20103** | **4281** | **24384** |