**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Matthew P. Goren**
+1 (212) 310-8440
Matthew.Goren@weil.com

VIA ECF FILING

January 12, 2026

**MEMORANDUM ENDORSED ORDER**

The Honorable David S. Jones
United States Bankruptcy Judge
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

Request granted.

So ordered.

Dated: 1/13/26          *s/ DSJ*, USBJ

Re: *Broadway Realty I Co. LLC, et al.*, Case No. 25-11050 (DSJ) | Request to exceed page limit

Dear Judge Jones:

We write in regards to the briefing in support of confirmation of the *First Amended Joint Chapter 11 Plan* [ECF No. 780] (as may be further amended, supplemented, or modified from time to time and together with all exhibits and schedules thereto, the "**Plan**") for Broadway Realty I Co., LLC and its debtor affiliates (the "**Debtors**"). The Debtors are preparing to file their brief (the "**Confirmation Brief**") in support of Plan confirmation and reply to any confirmation objections tomorrow, January 13, 2026, by 5:00 p.m. (prevailing Eastern Time) in accordance with the deadlines set forth in the Court's order approving the Debtors' proposed disclosure statement and various procedures relating to the solicitation and confirmation of the Plan [ECF No. 789] (the "**Disclosure Statement Order**"). Your Honor's Chambers Rules provide the following:

> [e]xcept as otherwise permitted by the Court, moving and responsive briefs shall be no more than 35 pages in length and reply briefs shall be no more than 15 pages, in each case exclusive of the cover and tables of contents and authorities.

The Debtors respectfully request the Court extend the above maximum page length to sixty-five (65) pages with respect to the Debtors' Confirmation Brief.

The Debtors submit that modification of the page limit for the Confirmation Brief is necessary for the Debtors to adequately (i) set forth all considerations in support of Plan confirmation and (ii) respond to all formal and informal objections to confirmation of the Plan.

The Debtors are available should the Court have any questions.

Respectfully Submitted,

*/s/ Matthew P. Goren*
Matthew P. Goren, Esq.