WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re** :    **Chapter 11**
:
**BROADWAY REALTY I CO., LLC, *et al.*,** :    **Case No. 25-11050 (DSJ)**
:
**Debtors.[1]** :    **(Jointly Administered)**
:
------------------------------------------------------------x

### DECLARATION OF
### BRIAN KARPUK REGARDING
### THE SOLICITATION AND TABULATION OF
### VOTES ON THE DEBTORS' FIRST AMENDED JOINT CHAPTER 11 PLAN

I, Brian Karpuk hereby declare under penalty of perjury that the following is true and correct:

1.    I am a Managing Director at Stretto, Inc. ("**Stretto**"), which has offices located at 410 Exchange, Suite 100, Irvine, California 92602.  I am over the age of eighteen years.

---

[1]    The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426.  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty.  The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

I do not have a direct interest in the chapter 11 cases and should be considered an impartial party. I am duly authorized to submit this declaration (this "**Declaration**") on behalf of Stretto.

2.      On July 14, 2025, the United States Bankruptcy Court for the Southern District of New York (the "**Court**") entered the *Order (I) Authorizing and Approving the Appointment of Stretto, Inc. as Claims and Noticing Agent to the Debtors and (II) Granting Related Relief* [ECF No. 247]. On July 14, 2025, the Court entered the *Order (I) Authorizing the Employment and Retention of Stretto, Inc., as Administrative Advisor for the Debtors Effective as of the Petition Date and (II) Granting Related Relief* [ECF No. 248] authorizing Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") to retain Stretto for, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject any chapter 11 plan for the Debtors, distributing required notices to parties in interest, and receiving, maintaining, docketing, and otherwise administering the proofs of claim filed in the Debtors' chapter 11 cases.

3.      Stretto's employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

4.      I submit this Declaration with respect to the solicitation of votes and the tabulation of Ballots cast on the *First Amended Joint Chapter 11 Plan* [ECF No. 781], dated December 1, 2025 (as may be amended, supplemented, or modified from time to time, the "**Plan**").[2] Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

---

[2]     Capitalized terms used but not defined herein have the meanings given to them in the Plan or the Solicitation Procedures Order (defined herein), as applicable.

**Background**

5.      On December 3, 2025, the Court entered the *Order (I) Approving Proposed Disclosure Statement and the Form and Manner of Notice of Hearing Thereof, (II) Establishing Solicitation and Voting Procedures With Respect to Debtors' Proposed First Amended Chapter 11 Plan, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Proposed First Amended Chapter 11 Plan; and (V) Granting Related Relief* [ECF No. 789] (the "**Solicitation Procedures Order**") establishing, among other things, procedures to solicit votes from and tabulate Ballots submitted by holders entitled to vote on the Plan (the "**Solicitation and Voting Procedures**").

6.      Stretto adhered to the Solicitation and Voting Procedures outlined in the Solicitation Procedures Order and distributed the Ballots to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Stretto's employees.

7.      Pursuant to the Solicitation Procedures Order, and in accordance with the Solicitation and Voting Procedures, Stretto worked with the Debtors to solicit votes for the Plan and tabulate Ballots.  The Plan designates Claims in Class 3 (Secured Mortgage Claims) (the "**Voting Class**") as Impaired and entitled the Holders of such Claims to vote on the Plan. The Solicitation Procedures Order established December 2, 2025 at 10:00 a.m. (prevailing Eastern Time) as the Voting Record Date for determining which Holders of Claims or Interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.

8.      Pursuant to, and in accordance with, the Solicitation Procedures Order, Stretto served the Solicitation Packages (including the Ballots) on the Voting Class by December 8, 2025.  An affidavit of service evidencing Stretto's service of the foregoing was filed with the Court on, December 16, 2025 [ECF No. 814] (the "**Affidavit of Service**").  Solicitation Packages were also forwarded pursuant to forwarding instructions as evidenced by [ECF Nos. 921 and 922].

