UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
In re : Chapter 11
:
BROADWAY REALTY I CO., LLC, et al., : Case No. 25–11050 (DSJ)
:
Debtors.[1] : (Jointly Administered)
:
:
------------------------------------------------------------ x

# AFFIDAVIT OF SERVICE

I, Doug Mannal, depose and say that I am employed by Morrison & Foerster LLP, co-counsel to the Brooklyn Tenants in the above captioned case.

On January 13, 2026, at my direction and under my supervision, employees of Morrison & Foerster LLP caused the following document to be served via first class mail on the service list attached hereto as **Exhibit A**.

- **Limited Objection of the Brooklyn Tenants to the Proposed Sale of the Debtors' Assets** (Docket No. 956)

Dated: January 13, 2026                    */s/ Doug Mannal*
                                            Doug Mannal

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing addresses are located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.