# Exhibit A

**Exhibit A**

Service List
Served Via First Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Broadway Realty I Co., LLC | Attn: Ephraim Diamond; David Barse; Adam J. Kaplan | 2 Grand Central Tower | 140 East 45th St., 12th Floor | New York | NY | 10017 |
| Flagstar Bank N.A. | c/o Paul Hastings LLP | Attn: Brett Lawrence; Nicholas Bassett; Justin Rawlins; Harvey A. Strickton | 200 Park Avenue | New York | NY | 10166 |
| Office of The United States Trustee | Attn: William K. Harrington; Rachael Siegel; Paul Schwartzberg | Alexander Hamilton Custom House | One Bowling Green, Suite 534 | New York | NY | 10004-1408 |
| Weil, Gotshal & Manges LLP | Attn: Gary T. Holtzer; Garrett A. Fail; Matthew P. Goren; Philip L. DiDonato | 767 Fifth Avenue | | New York | NY | 10153 |

In re: Broadway Realty I Co., LLC, et al.
Case No. 25-11050 (DSJ)

Page 1