WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
BROADWAY REALTY I CO., LLC, et al.,                         :    Case No. 25-11050 (DSJ)
                                                            :
                        Debtors.[1]                         :    (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JANUARY 15, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

**Time and Date of Hearing**: January 15, 2026 at **10:00 a.m.** (prevailing Eastern Time)

**Location of Hearing**: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House (the "**Bankruptcy Court**"), before the Honorable David S. Jones, United States Bankruptcy Judge, **Room 701**, One Bowling Green, New York, New York, 10004-1408[2]

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

[2] The hearing will be conducted as a hybrid hearing. Any party wishing to appear in person may appear in Courtroom 701. Any party wishing to appear or participate at the hearing via Zoom for Government (whether "live" or "listen only") must make an electronic appearance through the Court's website prior to 4:00 p.m. (prevailing Eastern Time) on January 14, 2026 by using the following link: https://www.nysb.uscourts.gov/ecourt-appearances. Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at https://www.nysb.uscourts.gov/content/judge-david-s-jones.

**Copies of Pleadings**: Copies of each pleading identified below can be viewed or obtain (i) by accessing the Bankruptcy Court's website at www.nysb.uscourts.gov, or (ii) from the Debtors' claims and noticing agent, Stretto, Inc., at https://cases.stretto.com/broadwayrealty or by calling (866) 549-7058 (toll free) or +1 (949) 608-7166 for international parties. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

I. **APPROVAL OF FIRST AMENDED JOINT CHAPTER 11 PLAN**:

1. First Amended Joint Chapter 11 Plan **[ECF No. 780]**

    Response Deadlines: January 7, 2026 at 5:00 p.m. (prevailing Eastern time) (the "**Plan Objection Deadline**"); January 11, 2026 at 5:00 p.m. (prevailing Eastern time) (the "**Sale Objection Deadline**")

    Responses Filed:

    A. Limited Objections of the City of New York to Confirmation of the Debtors' First Amended Plan and to Sale of Properties **[ECF No. 919]**

        i. Amended (I) Request of City of New York for Thirty Day Adjournment of Auction and Sale of Properties and Confirmation of Plan; and (II) Supplemental Objection to Confirmation of Plan and to Sale of Properties **[ECF No. 924]**

        ii. Restated Supplemental Objection of the City of New York to Confirmation Plan and to Sale of Properties **[ECF No. 950]**

        iii. Declaration of Brent Meltzer in Support of Restated Supplemental Objection to Confirmation of Plan and to Sale of Properties **[ECF No. 951]**

    B. Objection of the United States Trustee to Confirmation of the First Amended Joint Chapter 11 Plan **[ECF No. 939]**

    C. Objection of the Joining Tenant Union to Proposed Sale and Confirmation of Stalking Horse Agreement **[ECF No. 953]**

    D. Objection, Joinder, and Reservation of Rights of the Objecting Tenants in Response to (i) Proposed Sale of Debtors Assets and (ii) Assumption and Assignment of Tenant Leases **[ECF No. 954]**

  E.  Limited Objection of the Brooklyn Tenants to the Proposed Sale of the Debtors' Assets **[ECF No. 956]**

Memorandum / Declarations in Support

  F.  Flagstar Bank, N.A's Joinder and Supplemental Reply in Support of Confirmation of Debtors' First Amended Joint Chapter 11 Plan **[ECF No. 961]**

  G.  Debtors' Memorandum of Law in Support of Confirmation of First Amended Joint Chapter 11 Plan and Omnibus Response to Confirmation Objections **[ECF No. 962]**

  H.  Declaration of Ephraim Diamond in Support of the Amended Joint Chapter 11 Plan for Broadway Realty I Co., LLC and its Affiliated Debtors **[ECF No. 963]**

  I.  Declaration of Daniel Parker in Support of the Amended Joint Chapter 11 Plan for Broadway Realty I Co., LLC and its Affiliated Debtors **[ECF No. 964]**

