For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Date: 17/Dec/25

Re: In Re Broadway Realty I Co., LLC, et al.
No. 25-11050 (DSJ)

---

Dear Judge Jones,

My name is Whitney Dipollina.

I have lived at 402 / 412 West 148th Street, New York, NY for __4__ year(s). This building is owned by Pinnacle Management and is part of the current bankruptcy proceeding.

My experience living in a Pinnacle-owned building has been marked by long-term neglect, unsafe conditions, and unaddressed structural problems, despite repeated complaints from tenants.

In our sister buildings at 402 and 412 West 148th Street, tenants have endured persistent building-wide failures, including but not limited to:

- Chronic heat and hot water outages during the winter months

- Elevator failures at 412 are creating serious access barriers for seniors, families with children, and residents with disabilities

- Facade deterioration and exterior safety concerns

- Water leaks, mold, and recurring moisture damage

- Pest infestations in common areas and apartments

- Lack of timely or adequate repairs, even when violations are documented

These conditions are not isolated incidents — they reflect a pattern of systemic neglect that has affected the health, safety, and stability of our community for years.

In my own apartment, I have experienced the following specific issues (optional to personalize):

MARIJUANA Smoke filled APT That management refuses to address - water leaking from ceiling, so badly that wall rippled to the floor - that required a court order to fix.

Before approving any new owner of these buildings, I respectfully ask the Court to consider the following:

- Rent-stabilized buildings, like ours, are a vital part of New York City's affordable housing supply that must be preserved.

- Ongoing neglect places tenants at serious risk of displacement through uninhabitable living conditions.

- Pinnacle's ownership reflects a pattern of predatory landlord behavior, extracting wealth from predominantly Black, immigrant, and working-class communities while failing to maintain safe conditions. This must not be repeated under new ownership.

- Any new owner must be financially capable and legally required to immediately correct all violations and major building failures.

- The Court should prioritize the public interest in stopping displacement and preserving safe, truly affordable housing for current tenants.

We are not asking for special treatment — only for the basic protections guaranteed under the law and for the chance to live in homes that are safe, stable, and maintained with dignity.

Thank you for your time and consideration.

Respectfully,

_____

Tenant, 402 & 412 West 148th Street Apt 61

New York, NY 10031