For Filing on Docket No. 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408



Date:

Re:   *In Re Broadway Realty I Co., LLC, et al.*
      No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Alexandra Chunovic.

I have lived at 470 Ocean Avenue, Apt. RA5, Brooklyn, NY 11226 for about five years. This building is owned by Pinnacle Management and is part of the bankruptcy proceeding. Thank you for taking the time to read this letter, which I hope demonstrates **one instance out of many of why an auction pause is desperately needed**.

**My experience with Pinnacle has been terrible.**

It started off on a very poor note, where, after being promised that they would paint the apartment prior to move in, they ignored my messages and then finally got back to me to refuse to do it. This is when I first learned that **getting any response from Pinnacle regarding an issue is incredibly difficult, if at all possible, especially in writing.**

Upon entering, the unit was **dirty and full of garbage, which I had to remedy at my own expense and on my own time**. I had to use my vacation to clean and paint the apartment. I removed numerous nails and hanging fixtures in the walls and fixed them, as well as repairing a big hole in the wall. In addition, there was no caulk to seal around the edges of the tub and shower, which I did myself to prevent mold and potential leaks.

**There are many issues that I do not have the skills to fix and that Pinnacle would never address:** major cracks in the ceiling and walls, chips in the tiles,

floors with the varnish peeling off, broken window locks, stuck windows, disintegrating kitchen cabinets, chipped paint in the tub, etc. A lead inspector said there was lead in the walls, but I would be fine as long as I did not "lick the walls."

**Getting assistance is incredibly hard,** so I have reserved that only for major issues, like leaky plumbing. **Each time it has been haphazardly and unprofessionally repaired.** For instance, my toilet was flooding, and the super just put a ton of caulk at the bottom and called it fixed. My sink was leaking slowly without my knowledge and rotted the cabinet below. While the leak was fixed, the rotted cabinet still remains.

**There is constant vermin in my apartment,** including roaches, mice, and ants. I keep all open food, regardless of whether it needs to be refrigerated, in the refrigerator out of fear the infestation will get worse.

**The most worrying issue is the inconsistent heat and hot water.** For years, I have gone to take a shower with no idea if I'll be able to. I would often be without heat on incredibly cold winter days.

This took a big turn for the worse **in early November 2025, when we stopped having heat in the building for the majority of the time**. Despite daily 311 calls, constant emails to Pinnacle, contacting elected officials, and a building-wide organized effort, **this has still not been fixed**. Since the start of this issue, 433 complaints have been filed with HPD—342 related to heat and hot water—resulting in 54 violations, including 21 Class C violations. There has been little to no communication—and none in writing—or any meaningful action from Pinnacle.

Not only am I concerned for myself and worried about the high electricity bill from heating the space myself, but **there are many residents in my building that are at far more risk from this than I am, including seniors, people with disabilities, and children.** I also have the privilege of being able to afford to run space heaters, when I know many do not.

**There are numerous other building-wide conditions that are major causes for concern.**

**The laundry room has, on a number of occasions, been filled with raw sewage** - we have seen excrement, toilet paper, and disgusting dirty water. While, eventually, it gets aesthetically cleaned up, I have concerns it is not being sanitized properly.

**The washing machines and driers are often broken or not working,** and there are far too few for the over 100 units in the building. Now that there is the issue with the heat, the laundry room has been out of service for over a month as they dig up the boiler.

**There is a severe lack of cleanliness throughout the building.** The one maintenance person mops the floor with dirty water. The hallways and lobbies are never clean. I know there are tenants on other floors that are taking on cleaning part of the common spaces themselves. This is a task that should be done by management.

**Garbage is not managed effectively.** This plays a major role in the vermin problem. It is very common to see roaches in the hallways and lobby. Garbage incinerator rooms, where tenants are supposed to leave trash, pile up with trash. At times, mountains of garbage bags and large trash items are left in the lobby and halls.

**Safety is also a major concern.** There are **non-residents constantly entering the building,** likely due to poor security, broken doors, and insufficient buzzer technology. One tenant mentioned that the key to our front door also opens doors in other buildings, suggesting that the same lock is used on multiple buildings - a major security issue. Each day, I have to pass around **people loitering on the stairs**. There are also **people living and creating issues on the roof.** Alarms and lights for the roof have been cut, allowing this to continue, and Pinnacle has not repaired them. Alerting the Police has done nothing to stop this. **Tenants do not feel safe in their own homes.**

**Elevators are often broken and repairs are slow.** This leaves residents on upper floors, especially those who are elderly or disabled, in a very difficult position.

**Despite all of this, this apartment is my home.** I have spent the past five years working on making it my own space. And, like many other tenants, **it is the best option for me at my income level** (in the non-profit sector) **and I can't afford to move out.**

Before approving a new owner, **I want the Court to seriously consider the above deplorable conditions we have been living with under Pinnacle.** Many people in the building **have been enduring this treatment for decades.** I've talked with neighbors who said that this used to be a beautiful building before Pinnacle Management got involved, with clean common spaces, a communicative owner

*For Filing on Docket No. 25-11050*

who lived in the building, a rose garden out front, immediate fixes to urgent problems, and upkeep to keep the units homes that tenants could be proud of. I would love to see our community be able to return to that state.

**But if the sale of Pinnacle buildings goes through to another slumlord, we will continue to have to live in dangerous conditions, dirty buildings, and disrepair. These homes, many of which have longtime residents, will continue to deteriorate. No one should be able to make a profit off of the suffering of others.**

My building is just one of 93 rent-stabilized properties owned by Pinnacle. **Pausing the auction will not just affect myself and my neighbors, but many residents across New York City, giving them hope that they can again live in buildings they are proud of.**

**Respectfully, I ask you to please pause the auction and allow tenants time to take control of their own futures.**

Sincerely,

Alexandra Chunovic

Tenant in Flatbush (470 Ocean Avenue, Apt. RA5, Brooklyn, NY 11226)