For Filing on Docket 25-11050

Hon. David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408



Date: January 4, 2026

Re:   *In Re Broadway Realty I Co., LLC, et al.*
      No. 25-11050 (DSJ)

Dear Judge Jones,

My name is Brittany Bye and my husbands name is Kevin Apodaca,

We have lived at 470 Ocean Avenue, Broroklyn, NY, 11226 for 3 years. Our building is currently owned by Pinnacle and is part of the bankruptcy and auction proceeding.

My experience with Pinnacle Management has been:

- They are slow to respond, if at all.
- Pinnacle doesn't give the super and building maintenance the materials and resources they need to maintain the building.
- Repairs aren't scheduled. They knock on your door or call you, and hope you are home.
- Leave issues unresolved in the building for months, years, or indefinitely.
- They lie to the city and say a repair has been made, when it hasn't.
- They are rude in their response and gaslight tenants about repairs.

*For Filing on Docket 25-11050*

I have the following repair issues and other concerns in my apartment/building:

- Lack of HEAT
- Lack of hot water
- Infestation of pests (roaches, rats)
- Peeling paint
- Rotting Doors
- Pieces of our shower and bathtub eroding
- Elevator maintenance
    - Misalignment of elevators with the floors, which make it hard (and dangerous) to get carts, wheelchairs, strollers off and onto the elevators
    - Frequent breakdown of elevators
- Unsanitary conditions in the common areas
    - Cleaning of the floors of the building
    - Sewage that comes up into the laundry room
    - Garbage overpiling in the courtyard & garbage flowing out of the garbage room due to lack of space
- Intercom that does not work
- Doors that lock (there continues to be problems with the side doors opening of the building)

*For Filing on Docket 25-11050*

Before approving a new owner, I want the Court to consider:

As tenants we deserve a say in the future of our homes! We don't deserve to be stuck with another slumlord like Summit, who will continue to harass us, ignore our requests for repairs, or leave us without heat in the dead of winter. Pinnacle has done all that, and <u>Summit is on the city's worst landlord list.</u>

We want a landlord that responds to emergencies, maintenance requests, and allows us as tenants to live with dignity. As the judge presiding over the case **you have the chance to do what is right** and not allow the sale to go through to Summit. Do what is right, and **stand on the right side of history with tenants!**

*For Filing on Docket 25-11050*

Sincerely,

Tenants in <u>470 Ocean Avenue, #RC6, Brooklyn, NY, 11226</u>