WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11**
                                                            :
**BROADWAY REALTY I CO., LLC, *et al.*,**                   :    **Case No. 25-11050 (DSJ)**
                                                            :
            **Debtors.**[1]                                 :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

## NOTICE OF EXTENSION OF CASH COLLATERAL PERIOD

On September 19, 2025, the Bankruptcy Court entered the *Final Order*
*(I) Authorizing the Debtors to use Cash Collateral, (II) Granting Adequate Protection, and*
*(III) Granting Related Relief* [ECF No. 551] (the "**Final Cash Collateral Order**"), which
authorized the Debtors on a final basis, with the consent of Flagstar Bank, N.A. ("**Flagstar**"), to
use existing and after acquired Cash Collateral[2] for a period (the "**Cash Collateral Period**")
through and including February 17, 2026 (the "**Cash Collateral Outside Date**"), subject to the

---

[1]    The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the
above-captioned debtors in these Chapter 11 cases (the "**Debtors**") may be obtained on the website of the
Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing address is
located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Final Cash Collateral
Order.

terms and conditions of the Final Cash Collateral Order.  Paragraph 2 of the Final Cash Collateral Order provides that the Cash Collateral Period may be extended by agreement of the Debtors and Flagstar.

On January 16, 2026, the Bankruptcy Court entered the *Order Confirming Second Amended Joint Chapter 11 Plan and Granting Related Relief* [ECF No. 981] (the "**Confirmation Order**") approving, among other things, the sale of substantially all of the Debtors' assets (the "**Sale Transaction**") to Summit Gold, Inc. (the "**Purchaser**") pursuant to that certain *Purchase and Sale Agreement*, dated December 22, 2025 (the "**Purchase Agreement**").[3] Section 4 of the Purchase Agreement provides that the closing of the Sale Transaction shall take place thirty (30) days following entry of the Confirmation Order (the "**Closing Date**"), and that Purchaser may elect to extend the Closing Date by sixty (60) days upon delivery of written notice to the Debtors no less than three (3) business days prior to the Closing Date.  On January 26, 2026, Purchaser provided notice to the Debtors that Purchaser had elected to extend the deadline to close the Sale Transaction by sixty (60) days to April 16, 2026.

**PLEASE TAKE NOTICE** that, in accordance with Paragraph 2 of the Final Cash Collateral Order, the Debtors and Flagstar have agreed to extend the Cash Collateral Period on the terms set forth in the Final Cash Collateral Order for a period through and including **May 3, 2026** (the "**Extended Cash Collateral Outside Date**"), in accordance with the Updated Budget attached hereto as **<u>Exhibit A</u>**.  All references in the Final Cash Collateral Order to (i) the Cash Collateral Outside Date shall refer to the Extended Cash Collateral Outside Date and (ii) the Cash Collateral Period shall refer to the period through and including the Extended Cash Collateral Outside Date.

---

[3]    A copy of the Purchase Agreement is attached as <u>Exhibit A</u> to the *Notice of Designation of Staling Horse Bid* [ECF No. 916].

The Milestone in Paragraph 12 of the Final Cash Collateral to close on any Transaction is extended

through and including April 16, 2026.


Dated:  February 9, 2026
      New York, New York

                                      _/s/  Gary T. Holtzer_
                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone:  (212) 310-8000
                                      Facsimile:  (212) 310-8007
                                      Gary T. Holtzer
                                      Garrett A. Fail
                                      Matthew P. Goren
                                      Philip L. DiDonato

                                      *Attorneys for the Debtors*
                                      *and Debtors in Possession*

