Hearing Date and Time:  April 14, 2026 at 10:00 a.m. (prevailing Eastern Time)
Objection Date and Time:  March 4, 2026 at 4:00 p.m. (prevailing Eastern Time)

tWEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
**In re**                                                    :    **Chapter 11**
                                                             :
**BROADWAY REALTY I CO., LLC,** *et al.*,                    :    **Case No. 25-11050 (DSJ)**
                                                             :
              **Debtors.**[1]                                :    **(Jointly Administered)**
                                                             :    Re: ECF Nos. 1079, 1080
-------------------------------------------------------------x

### NOTICE OF HEARING ON APPLICATIONS
### FOR INTERIM ALLOWANCE OF COMPENSATION AND
### REIMBURSEMENT OF EXPENSES ON APRIL 14, 2026 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that, on February 17, 2026, the retained professionals

for Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession

(collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the following

applications for interim allowance of compensation for services rendered and reimbursement of

actual and necessary expenses incurred during the respective periods set forth below (the "**Fee**

**Applications**"):

---

[1]    The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426.  A complete list of the
       Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at
       https://cases.stretto.com/broadwayrealty.  The Debtors' mailing address is located at 2 Grand Central Tower, 140
       East 45th St, 12th Floor, New York, New York 10017.

|  | Applicant | ECF No. | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|---|
| 1. | Weil, Gotshal & Manges LLP (Attorneys for the Debtors) | 1079 | September 1, 2025 – December 31, 2025 | $4,271,906.00 | $9,645.88 |
| 2. | FTI Consulting, Inc. (Financial Advisor for the Debtors) | 1080 | September 1, 2025 – December 31, 2025 | $2,468,334.75 | $1,431.02 |

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider entry of an order granting the relief requested in the Applications (the "**Hearing**") is scheduled for **April 14, 2026 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard, before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Courtroom 701, One Bowling Green, New York, New York 10004 (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Application shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by attorneys practicing in the Bankruptcy Court, including attorneys admitted *pro hac vice*, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov/sites/default/ files/m399.pdf), or (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399 so as to be received no later than **March 4, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objection to an Application is timely filed and served by the Objection Deadline, the Bankruptcy Court may grant the relief requested in such Application without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted through Zoom for Government.  Parties should not appear in person and those wishing to appear or participate at the Hearing (whether "live" or "listen only") must make an electronic appearance through the Court's website prior to **4:00 p.m. (prevailing Eastern Time) on April 13, 2026** by using the following link: https://www.nysb.uscourts.gov/ecourt-appearances.  Instructions for making an eCourtAppearance and additional information on the Court's Zoom procedures can be found at https://www.nysb.uscourts.gov/content/judge-david-s-jones.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to appear at the Hearing, and failure to appear may result in relief being granted upon default.

Dated: February 17, 2026
      New York, New York

      */s/  Garrett A. Fail*
      WEIL GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      Gary Holtzer
      Garrett A. Fail
      Matthew P. Goren
      Philip L. DiDonato

      *Attorneys for the Debtors*
      *and Debtors in Possession*