WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
: 
**In re**                                              :    **Chapter 11**
                                                       :
**BROADWAY REALTY I CO., LLC,** *et al.*,              :    Case No. 25-11050 (DSJ)
                                                       :
Debtors.[1]                                            :    (Jointly Administered)
                                                       :
------------------------------------------------------------X

**NOTICE OF FILING OF SECOND QUARTERLY STATEMENT
OF THE DEBTORS REGARDING THE EMPLOYMENT OF
PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS
DURING THE PERIOD FROM NOVEMBER 1, 2025 THROUGH JANUARY 31, 2026**

**PLEASE TAKE NOTICE** that, on August 5, 2025, Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 case, filed the *Motion of Debtors for Authority to Employ Professionals Used in the Ordinary Course of Business* [ECF No. 343] with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

---

[1] The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/broadwayrealty. The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St, 12th Floor, New York, New York 10017.

**PLEASE TAKE FURTHER NOTICE** that, on August 19, 2025, the Bankruptcy Court entered the *Order Authorizing Debtors to Employ Professionals Used in Ordinary Course of Business* [ECF No. 432] (the "**OCP Order**"), approving, among other things, certain procedures for the Debtors to retain and compensate certain professionals that the Debtors employ in the ordinary course of business (collectively, the "**Ordinary Course Professionals**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the OCP Order, attached hereto as **Exhibit 1** is a statement for the quarter commencing on November 1, 2025 through and including January 31, 2026 (the "**Reported Quarter**") setting forth: (i) the name of the Ordinary Course Professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that Ordinary Course Professional during the Reported Quarter; (iii) all postpetition payments made to that Ordinary Course Professional to date; and (iv) a description of the services rendered by each Ordinary Course Professional.

Dated: February 26, 2026
      New York, New York

                                        /s/ Gary T. Holtzer
                                       WEIL GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
                                       Gary T. Holtzer
                                       Garrett A. Fail
                                       Matthew P. Goren
                                       Philip L. DiDonato

                                       *Attorneys for the Debtors*
                                       *and Debtors in Possession*

**<u>Exhibit 1</u>**

**Quarterly OCP Statement for the Reporting Period Ending January 31, 2026**

***In re Broadway Realty I Co., LLC,*** **Case No. 25-11050 (DSJ):**
**Fees and Expenses Paid to Ordinary Course Professionals During Reporting Period Ending January 31, 2026**

| Name of Professional | Fees and Expenses Paid for November | Fees and Expenses Paid for December | Fees and Expenses Paid for January | Total Fees and Expenses Paid for Quarterly Period | Total Postpetition Payments | Services Performed by Professional | Debtors Receiving Services |
|---|---|---|---|---|---|---|---|
| Horing Welikson Rosen & Digrugilliers, P.C. | $21,766.90 | $53,734.75 | $12,863.50 | $88,365.15 | $91,469.45 | Landlord and Tenant Litigation Legal Services | 402-412 West 148 LLC; 1171 President LLC; 18 Street Realty Co., LLC; 1362 Ocean LLC; 991 Carroll St LLC; Clinton Property Co., LLC; 147 Realty Co., LLC; 34 Avenue Realty Co., LLC; 222 Lenox Rd LLC; Forest Parkway Realty Co., LLC; 225 Parkside LLC; Heath Realty LLC; 40-15 Hampton LLC; Kingston Place Realty Co., LLC; Park Lane South Realty Co., LLC; 536 Realty Co. LLC; 426 East 22 St LLC; 2400 Realty NY LLC; Treger Management LLC; 85-05 35 Avenue Realty Co., LLC; 1617 Realty LLC; 2513 Newkirk LLC; 17 Realty LLC; 45-35 Realty LLC; 176 Clarkson Ave LLC; 457 Schenectady LLC; 916 Carroll St LLC; 30 Road Realty Co., LLC; 932 Carroll LLC; 94-06 34th Avenue Realty Co., LLC; 94-06 34th Road Realty Co., LLC; 115 East 21 Realty Co., LLC |
| Kaplain & Duval LLP | $0.00 | $40,410.05 | $11,319.05 | $51,729.10 | $65,194.90 | Landlord and Tenant Litigation Legal Services | Broadway Realty I Co., LLC; 193 Street Realty Co., LLC; 25/35 Hillside Associates LLC; 402-412 West 148 LLC; Hillside Realty I Co., LLC; 281/295 Wadsworth Associates, LLC; 241 Sherman LLC; West 50th Street Realty Co., LLC; 207 Realty LLC; 34 Seaman Associates, LLC; 233 Realty NY LLC; Audobon Realty LLC; 536 |

