**SCOTT L. REXROAT**
1629 Summerdale Dr.
Clearwater, FL 33764
727-418-2916

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)**

**In re: ALAN INVESTMENTS II, LLC, et al., Case No. 25-11076 (SHL)**
*Lead Case (Jointly Administered)*

## OBJECTION TO SALE AND AMENDED
## HIGHEST & BEST CASH OFFER

**Property: 902 W Magnolia Dr, Quincy, FL 32351**
OR 824 P 418 LOT 6 BLK Q BURMAH HEIGHTS PER PLAT BK 1 P 99 OR 813 P 1569 OR 810
P 840 OR 481 P 1616, OR 510 P 1336 OR 424 P 1617 OR 447 P 480 OR 65 P 3

**I. INTRODUCTION & OFFER** Buyer Scott L. Rexroat hereby submits a formal **Cash Offer of $46,000.00** for the property at 902 W Magnolia Dr. This offer represents a full recovery of the $34,800.00 principal balance (Loan #1) and aligns with the 2026 Gadsden County Just Market Value.

**II. OBJECTION: UNDISCLOSED LATENT DEFECTS** The Buyer objects to any sale at a higher "Market Price" that fails to account for the following **$42,750 – $64,000** in critical liabilities, which have rendered the structure uninhabitable since 2014:

| System | Condition (See Exhibits) | Est. Cost |
|---|---|---|
| Sewer | 2014 DOH Condemnation; Collapsed 90yr Lateral Line. | $5,850 - $8,500 |
| Electric | 1980's Recalled Zinsco Design Panel Partially Wired With Cloth-Jacketed NM Cable; Fire Hazard/Code Failure. | $2,750 - $3,500 |
| Water | Active Foundation Seepage; Supply Line Fractures. | $2,500 - $3,800 |
| Structural | 2" Pier Settling; 10ft Lateral Wood Rot. | $5,500 - $8,500 |
| Roof | 2018 Hurricane Lift; Rafter/Sheathing Failure. | $10,500 - $12,750 |
| Hazmat | Asbestos Siding & Lead Paint (EPA Abatement). | $3,500 - $6,250 |

|  | | |
|---|---|---|
| **Total.** | **Total Remedial Investment.** | **$42,750 - $64,000** |

**Cash Offer: $46,000**

## III. FINANCIAL EQUITY & REQUEST FOR ACCOUNTING

1    **Transparency of Offer:** The Buyer submits this offer of **$46,000.00** as a transparent, equitable benchmark for immediate Estate recovery. This figure is aligned with the **2026 Gadsden County Just Market Value** to provide the Court with an objective, third-party valuation.

2    **Lien Discrepancy:** The Buyer notes a lack of clarity regarding the secured debt. Public records indicate a principal balance for the **DLP Capital** lien may be **$34,800.00**. Separate historical figures of **$19,250.00** appears to have been consolidated into that $34,800.00 amount, invalidating a **$54,,050** total found elsewhere.

3    **Potential Accounting Error:** If the Receiver is calculating a total debt of **$54,050.00**, this suggests a "double-counting" of consolidated funds. This inflated figure may be artificially driving a "Market Price" that the property's physical condition cannot support.

4    **Request for Verification:** The Buyer respectfully requests a verified **Payoff Statement** or **Accounting of Liens**. If the true debt is $34,800.00, this $46,000.00 offer provides a **100% principal recovery** plus a surplus for the Estate.

## IV. INVESTMENT OF TIME & HISTORY OF MARKET FAILURE

1.   **Six Failed Auction Cycles:** The Buyer has participated in **six (6) consecutive auction cycles** for this asset. In each instance, the sale failed due to an **inflated reserve price** and the use of "Autobid" features that do not reflect the $60,000.00 in documented structural liabilities. If Triglid and DLP have never physically seen the property, theres a bold question for their credibility. A Receiver is an officer of the court; if they are trying to sell an asset they haven't inspected, they are arguably failing their **fiduciary duty to the Estate.** If they are running auctions to get a comparable price to submit to the court, they've wasted not only my valuable time, but the time of other interested parties. They are nearly running the same shell game as Alan Investments.

2.   **Bad Faith Valuation:** These failed cycles prove that the "Market Price" the Receiver is chasing is a fiction. The Buyer has invested significant time and due diligence following an asset that the Estate has failed to liquidate, while the property's condition continues to deteriorate beyond the point of unrepairable decay.

