WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Gary T. Holtzer
Garrett A. Fail
Matthew P. Goren
Philip L. DiDonato

*Attorneys for the Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :      Chapter 11
                                              :
BROADWAY REALTY I CO., LLC, et al.,           :      Case No. 25-11050 (DSJ)
                                              :
              Debtors.¹                       :      (Jointly Administered)
                                              :
------------------------------------------------------------x
```

## NOTICE OF FILING OF FINAL CONTRACT ASSUMPTION SCHEDULES

**PLEASE TAKE NOTICE THAT:**

1.      On January 16, 2026, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered an order [ECF No. 981] (the "**Confirmation Order**") confirming the *Second Amended Joint Chapter 11 Plan* [ECF No. 780] (as may be amended, supplemented, or otherwise modified from time to time, the "**Plan**") for Broadway Realty I Co., LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"). The Plan, among other things, effectuates a sale of substantially all of the Debtors' assets to Summit Gold, Inc. (the "**Purchaser**") pursuant to that certain *Purchase and Sale Agreement*, dated December 22, 2025 (the "**Purchase Agreement**").[2]

2.      Pursuant to Section 8.1(a) of the Plan, all executory contracts and unexpired leases to which any of the Debtors are parties are deemed rejected, unless such contract or lease (i) was

---

[1]     The last four digits of Broadway Realty I Co., LLC's tax identification number are 5426. A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/BroadwayRealty. The Debtors' mailing address is located at 2 Grand Central Tower, 140 East 45th St., 12th Floor, New York, New York 10017.

[2]     A copy of the Purchase Agreement is attached as Exhibit A to the *Notice of Designation of Stalking Horse Bid* [ECF No. 916]. Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or the Purchase Agreement, as applicable.

previously assumed or rejected by the Debtors pursuant to an order of the Bankruptcy Court; (ii) previously expired or terminated pursuant to its own terms or by agreement of the parties thereto; (iii) is the subject of a motion to assume filed by the Debtors on or before the Effective Date; or (iv) is specifically designated as a contract or lease to be assumed or assumed and assigned on the Assumption Schedule.[3]

3.      On December 22, 2025, the Debtors filed a *Notice of Filing of Schedule of Cure Amounts and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases* [ECF No. 914] (the "**Cure Notice**") listing all the contracts that may be assumed and assigned in connection with a transaction.  The deadline to object to the proposed Cure Amount set forth in the Cure Notice was January 11, 2026.  No objections were filed to the Cure Notice.

4.      Pursuant to Section 1(c) of the Purchase Agreement, Purchaser was required to deliver to the Debtors a list of contracts Purchaser elects to assume at the Closing at least twenty-one (21) days prior to the Closing Date (as defined in the Purchase Agreement).

5.      Attached hereto as **Exhibit A** is a final list of Contracts to be assumed by Purchaser under the Purchase Agreement and the Plan.[4]  Attached hereto as **Exhibit B** is a final list of Contracts to be assumed by the Liquidating Debtors under the Plan.

6.      Pursuant to Section 8.6(a) of the Plan, the Debtors may amend the Assumption Schedules until the Effective Date in order to add, delete, or reclassify any executory contract or unexpired lease.  The Debtors shall provide notice of such amendment to any affected counterparty as soon as reasonably practicable.

Dated: March 23, 2026
       New York, New York

>    /s/  Gary T. Holtzer
>    WEIL, GOTSHAL & MANGES LLP
>    767 Fifth Avenue
>    New York, New York 10153
>    Telephone:  (212) 310-8000
>    Facsimile: (212) 310-8007
>    Gary T. Holtzer
>    Garrett A. Fail
>    Matthew P. Goren
>    Philip L. DiDonato
>
>    *Attorneys for the Debtors*
>    *and Debtors in Possession*

---

[3]   Pursuant to Section 1.5 of the Plan, "Assumption Schedule" means the schedule of executory contracts and unexpired leases to be assumed or assumed and assigned pursuant to the Plan.

