

# LAW OFFICES OF
# ROSS & HILL, PLLC

March 25, 2026

VIA ECF

Justice David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

> RE:   In Re: 281/295 Wadsworth Associates LLC
> Case No.: 25-11050-DSJ

Dear Justice Jones:

This office represents Carlos Ramirez in a personal injury lawsuit, against the above debtor, that was filed in the Supreme Court of the State of New York, County of the Bronx. This office filed a motion on March 5, 2026, for relief from the automatic stay that was entered in this proceeding (Document No.: 1168). At this time, it is requested that this motion be withdrawn.

Respectfully Yours,

JAMES ROSS

Office: (646) 368-9996
Fax: (718) 855-4617
Email: rhlaw@rossandhill.com

45 Broadway, Suite 1110
New York, New York 10006