I don't know if Judge Jones is allowed or able to revisit cases after they've passed through his court, but the company which purchased Pinnacle, which I knew as REMNY, has: 1. dutifully ignored safety concerns previously ignored by Pinnacle, 2. Overcharged on rent, ranging in amounts from $.20 one month to several hundred another. (And refuse to acknowledge this.)
3. Let the ConEd bill go unpaid at 11-19 Hillside Ave, where residents found a bill for $5,000 from ConEd taped to the front door.

This organization needs to have a third party of some kind, someone or some group, that the court appoints and that REMNY pays for, overseeing complaints and compliance. Because this is already terrible and, it seems to this resident, potentially illegal because they seem to not only be shirking duties required of the purchase but by purposefully overcharging on rent and refusing to respond to tenant concerns, they are creating a hostile relationship with tenants to force them to housing court.

Thank you.

Keith Planit
516 385 9855
35 Hillside Ave., 6L
(Resident of 16 years)