UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

In re:                                                    Chapter 11

BROADWAY REALTY I CO., LLC,                               Case No. 25-11050 (DSJ)

Debtor.

-----------------------------------------------------------------------x

## <u>MEMORANDUM ENDORSED ORDER</u>

The Court does not understand the attached letter to be a specific request for relief from this Court, nor does the Court understand itself to have jurisdiction over post-transaction conduct of the current owner of properties that were previously owned by a Debtor. The Court therefore will take no action regarding this submission. Any party in interest may file a motion or other application seeking action by this Court.

SO ORDERED.

Dated: New York, New York                   _s/ David S. Jones_____
       May 7, 2026                          Honorable David S. Jones
                                            United States Bankruptcy Judge

I don't know if Judge Jones is allowed or able to revisit cases after they've passed through his court, but the company which purchased Pinnacle, which I knew as REMNY, has: 1. dutifully ignored safety concerns previously ignored by Pinnacle, 2. Overcharged on rent, ranging in amounts from $.20 one month to several hundred another. (And refuse to acknowledge this.)
3. Let the ConEd bill go unpaid at 11-19 Hillside Ave, where residents found a bill for $5,000 from ConEd taped to the front door.

This organization needs to have a third party of some kind, someone or some group, that the court appoints and that REMNY pays for, overseeing complaints and compliance. Because this is already terrible and, it seems to this resident, potentially illegal because they seem to not only be shirking duties required of the purchase but by purposefully overcharging on rent and refusing to respond to tenant concerns, they are creating a hostile relationship with tenants to force them to housing court.

Thank you.

Keith Planit
516 385 9855
35 Hillside Ave., 6L
(Resident of 16 years)