9.    In addition to serving the Solicitation Packages on the Voting Class, Stretto timely (a) served Notices of Non-Voting Status on all members of Class 1 (Priority Non-Tax Claims), Class 2 (Other Secured Claims), Class 4 (General Unsecured Claims), Class 5 (Subordinated Claims), Class 6 (Existing Equity Interests) (collectively, the "Non-Voting Classes"); and (b) served the Confirmation Notice on parties in interest in accordance with the Solicitation Procedures Order.  This service is also evidenced by the Affidavit of Service.

10.    Furthermore, free copies of the Plan, and all other documents filed in these cases were made available at https://cases.stretto.com/broadwayrealty.

11.    On January 5, 2026, the Debtors filed the *Notice of Filing of Plan Supplement* [ECF No. 925] (the "**Plan Supplement**").  On January 5, 2026, Stretto caused the Plan Supplement to be served.  Stretto filed an affidavit of service with respect to such service on January 6, 2026 [ECF No. 937].

12.    The Solicitation Procedures Order established January 7, 2026 at 5:00 p.m. (prevailing Eastern Time) as the deadline by which all Ballots were to have been received by Stretto to be counted as a valid vote to accept or reject the Plan (the "**Voting Deadline**").[3]

13.    Stretto received and tabulated the Ballots, all of which were submitted through the online portal, as follows:

a.    Encrypted ballot data, date-stamp, and audit trail were created upon submittal;

b.    Electronic images of Ballots were created using the submitted ballot data; and

c.    All Ballots received were then tabulated by Stretto in accordance with the Solicitation and Voting Procedures approved by the Solicitation Procedures Order.

---

[3]    The Debtors granted the Mortgage Lender an extension of the Voting Deadline through 5:00 p.m. (prevailing Eastern Time) on January 12, 2026.

14.     For a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation and Voting Procedures, including the requirement that the Ballot be properly completed, executed by the Holder of the Claim (or such Holder's authorized representative), be submitted by an entity entitled to vote, and received by Stretto on or before the Voting Deadline. Ballots that did not comply with the Solicitation and Voting Procedures were not counted.  Except as set forth herein or in the attached exhibits, (a) all Ballots that complied with the Solicitation and Voting Procedures were tabulated in accordance with the tabulation rules contained therein, which were not modified in any respect, (b) there were no defects or irregularities with any of the Ballots, and (c) no votes were changed or modified after they were cast without the express written consent to do so by the Holder of the Claim (or such Holder's authorized representative) pursuant to the Solicitation Procedures Order.

15.     Stretto is in possession of each of the ballots it has received, and copies of the same are available for review during Stretto's normal business hours of 9:00 a.m. to 5:00 p.m. (PT).

16.     I hereby certify that the results of the voting by the Holders of Claims in the Voting Class are as set forth in **Exhibit A** to this Declaration, which is a true and correct copy of the final tabulation of votes cast by timely and properly completed Ballots received by Stretto.

17.     I hereby certify that attached hereto as **Exhibit B** is a detailed voting report of all Ballots submitted to Stretto as of the filing of this Certification.

18.     I hereby certify that attached hereto as **Exhibit C** is a detailed voting report of all non-tabulated Ballots submitted to Stretto as of the filing of this Certification.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  January 13, 2026