  J.  Declaration of Brian Karpuck Regarding the Solicitation and Tabulation of Votes on the Debtors' First Amended Joint Chapter 11 Plan **[ECF No. 965]**

  K.  Declaration of Matthew P. Goren in Support of the Amended Joint Chapter 11 Plan for Broadway Realty I Co., LLC and its Affiliated Debtors **[ECF No. 966]**

  L.  Declaration of Zohar Levy on Behalf of Summit Gold Inc. in Support of (I) Purchaser's Selection as Successful Bidder at Auction, and (II) Entry of an Order Confirming the Debtors' First Amended Joint Chapter 11 Plan and Granting Related Relief **[ECF No. 968]**

Related Documents:

  M.  Order (I) Approving Bidding Procedures, (II) Authorizing the Debtors to Offer Stalking Horse Bid Protections, (III) Approving Assumption and Assignment Procedures, and (IV) Granting Related Relief **[ECF No. 571]**

    i.  Affidavit of Service Regarding Notice of Bidding Procedures, Auctions, and Sale Hearings **[ECF No. 585]**

  N.  Disclosure Statement for First Amended Joint Chapter 11 Plan **[ECF No. 782]**

O.     Order (I) Approving Proposed Disclosure Statement and the Form and Manner of Notice of Hearing Thereof, (II) Establishing Solicitation and Voting Procedures with Respect to Debtors' Proposed First Amended Chapter 11 Plan, (III) Scheduling Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Confirmation of Debtors' Proposed First Amended Chapter 11 Plan, and (V) Granting Related Relief **[ECF No. 789]**

    i.     Affidavit of Service Regarding Solicitation Materials **[ECF No. 814]**

    ii.     Supplemental Affidavit of Service Regarding Solicitation Materials **[ECF No. 921]**

    iii.     Supplemental Affidavit of Service Regarding Solicitation Materials **[ECF No. 922]**

P.     Statement of the City of New York Regarding its Support of Flexibility in Extending Additional Time to Potential Bidders in Connection with Sale of Properties Pursuant to Bid Procedures Order **[ECF No. 802]**

Q.     Notice of Extension of Deadline for Selection of Stalking Horse Bid **[ECF No. 818]**

R.     Affidavit of Publication of Notice of (I) Approval of Disclosure Statement, (II) Establishment of Solicitation and Voting Procedures with Respect to Debtors' Proposed Chapter 11 Plan, (III) Scheduling of Confirmation Hearing, and (IV) Establishment of Notice and Objection Procedures and Other Deadlines for Confirmation of Debtors' Proposed Chapter 11 Plan in The Wall Street Journal **[ECF No 823]**

S.     Notice of Filing of Schedule of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases **[ECF No. 914]**

T.     Notice of Designation of Stalking Horse Bid **[ECF No. 916]**

U.     Notice of Filing of Plan Supplement **[ECF No. 925]**

V.     Order Denying Application of New York City for an Extension of Previously Ordered and Scheduled Deadlines **[ECF No. 942]**

W.     Notice of Successful Bid and Identity of Successful Bidder **[ECF No. 946]**

    X.    Order Regarding Submissions from Tenants and Concerned Citizens **[ECF No. 948]**

    Y.    Letter to the Honorable David S. Jones Regarding Request to Exceed Page Limit **[ECF No. 955]**

        i.    Memorandum Endorsed Order Granting Letter to the Honorable David S. Jones Regarding Request to Exceed Page Limit **[ECF No. 957]**

    Z.    Letter to the Honorable David S. Jones to Appear Remotely **[ECF No. 970]**

        i.    Memorandum Endorsed Order Approving Letter to the Honorable David S. Jones to Appear Remotely **[ECF No. 971]**

Status: This matter is going forward on a contested basis.

Dated: January 14, 2026
       New York, New York

              /s/ *Gary T. Holtzer*
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007
              Gary T. Holtzer
              Garrett A. Fail
              Matthew P. Goren
              Philip L. DiDonato

              *Attorneys for the Debtors*
              *and Debtors in Possession*