## <u>Exhibit A</u>

**Updated Budget**

**The Pinnacle Group NY LLC** - Flagstar Portfolio Only
*Weekly Cash Flow - 21 Weeks*

| | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | 10 Weeks Post |
|---|---|---|---|---|---|---|---|---|---|---|
| **Week Number** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **10** | **12/14 - 2/15** |
| **Case Week** | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | **Total** |
| **Week Ending** | **21-Dec** | **28-Dec** | **04-Jan** | **11-Jan** | **18-Jan** | **25-Jan** | **01-Feb** | **08-Feb** | **15-Feb** | |
| 1 *Cash, Beginning* | 8,164,649 | 6,790,753 | 5,942,703 | 4,663,543 | 5,255,167 | 4,803,206 | 4,396,268 | 3,499,155 | 4,566,378 | 8,164,649 |
| **Cash Receipts** | | | | | | | | | | |
| 5 Total Cash Receipts | 799,427 | 728,237 | 2,939,453 | 2,149,235 | 1,038,996 | 655,738 | 1,191,754 | 3,444,462 | 1,467,662 | 14,414,964 |
| **Operating Disbursements** | | | | | | | | | | |
| 6 Payroll and Employee Benefits | (209,033) | (138,880) | (242,534) | (138,880) | (220,956) | (138,880) | (254,456) | (138,880) | (220,956) | (1,703,457) |
| 7 Repairs and Maintenance | (508,474) | (103,795) | (134,362) | (93,750) | (93,750) | (93,750) | (93,750) | (93,750) | (93,750) | (1,309,130) |
| 8 Utilities | (337,044) | (336,552) | (861,118) | (541,324) | - | - | (845,833) | - | - | (2,921,870) |
| 9 Security & Managed Services | - | - | (12,594) | - | - | - | (12,594) | - | - | (25,188) |
| 10 Administrative Expenses | (33,228) | (33,228) | (13,228) | (13,228) | (13,228) | (13,228) | (13,228) | (13,228) | (13,228) | (159,052) |
| 11 Ordinary Course Professionals Fees | (81,325) | (2,017) | (89,885) | - | - | - | (82,285) | - | - | (255,512) |
| 12 Management Fees | - | - | (297,720) | - | - | - | (297,720) | - | - | (595,439) |
| 13 Total Operating Disbursements | (1,169,104) | (614,472) | (1,651,439) | (787,182) | (327,934) | (245,858) | (1,599,866) | (245,858) | (327,934) | (6,969,649) |
| **Non-Operating Disbursements** | | | | | | | | | | |
| 14 Real Estate Taxes | | | | | | | | | | |
| 15 Water & Sewer | (55,265) | (55,265) | (989,241) | (548,693) | (548,693) | (548,693) | (67,290) | (426,742) | (26,742) | (3,266,623) |
| 16 Insurance [1] | - | (198,676) | - | (5,392) | (474,601) | (198,676) | - | (5,392) | (100,000) | (982,737) |
| 17 Capital Expenditures | (173,680) | (63,469) | (133,747) | (63,469) | (70,278) | - | (70,278) | - | (70,278) | (645,198) |
| 18 Apartment Renovation | (137,950) | (25,220) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (338,170) |
| 19 Broker Fees - New (FARE) Act Expense | - | - | - | - | - | - | - | - | - | - |
| 20 Total Non-Operating Disbursements | (366,894) | (342,630) | (1,147,988) | (642,554) | (1,118,572) | (772,368) | (162,568) | (457,134) | (222,020) | (5,232,727) |
| 21 Total Cash Disbursements (Operating/Non-Operating) | (1,535,999) | (957,102) | (2,799,427) | (1,429,736) | (1,446,506) | (1,018,227) | (1,762,434) | (702,992) | (549,954) | (12,202,376) |
| 22 Net Cash Flow after Restructuring Initiatives | (736,572) | (228,864) | 140,026 | 719,499 | (407,510) | (362,488) | (570,680) | 2,741,470 | 917,708 | 2,212,588 |
| 23 *Cum. Net Cash Flow after Restructuring Initiatives* | 14,008,637 | 13,779,773 | 13,919,799 | 14,639,298 | 14,231,788 | 13,869,300 | 13,298,619 | 16,040,089 | 16,957,797 | |
| 24 *Cum. Case-to-date Net Cash Flow after Restructuring Initiatives* | 21,255,729 | 21,026,864 | 21,166,891 | 21,886,390 | 21,478,880 | 21,116,391 | 20,545,711 | 23,287,181 | 24,204,889 | |
| **Bankruptcy Disbursements** | | | | | | | | | | |
| 25 Adequate assurance deposits / Criticial Vendor payments | | | | | | | | | | |
| 26 Restructuring Professional Fees, Escrows (See Memo Below) | (112,230) | (112,230) | (112,230) | (120,919) | - | - | (281,982) | (829,797) | (892,814) | (2,462,201) |
| 27 Restructuring Professionals Fees, Paid Monthly [2, 3] | (525,094) | (506,957) | (1,306,957) | (6,957) | (44,450) | (44,450) | (44,450) | (844,450) | (1,681,250) | (5,005,014) |
| 28 UST Fees | - | - | - | - | - | - | - | - | (122,313) | (122,313) |
| 29 Total Bankruptcy Disbursements | (637,324) | (619,186) | (1,419,186) | (127,875) | (44,450) | (44,450) | (326,432) | (1,674,247) | (2,696,378) | (7,589,529) |
| 30 Net Cash Flow | (1,373,896) | (848,050) | (1,279,160) | 591,624 | (451,960) | (406,938) | (897,113) | 1,067,223 | (1,778,670) | (5,376,940) |
| 31 *Cum. Net Cash Flow after Bankruptcy Disbursements* | (8,229,048) | (9,077,099) | (10,356,258) | (9,764,634) | (10,216,595) | (10,623,533) | (11,520,646) | (10,453,423) | (12,232,093) | |
| 32 *Cum. Case-to-date Net Cash Flow after Bankruptcy Disbursements* | (7,315,581) | (8,163,632) | (9,442,791) | (8,851,167) | (9,303,128) | (9,710,066) | (10,607,179) | (9,539,956) | (11,318,626) | |
| 33 Cash, Ending | 6,790,753 | 5,942,703 | 4,663,543 | 5,255,167 | 4,803,206 | 4,396,268 | 3,499,155 | 4,566,378 | 2,787,708 | 2,787,708 |