| Name of Professional | Fees and Expenses Paid for November | Fees and Expenses Paid for December | Fees and Expenses Paid for January | Total Fees and Expenses Paid for Quarterly Period | Total Postpetition Payments | Services Performed by Professional | Debtors Receiving Services |
|---|---|---|---|---|---|---|---|
| | | | | | | | Realty Co. LLC; 237 Realty NY LLC; 349 Realty NY LLC |
| Slochowsky and Slochowsky, LLP | $845.98 | $29,875.06 | $6,211.80 | $36,932.84 | $63,006.74 | Landlord and Tenant Litigation Legal Services | 1280 Realty NY LLC; 607 Rugby LLC; 1296 Realty LLC; 330 Realty NY LLC; 1362 Ocean LLC; 3301 Farragut LLC; 1820 Realty LLC; 2102 Realty LLC; 681 Ocean LLC; 1535 Ocean LLC; 1554 Ocean LLC; 706 Realty NY LLC; 85 Clarkson LLC; 405 Realty LLC; 1601 Realty LLC; 915 Realty LLC; 28-30 Argyle LLC; 470 Realty NY LLC; 292 St. Johns LLC; 1023 Realty LLC; 481 Eastern LLC; 307 12 St LLC; 1038 Realty LLC; 1042 Realty LLC; 529 East 22 LLC; 1048 Realty LLC; 990 Realty NY LLC; 1060 Realty LLC |
| Chartwell Law Offices | $1,884.63 | $21,042.63 | $0.00 | $22,927.26 | $66,031.16 | Insurance Defense Services | 25/35 Hillside Associates LLC; 1280 Realty NY LLC; 281/295 Wadsworth Associates, LLC; 607 Rugby LLC; 1296 Realty LLC; 18 Street Realty Co., LLC; 330 Realty NY LLC; 991 Carroll St LLC; 3301 Farragut LLC; 34 Seaman Associates, LLC; 34 Avenue Realty Co., LLC; 681 Ocean LLC; 225 Parkside LLC; 85 Clarkson LLC; 405 Realty LLC; 2400 Realty NY LLC; 85-05 35 Avenue Realty Co., LLC; 176 Clarkson Ave LLC; 28-30 Argyle LLC; 470 Realty NY LLC; 292 St. Johns LLC; 30 Road Realty Co., LLC; 481 Eastern LLC |

2

| Name of Professional | Fees and Expenses Paid for November | Fees and Expenses Paid for December | Fees and Expenses Paid for January | Total Fees and Expenses Paid for Quarterly Period | Total Postpetition Payments | Services Performed by Professional | Debtors Receiving Services |
|---|---|---|---|---|---|---|---|
| Cozen O'Connor | $0.00 | $12,482.00 | $4,476.00 | $16,958.00 | $16,958.00 | Regulatory and Corporate Advice Legal Services | Broadway Realty I Co., LLC; 193 Street Realty Co., LLC; 25/35 Hillside Associates LLC; 402-412 West 148 LLC; Hillside Realty I Co., LLC; 1171 President LLC; 1280 Realty NY LLC; 281/295 Wadsworth Associates, LLC; 241 Sherman LLC; 607 Rugby LLC; West 50th Street Realty Co., LLC; 1296 Realty LLC; 58 Elizabeth NY LLC; 18 Street Realty Co., LLC; 330 Realty NY LLC; 207 Realty LLC; 1362 Ocean LLC; 991 Carroll St LLC; 3301 Farragut LLC; 1820 Realty LLC; Clinton Property Co., LLC; 147 Realty Co., LLC; 34 Seaman Associates, LLC; 2102 Realty LLC; 34 Avenue Realty Co., LLC; 681 Ocean LLC; 1535 Ocean LLC; 222 Lenox Rd LLC; 233 Realty NY LLC; Forest Parkway Realty Co., LLC; 1554 Ocean LLC; 706 Realty NY LLC; 225 Parkside LLC; Heath Realty LLC; 40-15 Hampton LLC; Audobon Realty LLC; 1597 Realty LLC; Kingston Place Realty Co., LLC; 85 Clarkson LLC; 405 Realty LLC; Park Lane South Realty Co., LLC; 1601 Realty LLC; 536 Realty Co. LLC; 426 East 22 St LLC; 2400 Realty NY LLC; Treger Management LLC; 85-05 35 Avenue Realty Co., LLC; 1617 Realty LLC; 237 Realty NY LLC; 2513 Newkirk LLC; 17 Realty LLC; 45-35 Realty LLC; 915 Realty LLC; 176 Clarkson Ave LLC; |