3.   **Equitable Consideration:** As a low-income senior at age 65, the Buyer's investment of time and "sweat equity" following 12 years of caregiving should be considered an equitable interest. This **$46,000.00 offer may be the only "Best and Final"** path to stop the cycle of failed auctions and return this property to a tax-paying, homesteaded status.

## V. COMPARABLE MARKET ANALYSIS & VALUATION DATA

1.   **Discrepancy in Market Comparables:** The Receiver's valuation appears to rely on listings not reflecting the **$60,000.00+ in structural defects** documented in this Objection.. See EXHIBIT **(COMPARABLES)** at end of document.

**Historical Market Stability:**   hile f  lly renovate  properties in the    r  ah   eights   in y  istri t  ay o    an higher  g  res, those val ations are  ase  on ho  es  ith   o ern    ire ele tri al syste  s,  erti  e  se  er laterals, an  inta t roo  ng.

3. **Adjusted Just Market Value:** When the $64,000.00 "Remediation Ledger" (Exhibit A) is applied to current area comps, the **Adjusted Market Value** for 902 W. Magnolia falls significantly below the Receiver's "Autobid" reserve. The Buyer's offer of **$46,000.00** is the only bid that accurately reflects the **Just Market Value** minus the cost of necessary code-compliance remediation.

4. **Prevention of Asset Wasting:** By rejecting this realistic offer in favor of an inflated reserve, the Estate continues to "waste" a stagnant asset. Following **six (6) failed auction cycles**, it is mathematically certain that no traditional buyer—utilizing a standard mortgage—can close on this property due to the **legacy 2-wire electrical** and **sewer condemnation** preventing an appraisal.

## CONCLUSION & PERFORMANCE GUARANTEE

**Market Integrity vs. The "Painted Pig":** The Buyer objects to "mechanical-only" flips where distressed properties are cosmetically masked to secure predatory mortgages. This property requires a structural rebirth to stop the 12-year cycle of decay seen during the Alan Investments/Vantage Lease with Option to Buy era that en e  in  an  r  pt  y.

**Senior Homestead & Sweat Equity:** As a low-income senior with a history of home mechanics experience, the Buyer offers significant "sweat equity." The Buyer intends to **homestead** the structure, utilizing a plan supported by **Rebuilding Together North Florida**, **SHIP**, and **USDA Section 504** programs to address the $60,000.00 in documented failures (See Attached Exhibits).

**Performance:** The Buyer is prepared to stabilize the property immediately. We remain ready to execute all necessary legal instruments and deposit a **$3,000.00 Earnest Money Deposit (EMD)** to initiate the closing process as directed by the Court.

Respectfully submitted,

*Scott Rexroat*

Scott Rexroat
1629 Summerdale Dr.
Clearwater, FL 33764

(**Exhibit A**)



(**Exhibit B**)

**(Exhibit C)**



## Miscellaneous





Miscellaneous







Current Street View



## COMPARABLES





**Redfin**
Powered by Rocket

Quincy                Buy ▾    Rent ▾    Sell ▾    Mortgage

Sold ▾    Up to $50k ✕    Beds/baths ▾    House ✕    ☰ Filters • 3 |    Save search        Layout