[4]   Those contracts identified on **Exhibit A** as a "Bargaining Agreement" are being assumed and assigned pursuant to Section 20(a) of the Purchase Agreement.

2

**<u>Exhibit A</u>**

**Final List of Contracts to be Assumed and Assigned to the Purchaser**

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 25/35 Hillside Associates LLC | Verizon Wireless | Cell Phone Services |
| 25/35 Hillside Associates LLC | Eastern Elevator of New York | Elevator Repairs |
| 25/35 Hillside Associates LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 25/35 Hillside Associates LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 25/35 Hillside Associates LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 25/35 Hillside Associates LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 25/35 Hillside Associates LLC | YES Energy Management | Utility Billing Solutions |
| 34 Seaman Associates, LLC | Verizon Wireless | Cell Phone Services |
| 34 Seaman Associates, LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 34 Seaman Associates, LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 34 Seaman Associates, LLC | YES Energy Management | Utility Billing Solutions |
| 34 Seaman Associates, LLC | 2022 Apartment Building Agreement - Realty Advisory Board of Labor Relations Incorporated and Service Employess International Union, 32BJ | Bargaining Agreement |
| 281/295 Wadsworth Associates, LLC | Verizon Wireless | Cell Phone Services |
| 281/295 Wadsworth Associates, LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 281/295 Wadsworth Associates, LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 281/295 Wadsworth Associates, LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 281/295 Wadsworth Associates, LLC | YES Energy Management | Utility Billing Solutions |
| 30 Road Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 30 Road Realty Co., LLC | Eastern Elevator of New York | Elevator Repairs |
| 30 Road Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 30 Road Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 30 Road Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 30 Road Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| Forest Parkway Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| Forest Parkway Realty Co., LLC | Eastern Elevator of New York | Elevator Repairs |
| Forest Parkway Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Forest Parkway Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Forest Parkway Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Forest Parkway Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| Forest Parkway Realty Co., LLC | Local 2 of Builidng Service Employees & Factory Workers, USWU, IUJAT (Union) | Bargaining Agreement |
| Park Lane South Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| Park Lane South Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Park Lane South Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Park Lane South Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| Park Lane South Realty Co., LLC | Local 2 of Builidng Service Employees & Factory Workers, USWU, IUJAT (Union) | Bargaining Agreement |
| 34 Avenue Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 34 Avenue Realty Co., LLC | Good-Will Mechanical Corp. | Line Gas Pipes Repair |
| 34 Avenue Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 34 Avenue Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 34 Avenue Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 34 Avenue Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 34 Avenue Realty Co., LLC | Local 2 of Builidng Service Employees & Factory Workers, USWU, IUJAT (Union) | Bargaining Agreement |
| 85-05 35 Avenue Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 85-05 35 Avenue Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 85-05 35 Avenue Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 85-05 35 Avenue Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 85-05 35 Avenue Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 85-05 35 Avenue Realty Co., LLC | 2022 Apartment Building Agreement - Realty Advisory Board of Labor Relations Incorporated and Service Employess International Union, 32BJ | Bargaining Agreement |
| Broadway Realty I Co., LLC | Verizon Wireless | Cell Phone Services |
| Broadway Realty I Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Broadway Realty I Co., LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| Broadway Realty I Co., LLC | YES Energy Management | Utility Billing Solutions |
| Hillside Realty I Co., LLC | Verizon Wireless | Cell Phone Services |
| Hillside Realty I Co., LLC | Eastern Elevator of New York | Elevator Repairs |
| Hillside Realty I Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Hillside Realty I Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Hillside Realty I Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Hillside Realty I Co., LLC | YES Energy Management | Utility Billing Solutions |
| 193 Street Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 193 Street Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 193 Street Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 193 Street Realty Co., LLC | Apex Group NY Corp. | Sidewalk Shed |
| 193 Street Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 193 Street Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 193 Street Realty Co., LLC | Local 2 of Builidng Service Employees & Factory Workers, USWU, IUJAT (Union) | Bargaining Agreement |