*/s/  Brian Karpuk*

Brian Karpuk
Managing Director
Stretto, Inc.
(714) 479-2027

## Exhibit A

**Tabulation Summary**

| Case Number | Debtor | Accept Count | Accept % Count | Reject Count | Reject % Count | Accept Dollars | Accept % Dollars | Reject Dollars | Reject % Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 25-11050 | Broadway Realty I Co., LLC | 1 | 100% | 0 | 0% | $11,252,058 | 100% | $0.00 | 0% |
| 25-11051 | 193 Street Realty Co., LLC | 1 | 100% | 0 | 0% | $17,190,258 | 100% | $0.00 | 0% |
| 25-11052 | 2 West 120th Realty Co. LLC | 1 | 100% | 0 | 0% | $14,356,713 | 100% | $0.00 | 0% |
| 25-11053 | 25/35 Hillside Associates LLC | 1 | 100% | 0 | 0% | $14,583,674 | 100% | $0.00 | 0% |
| 25-11054 | 402-412 West 148 LLC | 1 | 100% | 0 | 0% | $13,343,338 | 100% | $0.00 | 0% |
| 25-11055 | Hillside Realty I Co., LLC | 1 | 100% | 0 | 0% | $11,823,934 | 100% | $0.00 | 0% |
| 25-11056 | 1171 President LLC | 1 | 100% | 0 | 0% | $4,415,772 | 100% | $0.00 | 0% |
| 25-11057 | 509 Realty Co. LLC | 1 | 100% | 0 | 0% | $8,554,289 | 100% | $0.00 | 0% |
| 25-11058 | 1280 Realty NY LLC | 1 | 100% | 0 | 0% | $5,866,003 | 100% | $0.00 | 0% |
| 25-11059 | 281/295 Wadsworth Associates, LLC | 1 | 100% | 0 | 0% | $7,663,454 | 100% | $0.00 | 0% |
| 25-11060 | 241 Sherman LLC | 1 | 100% | 0 | 0% | $7,592,607 | 100% | $0.00 | 0% |
| 25-11061 | 607 Rugby LLC | 1 | 100% | 0 | 0% | $7,900,736 | 100% | $0.00 | 0% |
| 25-11062 | West 50th Street Realty Co., LLC | 1 | 100% | 0 | 0% | $7,319,569 | 100% | $0.00 | 0% |
| 25-11063 | 1296 Realty LLC | 1 | 100% | 0 | 0% | $8,299,215 | 100% | $0.00 | 0% |
| 25-11064 | 58 Elizabeth NY LLC | 1 | 100% | 0 | 0% | $7,118,844 | 100% | $0.00 | 0% |
| 25-11065 | 18 Street Realty Co., LLC | 1 | 100% | 0 | 0% | $5,820,100 | 100% | $0.00 | 0% |
| 25-11066 | 330 Realty NY LLC | 1 | 100% | 0 | 0% | $7,971,407 | 100% | $0.00 | 0% |
| 25-11067 | 207 Realty LLC | 1 | 100% | 0 | 0% | $6,935,914 | 100% | $0.00 | 0% |
| 25-11068 | 1362 Ocean LLC | 1 | 100% | 0 | 0% | $5,391,464 | 100% | $0.00 | 0% |
| 25-11069 | 63-94 Austin Realty, LLC | 1 | 100% | 0 | 0% | $11,654,084 | 100% | $0.00 | 0% |
| 25-11070 | 991 Carroll St LLC | 1 | 100% | 0 | 0% | $6,872,976 | 100% | $0.00 | 0% |
| 25-11071 | 3301 Farragut LLC | 1 | 100% | 0 | 0% | $4,249,241 | 100% | $0.00 | 0% |
| 25-11072 | 1820 Realty LLC | 1 | 100% | 0 | 0% | $3,953,449 | 100% | $0.00 | 0% |
| 25-11073 | Clinton Property Co., LLC | 1 | 100% | 0 | 0% | $1,605,205 | 100% | $0.00 | 0% |
| 25-11074 | 147 Realty Co., LLC | 1 | 100% | 0 | 0% | $4,836,308 | 100% | $0.00 | 0% |
| 25-11075 | 34 Seaman Associates, LLC | 1 | 100% | 0 | 0% | $6,063,496 | 100% | $0.00 | 0% |
| 25-11076 | 2102 Realty LLC | 1 | 100% | 0 | 0% | $6,971,403 | 100% | $0.00 | 0% |