**Memo: Adjustment Related to Restructuring Professional Fees, Escrows**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Restructuring Professional Fees, Escrows (Per Cash Collateral Order Dated 9/22) | 462,230 | 462,230 | 462,230 | 470,919 | - | - | 281,982 | 1,179,797 | 892,814 | 4,674,431 |
| Less: True Up of $1.75M Favorable Variance as of 11/30/25 | (350,000) | (350,000) | (350,000) | (350,000) | - | - | - | - | - | (1,750,000) |
| Restructuring Professional Fees, Escrows (Disbursements Shown on Row 26) | $ 112,230 | $ 112,230 | $ 112,230 | $ 120,919 | $ - | $ - | $ 281,982 | $ 829,797 | $ 892,814 | $ 2,924,431 |

[1] Insurance includes $100K in the Week Ending February 15 related to D&O policy.

[2] In accordance with the approved Cash Collateral Order, the forecast above includes reimbursement to Flagstar on account of its Lender Professional Fees totaling $1.5M by the Cash Collateral Outside Date to be disbursed as follows: $500K during Wee... $500K during Week Ended 1/4, and the final $500K during the week ended 2/15/26.

[3] In addition, the forecast above includes reimbursement to Flagstar of $536,800 for amounts paid to certain vendors for pooled due diligence to be disbursed during Week Ended 2/15/26.