3

| Name of Professional | Fees and Expenses Paid for November | Fees and Expenses Paid for December | Fees and Expenses Paid for January | Total Fees and Expenses Paid for Quarterly Period | Total Postpetition Payments | Services Performed by Professional | Debtors Receiving Services |
|---|---|---|---|---|---|---|---|
| | | | | | | | 28-30 Argyle LLC; 457 Schenectady LLC; 916 Carroll St LLC; 349 Realty NY LLC; 470 Realty NY LLC; 292 St. Johns LLC; 30 Road Realty Co., LLC; 932 Carroll LLC; 1023 Realty LLC; 481 Eastern LLC; 307 12 St LLC; 1038 Realty LLC; 94-06 34th Avenue Realty Co., LLC; 1042 Realty LLC; 529 East 22 LLC; 94-06 34th Road Realty Co., LLC; 1048 Realty LLC; 990 Realty NY LLC; 1060 Realty LLC; 115 East 21 Realty Co., LLC |
| Vishnick McGovern Milizio LLP | $4,942.50 | $0.00 | $0.00 | $4,942.50 | $4,942.50 | Labor / Employment Legal Advice | 34 Seaman Associates, LLC; 34 Avenue Realty Co., LLC; 536 Realty Co. LLC; 45-35 Realty LLC |
| Podell, Schwartz, Schechter & Banfield LLP | $39,325.00 | $0.00 | $0.00 | $39,325.00 | $39,325.00 | Tax Related Legal Services | Broadway Realty I Co., LLC; 193 Street Realty Co., LLC; 25/35 Hillside Associates LLC; 402-412 West 148 LLC; Hillside Realty I Co., LLC; 1171 President LLC; 1280 Realty NY LLC; 281/295 Wadsworth Associates, LLC; 241 Sherman LLC; 607 Rugby LLC; West 50th Street Realty Co., LLC; 1296 Realty LLC; 58 Elizabeth NY LLC; 18 Street Realty Co., LLC; 330 Realty NY LLC; 207 Realty LLC; 1362 Ocean LLC; 991 Carroll St LLC; 3301 Farragut LLC; 1820 Realty LLC; Clinton Property Co., LLC; 147 Realty Co., LLC; 34 Seaman Associates, LLC; 2102 Realty LLC; 34 Avenue Realty Co., LLC; 681 Ocean LLC; |

4

| Name of Professional | Fees and Expenses Paid for November | Fees and Expenses Paid for December | Fees and Expenses Paid for January | Total Fees and Expenses Paid for Quarterly Period | Total Postpetition Payments | Services Performed by Professional | Debtors Receiving Services |
|---|---|---|---|---|---|---|---|
| | | | | | | | 1535 Ocean LLC; 222 Lenox Rd LLC; 233 Realty NY LLC; Forest Parkway Realty Co., LLC; 1554 Ocean LLC; 706 Realty NY LLC; 225 Parkside LLC; Heath Realty LLC; 40-15 Hampton LLC; Audobon Realty LLC; 1597 Realty LLC; Kingston Place Realty Co., LLC; 85 Clarkson LLC; 405 Realty LLC; Park Lane South Realty Co., LLC; 1601 Realty LLC; 536 Realty Co. LLC; 426 East 22 St LLC; 2400 Realty NY LLC; Treger Management LLC; 1617 Realty LLC; 237 Realty NY LLC; 2513 Newkirk LLC; 17 Realty LLC; 45-35 Realty LLC; 915 Realty LLC; 176 Clarkson Ave LLC; 28-30 Argyle LLC; 457 Schenectady LLC; 916 Carroll St LLC; 349 Realty NY LLC; 470 Realty NY LLC; 292 St. Johns LLC; 30 Road Realty Co., LLC; 932 Carroll LLC; 1023 Realty LLC; 481 Eastern LLC; 307 12 St LLC; 1038 Realty LLC; 94-06 34th Avenue Realty Co., LLC; 1042 Realty LLC; 529 East 22 LLC; 94-06 34th Road Realty Co., LLC; 1048 Realty LLC; 990 Realty NY LLC; 1060 Realty LLC; 115 East 21 Realty Co., LLC |

5