**Quincy, FL homes for sale & real estate**                5 homes    Sort: Recommended ▾



SOLD SEP 17, 2025

**$25,000** Last sold price

2 beds   1 bath   672 sq ft
1109 Lorraine Ave, Chattahoochee, FL 32324



SOLD OCT 3, 2025

**$22,500** Last sold price

2 beds   1 bath   1,080 sq ft
104 Drury Ln, Chattahoochee, FL 32324



SOLD APR 24, 2025

**$23,000** Last sold price

3 beds   1 bath   824 sq ft 325 NW
1st St, Gretna, FL 32332



SOLD SEP 26, 2025

**$25,000** Last sold price

0 beds   1 bath   1,359 sq ft 7869
Jenkins St, Sneads, FL 32460



SOLD NOV 28, 2025

**$27,500** Last sold price

4 beds   1 bath   1,152 sq ft 1972
Lockey Ave, Sneads, FL 32460



SOLD APR 11, 2025

**$26,000** Last sold price

2 beds   1 bath   1,028 sq ft 2098
River Rd, Sneads, FL 32460

**trulia**    Quincy, FL

$0 - $50k ⌄    All Beds ⌄    More ⌄    Sav



**$26,600**
🛏 Studio
4600 Stoutamire Rd,
Tallahassee, FL 32310

4600 Stoutamire Rd



SOLD  OCT 17, 2025

**$24,000**
🛏 3 Beds  🛁 2 Baths  📐 1,240 sqft
1727 Glade Rd,
Havana, FL 32333
REALTY ONE GROUP NEXT GEN



SOLD  FEB 19, 2026

**$5,000**
🛏 2 Beds  🛁 1 Bath  📐 1,035 sqft
109 Hickory St,
Chattahoochee, FL 32324



SOLD  OCT 3, 2025



SOLD  JAN 20, 2026

**$25,500**
🛏 2 Beds  🛁 2 Baths  📐 1,417 sqft
24272 Lanier St,
Tallahassee, FL 32310

**$22,500**
🛏 2 Beds  🛁 1 Bath  📐 1,080 sqft
104 Drury Ln,
Chattahoochee, FL 32324

# Gadsden County, FL

## Parcel Summary

| | |
|---|---|
| Parcel ID | 3-01-2N-4W-0860-0000Q-0060 |
| Location Addr | 902 MAGNOLIA DR |
| | QUINCY, FL 32351 |
| Brief Tax Description* | OR 824 P 418 LOT 6 BLK Q BURMAH HEIGHTS PER PLAT BK 1 P 99 OR 813 P 1569 OR 810 P 840 OR 481 P 1616, OR 510 P 1336 OR 424 P 1617 OR 447 P 480 OR 65 P 3 |
| | (Note: *The Description above is not to be used on legal documents.) |
| Property Use | SINGLE FAMILY (0100) |
| Sec/Twp/Rng | 1/2N/4W |
| Tax District | QUINCY |
| Millage Rate | 21.1405 |
| Acreage | 0.376 |
| Homestead | N |



View Map

## Owner Information

ALAN INVESTMENTS III LLC
TRIGILD IVL, LLC C/O: DLP CAPITAL - ATTN: GWEN GEORGE
405 GOLFWAY DR WEST
ST. AUGUSTINE, FL 32095

## Homestead Application

Apply for Homestead Exemption

## Application for Ag Land

Application for Ag Land

## Valuation

| | | 2026 Working | 2025 Certified Values | 2024 Certified Values | 2023 Certified Values |
|---|---|---|---|---|---|
| + | Improvement Value | $23,012 | $23,902 | $24,377 | $24,173 |
| + | Land Value | $22,660 | $22,660 | $15,750 | $15,000 |
| | Land Agricultural Value | $0 | $0 | $0 | $0 |
| | Agricultural (Market) Value | $0 | $0 | $0 | $0 |
| = | Just Market Value | $45,672 | $46,562 | $40,127 | $39,173 |
| = | Total Assessed Value | $45,672 | $44,139 | $40,127 | $37,188 |
| - | Exempt Value | $0 | $0 | $0 | $0 |
| = | Taxable Value | $45,672 | $44,139 | $40,127 | $37,188 |
| | Save Our Homes or AGL Amount | $0 | $2,423 | $0 | $1,985 |

## Parcel Summary

| | |
|---|---|
| Parcel ID | 3-01-2N-4W-0860-0000Q-0060 |
| Location Addr | 902 MAGNOLIA DR |
| | QUINCY, FL 32351 |
| Brief Tax Description* | OR 824 P 418 LOT 6 BLK Q BURMAH HEIGHTS PER PLAT BK 1 P 99 OR 813 P 1569 OR 810 P 840 OR 481 P 1616, OR 510 P 1336 OR 424 P 1617 OR 447 P 480 OR 65 P 3 |
| | (Note: *The Description above is not to be used on legal documents.) |
| Property Use | SINGLE FAMILY (0100) |
| Sec/Twp/Rng | 1/2N/4W |
| Tax District | QUINCY |
| Millage Rate | 21.1405 |
| Acreage | 0.376 |
| Homestead | N |



[View Map]

## Owner Information

ALAN INVESTMENTS III LLC
TRIGILD IVL, LLC C/O: DLP CAPITAL - ATTN: GWEN GEORGE
405 GOLFWAY DR WEST
ST. AUGUSTINE, FL 32095

## Homestead Application

Apply for Homestead Exemption

## Application for Ag Land

Application for Ag Land

## Valuation

| | | 2026 Working | 2025 Certified Values | 2024 Certified Values | 2023 Certified Values |
|---|---|---|---|---|---|
| + | Improvement Value | $23,012 | $23,902 | $24,377 | $24,173 |
| + | Land Value | $22,660 | $22,660 | $15,750 | $15,000 |
| | Land Agricultural Value | $0 | $0 | $0 | $0 |
| | Agricultural (Market) Value | $0 | $0 | $0 | $0 |
| = | Just Market Value | $45,672 | $46,562 | $40,127 | $39,173 |
| = | Total Assessed Value | $45,672 | $44,139 | $40,127 | $37,188 |
| - | Exempt Value | $0 | $0 | $0 | $0 |
| = | Taxable Value | $45,672 | $44,139 | $40,127 | $37,188 |
| | Save Our Homes or AGL Amount | $0 | $2,423 | $0 | $1,985 |

"Just Market Value" description - This is the value established by the Property Appraiser for ad valorem purposes. This value does not represent anticipated selling price.