| 18 Street Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 18 Street Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 18 Street Realty Co., LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 18 Street Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 18 Street Realty Co., LLC | Local 2 of Builidng Service Employees & Factory Workers, USWU, IUJAT (Union) | Bargaining Agreement |
| 94-06 34th Road Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 94-06 34th Road Realty Co., LLC | Eastern Elevator of New York | Elevator Repairs |
| 94-06 34th Road Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 94-06 34th Road Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 94-06 34th Avenue Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 94-06 34th Avenue Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 94-06 34th Avenue Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 94-06 34th Avenue Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 94-06 34th Avenue Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 94-06 34th Avenue Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 63-94 Austin Realty, LLC | Verizon Wireless | Cell Phone Services |
| 63-94 Austin Realty, LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 63-94 Austin Realty, LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 63-94 Austin Realty, LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 63-94 Austin Realty, LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 63-94 Austin Realty, LLC | YES Energy Management | Utility Billing Solutions |
| Kingston Place Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| Kingston Place Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| Kingston Place Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Kingston Place Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Kingston Place Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 2340 Valentine Avenue Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 2340 Valentine Avenue Realty Co., LLC | Apex Group NY Corp. | Facade Repairs |
| 2340 Valentine Avenue Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 2340 Valentine Avenue Realty Co., LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 2340 Valentine Avenue Realty Co., LLC | Inder ConstrucKon Inc. | Sidewalk Shed |
| 2340 Valentine Avenue Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| West 50th Street Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| West 50th Street Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| West 50th Street Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 2400 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 2400 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 2400 Realty NY LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 2400 Realty NY LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 2400 Realty NY LLC | YES Energy Management | Utility Billing Solutions |
| 147 Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 147 Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 115 East 21 Realty Co., LLC | Verizon Wireless | Cell Phone Services |
| 115 East 21 Realty Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 115 East 21 Realty Co., LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 115 East 21 Realty Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 115 East 21 Realty Co., LLC | YES Energy Management | Utility Billing Solutions |
| 509 Realty Co. LLC | Verizon Wireless | Cell Phone Services |
| 509 Realty Co. LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 509 Realty Co. LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 509 Realty Co. LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 509 Realty Co. LLC | YES Energy Management | Utility Billing Solutions |
| Treger Management LLC | Verizon Wireless | Cell Phone Services |
| Treger Management LLC | Eastern Elevator of New York | Elevator Repairs |
| Treger Management LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Treger Management LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Treger Management LLC | Safety Fire Sprinkler Corp. | Sprinkler Maintenance |
| Treger Management LLC | YES Energy Management | Utility Billing Solutions |
| 43-60 Baychester, LLC | Verizon Wireless | Cell Phone Services |
| 43-60 Baychester, LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 43-60 Baychester, LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 43-60 Baychester, LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 43-60 Baychester, LLC | YES Energy Management | Utility Billing Solutions |
| Heath Realty LLC | Verizon Wireless | Cell Phone Services |
| Heath Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Heath Realty LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Heath Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Heath Realty LLC | YES Energy Management | Utility Billing Solutions |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| Audobon Realty LLC | Verizon Wireless | Cell Phone Services |
| Audobon Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Audobon Realty LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| Audobon Realty LLC | YES Energy Management | Utility Billing Solutions |
| 207 Realty LLC | Verizon Wireless | Cell Phone Services |