| Case Number | Debtor | Accept Count | Accept % Count | Reject Count | Reject % Count | Accept Dollars | Accept % Dollars | Reject Dollars | Reject % Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 25-11077 | 34 Avenue Realty Co., LLC | 1 | 100% | 0 | 0% | $14,284,971 | 100% | $0.00 | 0% |
| 25-11078 | Fieldstone NY LLC | 1 | 100% | 0 | 0% | $7,157,688 | 100% | $0.00 | 0% |
| 25-11079 | 681 Ocean LLC | 1 | 100% | 0 | 0% | $6,782,889 | 100% | $0.00 | 0% |
| 25-11080 | 1535 Ocean LLC | 1 | 100% | 0 | 0% | $5,564,499 | 100% | $0.00 | 0% |
| 25-11081 | 222 Lenox Rd LLC | 1 | 100% | 0 | 0% | $19,377,443 | 100% | $0.00 | 0% |
| 25-11082 | 233 Realty NY LLC | 1 | 100% | 0 | 0% | $4,664,807 | 100% | $0.00 | 0% |
| 25-11083 | 3410 Kingsbridge LLC | 1 | 100% | 0 | 0% | $13,574,419 | 100% | $0.00 | 0% |
| 25-11084 | Forest Parkway Realty Co., LLC | 1 | 100% | 0 | 0% | $11,686,556 | 100% | $0.00 | 0% |
| 25-11085 | 1554 Ocean LLC | 1 | 100% | 0 | 0% | $8,022,898 | 100% | $0.00 | 0% |
| 25-11086 | 706 Realty NY LLC | 1 | 100% | 0 | 0% | $4,332,680 | 100% | $0.00 | 0% |
| 25-11087 | 225 Parkside LLC | 1 | 100% | 0 | 0% | $20,733,619 | 100% | $0.00 | 0% |
| 25-11088 | Heath Realty LLC | 1 | 100% | 0 | 0% | $6,758,407 | 100% | $0.00 | 0% |
| 25-11089 | 40-15 Hampton LLC | 1 | 100% | 0 | 0% | $9,533,186 | 100% | $0.00 | 0% |
| 25-11090 | Audobon Realty LLC | 1 | 100% | 0 | 0% | $4,161,593 | 100% | $0.00 | 0% |
| 25-11091 | 1597 Realty LLC | 1 | 100% | 0 | 0% | $1,940,894 | 100% | $0.00 | 0% |
| 25-11092 | Kingston Place Realty Co., LLC | 1 | 100% | 0 | 0% | $12,545,199 | 100% | $0.00 | 0% |
| 25-11093 | 2340 Valentine Avenue Realty Co., LLC | 1 | 100% | 0 | 0% | $3,955,515 | 100% | $0.00 | 0% |
| 25-11094 | 85 Clarkson LLC | 1 | 100% | 0 | 0% | $7,808,431 | 100% | $0.00 | 0% |
| 25-11095 | 405 Realty LLC | 1 | 100% | 0 | 0% | $6,818,772 | 100% | $0.00 | 0% |
| 25-11096 | Park Lane South Realty Co., LLC | 1 | 100% | 0 | 0% | $6,143,715 | 100% | $0.00 | 0% |
| 25-11097 | 1601 Realty LLC | 1 | 100% | 0 | 0% | $1,524,731 | 100% | $0.00 | 0% |
| 25-11099 | 536 Realty Co. LLC | 1 | 100% | 0 | 0% | $3,744,478 | 100% | $0.00 | 0% |
| 25-11099 | 426 East 22 St LLC | 1 | 100% | 0 | 0% | $6,674,713 | 100% | $0.00 | 0% |
| 25-11100 | 2400 Realty NY LLC | 1 | 100% | 0 | 0% | $15,425,902 | 100% | $0.00 | 0% |
| 25-11101 | Treger Management LLC | 1 | 100% | 0 | 0% | $14,168,381 | 100% | $0.00 | 0% |
| 25-11102 | 85-05 35 Avenue Realty Co., LLC | 1 | 100% | 0 | 0% | $10,375,800 | 100% | $0.00 | 0% |
| 25-11103 | 1617 Realty LLC | 1 | 100% | 0 | 0% | $2,524,568 | 100% | $0.00 | 0% |