**The Pinnacle Group NY LLC - Flagstar Portfolio Only**
*Weekly Cash Flow - 21 Weeks*

| | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | Post - Ext. | 11 Weeks Post 2/22 - 5/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | |
| Case Week | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | |
| Week Ending | 22-Feb | 01-Mar | 08-Mar | 15-Mar | 22-Mar | 29-Mar | 05-Apr | 12-Apr | 19-Apr | 26-Apr | 03-May | Total |
| **1 Cash, Beginning** | 2,787,708 | 2,788,518 | 1,122,865 | 3,879,580 | 4,030,485 | 4,103,398 | 3,956,629 | 4,186,485 | 5,312,346 | 5,075,167 | 4,773,198 | 2,787,708 |
| **Cash Receipts** | | | | | | | | | | | | |
| 5 Total Cash Receipts | 755,268 | 1,191,754 | 3,444,462 | 1,467,662 | 755,268 | 798,729 | 3,138,615 | 1,977,502 | 938,765 | 675,070 | 2,636,735 | 17,779,830 |
| **Operating Disbursements** | | | | | | | | | | | | |
| 6 Payroll and Employee Benefits | (138,880) | (252,115) | (136,539) | (218,615) | (136,539) | (218,615) | (172,380) | (220,956) | (138,880) | (220,956) | (172,380) | (2,026,856) |
| 7 Repairs and Maintenance | (93,750) | (75,000) | (75,000) | (75,000) | (75,000) | (75,000) | (93,750) | (93,750) | (93,750) | (93,750) | (93,750) | (937,500) |
| 8 Utilities | - | (1,045,833) | - | - | - | - | (868,787) | - | - | - | (632,625) | (2,547,245) |
| 9 Security & Managed Services | - | (12,594) | - | - | - | - | (12,594) | - | - | - | (12,594) | (37,782) |
| 10 Administrative Expenses | (13,228) | (30,582) | (30,582) | (30,582) | (30,582) | (10,582) | (13,228) | (13,228) | (13,228) | (13,228) | (13,228) | (212,280) |
| 11 Ordinary Course Professionals Fees | - | (61,714) | - | - | - | - | (61,714) | - | - | - | (61,714) | (185,141) |
| 12 Management Fees | - | (297,720) | - | - | - | - | (297,720) | - | - | - | (297,720) | (893,159) |
| **13 Total Operating Disbursements** | (245,858) | (1,775,558) | (242,121) | (324,197) | (242,121) | (304,197) | (1,520,173) | (327,934) | (245,858) | (327,934) | (1,284,011) | (6,839,964) |
| **Non-Operating Disbursements** | | | | | | | | | | | | |
| 14 Real Estate Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| 15 Water & Sewer | (26,742) | (485,296) | (44,747) | (44,747) | (44,747) | (44,747) | (456,728) | (16,180) | (16,180) | (16,180) | (464,983) | (1,661,277) |
| 16 Insurance [1] | - | (130,790) | (5,392) | (482,049) | - | (130,790) | - | (5,392) | (482,049) | (130,790) | - | (1,367,252) |
| 17 Capital Expenditures | - | (70,278) | - | (70,278) | - | (70,278) | - | (70,278) | - | (70,278) | - | (351,390) |
| 18 Apartment Renovation | (25,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (250,000) |
| 19 Broker Fees - New (FARE) Act Expense | - | - | - | - | - | - | - | - | - | - | - | - |
| **20 Total Non-Operating Disbursements** | (51,742) | (706,364) | (70,140) | (617,074) | (64,747) | (265,815) | (481,728) | (116,850) | (523,228) | (242,248) | (489,983) | (3,629,918) |
| **21 Total Cash Disbursements (Operating/Non-Operating)** | (297,600) | (2,481,921) | (312,261) | (941,271) | (306,869) | (570,012) | (2,001,901) | (444,784) | (769,087) | (570,182) | (1,773,994) | (10,469,882) |
| **22 Net Cash Flow after Restructuring Initiatives** | 457,668 | (1,290,168) | 3,132,201 | 526,390 | 448,399 | 228,717 | 1,136,714 | 1,532,718 | 169,679 | 104,888 | 862,741 | 7,309,948 |
| 23 *Cum. Net Cash Flow after Restructuring Initiatives* | 17,415,464 | 16,125,297 | 19,257,498 | 19,783,889 | 20,232,288 | 20,461,005 | 21,597,718 | 23,130,437 | 23,300,115 | 23,405,003 | 24,267,744 | |
| 24 *Cum. Case-to-date Net Cash Flow after Restructuring Initiatives* | 24,662,556 | 23,372,389 | 26,504,590 | 27,030,980 | 27,479,379 | 27,708,096 | 28,844,810 | 30,377,528 | 30,547,207 | 30,652,095 | 31,514,836 | |
| **Bankruptcy Disbursements** | | | | | | | | | | | | |
| 25 Adequate assurance deposits / Criticial Vendor payments | - | - | - | - | - | - | - | - | - | - | - | - |
| 26 Restructuring Professional Fees, Escrows (See Memo Below) | (412,407) | (339,926) | (339,926) | (339,926) | (339,926) | (339,926) | (362,407) | (362,407) | (362,407) | (362,407) | (481,718) | (4,043,385) |
| 27 Restructuring Professional Fees, Paid Monthly [2,3] | (44,450) | (35,560) | (35,560) | (35,560) | (35,560) | (35,560) | (544,450) | (44,450) | (44,450) | (44,450) | (544,450) | (1,444,500) |
| 28 UST Fees | - | - | - | - | - | - | - | - | - | - | (60,000) | (60,000) |
| **29 Total Bankruptcy Disbursements** | (456,857) | (375,486) | (375,486) | (375,486) | (375,486) | (375,486) | (906,857) | (406,857) | (406,857) | (406,857) | (1,086,168) | (5,547,885) |
| **30 Net Cash Flow** | 810 | (1,665,653) | 2,756,715 | 150,904 | 72,913 | (146,769) | 229,856 | 1,125,861 | (237,179) | (301,969) | (223,427) | 1,762,062 |
| 31 *Cum. Net Cash Flow after Bankruptcy Disbursements* | (12,231,283) | (13,896,936) | (11,140,221) | (10,989,316) | (10,916,403) | (11,063,172) | (10,833,316) | (9,707,455) | (9,944,634) | (10,246,603) | (10,470,031) | |
| 32 *Cum. Case-to-date Net Cash Flow after Bankruptcy Disbursements* | (11,317,816) | (12,983,469) | (10,226,754) | (10,075,849) | (10,002,936) | (10,149,705) | (9,919,849) | (8,793,988) | (9,031,167) | (9,333,136) | (9,556,563) | |
| **33 Cash, Ending** | 2,788,518 | 1,122,865 | 3,879,580 | 4,030,485 | 4,103,398 | 3,956,629 | 4,186,485 | 5,312,346 | 5,075,167 | 4,773,198 | 4,549,771 | 4,549,771 |