## Land Information

| Land Use | Number of Units | Unit Type | Land Type | Frontage | Depth |
|---|---|---|---|---|---|
| SINGLE FAMILY (0100) | 1.00 | 211600-LT | SITE | 0 | 0 |

## Buildings

| | |
|---|---|
| Building ID | 12198 |
| Type | SGL FAM 20 |
| Total Area | 836 |
| Heated Area | 704 |
| Exterior Walls | ASB SHINGL |
| Roof Cover | ASPH SHNGL |
| Interior Walls | PLASTER |
| Frame Type | |
| Floor Cover | AVERAGE |
| Heat Type | CONVECTION |
| Bathrooms | 1 |
| Half Bathrooms | 0 |
| Bedrooms | 2 |
| Stories | 1 |
| Actual Year Built | 1935 |

| Code | Description | Sketch Area | Finished Area | Perimeter |
|---|---|---|---|---|
| BAS | BASE AREA | 704 | 704 | 0 |
| FSP | F SCRN PCH | 96 | 0 | 0 |
| UST | UNF UTILTY | 36 | 0 | 0 |

**Prepared By:**
Scott Rexroat
1629 Summerdale Drive
Clearwater, FL 33764

**Return To:**
Scott Rexroat
1629 Summerdale Drive
Clearwater, FL 33764

## AFFIDAVIT OF NOTICE OF LATENT DEFECTS

**Property Address:** 902 Magnolia Dr, Quincy, FL 32351

**Parcel ID:** 3-01-2N-4W-0860-0000Q-0060

**Legal Description:** LOT 6, BLOCK Q, OF THE QUINCY HEIGHTS SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 1, PAGE 38, OF THE PUBLIC RECORDS OF GADSDEN COUNTY, FLORIDA. Being the same property conveyed to ALAN INVESTMENTS III LLC.

**STATE OF FLORIDA COUNTY OF GADSDEN** BEFORE ME, the undersigned authority, personally appeared **Scott Rexroat** ("Affiant"), who being first duly sworn, deposes and says:

1   **Affiant Statement:** Affiant is a prospective purchaser who has performed physical due diligence on the real property located at 902 Magnolia Dr, Quincy, FL (the "Property").

2   **Purpose of Notice:** This Affidavit is filed to provide **Constructive Notice** to the Public, the Court-Appointed Receiver (Trigild IVL, LLC), and any subsequent purchasers of material latent defects not readily observable by a visual inspection.

3   **Latent Defect - Sewer:** Physical inspection confirms a cracked vertical down-pipe and chronic backup within the main lateral sewer line. Evidence indicates the subterranean lateral (cast iron/clay) is compromised, bellied, or collapsed, requiring full excavation and replacement to the municipal tie-in.

4   **Latent Defect - Electrical/Structural:** The building envelope is breached (roof failure), and internal 1935-era wiring remains a significant fire hazard, notwithstanding the updated exterior service panel.

**5** **Notice Provided:** Affiant submitted direct notice of these findings to the Seller's representative (DLP Capital) and the Receiver (Trigild) via **certified mail** prior to the recording of this instrument.

## FURTHER AFFIANT SAYETH NAUGHT.

**Scott Rexroat**, Affiant

*[signature]*

**WITNESS SIGNATURES (Per F.S. § 695.26):**

Witness 1: _____ (Signature)

Printed Name: Ethan Filgueira-Leon

Address: 2813 Gulf to Bay Blvd 33759 FL

Witness 2: _____ (Signature)

Printed Name: Brandy Yuleyo.

Address: 2813 Gulf to Bay Blvd 33759 FL

## NOTARY ACKNOWLEDGMENT:

The foregoing instrument was acknowledged before me by means of [ ] physical presence or [ ] online notarization, this 3ʳᵈ day of March, 2026, by **Scott Rexroat** who is personally known to me or who has produced FL Drivers License as identification.

**Notary Public, State of Florida** My Commission Expires: 01/21/30

*[signature]*

Pinellas, FL

ETHAN FILGUEIRA-LEON
MY COMMISSION # HH 758796
EXPIRES: January 21, 2030