| 207 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 207 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 241 Sherman LLC | Verizon Wireless | Cell Phone Services |
| 241 Sherman LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 241 Sherman LLC | YES Energy Management | Utility Billing Solutions |
| 402-412 West 148 LLC | Verizon Wireless | Cell Phone Services |
| 402-412 West 148 LLC | Eastern Elevator of New York | Elevator Repairs |
| 402-412 West 148 LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 402-412 West 148 LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 402-412 West 148 LLC | YES Energy Management | Utility Billing Solutions |
| Fieldstone NY LLC | Verizon Wireless | Cell Phone Services |
| Fieldstone NY LLC | Elie, Juan D. | Garage Lease Agreement |
| Fieldstone NY LLC | Oneal, Gihla | Garage Lease Agreement |
| Fieldstone NY LLC | Iglesias, Raul | Garage Lease Agreement |
| Fieldstone NY LLC | Gault, Herman | Garage Lease Agreement |
| Fieldstone NY LLC | Rosado, Sonia | Garage Lease Agreement |
| Fieldstone NY LLC | Mercado, Michael | Garage Lease Agreement |
| Fieldstone NY LLC | Urena, Kareem | Garage Lease Agreement |
| Fieldstone NY LLC | Oneal, Gihla | Garage Lease Agreement |
| Fieldstone NY LLC | Small, Leon | Garage Lease Agreement |
| Fieldstone NY LLC | Urena, Ariel | Garage Lease Agreement |
| Fieldstone NY LLC | Lindsay, Patrick | Garage Lease Agreement |
| Fieldstone NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Fieldstone NY LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Fieldstone NY LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Fieldstone NY LLC | YES Energy Management | Utility Billing Solutions |
| 1171 President LLC | Verizon Wireless | Cell Phone Services |
| 1171 President LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1171 President LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 1171 President LLC | YES Energy Management | Utility Billing Solutions |
| 1362 Ocean LLC | Verizon Wireless | Cell Phone Services |
| 1362 Ocean LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1362 Ocean LLC | YES Energy Management | Utility Billing Solutions |
| 1535 Ocean LLC | Verizon Wireless | Cell Phone Services |
| 1535 Ocean LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1535 Ocean LLC | YES Energy Management | Utility Billing Solutions |
| 1554 Ocean LLC | Verizon Wireless | Cell Phone Services |
| 1554 Ocean LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1554 Ocean LLC | YES Energy Management | Utility Billing Solutions |
| 176 Clarkson Ave LLC | Verizon Wireless | Cell Phone Services |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 176 Clarkson Ave LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 176 Clarkson Ave LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 176 Clarkson Ave LLC | YES Energy Management | Utility Billing Solutions |
| 222 Lenox Rd LLC | Verizon Wireless | Cell Phone Services |
| 222 Lenox Rd LLC | Jodhan, Neil | Garage Lease Agreement |
| 222 Lenox Rd LLC | Johnson, Simone | Garage Lease Agreement |
| 222 Lenox Rd LLC | Douglas, Sheridan | Garage Lease Agreement |
| 222 Lenox Rd LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 222 Lenox Rd LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 222 Lenox Rd LLC | CCi Voice | Phone Service / SoRware |
| 222 Lenox Rd LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 222 Lenox Rd LLC | YES Energy Management | Utility Billing Solutions |
| 222 Lenox Road LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 225 Parkside LLC | Verizon Wireless | Cell Phone Services |
| 225 Parkside LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 225 Parkside LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 225 Parkside LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 225 Parkside LLC | YES Energy Management | Utility Billing Solutions |
| 28-30 Argyle LLC | Verizon Wireless | Cell Phone Services |
| 28-30 Argyle LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 28-30 Argyle LLC | YES Energy Management | Utility Billing Solutions |
| 292 St. Johns LLC | Verizon Wireless | Cell Phone Services |
| 292 St. Johns LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 292 St. Johns LLC | YES Energy Management | Utility Billing Solutions |
| 307 12 St LLC | Verizon Wireless | Cell Phone Services |
| 307 12 St LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 307 12 St LLC | YES Energy Management | Utility Billing Solutions |
| 3301 Farragut LLC | Verizon Wireless | Cell Phone Services |
| 3301 Farragut LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 3301 Farragut LLC | YES Energy Management | Utility Billing Solutions |
| 426 East 22 St LLC | Verizon Wireless | Cell Phone Services |
| 426 East 22 St LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 426 East 22 St LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 426 East 22 St LLC | YES Energy Management | Utility Billing Solutions |
| 457 Schenectady LLC | Verizon Wireless | Cell Phone Services |
| 457 Schenectady LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 457 Schenectady LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 457 Schenectady LLC | YES Energy Management | Utility Billing Solutions |
| 481 Eastern LLC | Verizon Wireless | Cell Phone Services |
| 481 Eastern LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 481 Eastern LLC | YES Energy Management | Utility Billing Solutions |