| Case Number | Debtor | Accept Count | Accept % Count | Reject Count | Reject % Count | Accept Dollars | Accept % Dollars | Reject Dollars | Reject % Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 25-11104 | 43-60 Baychester, LLC | 1 | 100% | 0 | 0% | $8,188,962 | 100% | $0.00 | 0% |
| 25-11105 | 237 Realty NY LLC | 1 | 100% | 0 | 0% | $3,708,365 | 100% | $0.00 | 0% |
| 25-11106 | 2513 Newkirk LLC | 1 | 100% | 0 | 0% | $3,160,644 | 100% | $0.00 | 0% |
| 25-11107 | 17 Realty LLC | 1 | 100% | 0 | 0% | $4,219,453 | 100% | $0.00 | 0% |
| 25-11108 | 45-35 Realty LLC | 1 | 100% | 0 | 0% | $15,931,305 | 100% | $0.00 | 0% |
| 25-11109 | 915 Realty LLC | 1 | 100% | 0 | 0% | $2,944,353 | 100% | $0.00 | 0% |
| 25-11110 | 176 Clarkson Ave LLC | 1 | 100% | 0 | 0% | $7,449,651 | 100% | $0.00 | 0% |
| 25-11111 | 28-30 Argyle LLC | 1 | 100% | 0 | 0% | $8,858,464 | 100% | $0.00 | 0% |
| 25-11112 | Manhattan Realty Co. LLC | 1 | 100% | 0 | 0% | $3,663,097 | 100% | $0.00 | 0% |
| 25-11113 | 457 Schenectady LLC | 1 | 100% | 0 | 0% | $10,614,535 | 100% | $0.00 | 0% |
| 25-11114 | 916 Carroll St LLC | 1 | 100% | 0 | 0% | $6,269,403 | 100% | $0.00 | 0% |
| 25-11115 | 349 Realty NY LLC | 1 | 100% | 0 | 0% | $3,348,884 | 100% | $0.00 | 0% |
| 25-11116 | 470 Realty NY LLC | 1 | 100% | 0 | 0% | $10,989,677 | 100% | $0.00 | 0% |
| 25-11117 | 292 St. Johns LLC | 1 | 100% | 0 | 0% | $1,869,299 | 100% | $0.00 | 0% |
| 25-11118 | 30 Road Realty Co., LLC | 1 | 100% | 0 | 0% | $20,011,080 | 100% | $0.00 | 0% |
| 25-11119 | 932 Carroll LLC | 1 | 100% | 0 | 0% | $6,668,680 | 100% | $0.00 | 0% |
| 25-11120 | 1023 Realty LLC | 1 | 100% | 0 | 0% | $1,594,105 | 100% | $0.00 | 0% |
| 25-11121 | 481 Eastern LLC | 1 | 100% | 0 | 0% | $6,551,344 | 100% | $0.00 | 0% |
| 25-11122 | 307 12 St LLC | 1 | 100% | 0 | 0% | $4,182,643 | 100% | $0.00 | 0% |
| 25-11123 | 1038 Realty LLC | 1 | 100% | 0 | 0% | $2,232,556 | 100% | $0.00 | 0% |
| 25-11124 | 94-06 34th Avenue Realty Co., LLC | 1 | 100% | 0 | 0% | $7,010,660 | 100% | $0.00 | 0% |
| 25-11125 | 1042 Realty LLC | 1 | 100% | 0 | 0% | $1,943,813 | 100% | $0.00 | 0% |
| 25-11126 | 529 East 22 LLC | 1 | 100% | 0 | 0% | $5,040,017 | 100% | $0.00 | 0% |
| 25-11127 | 94-06 34th Road Realty Co., LLC | 1 | 100% | 0 | 0% | $6,087,528 | 100% | $0.00 | 0% |
| 25-11128 | 1048 Realty LLC | 1 | 100% | 0 | 0% | $1,453,794 | 100% | $0.00 | 0% |
| 25-11129 | 990 Realty NY LLC | 1 | 100% | 0 | 0% | $4,612,608 | 100% | $0.00 | 0% |
| 25-11130 | 1060 Realty LLC | 1 | 100% | 0 | 0% | $3,148,317 | 100% | $0.00 | 0% |

Exhibit 1

| Case Number | Debtor | Accept Count | Accept % Count | Reject Count | Reject % Count | Accept Dollars | Accept % Dollars | Reject Dollars | Reject % Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 25-11131 | 115 East 21 Realty Co., LLC | 1 | 100% | 0 | 0% | $5,327,713 | 100% | $0.00 | 0% |

**Exhibit B**

**All Received Ballots**

| Class | Date Filed | Ballot Number | Name | Voting Amount | Vote |
|-------|-----------|---------------|------|---------------|------|
| 3 | January 6, 2026 | 1 | Flagstar Bank, N.A. | See Exhibit A | See Exhibit A |

## <u>Exhibit C</u>

### Non-Tabulated Ballots

None