| 529 East 22 LLC | Verizon Wireless | Cell Phone Services |
| 529 East 22 LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 529 East 22 LLC | YES Energy Management | Utility Billing Solutions |
| 607 Rugby LLC | Verizon Wireless | Cell Phone Services |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 607 Rugby LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 607 Rugby LLC | YES Energy Management | Utility Billing Solutions |
| 681 Ocean LLC | Verizon Wireless | Cell Phone Services |
| 681 Ocean LLC | Eastern Elevator of New York | Elevator Repairs |
| 681 Ocean LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 681 Ocean LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 681 Ocean LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 681 Ocean LLC | YES Energy Management | Utility Billing Solutions |
| 85 Clarkson LLC | Verizon Wireless | Cell Phone Services |
| 85 Clarkson LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 85 Clarkson LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 85 Clarkson LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 85 Clarkson LLC | YES Energy Management | Utility Billing Solutions |
| 916 Carroll St LLC | Verizon Wireless | Cell Phone Services |
| 916 Carroll St LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 916 Carroll St LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 916 Carroll St LLC | YES Energy Management | Utility Billing Solutions |
| 932 Carroll LLC | Verizon Wireless | Cell Phone Services |
| 932 Carroll LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 932 Carroll LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 932 Carroll LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 932 Carroll LLC | YES Energy Management | Utility Billing Solutions |
| 991 Carroll St LLC | Verizon Wireless | Cell Phone Services |
| 991 Carroll St LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 991 Carroll St LLC | YES Energy Management | Utility Billing Solutions |
| 3410 Kingsbridge LLC | Verizon Wireless | Cell Phone Services |
| 3410 Kingsbridge LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 3410 Kingsbridge LLC | YES Energy Management | Utility Billing Solutions |
| 706 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 706 Realty NY LLC | Sentry Elevator Corp. | Elevator Repairs |
| 706 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 706 Realty NY LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 706 Realty NY LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 706 Realty NY LLC | YES Energy Management | Utility Billing Solutions |
| 990 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 990 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 990 Realty NY LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 990 Realty NY LLC | YES Energy Management | Utility Billing Solutions |
| 990 Realty NY LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 1296 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1296 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1296 Realty LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 1296 Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 1296 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1296 Realty LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 915 Realty LLC | Verizon Wireless | Cell Phone Services |
| 915 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 915 Realty LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 915 Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 915 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1038 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1038 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1038 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1038 Realty LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 1042 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1042 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1048 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1048 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1048 Realty LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 1060 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1060 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1060 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1023 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1023 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1601 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1601 Realty LLC | YES Energy Management | Utility Billing Solutions |
| 1597 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1597 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 470 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 470 Realty NY LLC | Sentry Elevator Corp. | Elevator Repairs |
| 470 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 470 Realty NY LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 470 Realty NY LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 470 Realty NY LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 2102 Realty LLC | Verizon Wireless | Cell Phone Services |
| 2102 Realty LLC | Brummell, Maureen | Garage Lease Agreement |
| 2102 Realty LLC | Cilien, Jean Claude | Garage Lease Agreement |
| 2102 Realty LLC | Howard, Valry | Garage Lease Agreement |
| 2102 Realty LLC | Darko, Edmond Kaffour | Garage Lease Agreement |
| 2102 Realty LLC | Gomes-Osborne, Jacqueline | Garage Lease Agreement |
| 2102 Realty LLC | Nelson, Julia | Garage Lease Agreement |
| 2102 Realty LLC | Kelly, Daniel | Garage Lease Agreement |
| 2102 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 2102 Realty LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 2102 Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 2102 Realty LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 405 Realty LLC | Verizon Wireless | Cell Phone Services |
| 405 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 405 Realty LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 405 Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 1820 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1820 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1820 Realty LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 1820 Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 1820 Realty LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 330 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 330 Realty NY LLC | Wright, Patricia | Garage Lease Agreement |
| 330 Realty NY LLC | Denny, Leotha | Garage Lease Agreement |
| 330 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 330 Realty NY LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 330 Realty NY LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 330 Realty NY LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 1280 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 1280 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 1280 Realty NY LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 1280 Realty NY LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 1280 Realty NY LLC | Local 713 I.B.O.T.U., U.M.D., I.L.A. | Bargaining Agreement |
| 1617 Realty LLC | Verizon Wireless | Cell Phone Services |
| 1617 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 2513 Newkirk LLC | Verizon Wireless | Cell Phone Services |
| 2513 Newkirk LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 2513 Newkirk LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 2513 Newkirk LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 17 Realty LLC | Verizon Wireless | Cell Phone Services |
| 17 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 17 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 17 Realty LLC | Sentry Elevator Corp. | Monthly Elevator Maintenance |
| 237 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 237 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 349 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 349 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 233 Realty NY LLC | Verizon Wireless | Cell Phone Services |
| 233 Realty NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 58 Elizabeth NY LLC | Verizon Wireless | Cell Phone Services |
| 58 Elizabeth NY LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 40-15 Hampton LLC | Verizon Wireless | Cell Phone Services |
| 40-15 Hampton LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 40-15 Hampton LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 40-15 Hampton LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 536 Realty Co. LLC | Verizon Wireless | Cell Phone Services |
| 536 Realty Co. LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 536 Realty Co. LLC | Local 670, Stationary Engineers, Firemen, Maintenance and Building Service Union Affiliated with R. W.D.S.U. | Bargaining Agreement |
| 45-35 Realty LLC | Verizon Wireless | Cell Phone Services |
| 45-35 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 45-35 Realty LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |

*Broadway Realty I Co., LLC et al., Case No. 25-11050*
*Contract Assumption Schedule*

| Debtor | Full Contract Counterparty Name | Contract For |
|---|---|---|
| 45-35 Realty LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| 45-35 Realty LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| Clinton Property Co., LLC | Verizon Wireless | Cell Phone Services |
| Clinton Property Co., LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| Clinton Property Co., LLC | Maxwell Plumb Mechanical Corp. | Sprinkler Maintenance |
| 2 West 120th Realty Co. LLC | Verizon Wireless | Cell Phone Services |
| 2 West 120th Realty Co. LLC | SecureWatch24, LLC | Managed Broadband Services Agreement |
| 2 West 120th Realty Co. LLC | Eastern Elevator of New York | Monthly Elevator Maintenance |
| Manhattan Realty Co. LLC | Verizon Wireless | Cell Phone Services |

**<u>Exhibit B</u>**

**Final List of Contracts to be Assumed by the Liquidating Debtors**

No executory contracts or unexpired leases will be assumed by the Debtors for the benefit of the Liquidating Debtors.  All insurance policies to which any Debtor is a party as of the Effective Date (including any "tail policy") were issued in the name of non-Debtor affiliates.  All insurance policies listing any Debtor as a named insured shall be treated as non-executory contracts unless otherwise determined by a court of law, and shall continue in full force and effect in accordance with their respective terms following the Effective Date.  For the avoidance of doubt, neither entry of the Confirmation Order nor occurrence of the Effective Date shall modify any Debtors' or Liquidating Debtors' status as named insureds under any insurance policy.